Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
STRUCK, WIENEKE, & LOVE, P.L.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com
nacedo@swlfirm.com
jlee@swlfirm.com

Attorneys for Defendants City of Phoenix,
Jim House, Russell Davis, Charles Masino,
Harvey Hamrick, Frank Dimodica, Judy
Townsend and Phillip Wolslagel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Phoenix;<br>Maricopa County;<br>Maricopa County Attorney William Montgomery, in his official capacity; and<br>Detective Armando Saldate, Jr.;<br>Detective Robert Mills;<br>Detective Jim House;<br>Detective Russell Davis;<br>Detective Charles Masino;<br>Detective Judy Townsend;<br>Detective Harvey Ernie Hamrick;<br>Detective Frank DiModica;<br>Sergeant Silverio Ontiveros;<br>Lieutenant Michael Jahn;<br>Walter E. Birkby;<br>Phillip Wolslagel; and<br>George Bolduc, in their individual capacities,<br><br>                    Defendants. | NO. 2:15-cv-00462-ROS<br><br>**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Defendants, through counsel, jointly request an extension to respond to Plaintiff's Complaint. The first City Defendant, Jim House, was served on April 1, 2015,

which makes the due date for the first responsive pleading April 22, 2015. Defendants City of Phoenix, Russell Davis, Charles Masino, Harvey Hamrick, Frank Dimodica, and Phillip Wolslagel were served on April 2 and 3, 2015. Defendant Saldate was also served during this time frame. Defendants have also been informed by Plaintiff's counsel that Judy Townsend was just recently served on April 20, 2015. As a result of these separate service dates, the Defendants jointly request a single deadline for all served Defendants to respond to Plaintiff's Complaint of June 26, 2015.

It is also anticipated that Michael Jahn, although he has not yet been served, will be served soon. The firm of Struck, Wieneke & Love will also represent Michael Jahn, when he is served. If Mr. Jahn is served prior to June 26, 2015, Defendants likewise will request that the June 26, 2015 deadline also apply to him. Defendant Mills also has not been served.

Plaintiff's counsel has been contacted regarding this motion for extension and does not oppose this request.

DATED this 22nd day of April, 2015

STRUCK, WIENEKE, & LOVE, P.L.L.C.


By   /s/ Christina Retts
    Kathleen L. Wieneke
    Christina Retts
    Nicholas D. Acedo
    Jacob B. Lee
    Struck, Wieneke, & Love, P.L.L.C.
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226
    Attorneys for Defendants City of Phoenix, Jim House, Russell Davis, Charles Masino, Judy Townsend, Harvey Hamrick, Frank Dimodica, and Phillip Wolslagel

O'CONNOR & CAMPBELL, PC


By   /s/ Christina Retts (with authority)
    Daniel J. O'Connor, Jr.
    O'Connor & Campbell, PC
    7955 South Priest Drive
    Tempe, AZ 85284
    Attorneys for Defendant Robert Mills

BERKE LAW FIRM PLLC


By   /s/ Christina Retts (with authority)
    Lori V. Berke
    Berke Law Firm PLLC
    1601 N. 7th Street, Suite 360
    Phoenix, AZ 85006
    Attorneys for Defendant Armando Saldate, Jr.

HOLLOWAY ODEGARD & KELLY, P.C.


By   /s/ Christina Retts (with authority)
    Sally A. Odegard
    Holloway Odegard & Kelly, P.C.
    3020 E. Camelback Road, Suite 201
    Phoenix, AZ 85016
    Attorneys for Defendant Silverio Ontiveros

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Michael D. Kimerer | MDK@kimerer.com |
| Anna B. Hoffmann | anna@nsbcivilrights.com |
| Daniel T. Benchoff | dbenchoff@aztriallaw.com |
| Farhang Heydari | farhang@nsbcivilrights.com |
| M. E. Rake, Jr. | brake@aztriallaw.com |
| Nick J Brustin | nick@nsbcivilrights.com |
| Rhonda E. Neff | rneff@kimerer.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Christina Retts

3038128.1