Julie S. Hall
AZ Bar No. 017252
779 S. Cody Loop Rd.
Oracle, AZ 85623
(520) 896-2890
JulieSHall@hotmail.com

Amy B. Krauss, Esq.
AZ Bar No. 13916
P.O. Box 65126
Tucson, AZ 85728
(520) 400-6170
amy.krauss@azbar.org

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Phoenix, et. al.<br><br>    Defendants. | Case No.: 2:15-cv-00462-ROS<br><br>**MOTION TO FILE MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER UNDER SEAL** |

Pursuant to L. R. Civ. 5.6, undersigned counsel request leave to file the accompanying Motion to Quash Subpoena or, in the alternative, for Protective Order under seal.

The motion is responsive to the subpoena issued for Mr. Styers's deposition, which included the proposed questions the parties intend to ask him. Those documents were ordered sealed by this Court based on their sensitive nature. (Doc. 238, 241.) Mr. Styers's motion addresses the same sensitive issues and discusses the

specific content of the sealed documents.  Thus, it must also be maintained under sealed.

      A proposed order is attached pursuant to L. R. Civ. 5.6(b).

      Respectfully submitted this 30th day of November, 2017.

            Julie S. Hall
            Amy B. Krauss

      BY:   */s/ Amy B. Krauss*
            Counsel for Mr. Styers

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/ Amy B. Krauss*