# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke, | No. CV-15-00462-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Arizona Department of Corrections seeks to quash the writ of habeas corpus testificandum directed to James Styers. (Doc. 251). James Styers has also filed a motion to quash. In light of those filings, the Court will quash the writ and set a status conference to discuss how to proceed. All parties, counsel for James Styers, and counsel for the Arizona Department of Corrections shall attend that hearing in-person or by telephone. Prior to the hearing, all counsel shall confer and identify dates when the deposition can proceed, assuming the Court were to allow it to proceed in Florence. In addition to scheduling the deposition, the parties should be prepared to discuss the issues raised in Styers' motion to quash.

Finally, the parties seek a six-month extension of the current deadlines. That is too long. The Court will grant a three-month extension with the caution that no further extensions will be granted absent extraordinary circumstances. To ensure the parties are able to complete discovery within the three-month period, the Court will take a more active role in discovery. Thus, the parties will be required to confer and agree upon a

1  joint discovery plan.  That plan will outline the remaining discovery each party believes
2  necessary and will identify the dates by which that discovery will be completed.  The
3  parties will be required to file that plan such that the Court can hold each side to its
4  commitments and ensure discovery is completed by the deadline.

5  Accordingly,

6  **IT IS ORDERED** the Motion to Quash (Doc. 251) is **GRANTED**.  The Writ
7  (Doc. 246) is **QUASHED**.

8  **IT IS FURTHER ORDERED** a status hearing is set for **December 14, 2017** at
9  **11:00 AM**.

10  **IT IS FURTHER ORDERED** prior to **December 14, 2017**, all parties, counsel
11  for James Styers, and counsel for the Arizona Department of Corrections shall confer and
12  identify dates when the deposition may proceed in Florence.

13  **IT IS FURTHER ORDERED** the Motion to Seal (Doc. 249) is **GRANTED**.  If
14  he has not already done so, counsel for Styers shall provide all parties a copy of his
15  motion to quash within three days of this Order.  This Order shall not be sealed.

16  **IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 248) is
17  **GRANTED IN PART**.  No later than **December 11, 2017**, the parties shall file and
18  submit to chambers a proposed Rule 16 Order containing a three-month extension of the
19  appropriate dates as well as a joint discovery plan identifying the additional discovery
20  each party will pursue and when.

21  Dated this 6th day of December, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge