Nick J. Brustin (*admitted pro hac vice*)
Anna Benvenutti Hoffmann (*admitted pro hac vice*)
Amelia Green (*admitted pro hac vice*)
**NEUFELD SCHECK & BRUSTIN, LLP**
99 Hudson St., 8th Floor New York, NY 10013
Tel: (212) 965-9081 Fax: (212) 965-9084
nick@nsbcivilrights.com
anna@nsbcivilrights.com
amelia@nsbcivilrights.com

Michael D. Kimerer (Bar # 002492)
Rhonda Elaine Neff (Bar # 029773)
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Rd., Suite 100 Phoenix, AZ 85014
Tel: (602) 279-5900 Fax: (602) 264-5566
MDK@kimerer.com
rneff@kimerer.com

Vanessa Buch (Bar # 033553)
1145 N. Mountain Ave
Tucson, AZ 85719
vanessabuch2@gmail.com
Tel: (756) 516-3635

Joshua E. Dubin, Esq. PA. (*admitted pro hac vice*)
7413 Fairfax Dr., Bldg. F
Tarmac, Florida 33321
jdubin@dubinconsulting.com
Tel: (917) 523-0124

*Attorneys for Plaintiff Debra Jean Milke*

1
2
3

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

4
5
6
7
8
9
10
11
12

| | |
|---|---|
| Debra Jean Milke<br><br>                 Plaintiff,<br><br>    vs.<br><br>City of Phoenix; Maricopa County; and<br>Detective Armando Saldate, Jr. and<br>Sergeant Silverio Ontiveros, in their<br>individual capacities,<br>                 Defendants. | Case No. 2:15-cv-00462-ROS<br><br>**PLAINTIFF'S STATEMENT<br>REGARDING THE DEPOSITION OF<br>JAMES STYERS** |

13
14
15
16
17

Per the Court's directive at last week's status conference, Plaintiff has conferred with Defendants and counsel for Mr. Styers in an attempt to resolve all outstanding issues as expeditiously as possible. The following is Plaintiff's update based on information solicited from all relevant parties.

18
19
20
21
22
23
24
25
26

First, in an effort to comply with the Court's instruction to streamline the deposition, Plaintiff requested that Defendants produce a proposed stipulation regarding several of their deposition exhibits. Defendants represented that they would circulate this stipulation in the near future. Because Plaintiff will be going first at the deposition, Plaintiff also informed Defendants that they could eliminate any questions that overlap between the parties' lists, as Plaintiff would not object to Defendants asking any question that Plaintiff does not ask.

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

With respect to deposition dates, the parties and counsel for Mr. Styers conferred prior to last week's status conference and reserved the following dates for his deposition: January 30-31, 2018, and February 5-7, 13-14, 20 & 22, 2018. In light of the Court's January 23, 2018 trial, however, those dates do not appear to work for the Court's schedule. Accordingly, Plaintiff proposed that Mr. Styers be deposed prior to the Court's trial on one of the following dates: **January 17-19, 2018**. Counsel for Mr. Styers represented that they are not available on any of those days. Given the length of the Court's trial, and that Plaintiff's counsel has a trial scheduled for the month of March, the parties would next be able to depose Mr. Styers in April 2018. Defendants have stated that they have no objection to the deposition occurring in April.

Finally, with respect to the briefing schedule for the Fifth Amendment issue, Plaintiff proposed the following schedule to allow Mr. Styers's deposition to occur prior to the Court's trial in January:

**December 22, 2017**: Plaintiff's and Defendants' motions due

**December 29, 2017**: Counsel for Styers' response due

**January 5, 2018**: Any reply motions due

Counsel for Mr. Styers have represented that they could comply with this briefing schedule if Mr. Styers's deposition were to take place in January, despite their unavailability on Plaintiff's proposed deposition dates.

If the Court so orders, Plaintiff is prepared to proceed with Mr. Styers's deposition in January and to comply with the briefing schedule proposed above. If the Court instead

orders the deposition to proceed in April, then Plaintiff proposes the following briefing schedule:

**January 8, 2018**: Plaintiff's and Defendants' motions due

**January 22, 2018**: Counsel for Styers' response due

**January 29, 2018**: Any reply motions due

Plaintiff would also confer with Defendants and counsel for Mr. Styers promptly to propose dates in April for the deposition.

DATED this 18th day of December, 2017.

By /s/   Anna Benvenutti Hoffmann
Nick J. Brustin (admitted pro hac vice)
Anna Benvenutti Hoffmann (admitted pro hac vice)
Amelia Green (admitted pro hac vice)
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson St., 8th Floor
New York, NY 10013

Michel D. Kimerer
Rhonda Elaine Neff
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014

Vanessa Buch
1145 N. Mountain View Ave
Tucson, AZ 85719

Joshua E. Dubin, Esq. PA. (admitted pro hac vice)
7413 Fairfax Dr. Bldg. F
Tarmac, Florida 33321
*Attorneys for Plaintiff Debra Milke*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, including:

| | |
|---|---|
| Amelia Green | amelia@nsbcivilrights.com |
| | sarah@nsbcivilrghts.com |
| Anna B. Hoffmann: | Anna@nsbcivilrights.com |
| | katie@nsbcivilrights.com |
| Amy B. Kraus | amy.krauss@azbar.org |
| Christina G. Retts: | cretts@swlfirm.com |
| Daniel J. O'Connor: | caseadmin@occlaw.com |
| James A. Eaves: | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| James E. Doman, Jr.: | eddy.doman@occlaw.com |
| Jody C. Corbett: | jody@berkelawfirm.com |
| | laine@berkelawfirm.com |
| | shirley@berkelawfirm.com |
| Josh Dubin: | jdubin@dubinconsulting.com |
| Julie S. Hall | julieshall@hotmail.com |
| Kathleen L. Wieneke: | kwieneke@swlfirm.com |
| | kpenny@wienekelawgroup.com |
| | lpiasecki@swlfirm.com |
| Lori V. Berke: | lori@berkelawfirm.com |
| Michael D. Kimerer: | MDK@kimerer.com |
| | jpak@kimerer.com |
| | mwallingsford@kimerer.com |
| Nick J. Brustin: | nick@nsbcivilrights.com |
| | mary@nsbcivilrights.com |
| Rhonda E. Neff: | rneff@kimerer.com |
| Robin E. Burgess: | robin.burgess@sanderspark.com |
| Sally A. Odegard: | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Shane P. Dyet: | Shane.Dyet@occlaw.com |
| Vanessa M. Buch: | vanessabuch2@gmail.com |

  s/ Anna Benvenutti Hoffmann

5