1  Nick J. Brustin *(admitted pro hac vice)*
   Anna Benvenutti Hoffmann *(admitted pro hac vice)*
2  Amelia Green *(admitted pro hac vice)*
   **NEUFELD SCHECK & BRUSTIN, LLP**
3  99 Hudson St., 8th Floor New York, NY 10013
4  Tel: (212) 965-9081 Fax: (212) 965-9084
   nick@nsbcivilrights.com
5  anna@nsbcivilrights.com
   amelia@nsbcivilrights.com
6

7  Michael D. Kimerer (Bar # 002492)
   Rhonda Elaine Neff (Bar # 029773)
8  **KIMERER & DERRICK, P.C.**
9  1313 E. Osborn Rd., Suite 100 Phoenix, AZ 85014
   Tel: (602) 279-5900 Fax: (602) 264-5566
10 MDK@kimerer.com
   rneff@kimerer.com
11

12 Vanessa Buch (Bar # 033553)
   1145 N. Mountain Ave
13 Tucson, AZ 85719
14 vanessabuch2@gmail.com
   Tel: (756) 516-3635
15

16 Joshua E. Dubin, Esq. PA. *(admitted pro hac vice)*
   7413 Fairfax Dr., Bldg. F
17 Tarmac, Florida 33321
   jdubin@dubinconsulting.com
18 Tel: (917) 523-0124

19 *Attorneys for Plaintiff Debra Jean Milke*

1

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke<br><br>             Plaintiff,<br><br>  vs.<br><br>City of Phoenix; Maricopa County; and Detective Armando Saldate, Jr. and Sergeant Silverio Ontiveros, in their individual capacities,<br><br>             Defendants. | Case No. 2:15-cv-00462-ROS<br><br>**SECOND NOTICE OF DISCOVERY AND SETTLEMENT** |

Pursuant to the Court's Rule 16 scheduling order, Plaintiff Debra Jean Milke and Defendants Armando Saldate, Silverio Ontiveros, City of Phoenix, and Maricopa County, through undersigned counsel, submit this joint statement to the court concerning the status of settlement discussions and the progress of discovery.

**Settlement Discussions**

The parties have not engaged in any settlement discussions since their October 13, 2017 First Notice of Discovery and Settlement to the Court.

**Discovery Progress**

As discussed in further detail in the parties' November 29, 2017 Motion to Extend Discovery Deadlines, the parties are diligently engaged in discovery. The parties have substantially completed document discovery, having already exchanged hundreds of

2

thousands of pages of documents, and are continuing to disclose documents on a rolling basis. In January 2018, the parties submitted their briefing on the issue of Mr. Styers's ability to invoke the Fifth Amendment at his deposition. Pending the Court's resolution of that issue, the parties intend to take Mr. Styers's deposition in April 2018.

Last week, Plaintiff completed the deposition Paul Rood. Plaintiff was also scheduled to complete the deposition of Defendant Saldate, but Mr. Saldate was unable to attend the deposition due to illness. The parties are in the process of scheduling the remaining depositions.

DATED this 13th day of February, 2018.

                                      NEUFELD SCHECK & BRUSTIN, LLP

                                      By  /s/   Amelia Green
                                          Nick J. Brustin (admitted pro hac vice)
                                          Anna Benvenutti Hoffmann (admitted pro hac vice)
                                          Amelia Green (admitted pro hac vice)
                                          99 Hudson St., 8th Floor
                                          New York, NY 10013

                                          Michel D. Kimerer
                                          Rhonda Elaine Neff
                                          KIMERER & DERRICK, P.C.
                                          1313 E. Osborn Road, Suite 100
                                          Phoenix, AZ 85014

                                          Vanessa Buch
                                          1145 N. Mountain View Ave
                                          Tucson, AZ 85719

                                          Joshua E. Dubin, Esq. PA. (admitted pro hac vice)

7413 Fairfax Dr. Bldg. F
Tarmac, Florida 33321

By /s/ (with permission)
J. Arthur Eaves
Robin E. Burgess
SANDERS & PARKS, P.C.
3030 North Third Street
Phoenix, Arizona 85012-3099
*Attorneys for Maricopa County Defendants*

By /s/ (with permission)
Kathleen L. Wieneke
Christina Retts
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, Arizona 85281
*Attorneys for Defendant City of Phoenix*

By /s/ (with permission)
Lori V. Berke
Jody C. Corbett
BERKE LAW FIRM
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
*Attorneys for Defendant Armando Saldate, Jr.*

By /s/ (with permission)
Sally A. Odegard
HOLLOWAY ODEGARD & KELLY, P.C.
3020 E. Camelback Road, Suite 201 Phoenix, AZ 85016
*Attorneys for Defendant Silverio Ontiveros*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, including:

| | |
|---|---|
| Amelia Green | amelia@nsbcivilrights.com |
| | sarah@nsbcivilrghts.com |
| Anna B. Hoffmann: | Anna@nsbcivilrights.com |
| | katie@nsbcivilrights.com |
| Amy B. Kraus | amy.krauss@azbar.org |
| Christina G. Retts: | cretts@swlfirm.com |
| Daniel J. O'Connor: | caseadmin@occlaw.com |
| James A. Eaves: | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| James E. Doman, Jr.: | eddy.doman@occlaw.com |
| Jody C. Corbett: | jody@berkelawfirm.com |
| | laine@berkelawfirm.com |
| | shirley@berkelawfirm.com |
| Josh Dubin: | jdubin@dubinconsulting.com |
| Julie S. Hall | julieshall@hotmail.com |
| Kathleen L. Wieneke: | kwieneke@swlfirm.com |
| | kpenny@wienekelawgroup.com |
| | lpiasecki@swlfirm.com |
| Kelly Gillilan-Gibson | adminlaw@azag.gov |
| Lori V. Berke: | lori@berkelawfirm.com |
| Michael D. Kimerer: | MDK@kimerer.com |
| | jpak@kimerer.com |
| | mwallingsford@kimerer.com |
| Nick J. Brustin: | nick@nsbcivilrights.com |
| | mary@nsbcivilrights.com |
| Rhonda E. Neff: | rneff@kimerer.com |
| Robin E. Burgess: | robin.burgess@sanderspark.com |
| Sally A. Odegard: | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Shane P. Dyet: | Shane.Dyet@occlaw.com |
| Vanessa M. Buch: | vanessabuch2@gmail.com |

  s/ Amelia Green