Nick J. Brustin *(admitted pro hac vice)*
Anna Benvenutti Hoffmann *(admitted pro hac vice)*
Amelia Green *(admitted pro hac vice)*
Mary McCarthy (*admitted pro hac vice*)
**NEUFELD SCHECK & BRUSTIN, LLP**
99 Hudson St., 8th Floor New York, NY 10013
Tel: (212) 965-9081 Fax: (212) 965-9084
nick@nsbcivilrights.com
anna@nsbcivilrights.com
amelia@nsbcivilrights.com
katie@nsbcivilrights.com

Michael D. Kimerer (Bar # 002492)
Rhonda Elaine Neff (Bar # 029773)
**KIMERER & DERRICK, P.C.**
1313 E. Osborn Rd., Suite 100 Phoenix, AZ 85014
Tel: (602) 279-5900 Fax: (602) 264-5566
MDK@kimerer.com
rneff@kimerer.com

Vanessa Buch (Bar # 033553)
1145 N. Mountain Ave
Tucson, AZ 85719
vanessabuch2@gmail.com

Joshua E. Dubin, Esq. PA. (*admitted pro hac vice*)
7413 Fairfax Dr., Bldg. F
Tarmac, Florida 33321

*Attorneys for Plaintiff Debra Jean Milke*

1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

3

Debra Jean Milke,

4                                                    Plaintiff,        No. 2:15-cv-00462-ROS

5                        v.                                            **JOINT STATUS REPORT RE THE**
                                                                       **DEPOSITION OF JAMES STYERS**
6       City of Phoenix;
        Maricopa County; and
7       Detective Armando Saldate, Jr.; and
        Sergeant Silverio Ontiveros, in their individual
8       capacities,

9                                                   Defendants.

10

11

12          Pursuant to the Court's July 26, 2018 Order, Plaintiff Debra Jean Milke, through

13   undersigned counsel, submits this joint status report on behalf of Plaintiff and Defendants

14   Armando Saldate, Silverio Ontiveros, City of Phoenix, and Maricopa County with respect

15   to the deposition of James Styers.

16          Per the Court's Order, the parties have conferred with counsel for Mr. Styers to

17   determine the earliest possible dates on which his deposition can take place. The parties

18   have identified **October 22, 2018**, and **October 23, 2018**, as the earliest dates in light of

19   the parties' upcoming expert deposition schedule—which extends through early October

20   2018—and the limited availability of dates that work for all involved counsel. All counsel

21   are holding those dates and will coordinate next week with the Arizona Department of

22   Corrections to arrange for Mr. Styers's deposition to take place on either October 22 or

23   October 23, 2018. Once the deposition date is finalized, the parties intend to move the Court

24   for an extension of the discovery deadline for the limited purpose of completing Mr.

25   Styers's deposition.

26          If for some reason those October dates do not work for the Department of

27   Corrections, the parties have also identified several dates in November 2018 on which all

counsel are available. It is the parties' intention, however, to take Mr. Styers's deposition on those October dates if at all possible.

DATED this 3rd day of August, 2018

NEUFELD SCHECK & BRUSTIN, LLP


By    /s/  Mary McCarthy
       Nick J. Brustin (admitted pro hac vice)
       Anna Benvenutti Hoffmann (admitted pro
       hac vice)
       Amelia Green (admitted pro hac vice)
       Mary McCarthy  (admitted pro hac vice)
       99 Hudson St., 8th Floor
       New York, NY 10013

       Michel D. Kimerer
       Rhonda Elaine Neff
       KIMERER & DERRICK, P.C.
       1313 E. Osborn Road, Suite 100
       Phoenix, AZ 85014

       Vanessa Buch
       1145 N. Mountain View Ave
       Tucson, AZ 85719

       Joshua E. Dubin, Esq. PA. (admitted pro
       hac vice)
       7413 Fairfax Dr. Bldg. F
       Tarmac, Florida 33321

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, including:

| | |
|---|---|
| Amelia Green | amelia@nsbcivilrights.com |
| Anna B. Hoffmann: | Anna@nsbcivilrights.com |
| Amy B. Kraus | amy.krauss@azbar.org |
| Christina G. Retts: | cretts@wienekelawgroup.com |
| Daniel J. O'Connor: | caseadmin@occlaw.com |
| James A. Eaves: | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| James E. Doman, Jr.: | eddy.doman@occlaw.com |
| Jody C. Corbett: | jody@berkelawfirm.com |
| | laine@berkelawfirm.com |
| | shirley@berkelawfirm.com |
| Josh Dubin: | jdubin@dubinconsulting.com |
| Julie S. Hall | julieshall@hotmail.com |
| Kathleen L. Wieneke: | kwieneke@wienekelawgroup.com, |
| | kpenny@wienekelawgroup.com, |
| | lpiasecki@wienekelawgroup.com |
| Kelly Gillilan-Gibson | adminlaw@azag.gov |
| | Kelly.Gillilan-Gibson@azag.gov |
| Lori V. Berke: | lori@berkelawfirm.com |
| Mary McCarthy | katie@nsbcivilrights.com |
| Michael D. Kimerer: | MDK@kimerer.com |
| | jpak@kimerer.com |
| | mwallingsford@kimerer.com |
| Nick J. Brustin: | nick@nsbcivilrights.com |
| | mary@nsbcivilrights.com |
| Rhonda E. Neff: | rneff@kimerer.com |
| Robin E. Burgess: | robin.burgess@sanderspark.com |
| Sally A. Odegard: | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Shane P. Dyet: | Shane.Dyet@occlaw.com |
| | erica.meany@occlaw.com |
| Vanessa M. Buch: | vanessabuch2@gmail.com |

/s/  Mary McCarthy

4