```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF ARIZONA

 3
    Debra Jean Milke,                       )
 4                                          )
             Plaintiff,                     )
 5                                          )
    vs.                                     ) No.
 6                                          ) 2:15-cv-00462-ROS
    City of Phoenix; Maricopa               )
 7  County; and Detective Armando           )
    Saldate, Jr.; and Sergeant              )
 8  Silverio Ontiveros, in their            )
    individual capacities,                  )
 9                                          )
             Defendants.                    )
10  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~        )

11

12

13
                   VIDEOTAPED DEPOSITION OF
14
                      SANDRA DENISE SMITH
15

16
                       JUNE 13, 2018
17
                         9:18 A.M.
18

19

20
                   3020 East Camelback Road
21
                      Phoenix, Arizona
22

23

24
          SOMMER E. GREENE, CSR, RPR, CR No. 50622
25
```



```
 1      A.      PMA Sales.
 2      Q.      Okay.  And how much do you think you stole?
 3      A.      Ten valves.
 4      Q.      Okay.  The honest thing to do when you found
 5   out that they were trying to figure out who did it was to
 6   admit to it.  Right?
 7      A.      Yes.
 8      Q.      But you didn't do that, did you?
 9      A.      I did not do that.
10      Q.      Just give me one moment, please.
11              You never cared for Christopher when he was
12   a newborn.  That was a lie today, wasn't it?
13      A.      No, I cared for him.
14              MS. BERKE:  Are you calling the witness a
15   liar?
16      Q.      BY MR. DUBIN:  You lied today, did you not,
17   when you said that?  Her godparents cared for him.
18   Right?
19              MS. BERKE:  Let me remind you that Judge
20   Silver specifically instructed you not to call witnesses
21   liars in their depositions.
22      Q.      BY MR. DUBIN:  I'm not calling you a liar.  I'm
23   asking you if you lied today?
24      A.      I lied today about reviewing the testimony.
25      Q.      Okay.  That was the only lie you told today?
```

