Lori V. Berke (#015628)
Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
jody@berkelawfirm.com

Attorneys for Defendant Armando Saldate, Jr.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke<br><br>            Plaintiff,<br><br>   vs.<br><br>City of Phoenix; Maricopa County; and Detective Armando Saldate, Jr. and Silverio Ontiveros, in their individual capacities,<br><br>            Defendants. | Case No. 2:15-cv-00462-ROS<br><br>**NOTICE OF CONTINUED VIDEOTAPED DEPOSITION OF NOEL LEVY** |

YOU ARE HEREBY NOTIFIED that pursuant to Fed. R. Civ. P. 26 and 30, the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths. The deposition will be recorded by the following recording devices: court reporter, videotape and/or digital disk of the transcript of deposition with audio recording and exhibits incorporated into the transcript on the videotape and/or digital disk. The video

1

camera will be on the witness only. The persons recording the deposition, both stenographically and taped, are noted below.

**PERSONS TO BE EXAMINED:**           Noel Levy

**DATE AND TIME OF DEPOSITION:**      September 10, 2018 at 10:00 a.m.

**PLACE OF DEPOSITION:**              Sanders & Parks, P.C.
                                      3030 North Third Street, Suite 1300
                                      Phoenix, Arizona  85012-3099

DATED this 27th day of August, 2018.

BERKE LAW FIRM, PLLC

By   s/ Lori V. Berke
   Lori V. Berke
   Jody C. Corbett
   Attorneys for Defendant Armando
      Saldate, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on August 27, 2018, I mailed a copy of the foregoing document to:

Esquire Deposition Solutions
3838 N. Central Avenue, Suite 750
Phoenix, Arizona  85012
Court Reporter & Videographer

 s/Laine M. Roberts

2