1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lori V. Berke (#015628)
Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
lori@berkelawfirm.com
jody@berkelawfirm.com

Attorneys for Defendant Armando Saldate, Jr.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Debra Jean Milke

Plaintiff,

vs.

City of Phoenix; Maricopa County; and
Detective Armando Saldate, Jr. and
Silverio Ontiveros, in their individual
capacities,

Defendants.

Case No. 2:15-cv-00462-ROS

**JOINT STATUS REPORT**

Pursuant to this Court's Fourth Amended Scheduling Order (Doc. 306), Plaintiff Debra Jean Milke and Defendants Armando Saldate, Silverio Ontiveros, City of Phoenix, and Maricopa County, through undersigned counsel, submit this joint status report to the Court.

**Settlement Discussions**

There have been some informal settlement discussions since the parties filed their June 13, 2018 Third Notice of Discovery and Settlement with the Court.

**Discovery Progress**

Since the June 13, 2018 Third Notice of Discovery and Settlement, the parties have continued to diligently engage in discovery. The parties have nearly completed document discovery and have exchanged hundreds of thousands of pages of documents.

On July 20, 2018, pursuant to the Court's scheduling order, Defendants disclosed their expert witnesses.   Likewise, on August 20, 2018, Plaintiff disclosed her experts' rebuttal reports.

With respect to depositions, the following depositions have been taken since the parties' June 13, 2018 Third Notice of Discovery and Settlement was filed:

June 13, 2018: Sandra Smith

June 15, 2018: Ernie Sweat

July 23, 2018: Anders Rosenquist, Jr.

July 24, 2018: Kirk Fowler

August 13, 2018: C. Kenneth Ray (not completed)

August 7, 2018: Chris Erhart

August 15-16, 2018: Plaintiff Debra Milke (not completed)

August 23, 2018: Lt. Sherry Kiyler

August 27, 2018: Sgt. Carl Richardson

August 28, 2018: Comm. Tom Van Dorn

August 29, 2018: Carmen Santana and Gail Hedgpeth

September 12, 2018: Mr. Richard Drooyan (Plaintiff's expert)

September 20, 2018: Mr. Joshua Marquis (Maricopa County's expert)

September 25, 2018: Dr. Bhushan Agharkar (Plaintiff's expert)

October 4, 2018: Mr. Jeffrey Noble (City of Phoenix's expert)

October 5, 2018: Dr. Mace Beckson (City of Phoenix's expert)

As noted above, the depositions of C. Kenneth Ray and Plaintiff Debra Milke have not yet been completed.  Additionally, the continued depositions of Detective Armando Saldate and Noel Levy have not yet been completed.  The deposition of James Styers has not yet been taken.  Despite the parties' good faith efforts to find dates on which all necessary counsel and the witnesses could be available before the close of fact discovery to finish theses depositions, the parties were unable to do so.   The parties have scheduled the following dates for some of these depositions:

October 22 and 23, 2018: James Styers

November 14 and 15, 2018: Debra Milke

November 28, 2018: Detective Armando Saldate and Noel Levy
(Noel Levy may be deposed on November 27, 2018)

With respect to the continued deposition of C. Kenneth Ray, the parties will schedule it as soon as possible following the Court's ruling on their discovery disputes regarding Mr. Ray's deposition and Plaintiff's privilege log.  With respect to the deposition of James Styers, the parties understand the Court's Order ruling on the issue of whether James Styers could invoke the Fifth Amendment (Doc. 321) to mean that because Mr. Styers has no Fifth Amendment right to invoke, the parties are no longer bound by the list of questions previously submitted.  On September 21, 2018, the parties asked Mr. Styers' counsel for their position on this issue and counsel for Mr. Styers informed the parties on October 3, 2018 that Mr. Styers still intends to assert his right to remain silent notwithstanding the

3

Court's order.  Finally, at some future date before trial, Defendants intend to take a trial preservation deposition of Roger Scott to memorialize his trial testimony.  However, this will not need to be completed before the close of discovery.

**Stipulation to Extend Certain Deadlines**

Pursuant to the Court's Fourth Amended Scheduling Order (Doc. 306), the deadline to complete fact discovery was September 10, 2018, and the deadline to supplement all discovery, including material changes in expert witness opinions and material disclosures of all exhibits to be used and all witnesses to be called at trial, is November 2, 2018.  Given that the parties were not able to complete all of the depositions prior to the September 10, 2018 deadline and will not be able to complete them until late November, the parties have stipulated, subject to this Court's approval, to extend the deadline to complete fact discovery to **November 30, 2018**, and to extend the deadline to supplement all discovery, including material changes in expert witness opinions and material disclosures of all exhibits to be used and all witnesses to be called at trial, to **December 14, 2018**.

Additionally, the current deadline of November 9, 2018 for filing dispositive motions will also need to be extended until after the completion of discovery and final disclosure.  Therefore, the parties have agreed to the following briefing schedule for summary judgment motions, also subject to this Court's approval:

| | |
|---|---|
| Deadline to file Summary Judgment Motions | **January 11, 2019** |
| Deadline to Respond to Summary Judgment Motions | **March 15, 2019** |
| Deadline for Replies in Support of Summary Judgment | **April 22, 2019** |

The parties have prepared a proposed order for the Court to extend these deadlines as set forth herein, and it is attached pursuant to Local Rule 7.1(b)(2).

DATED this 12th day of October, 2018.

BERKE LAW FIRM, PLLC


By  s/ Jody C. Corbett
    Lori V. Berke
    Jody C. Corbett
    *Attorneys for Defendant Armando Saldate, Jr.*


WIENEKE LAW GROUP, PLC


By  s/ Christina Retts (with permission)
    Kathleen L. Wieneke
    Christina Retts
    1095 W. Rio Salado Parkway, Ste. 209
    Tempe, Arizona  85281
    *Attorneys for Defendant City of Phoenix*


SANDERS & PARKS, P.C.


By  s/ Robin E. Burgess (with permission)
    J. Arthur Eaves
    Robin E. Burgess
    3030 North Third Street
    Phoenix, Arizona  85012-3099
    *Attorneys for Defendant Maricopa County*

HOLLOWAY ODEGARD & KELLY, P.C.


By  s/ Sally A. Odegard (with permission)
    Sally A. Odegard
    3020 E. Camelback Road, Suite 201
    Phoenix, Arizona  85016
    *Attorneys for Defendant Silverio Ontiveros*

NEUFELD SCHECK & BRUSTIN, LLP


By  s/ Katie McCarthy (with permission)
    Nick J. Brustin
    Anna Benvenutti Hoffman
    Amelia Green
    Katie McCarthy
    (Admitted Pro Hac Vice)
    99 Hudson St., 8th Floor
    New York, NY  10013

    Michael D. Kimerer
    Rhonda Elaine Neff
    KIMERER & DERRICK, P.C.
    1313 E. Osborn Road, Suite 100
    Phoenix, AZ  85014

    Vanessa Buch
    1145 N. Mountain View Ave.
    Tucson, AZ  85719

    Joshua E. Dubin, Esq., P.A.
    (Admitted Pro Hac Vice)
    7413 Fairfax Dr., Bldg. F
    Tarmac, Florida  33321

    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Amelia Green | amelia@nsbcivilrights.com |
| | langston@nsbcivilrights.com |
| Amy B. Kraus | amy.krauss@azbar.org |
| Anna Benvenutti Hoffmann | Anna@nsbcivilrights.com |
| | katie@nsbcivilrights.com |
| Christina Gail Retts | cretts@wienekelawgroup.com |
| | lpiasecki@wienekelawgroup.com |
| | kpenny@wienekelawgroup.com |
| Daniel J. O'Connor | caseadmin@occlaw.com |
| James A Eaves | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| James Edward Doman, Jr. | caseadmin@occlaw.com |
| Jody Campbell Corbett | jody@berkelawfirm.com |
| | laine@berkelawfirm.com, |
| | shirley@berkelawfirm.com |
| Joshua Dubin | jdubin@dubinconsulting.com |
| | dubin.joshua@gmail.com |
| Julie Singleton Hall | julieshall@hotmail.com |
| Kathleen L. Wieneke | kwieneke@wienekelawgroup.com |
| | kpenny@wienekelawgroup.com |
| | lpiasecki@wienekelawgroup.com |
| Kelly Elaine Gillilan-Gibson | adminlaw@azag.gov |
| | Kelly.Gillilan-Gibson@azag.gov |
| Lori V. Berke | lori@berkelawfirm.com |
| | laine@berkelawfirm.com |
| | shirley@berkelawfirm.com |
| Mary Katherine McCarthy | katie@nsbcivilrights.com |
| Michael D. Kimerer | MDK@kimerer.com |
| | jpak@kimerer.com |
| | mwallingsford@kimerer.com |
| Nick J. Brustin | nick@nsbcivilrights.com |
| | mary@nsbcivilrights.com |
| Rhonda Elaine Neff | rneff@kimerer.com |
| | mwallingsford@kimerer.com |
| Sally Ann Odegard | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Shane Paul Dyet | Shane.Dyet@occlaw.com |
| | erica.meany@occlaw.com |

Vanessa Michelle Buch          vanessabuch2@gmail.com


 s/ Jody C. Corbett