Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1095 West Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendant City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix;<br>Maricopa County; and<br>Detective Armando Saldate, Jr.; and<br>Sergeant Silverio Ontiveros, in their individual capacities,<br><br>　　　　　　　　　　　Defendants. | NO. 2:15-cv-00462-ROS<br><br>**DEFENDANT CITY OF PHOENIX'S NOTICE OF INTENT TO SERVE RECORDS SUBPOENA** |

Defendant State of Arizona, through undersigned counsel, and pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, gives notice that it served two (2) records subpoenas, a copy of which is attached as Exhibit A and B.

DATED this 26th day of 2019.

                                        WIENEKE LAW GROUP, PLC

                By:   */s/ Christina Retts*
                        Kathleen L. Wieneke
                        Christina Retts
                        1095 West Rio Salado Parkway, Suite 209
                        Tempe, Arizona 85281
                        *Attorneys for Defendant City of Phoenix*

/ / /

/ / /

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Michael D. Kimerer: | MDK@kimerer.com<br>jpak@kimerer.com<br>mwallingsford@kimerer.com |
| Sally A. Odegard: | sodegard@hoklaw.com<br>gzappia@hoklaw.com |
| Daniel J. O'Connor: | caseadmin@occlaw.com |
| Amy Beth Krauss: | abkrauss@comcast.net |
| Lori V. Berke: | lori@berkelawfirm.com<br>laine@berkelawfirm.com<br>shirley@berkelawfirm.com |
| Robin E. Burgess: | robin.burgess@sandersparks.com<br>michele.logan@sandersparks.com |
| Julie Singleton Hall: | julieshall@hotmail.com |
| Jody C. Corbett: | jody@berkelawfirm.com<br>laine@berkelawfirm.com<br>shirley@berkelawfirm.com |
| J. Arthur Eaves: | artie.eaves@sandersparks.com<br>michele.logan@sandersparks.com |
| Shane Paul Dyet: | Shane.Dyet@occlaw.com<br>erica.meany@occlaw.com |
| James E. Doman, Jr.: | caseadmin@occlaw.com |
| Elizabeth Wang: | elizabethw@loevy.com<br>brians@loevy.com |
| Jon Loevy: | jon@loevy.com<br>troyer@loevy.com |

2

| | |
|---|---|
| Rhonda E. Neff: | rneff@kimerer.com<br>mwallingsford@kimerer.com<br>rhondaneff@cox.net |
| Kelly Gillilan-Gibson: | adminlaw@azag.gov<br>Kelly.Gillilan-Gibson@azag.gov |
| Nick J. Brustin: | nick@nsbcivilrights.com<br>david@nsbcivilrights.com<br>elizabeth@nsbcivilrights.com |
| Anna B. Hoffmann: | Anna@nsbcivilrights.com |
| Amelia Green: | amelia@nsbcivilrights.com |
| Vanessa M. Buch: | vanessabuch2@gmail.com |
| Joshua Dubin: | jdubin@dubinconsulting.com,<br>dubin.joshua@gmail.com |
| Mary K. McCarthy: | katie@nsbcivilrights.com |
| David B Owens: | david@loevy.com, troyer@loevy.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:   N/A.

By:   */s/ Kim Penny*