# Exhibit 9



*State v. Debra Milke*
CR1989-012631
**2013 RETRIAL / SUPPRESSION HEARING**

Witness Binder
**RICHARD LEO**

Notebook 1 of 2

*State v. Debra Milke*
CR1989-012631
**2013 RETRIAL / SUPPRESSION HEARING**

Witness Binder
**RICHARD LEO**

Notebook 2 of 2



*State v. Debra Milke*
CR1989-012631
**2013 RETRIAL / SUPPRESSION HEARING**

**Witness Binder**
**ARMANDO SALDATE**

Notebook 2 of 3

---

*State v. Debra Milke*
2013 RETRIAL
CR1989-012631

**Witness Binder**
**ARMANDO SALDATE**

**Notebook 1 of 3**



Jury Trial: October 11, 1990 – January 18, 1991

*State v. Debra Milke*

CR1989-012631

**2013 RETRIAL / SUPPRESSION HEARING**

**Witness Binder**

**DEBRA MILKE**

Notebook 1 of 2

*State v. Debra Milke*

CR1989-012631

**2013 RETRIAL / SUPPRESSION HEARING**

**Witness Binder**

**DEBRA MILKE**

Notebook 2 of 2



Defense Submission to MCAO
Re: Potential Re-Trial Issues