# Exhibit 10

## *Debra Milke adv. State of Arizona*
### CR1989-012631

### <u>WITNESS BINDER</u>

1.  Relevant Documents Regarding
    - Benefits
    - Apartment Lease
    - Orders of Protection
    - School/College Records

2.  Buspirone Information
    (*Debra's anti-anxiety medication/1st trial*)

3.  Medical Records -- Maricopa County Department of Health Services

4.  Records (non-medical) from Leonardo Garcia-Bunuel, M.D.

5.  Medical Records of Dr. Garcia-Bunuel
    (*Clinical Director Correctional Psychiatry*)

6.  Letter Exchanged Between Debra Milke and Jim Styers
    - Redacted letters
    - Unredacted letters
    - Print Out of letters

7.  Affidavit of Kevin Zuerlein, M.D. and Dr. Zuerlein's medical records
    of Christopher Milke

3285396.1

C_055364

# Exhibit 11

## LORI  VOEPEL

| | |
|---|---|
| **From:** | LORI  VOEPEL |
| Sent: | Thursday, November 12, 2009 10:09 AM |
| | 'Rudy Gerber'; LORI  VOEPEL |
| ...ject: | RE: credibility of Saldate |

Yeah I knew it wasn't as good here but it is a different context where the dangers of admitting such evidence aren't present.  Thanks for your suggestions, which are excellent.  I will definitely study Mc Cormick and outline the various grounds in support of admission.  Also, this is federal court so perhaps the judge won't feel as constrined by state evidentiary rules, even though it is a state habeas action.

Sent with Wireless Sync from Verizon Wireless

---- Original Message ----
From: "Rudy Gerber" <Rudy.Gerber@azpcrpd.gov>
Date: 11/12/09 9:38 am
To: "LORI  VOEPEL" <LVOEPEL@JSHFIRM.com>
Subj: credibility of Saldate
I took a quick look this morning at Az cases involving one person testifying about the credibility of another witness.  The results are not as promising as in TX. See State v Lindsay, 720 P2d 73.  That case and its progeny seem to say that in this state you can't get a second witness to comment on the credibility of the first witness. However, there may be ways to get around it: first, there's the  evidence rule about allowing character and reputation evidence, ie., it may be OK to ask Dale B about Saldate's reputation for truthfulness; second, Lindsay and the other Az cases arise in the context of jury trials, where the testimony would be tantamount to telling the ... how to decide the case.  Since there's no jury in Debra's case it may  b e possible to avoid those restrictions. ...et you figure out the rest of it; perhaps a look at McCormick on Evidence?

1

C_053500

# Exhibit 12

18

1   BY MR. LEVY:

2       Q    Well, I'm not sure this has much to do with anything,

3   but, anyway, so we will all know, you didn't handcuff Debra Milke

4   on the trip back to Phoenix, is that correct?

5       A    That's correct.

6       Q    However, was the car you were in driven by a Pinal

7   County Sheriff's Deputy?

8       A    Yes.

9       Q    And was your car followed by two other Phoenix Police

10  detectives?

11      A    Yes.  And it was a full-screened vehicle with a screen

12  between us and the driver.

13      Q    And is that the kind where you can't get out the back

14  door unless someone opens it on the outside?

15      A    That's correct.

16      MR. LEVY:  That's all I have.

17      THE COURT:  Cross-examination.

18

19                        CROSS-EXAMINATION

20  BY MR. RAY:

21      Q    Mr. Saldate, talking about the Running Eagle case,

22  in that case, before you commenced the interview with Running Eagle,

23  you had already developed a fingerprint and had connected that

24  to Running Eagle before commencing the interview, isn't that right?

25      A    That's correct.



1    Q    In this particular case involving Debra Milke, your

2  testimony has been that, but for Roger Scott's statement, you had

3  absolutely no physical evidence to connect Debra Milke to this

4  crime, isn't that right?

5    A    That's correct.

6.   Q    So there is at least a factual difference between the

7  two cases, isn't that correct?

8    A    Probably, yes.

9.   Q    In one case you have physical evidence connecting the

10 individual to the crime and in the other you do not, is that right?

11   A    Yes.

12   Q    All right.  And isn't it true that because you had

13 that physical evidence in the Running Eagle case, adherence to the

14 rights of Miranda were less important?

15   A    That's not true.

16   Q    You have been an officer, or had been an officer for

17 some 20-some years?

18   A    Correct.

19   Q    You have done, during that 20-year period, about 200

20 interviews?

21   A    At least.

22   Q    Approximately ten per year?

23   A    Well, I would say that the first six or seven years

24 I probably didn't conduct any interviews per se.

25   Q    At the time that Roger Scott was being interviewed --

SUPERIOR COURT

PHOENIX ARIZONA

C_053926



20

1  well, let me ask you:  Have you had an occasion to review a motion

2  in limine that had been filed in this case concerning matters

3  dealing with the interview of Roger Scott?

4       A    I reviewed, I think, the last paragraph or --

5       Q    The interview with Roger Scott took several hours,

6  did it not?

7       A    Yes.

8       Q    And ultimately he made mention that he was involved

9  in the homicide?

10      A    Yes.

11      Q    And not until you were en route to the location did

12 he mention Debra's name?

13      A    Yes.

14      Q    But you had no physical evidence to suggest as to

15 whether that statement was true or false?

16      A    No.

17      Q    On direct examination this morning you indicated that

18 he did in fact lead you to the body of Christopher Milke?

19      A    Yes.

20      Q    And that he made mention en route back to 620 West

21 Washington that certain casings had been found, shall casings?

22      A    Yes.

23      Q    But you guys didn't stop to look for casings?

24      A    It was getting dark.  We wrote down where he pointed

25 out where the casings would be. We noted them and then continued on.

SUPERIOR COURT
PHOENIX ARIZONA

C_053927

# Exhibit 13

**PLAINTIFF DEBRA MILKE'S PRIVILEGE LOG RELATING TO PLAINTIFF'S RESPONSES TO REQUESTS FOR PRODUCTION FROM DEFENDANT CITY OF PHOENIX AND DEFENDANT SALDATE WITH RESPECT TO HABEAS COUNSEL**

| DOCUMENT CATEGORY | DATE RANGE/ DATE CREATED | AUTHOR/ CREATOR | DESCRIPTION OF QUANTITY (i.e., # of pgs or binders or boxes) | EXPLANATION OF PRIVILEGE |
|---|---|---|---|---|
| Attorney-client and intra- attorney communications | In the course of habeas representation | MDK/LV | 7 binders; 2 redwells; 4 bound volumes of correspondence & 6" stack of loose paper | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney-client correspondence re: billing | 2001-2002 | MDK/LV | 1" stack of paper and bills | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Correspondence with and materials sent to expert, Richard Leo | 2002 | MDK/LV | 1 bankers box with 7 binders | Work product under the common law, FRCP 26(b)(3), and common interest rule, attorney-client privilege, and privileged expert communication |
| Correspondence with and materials sent to expert David Biegan | In and/or around 2002 | MDK/LV | 122 pages | Work product under the common law, FRCP 26(b)(3), and common interest rule, attorney client privlege, and privileged expert communication |
| Unexecuted affidavits, attorney notes, and correspondence regarding Brenda Kitterman and Mary Wehmeyer | 2002-2003 | MDK/LV | 51 pages | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Work product and attorney corrspondence with ACLU re: preparing and filing ACLU  amicus brief | 2002-2004 | MDK/LV | 1 binder | Work product under the common law, FRCP 26(b)(3), and common interest rule and privileged communication |
| Interview transcripts, affidavits, statements, motions, notices with attorney notes and highlighting | In and/or around 2003-2004 | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Work product and attorney corrspondence with CWC re: preparing and filing CWC amicus brief | 2004 | MDK/LV | 1 binder | Work product under the common law, FRCP 26(b)(3), and common interest rule and privileged communication |
| Habeas research on prosecutorial misconduct; transcripts with notes and post-its; raw research with attorney notes; related client correspondence | 2002-2007 | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials including notes, notated orders and pleadings, and attorney-client communications prepared for 2008 Ninth Circuit argument | 2008 | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials including notes, outlines, and marked materials prepared re: Saldate's cross-examination at the 2010 evidentiary hearing | 2010 | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials, notes, and research for January 4, 2010 evidentiary hearing | 2010 | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| State's 2013 Memo re Fifth Amendment (including exhibits) with attorney notations | In and/or around 2013 | MDK/LV | One 3-inch binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Trial Transcripts w/ attorney notations and underlining | In the course of habeas representation | MDK/LV | 1 bankers box filled with printed transcripts | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Bound trial transcripts w/ habeas attorney notations and underlining | In the course of habeas representation | MDK/LV | 1 bankers box with 5 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Ninth Circuit bound habeas filings with attorney notations and underlining | In the course of habeas representation | MDK/LV | 1 bankers box with 12 bound filings and folders with exhibits | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Court orders (9th Circuit & District of Arizona) during habeas with attorney notes and post-its | In the course of habeas representation | MDK/LV | 1 binder & 1 binder-clipped order | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Habeas case research with attorney notations | In the course of habeas representation | MDK/LV | 1 bankers box filled with 4 binders and loose cases | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney working case file with notes and marked documents | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney loose notes, notated pleadings and documents, and privileged attorney-client correspondence | In the course of habeas representation | MDK/LV | 1 bankers box filled with loose papers, notes, and letters | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Ernie Sweat interview transcript with attorney notations | In the course of habeas representation | MDK/LV | 1 binder-clipped transcript | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney working casefile with documents, research, and pleadings with notations | In preparation for retrial proceedings | MDK/LV | 1 bankers box filled with folders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney case research with notes and markings | In the course of habeas representation | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Habeas pleading binder with attorney notations | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Medical records with attorney notations | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials prepared in anticipation of 2002 special action | In the course of habeas representation | MDK/LV | 2 bankers boxes filled with folders & 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Armando Saldate 2013 retrial/suppression hearing binders created by counsel | In preparation for retrial proceedings | MDK/LV | 3 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Dr. David Biegen 2013 re-trial binder created by counsel | In preparation for retrial proceedings | MDK/LV | 1 file folder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| 2013 retrial/suppression hearing binder with DM medical records and attorney notations, created by counsel | In preparation for suppression hearing and retrial | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common |
| Debra Milke retrial witness binders created by counsel | In preparation for retrial proceedings | MDK/LV | 3 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Debra Milke retrial & suppression witness binders created by counsel | In preparation for suppression hearing and retrial | MDK/LV | 1 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Rosenquist/Fowler 2013 retrial/suppression hearing witness binder created by counsel | In preparation for suppression hearing and retrial | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Belinda Reynolds 2013 retrial/suppression hearing binder created by counsel | In preparation for suppression hearing and retrial | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials prepared for 2008 oral argument | In the course of habeas representation | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Police reports marked and prepared by counsel | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Counsel correspondence and case research | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Habeas merits brief pleadings and exhibits with attorney notes | In the course of habeas representation | MDK/LV | 5 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Case law research binder | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Direct appeal binder with attorney notes | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Transcripts binder with attorney notes | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| District court pleadings with attorney notations | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Oral argument binder | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Retrial discovery with attorney notes | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials prepared for 9th Cir. Appeal (legal research, correspondence, attorney notes, etc) | In the course of habeas representation | MDK/LV | 2 bankers boxes with file folders; 1 bankers box with 4 redwells; 1 bankers box with 5 redwells; 1 bankers box with 4 redwells; 1 bankers box with 4 redwells; 1 bankers box with 4 redwells | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials prepared for 9th Cir. appeal with attorney notations | 9th cir appeal | MDK/LV | 1 bankers box with pleadings; 1 bankers box with 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney working casefile for 2013 retrial (including billing invoices) | In the course of habeas representation | MDK/LV | 3 redwells | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Bound copy of district court records with attorney notations & unbound copy of district court records with attorney notes and markings | In the course of habeas representation | MDK/LV | 2 bankers box | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Bound appendices to Special Action with attorney notations | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney material prepared in anticipation of retrial to disqualify MCAO as prosecuting attorneys | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Trial transcripts with attorney mark-up and notations | In the course of habeas representation | MDK/LV | 1 bankers box with 4 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney materials prepared in anticipation of retrial with attorney notes and markup | In the course of habeas representation | MDK/LV | 3 bankers box & 4 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney loose notes and correspondence | In the course of habeas representation | MDK/LV | 6" stack of paper | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney working casefile in 9th Cir. Appeal | In the course of habeas representation | MDK/LV | 1 bankers box | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney notes and memos | Prepared at time of 9th Circuit Appeal | MDK/LV | 3 bound volumes & 4" stack of paper | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Billing documents | Prepared at time of 9th Circuit Appeal | MDK/LV | 1 bound volume & 1.5" stack of paper | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| State's Exhibits to bail/*Simpson* hearing with attorney notes and markings | In the course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Defense letter to County Attorney on potential retrial considerations with attorney notes and mark-up | In anticipation of re-trial | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Excerpts of record with with attorney notes and markings | In anticipation of 9th Circuit argument | MDK/LV | 4 bound volumes | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney material prepared in anticipation of retrial | In anticipation of re-trial | MDK/LV | 2 bankers boxes; 1 bankers box with 3 redwells | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Habeas pleadings with attorney sticky notes and handwritten notes; materials prepared in advance of habeas evidentiary hearing; related client correspondence | Compiled in course of habeas representation and in preparation of evidentiary hearing | MDK/LV | 1 bankers box with two 3-inch binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Habeas exhibits with handwritten attorney notes and post-its | Compiled in the course of habeas representation | MDK/LV | 1 bankers box with three binders of marked-up exhibits and attorney notes | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Habeas documents with attorney notes, correspondence with notes, draft pleadings with notes | Compiled in course of habeas representation | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Debra Milke witness binders created by counsel | Created in course of 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Richard Leo expert witness binders with attorney notes, outlines, research, and expert correspondence | Created in preparation of 2010 evidentiary hearing | MDK/LV | 1 binder | Work product under the common law, FRCP 26(b)(3), and common interest rule, privileged expert communication, and attorney-client privilege |
| Richard Leo expert witness binders with reports, attorney research, attorney notions, motions findings, and pleadings | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders | Work product under the common law, FRCP 26(b)(3), and common interest rule, privileged expert communication, and attorney-client privilege |
| Phil & Evelyn Linderborg witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| Gail Lipschultz witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder & CD | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
|---|---|---|---|---|
| Dorothy Markwell evidentiary hearing witness binder created by counsel | Created in preparation of 2010 evidentiary hearing | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Sandra Pickinpaugh witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Dorothy Markwell Witness Binder | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Debra Milke retrial/suppression hearing witness binder created by counsel | Created in preparation of retrial proceedings and suppression hearing | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Debra Milke retrial witness binders created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Mark Milke retrial witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Mark Milke evidentiary hearing witness binder created by counsel | Created in preparation of 2010 evidentiary hearing | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Det. Mills, Det. Hamrick & Sgt. Ontiveros witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Criswell, Mills, Hamrick, Dimodica & Ontiveros witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Sandra Pickinpaugh witness binder created by counsel for habeas proceedings | Created in preparation of habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Sandra Pickinpaugh witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Patti Prust, Michael Andonie & Phil Hazlett witness binder created by counsel | Created in preparation of habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Belinda Reynolds witness binder created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Pugh, Swanson, & Griffin witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder & CD | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Richard Sadeik witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Debra Milke & Mark Milke witness binder created by counsel | Created in preparation of retrial proceedings or habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Carmen Santana witness binders created by counsel | Created in preparation of retrial proceedings or habeas proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Sam Sadeik, Maureen Sadeik & Karen Smith witness binders created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 3 binders (duplicates) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Roger Scott witness binder created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Mark Milke witness binder created by counsel | Created in preparation of habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Saldate witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Robert Soules witness binders created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Danny Willoughby & Timothy Ring witness binder created by counsel | Created in preparation habeas or retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| James Styers witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Ernie Sweat witness binders created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Police report binder prepared for use by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Holly Wake and Liz Hurley witness binders prepared by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Christopher Milke & Dr. Zuerlin witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 3 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Janet Froebe witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders (duplicate) | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Charles Jones witness binder created by counsel | Created in preparation of habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Phil & Evelyn Linderborg witness binder created by counsel | Created in preparation of habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Susan Stinson and Christine Dickey witness binder created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Paul Huebl witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Robert Earl Johnson witness binder created by counsel | Created in preparation of habeas proceedings | MDK/LV | 1 binder & CD | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| David Biegen express witness binders created by counsel & documents sent to Biegen for evaluation | Created in preparation of 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Bolduc & Wolslagel witness binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Renate Janka witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Lawhorn/Roth/Garcia-Bunuel witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 2 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Dr. Martin Kassell witness binders created by counsel | Created in preparation of suppression hearing and 2013 retrial proceedings | MDK/LV | 3 binders | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Case research & attorney notes | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder & CD | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Binder on media coverage created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| MDK attorney notes | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| 2015 pleadings & orders binder created by counsel | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Pre-retrial binder created by counsel to prepare letter to MCAO to not retry | Created in preparation of 2013 retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney correspondence binder created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney December 2013 pleadings binder prepared by counsel with notes | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney Jan-Dec 2014 pleading binders created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| State's Disclosure for Bail & Simpson hearing binder created by counsel | Created and maintained for retrial proceedings & *Simpson* Hearing | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney September 2013 pleadings binder created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Attorney November 2013 pleadings binder created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney October 2013 pleadings binder created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney August 2013 pleadings binder created by counsel | Created and maintained for retrial proceeding | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Attorney July 2013 pleadings binder created by counsel | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Documents from retrial proceedings including pleadings and discovery with attorney notes | Created and maintained for retrial proceedings | MDK/LV | 6" stack of paper | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Milke Billing Binder | Created and maintained for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Renate Janka Witness Binder created by counsel | Created in preparation for habeas proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| "Experts and witnesses binder" created by counsel | Created in preparation for retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged expert communication, and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Armando Saldate Court of Appeals Binder created by counsel | Created in preparation for special action/retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Phoenix PD Interview Binder created by counsel | Created in preparation for retrial proceedings or habeas | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Milke Modification of Release Hearing binder created by counsel | Created in preparation of the motion to modify hearing in retrial | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |

| | | | | |
|---|---|---|---|---|
| Milke Letters Binder created by counsel with attorney notes on letters between Styers & Milke | Created in preparation of retrial proceedings | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |
| Oral argument binder for motion to discuss created by counsel containing research and notes | Created in preparation of Motion to Dismiss oral argument in retrial proceeding | MDK/LV | 1 binder | Attorney-client privilege, privileged communication and work product under the common law, FRCP 26(b)(3), and common interest rule |