# Exhibit 14

JAN 0 5 2009

**RECEIVED**

To
bell
fle
for

12-22-08        **COPY**        DEC 29 '08

LLV

Hello Lori,

I hope you and your family had a lovely Christmas, and that you had a nice birthday. This is the hardest time of the year for me. I wish I could sleep the whole month of December and wake up on January 1.

I finally received a copy of the Reply Brief. I never got the first one that was mailed out and I have no idea where it ended up. The staff here are so apathetic, they don't care to investigate anything. At least I got the second copy.

As always, your work is superb. I knew you'd come back punching. The state needs to put up or shut up. Since they obviously can't put up, they need to shut up and quit defending a rogue detective. The questioning continued because Saldate IGNORED me when I said, "no, I need a lawyer." The questioning continued because it's Saldate's practice to disregard people's rights. Just because the questioning continued, it doesn't mean I waived my rights.

It is so obvious just how corrupt he was (is when he first made Janet leave the room and

BOMMERSBACH000196

2.

wouldn't allow anyone in the room, when he then ignored me regarding a lawyer, and when he purposefully did not document or record the interview despite being ordered to do so. He had an agenda prior to walking into that room and in my opinion his action prove that, or demonstrate that.

It is my understanding that during the mediation talks you and Mike, and perhaps Larry Hammond & Steve Drizin, will try to convince the state to allow the Court to grant the habeas. If the state agrees, there is no appeal to the Supreme Court. The case then goes back to state court.

If the state won't budge and there's an impasse, the Court will be forced to go ahead and issue a ruling, and in that instance the losing side will be able to appeal to the Supreme Court. If it comes to this scenario, I think I'll be ok going up to the high court whether it's our appeal or the state's appeal. I could see and understand your analysis of the implied waiver cases, and I could see the state's omission of analysis. Unlike the implied waiver cases, my case has no corroboration whatsoever. I just can't imagine the Supreme

BOMMERSBACH000197

3

Court speculating me to my death. Miranda rights are so fundamental and since the state conceded nothing supports the waiver finding, I don't think I should be afraid of a Supreme Court review.

I initially had asked Pat to tell you that I wanted a legal call when you received a date from the Mediator. I don't think it's really necessary. I have been going through a lot of emotions in the past month or so and my way of coping in here is to push people away. I go deep into myself and try to work through all of this. I prefer that you just have Pat tell me when the date is and you & Mike just do what you need to do. Let me know when it's over and what transpired. I feel too tense right now to talk about what may occur, what may not occur. Just call me when it's over, please.

I'm sure you and Mike are mindful of this but I would like to reiterate that I want to get out of prison at the soonest possible time. I have been held hostage by the state long enough and I deserve to be set free.

Lori, thank you so much for your extraordinary work and dedication. Despite

BOMMERSBACH00193

emotional stuff I have to deal with, I do feel optimistic. I feel that the state is backed into a corner and soon this living nightmare will be over. May 2009 be a successful year for us all! Thank you, once again.

Sincerely,
Debra

2.

as biological material is a video/audio recorder. Both are tangible items that can demonstrate proof. Recorded interrogations should also be a definitive marker to ensure there is no swearing contest between an accused and the police. It's really a no-brainer.

I received Lori's 4-page letter and she told me that Kent Cattani believes there is a significant chance he will lose in the 9th Circuit, and he also agrees that if the Miranda warnings are found to have been insufficiently documented, the "confession" evidence would be excluded. He acknowledges there would be insufficient evidence to proceed with a re-trial and notes he will have a "poster child" case for the importance of recording interrogations.

My comment to that is, "Oh Well!" You already know how disgusted I am by these holier than thou prosecutors/politicians. If they weren't so blinded by their ambitions and truly cared about justice and did the right thing at the beginning, then they wouldn't have to worry about the poster child cases that make them look so bad. I have zero sympathy for these morally challenged lawyers like Cattani, Thomas, and Rick Romley. And Levi.

ask? A6? find out about him!

name them all

BOMMERSBACH000201

·3·

People like them are part of the problem when they defend a corrupt cop with a documented history of misconduct.

I have no desire to live in Arizona after I'm freed but I do have a desire to be part of a solution. There _is_ another Saldate in a police department somewhere in this state. I spent 19 years incarcerated for a crime I had no part of. A corrupt cop purposely violated my Miranda rights and intentionally fabricated a confession. He railroaded me right to prison. Thank God a court finally has the guts to do what's right! I would like for you, Mike, to put it out there amongst your legal colleagues that I very much would like to pursue that interrogations be mandated by law to _be recorded_ just like the bill Obama pushed for in Illinois when he was a _state senator_. His bill passed. And since Ray Krone knows about me, maybe I can seek his help for appearance purposes. That way, Cattani etal. will have two "poster children" instead of just one. Ray for DNA, and me for recorded interrogations. And we were both sent to death row by the same prosecutor, no less.

BOMMERSBACH000202

4

I am pleased by the news Lori shared. I feel optimistic that I'll have my habeas granted. I know that one of the principles of habeas corpus means I have a right to go free if the government can't show a legal basis for holding me.

Please call out here the very day you guys hear from the court. Tell the staff you need to talk to me at that moment. I don't want to hear the news on TV. Speaking of TV, I already know the media is going to mangle the facts when the ruling comes. The state is going to spin this, I just know it. They are going to make it appear as if I got off on a technicality, when in reality, it was a dirty cop who purposely violated my Miranda rights and fabricated a confession. All of Saldate's actions are suspicious and that's because he was unscrupulous. There was NO confession.

Please don't sit back and let the media vilify me again, Mike. Please have someone speak out for me so Andrew Thomas doesn't get to appear as the keeper of justice. He defends a corrupt cop, he does not care about justice.

Thank you so much for your support! I can't wait to get out of here.  Sincerely, Deb

BOMMERSBACH000203

7-13-09

COPY

RECEIVED

JUL 1 6 '09

LLV

Hello Lori,

I hope you are doing well out there. I am feeling stressed out over here and this is precisely why I'm writing.

I did receive your letter along with the copy of Roger Scott's ruling. I didn't read it but was glad that the court issued it. Jim Styers got his ruling, Roger Scott got his, and mine is coming. I'm glad things are moving along. I understand that it's unknown when mine will be published. It could be real soon or months away.

Even though for the most part I feel optimistic I still tell myself it's 50/50. I do not know how the court will rule. Some days I feel anxious and I really want to know the decision. Other days I feel nervous and scared and don't want to know the decision. It has been my experience that the courts rule against me and a part of me is so afraid this will happen again. I seriously doubt I can take another heartbreak in front of other people, like, the counselor and officers. It's painful and it's humiliating and embarrassing.

I know I asked you to call out here when the decision comes but I think the best way

BOMMERSBACH000205

2.

I can deal with this unknown news is to receive it by mail. This way, I'm alone in my room and if the news is bad, I can break down in private.

Please do not call out here for me when you receive the court's opinion. Just mail it to me and then schedule a legal visit. Regardless of what the decision is, good or bad, I'll want to see you & Mike in person to discuss the next step.

I feel enormous pressure, Lori, and it's a certain kind of craziness when you don't know if you'll be crying tears of relief and joy or tears of heartache and pain.

When I think how positive the oral argument was, it allows me to be hopeful with this ruling. When I think of Cattani's words to Larry Hammond, it allows me to be hopeful. However, I can't help but think of all the past rejections and that is why I'm feeling so nervous and scared.

Thank you for understanding. I'll see you and Mike hopefully soon.

Sincerely,
Debra

BOMMERSBACH000206



Fwd: FW: Fwd:

**Debra** <debj@post.com>
To Jana Bommersbach

Oct 14 at 4:36 PM

--
Sent from my Android phone with mail.com Mail. Please excuse my brevity.

LORI VOEPEL <LVOEPEL@JSHFIRM.COM> wrote:

Here's another email Ms. Raseley sent to the republic opinion board.

**From:** Mary Raseley [mailto:mraseley11@gmail.com]
**Sent:** Saturday, October 10, 2015 11:14 AM
**To:** LORI VOEPEL
**Subject:** Fwd:

---------- Forwarded message ----------
From: "Mary Raseley" <mraseley11@gmail.com>
Date: Oct 10, 2015 11:07 AM
Subject:
To: <opinions@arizonarepublic.com>
Cc:

Debra Milke should be compensated by the State of Arizona at the rate of $2M a year for every year she spent on death row. The Phoenix police detective who made a false claim that she confessed, was the "Judge, Jury and Executioner." There was not a shred of evidence of her guilt or of her confession. The police detective was the leader of the lynch-mob, and he convinced the attorney general and the jury to convict her of the crime and to sentence her to the death penalty. Mary Raseley, Phoenix

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

1 of 1

JUL 1 0 2002

# *Frank Aue*

Postfach 38 02 35
14112 Berlin
Fon. (0178) 399 11 23
Fax. (01212) 511027169

Frank Aue * Postfach 38 02 35 * 14112 Berlin

Ms. Lori L. Voepel
c/o Kimerer & Derrick, P.C.
221 East Indianola Ave.

Phoenix, Arizona   85012 USA

07/04/2002

**Correspondence of Debra and Mark Milke**

Dear Lori,

in light of the recent visit of Mark Milke at your office I strongly feel you should have both original letters, the one of Mark dated February 13, and of course the letter from Debra to Mark. You will notice on the backside of page 3, bottom, how he elaborates that *"I may have sought out a woman it wouldn't be too hard for me to win custody of children from in the event of divorce."* That definitely reveals a lot about his care and concern for the mother(s) of his children.

On the backside of page 4, line 6, he even suggests *"I can say almost anything that I need to say to you in a letter or five or six."* Since Mark hasn't sent Debbie five or six, but only one letter in the recent years - namely this one dated February 13, 2002 - he even suggests further communication.

Please drop a short line so I'll know this package made it safely to Phoenix.

Talk to you soon,

*Frankie*

BOMMERSBACH000609

Subj:     **Fwd: I sent the draft instead. This is better**
Date:    6/6/2013 11:16:03 A.M. US Mountain Standard Time
From:   housedick@gmail.com
To:      PAT24288@aol.com, frankie@arizona.usa.com, reinhardd.mueller@t-online.de

---------- Forwarded message ----------
From: **Paul Huebl** <housedick@gmail.com>
Date: Thu, Jun 6, 2013 at 11:13 AM
Subject: I sent the draft instead. This is better
To: "MDK Kimerer, Michael" <MDK@kimerer.com>, LORI VOEPEL <LVOEPEL@jshfirm.com>

Mike I would like to create a video to Montgomery with the following message read over a teleprompterr with various photos and graphics.  If you find it objectionable or harmful I won't do this.  Please let me know.  Thousands will see this if I put it up on my blog and YouTube.  I could go further than that.

My Message To Maricopa County Attorney Bill Montgomery:

Mr. Montgomery, you are the elected prosecutor in Maricopa County Arizona and you have to decide whether Debra Milke is retried for capital murder.  As you know the 9th Circuit U.S. Court of Appeals has identified your star witness, detective Armando Saldate, against Debra Milke as a serial perjurer.

You are acutely aware that the court has taken the most unusual step of referring the entire mater for an investigation by the Justice Department into the conduct of former police detective Saldate and predecessors of your office for the violation of Milke's rights.

Saldate began his police career with an act of felony sex extortion against a female motorist.  After a polygraph and lies, Saldate confessed but instead of being prosecuted, imprisoned and fired he was only suspended for five days.

You are aware that Saldate ended his law enforcement career while under investigation for the exact same conduct.  He evaded prosecution by simply resigning as constable.

There is of course that huge litany of serious cases where Saldate lied under oath in despicable acts to obstruct justice.  Saldate was never once held accountable for his conduct at least any that has been made public.

Nobody knows more that I do that Debra Milke did not confess to Saldate.  Just hours after he claimed she confessed to him, I confronted Milke in the Maricopa County Jail receiving room with a hidden tape recorder.  I asked Milke if she told the police she had anything to do with the death of her son?  You are now aware that she gave me an emotional and strong denial.   That actual tape recording was

broadcast to the TV viewers of Fox-10 news.

Your Public Information Officer has barred me from your press briefings and needless to say that has a somewhat suspicious and corrupt odor. I guess he wants to protect you from potentially embarrassing questions he thinks I'm sure to ask.

Today you are aware that you have no reasonable case against Debra Milke. You can't even meet the minimal threshold of probable cause. The American Bar Association's ethics for prosecutors makes prosecution such a case unethical.

Need I remind you of that Maricopa County's courts were awash in malicious and despicable arrests and prosecutions during the exact timeframe of the Milke prosecution? The Buddhist Temple Murders, The Ray Krone Case and The David Hyde Case were just a few horrible examples of prosecutorial tyranny. Ruthless police and prosecutor conduct all but destroyed lives and taxpayers paid out many millions to those victims.

Please don't forget the late, Kenneth Peasley, yes he was from Pima County but he was the most popular Maricopa County Special Prosecutor until he was caught and disbarred knowingly putting on a perjuring police witness at a death penalty trial. Pleasley still holds the grim record for putting the most people on Death Row in Arizona. How many are there because Peasley put his thumb on the scales of justice?

Mr. Montgomery you do have some new safeguards in place to insure fair trials but they were to little and too late to help Debra Milke. The time to end this woman's nightmare is now. Why prolong this woman's suffering and increase the damages taxpayers will be paying? I know you're conflicted by a need to protect the reputation of your office but doing the honorable thing is better than defending the rogue conduct of the past. Please Mr. Montgomery, it's time free Debra Milke. –

**PAUL HUEBL**
**PO BOX 24055**
**Los Angeles, CA   90024-9655**
**310.420.9450**

**PO BOX 34276**
**Phoenix, AZ   85067**
**Check out my blog:**
http://www.crimefilenews.com/

**Call me free via SKYPE @ crimefile**
**FAX 310-388-0454**
**Licensed in California and Arizona**



# JS&H   JONES, SKELTON & HOCHULI, P.L.C.

LORI L. VOEPEL
TELEPHONE: (602) 263-7312
FAX: (602) 200-7807
E-MAIL: LVOEPEL@JSHFIRM.COM

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

*[handwritten annotations: Prosecutors should put fairness ahead of winning their job is not to win cases but to do justice. It's a terrible problem when winning, rather than doing the right thing, becomes the end all and be all for prosecutors.]*

March 5, 2009

**LEGAL MAIL –**
**ATTORNEY-CLIENT PRIVILEGED**
**PERSONAL AND CONFIDENTIAL**

Debra J. Milke, #83533
A.S.P.C. - Perryville/Lumley Unit
PO Box 3300
Goodyear, AZ  85338

      Re:   *Milke v. Schriro*
           Ninth Circuit Appeal

Dear Debra:

       Pat told Mike and I that he received a letter from you saying you do not want a legal call until we receive a decision from the Court, so I wanted to at least bring you up to date by letter.  First, I want to thank you for your lovely letter in late December.  I was so glad to hear you were pleased with the Reply Brief.  We felt good about it too and are hopeful that it addresses all of the Court's remaining questions on the *Miranda* issue.

       I did not write you back at that time because Mike and I were planning to schedule a legal call as soon as we knew for sure what was going to happen with the mediation efforts.  Unfortunately, notwithstanding significant efforts by Mike, me, the mediator (Claudia Bernard) and Larry Hammond, the attorney for the State, Kent Cattani, would not agree to proceed with a formal mediation because he did not believe such efforts would be fruitful.  We feel there were several factors contributing to this.

       During our initial telephonic conference with the mediator and all counsel, we proposed our idea to remand for a new trial without limitations on the State's ability to re-introduce Saldate's testimony regarding the interrogation, starting with the suppression hearing. Kent felt the State would gain nothing from that because, in his view, the State would be able to re-introduce that evidence even if the 9th Circuit grants habeas relief.  We strongly disagreed with his position because we know that in other cases such as *Taylor v. Maddox*, the 9th Circuit indicated that the illegally obtained confession evidence in that case could not be used on re-trial. I did some follow up research after that initial discussion to find out what happened in *Taylor* on re-trial and learned that the confession evidence was not re-admitted into evidence.  Mr. Taylor has actually been re-tried twice, because the first trial ended in a hung jury.  The second trial, at

BOMMERSBACH000704

November 22, 2005

Dear Mike:

   I talked with Debbie this morning and she is still pretty angry. But I am getting her to "get it out of her system" by venting to me. The attached letter from her spells it out what really sent her into a spin. This was the first request in a very long time that I am aware of so it is not a frequent problem.  She has such a distaste for the media that anything from them makes her very angry. I fully understand that. The procedures out there will not let you or I get in the middle. Any request from the media is written up and the inmate must review and sign off. So there is no way we can ask even her counselor to not bother. It is just the way it is and she knows that. Like I said she needs to vent!

   I recommended to her that we do nothing right now unless it becomes a bigger problem. I told her we don't need a publicist, we don't want to make any statements as that would draw the wrong type of attention and that anything that is public record is at a writer's disposal so there is little we can do to prevent the Phoenix Magazine from writing their article. By calling this writer could possibly make her dig deeper and come up with something to use so I told her I didn't want to take that risk. Needless to say I was not too supportive and that didn't help matters much. She wants to tell her story somehow and I keep going back to writing a book someday. But that would not be very likely until some decision is made. That brings up that telling her "sometime next year" went over pretty bad as she thinks that means maybe a year or more and she is having a tough time dealing with that. In her mind Lori should be able to get a clearer picture from her friend in the court and whatever I tell her doesn't sell very well. I am only guessing but her request for a legal call in January will probably focus on that issue.

   The other items is the information on who her counselor is right now and who to set the call up with in January. The other item is an article on the Supreme Court activity and she is asking if the case they dismissed is the Blake case that she felt would shed new light on what happened to her. Can you enlighten me if that is the case?

   Overall things are not that bad but she is in kind of a funk right now. Being this time of year adds to the problem as December 3rd is the date Chris was killed. She will get through it eventually and I will continue to keep you posted. Renate is in Tabago and arrived safely. She needs this vacation badly so I have not shared any of this with her.

   I wish you and Lori and staff a Happy Thanksgiving.  Will be in touch. Thanks for your support,

   Pat

BOMMERSBACH000705

11-6-05

Hi Pat,

I hope you and Patti are doing well. I received your letter from Nov. 3 along with the jokes and the political cartoons. I do like those cartoons.

It's Sunday today and I still haven't received the $100 M.O. It's floating around somewhere.

I finally received Mike's letter. It was typed and sent on Nov. 3. I copied it and enclosed it so you can see what he said. It didn't leave me feeling all warm and fuzzy inside, that's for sure.

All I live are delays, delays, delays. The court will always be backed up. Sometimes I feel as if I'll never get my life back. It's obvious that no one is pushing my case to the front burner. Who cares if I'm innocent, locked up in this cement box? No one is acknowledging that days and weeks and months and YEARS of my life are being stolen from me. My case sits in a pile collecting dust along with the others, and all I hear is

BOMMERSBACH000706

that the court is backlogged.
Back in April I heard "the beginning
of 06." Now I hear "sometime next year."
In 06, as the months drag on, I'll
hear, "the court is backlogged" and on
and on. The same old excuse!
I am so angry and furious inside.
All I can do is stuff this shit. I've
had enough of this and I'm ready to
move on!
When Mike said he and Lori feel
very hopeful that it will ultimately
be worth the wait, I wonder if he
was referring to the case the Supreme
Court heard arguments about on NOV. 1.
I enclosed the article.
It's easy for him to say it will be
worth the wait. He doesn't have to live
where I live. He doesn't have to deal
with the daily psychological abuse or
be treated like a dangerous criminal.
I mean, I could go on and on.
"worth the wait" to me is getting
out when my habeas is granted. The case

BOMMERSBACH000707

2

against me is a gross miscarriage of justice and I demand to get my life & freedom back.

If Mike was referring to this Blake case, it is nice to know that the court will use the case as a model.

I want to know when an opinion is expected in this case. With all the info on the Internet, the blogging, etc., I'm sure someone at the Associated Press or the Supreme Court would know.

Usually, cases argued at the beginning of the term have opinions issued in January or February. But, the way my luck is, the opinion in Blake will come out in late June, just before the court recesses for 3 months!

Please find out or ask someone to find out when the Blake opinion is expected.

Before I received Mike's letter, I got my mom's letter and she said she talked to Mike, who confirmed that nothing much will change as far as the time frame.

Well, I was thrilled to hear that because I was under the impression the time frame was "the beginning of 06." I wasn't looking for any time BOMMERSBACH000168 than that

I was OK with the top of 06.
So, when I read my mom's words — that
nothing much will change, I was happy
about that. Then I get Mike's letter
and he says "sometime next year."
    Believe me, that sounds like next
NOVEMBER!
    I try so hard not to whine but
it becomes harder and harder to endure
this waiting as the years go by. I am
tired of being dehumanized on a daily
basis. There's so much I don't tell
you all what I really face every day.
    I just want my freedom & my life
back.

    Oh well, moving on...
        The phone hung up on me when
I was talking to Patti last Friday.
The battery died in that handset.
    I had such a crappy week!
I hope Patti has a nice day on her
birthday. Give her a big hug for me.
    All week last week I watched
the special series, RX - Global Health Challenge,
on ch. 8. It was fascinating. I didn't know

BOMMERSBACH000709

3

that a part of Peru has a TB problem. The series focused on India & Africa, and Indonesia.

We are _so_ fortunate to be Americans and to live here. I wonder if the bird flu will mutate into a human strain. I hope not.

I'm glad that Marguritte is enjoying her home. I'm still amazed that she was able to buy a house but I scratch my head at why she quit her job. I would panic if I had a mortgage and no job.

Well, the race is about to start. I hope Jr. has a good day. Say hello to everyone. Have a nice week.

Love, Debbie.

BOMMERSBACH000710

## KIMERER & DERRICK
### LAWYERS
#### A PROFESSIONAL CORPORATION

MICHAEL D. KIMERER
CLARK L. DERRICK
MICHAEL ALARID, III

OF COUNSEL
TERI D. McCALL

221 East Indianola Ave.
Phoenix, Arizona  85012
Tel: (602) 279-5900
Fax: (602) 264-5566
1-800-220-6817

May 24, 2011

**PERSONAL AND CONFIDENTIAL**
**ATTORNEY/CLIENT PRIVILEGE**
Debra J. Milke, #83533
A.S.P.C.-Perryville/Lumley Unit, 30 D 267
P. O. Box 3300
Goodyear, Arizona 85395

Dear Debbie:

It is always a good day when I get one of your letters and this time I received two. I thought your statement, should you be successful on your habeas petition, is excellent. It says everything that needs to be said and is well written. You're an excellent writer and it may be something you should concider pursuing.

I have not recently talked with Jana Banlersbach but will call and get her thoughts about seeing youu and discusing the options you referenced.

Hopefully, we will hear something soon. I am caustionsly optimistic about our chances. I know the pain when we get our hopes up and then have them demolished by a bad decision. I pray to God you are vindicated. I know you don't deserve to be in prison and the years you have lost can never be replaced.

I do believe my call to the warden about the problems you were experencintg at the DOC may have caused some problems. The secretery tried to refere my call to the deputy warden and I insisted I needed to speak to the warden. At least is sounds like things were resolved.

Hang in there and stay in touch.

Best personal regards,

KIMERER & DERRICK, P.C.

Michael D. Kimerer

MDK/jp

BOMMERSBACH000711



# JONES, SKELTON & HOCHULI, P.L.C.

*To file*
*copy W Amy*

LORI L. VOEPEL
TELEPHONE: (602) 263-7312
FAX: (602) 200-7807
E-MAIL: LVOEPEL@JSHFIRM.COM

JUL 2 0 2009

2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
PHONE: (602) 263-1700
FAX: (602) 263-1784
WWW.JSHFIRM.COM

July 17, 2009

COPY

**LEGAL MAIL –**
**ATTORNEY-CLIENT PRIVILEGED**
**PERSONAL AND CONFIDENTIAL**

Debra J. Milke, #83533
A.S.P.C. - Perryville/Lumley Unit
PO Box 3300
Goodyear, AZ 85338

       RE: *Milke v. Schriro*
           **Ninth Circuit Appeal**

Dear Debra:

      I received your letter requesting that we not call out to the prison to speak with you once we receive the Court's decision. I can certainly understand your desire to receive any potential bad news in private, so we will honor your request. If, however, you change your mind and would like for us to arrange a legal call if the news from the Court is positive, please let me know.

      I am not sure whether I have told you yet, because everything has happened so fast, but my husband and I are adopting a newborn (girl) in mid-August. I will be taking a three month maternity leave but will, of course, be available by phone and e-mail in the event a decision in your case is issued. Mike is aware that I will be out on maternity leave, so he will handle any issues that might arise in the interim. Because we are now just awaiting the Court's decision, I doubt that there will be anything of significance to handle in my absence.

      Even if I am on leave when we receive a decision, I will try to join Mike in a legal visit after we mail the decision to you. If that is not possible for some reason, perhaps we can arrange for me to have a legal call with you if you would like to speak with me in addition to Mike. Either way, Mike and I will confer regarding the next steps in the process, so that you will have the benefit of both of our input before the legal visit.

      I can tell from your letter that you are "bracing" to receive news – good or bad – from the Court. I think maintaining that kind of grounded, even-keeled stance is important right now for your well-being and am glad to hear you are in that place mentally and emotionally. Hopefully, the Court will not take a lot longer to issue its decision. But if it does, I hope you will

BOMMERSBACH000719

# JONES, SKELTON & HOCHULI, P.L.C.

Debra J. Milke
July 17, 2009
Page 2


trust that timing can be everything, especially if the panel wants to rule in your favor.  So please do your best to be strong as you wait for a decision, even though I know that can be very difficult some days for you.

I hope that the next time we speak in person or by phone that we will have good news for you.  In the meantime, take care, and let me know if you have any questions.

Sincerely,

Lori L. Voepel
For the Firm

LLV:gls

cc: Michael Kimerer

2077749.1



🏠 Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Mobile    More ▾

**More about me for your book**

**LORI VOEPEL** <LVOEPEL@JSHFIRM.com>          Today at 12:18 PM

To Jana Bommersbach

Sorry again for the delay in getting this to you.  It's just been very hectic since I finished Debra's case.

When I was a first year law student, I knew I wanted to do something to help others.  I initially thought I might want to be a prosecutor. And, ironically, it was during my first year of law school that Debra and her co-defendants were tried and sentenced for Christopher's murder.  Based on the media reporting, I, like many others, thought Debra was a monster.  After her sentencing, I quickly forgot about Debra and focused on my studies.  During my third year of law school, I participated in a clinic under an Arizona Supreme Court rule that allows law students to appear and file pleadings in court under a supervising attorney, and I chose to work with an incredible attorney in the Pima County Public Defenders Office named Dennis Murphy. I learned from him that things are not always as they seem, and that criminal justice is not black and white, but shades of gray. I won a motion to suppress and worked with the mentally ill who were charged with crimes.  And it opened my mind like few other things in my life had ever done before.

After law school, I was selected as a judicial clerk for Justice Thomas Zlaket on the Arizona Supreme Court, where I conducted research and helped to draft opinions.  Because the Supreme Court is the court of original jurisdiction for death penalty cases, we heard many capital cases.  The opinions affirming Debra's and her co-defendants' convictions and death sentences were nearly complete when I started my clerkship, but I saw the drafts just before they went out and, once again, thought that Debra was a monster.  As I would learn years later, there was no mention in any of the arguments before the Supreme Court of all the problems with Saldate's interrogation and his history of lying under oath and violating constitutional rights, nor was there any indication of how severely dysfunctional and mentally ill both Scott and Jim Styers really were prior to and during the events that led to Christopher's death.

After serving a second judicial clerkship, this time for a judge on the Arizona Court of Appeals, I accepted an offer to practice law with Mike Kimerer, who would end up being my co-counsel in Debra's case.  Mike hired me because of my appellate experience and desire to be an appellate attorney, but we also tried several cases together, including several high profile ones.  When Debra's mother, Renate, contacted Mike about taking over her appeals, he of course involved me.  And I am very glad that he did.  I began Debra's representation with some preconceived perceptions of her formed mainly through the media, over the prior 11 years.  But by the time I finished reviewing her file, including the research done by the state post-conviction team regarding Saldate and Debra's co-defendants, Roger Scott and Jim Styers, I realized that, like Dennis Murphy had taught me, things were not as they seemed.  When Mike and I met with Debra, I was still skeptical, but as I reviewed more and learned more about Debra's case and came to know Debra as a person, I began to realize that she is  innocent.  Although I would have done my best on her case either way, realizing Debra's innocence motivated me to dedicate myself to vindicate her and win her freedom.

We began representing Debra in 2001 in habeas proceedings in federal district court (the same year I married my husband, Terry). By the time I had reviewed the enormous file, spoken with numerous witnesses, experts and others, and filed the merits briefing and several related motions, I realized that something had gone terribly awry in Debra's case. It became clear to me that Debra's case involved the perfect storm; one very bad and extraordinarily manipulative and egotistical cop, one prosecutor who was motivated to win at any cost (not just in Debra's case but in many others, including Ray Krone's),  and one very poor trial court judge who was later removed from the criminal bench following repeated displays of poor judgment.  Add to that two severely disturbed co-defendants (only one of whom Debra had known previously-Styers), two family members and a friend whose own serious dysfunctions allowed Saldate to manipulate them into trashing Debra's character, the State's successful suppression of critical impeachment evidence regarding Saldate, and an inexperienced and underfunded (although well meaning) defense attorney, and Debra stood no chance whatsoever.

Knowing just how wrong justice had gone in Debra's case, I sought and gained permission when I joined my current firm in 2005 to remain as appellate and co-counsel for Debra.  When we lost in district court three years later, I was stunned and emboldened to make sure that the next court up the appellate ladder — the Ninth Circuit — would understand and care about what happened to Debra. When I finished my first draft of my Ninth Circuit Opening Brief, I asked a very skeptical colleague of mine to review it and give me feedback.  That attorney had asked me several years earlier "How can you represent Debra Milke?"  As soon as my colleague read my brief, she came to me and said "Lori, you need to save this woman's life."  That affirmation strengthened my resolve even further.

🖼 by stevedocwra on flickr

BOMMERSBACH000721

Before Debra's or either of her co-defendants' briefs were filed in the Ninth Circuit, I spoke at length to Roger Scott's attorney regarding our impeachment evidence and claims regarding Saldate, which his client also could have vigorously pursued, given his client's questionable mental health and Saldate's clear coercion of him after Christopher's murder. To my dismay, his counsel chose another course— to continue touting the State's "theme" by blaming Debra and Jim Styers, notwithstanding Scott's prior inconsistent stories and obvious participation in this horrific crime, and Scott's repeated acknowledgment that Debra never said anything to him or in his presence remotely indicating that she wanted her son killed. Less than 30 days after Scott's attorney trashed Debra (and Jim) in oral argument, we appeared before the same Ninth Circuit judges, who had clearly been influenced by what they had heard. Although initially somewhat hostile toward our arguments, the judges questioned Saldate's interrogation and credibility enough that they sent Debra's case back for an evidentiary hearing in district court.

The battle continued in district court given the State's unwillingness to relent and the district court judge's own preconceived notions about Debra's case. But finally, after several rounds of briefing, an evidentiary hearing, and another oral argument, the Ninth Circuit finally did the right thing. I was going to work the morning the opinion was issued and walking across the courtyard of office buildings toward my firm, when I saw the email from one of our amicus counsel, an ACLU attorney named Dan Pochoda, which said "Congratulations, Lori, on a hard fought, well-deserved win." Scrolling down, I saw the Ninth Circuit order granting habeas relief and ran, shaking and crying with relief, to tell my appellate colleagues that we won. I then had the privilege of calling Debra in prison to tell her the news she had been longing to hear for over 23 years.

Although I would have given anything for that long-hard fought victory to end with the Ninth Circuit's Opinion, it would take another two years of re-trial proceedings before we would finally succeed in getting Debra's case dismissed with prejudice. After the trial court judge denied our double jeopardy motion to dismiss based on prosecutorial (and police) misconduct, the case was finally dismissed by the Arizona Court of Appeals, whose decision the Arizona Supreme Court refused to review. Debra, her family and friends, Mike and I are forever grateful that, like the Ninth Circuit, the Arizona state courts finally did the right thing too. As a result, Debra is finally living her life as a free woman, notwithstanding having been robbed by the State of 25 of the most precious years of her life, on top of the loss of her child, Christopher, for whom she still wants to see justice done.

I have come to know Debra over the past 14 years, and she has come to know me and my family, including my daughter, who was Christopher's age upon Debra's release from prison. One of the most treasured memories of my life is when Debra asked on the day of her release if she could read "A Squirrel's Story" to my daughter. My husband and I readily agreed, and Debra and our daughter have shared a special bond ever since that day. I have often been asked over the past 14 years, and most recently just last month, what I thought of Roger and Jim and if I thought Debra was guilty. Based upon the evidence presented and, more importantly, not presented in their cases, I can say without equivocation that Debra is innocent and that the two men responsible for her son's murder remain behind bars.

# KIMERER & LAVELLE

## LAWYERS

MICHAEL D. KIMERER
MICHAEL J. LAVELLE
CLARK L. DERRICK
LORI L. VOEPEL
TERI D. McCALL
MATTHEW K. LAVELLE
TOM RAWLES

Of Counsel
  RICHARD PARRISH

J. STEVEN ROLLINGS
1937-1987

221 East Indianola Ave.
Phoenix, Arizona 85012
Tel: (602) 279-5900
Fax: (602) 264-5566
1-800-220-6817

August 28, 2000

**PERSONAL AND CONFIDENTIAL**

Debbie Milke #83533
A.S.P.C.-Perryville/Santa Maria
P.O. Box 3400
Goodyear, Arizona 85338

Dear Debbie:

Thank you for writing to me about your case and about the unfairness that <u>does</u> exist here in Arizona.

I am very familiar with the facts of your case, and agree there are substantial issues that cast doubt on your guilt. When your mother came to town in 1998 to meet with attorneys about your case, I was one of those attorneys. I took the time to read all the pleadings and large portions of the trial transcript, so I am familiar with what happened in your case. As a consequence, I have both empathy and a detailed understanding of your situation. I do not believe you should be where you are.

I also know that many of the things that you say about our criminal justice system are true. Arizona has not escaped lying cops, overzealous prosecutors, and uncourageous Judges. I understand your disheartenment with our Supreme Court and their failure to grant your Petition for Review. However, the standards that they must follow to make a determination whether a Petition for Review is granted, limits to some extent of what they can do. I know you think that former Chief Justice Stanley Feldman is "hypocritical" but, in fact, he is one of the most enlightened Judges in this country. He's smart, courageous, and personally does not believe in the death penalty. I have worked with him in different settings over the years and it's my opinion our criminal justice system in Arizona would be in much worse shape than it is if he had not been around. I know this information doesn't give you much comfort given what has happened to you.

I personally do not have a great deal of optimism about what the Death Penalty Commission will or will not do. I am concerned that its creation is more for political purposes than for addressing issues concerning the imposition of the death penalty.

BOMMERSBACH000730

# KIMERER & DERRICK
### LAWYERS
#### A PROFESSIONAL CORPORATION

MICHAEL D. KIMERER
CLARK L. DERRICK
MICHAEL ALARID, III

OF COUNSEL
TERI D. McCALL

221 East Indianola Ave.
Phoenix, Arizona 85012
Tel: (602) 279-5900
Fax: (602) 264-5566
1-800-220-6817

December 28, 2012

**LEGAL MAIL - CONFIDENTIAL**
**Debra Milke - ADC#83533**
**ATTORNEY CLIENT PRIVILEGED**
Arizona State Prison Complex – Perryville
Unit – Lumley  30D267
Goodyear, AZ 85395

Dear Debbie,

As the year draws to an end I wanted to make sure I found the time to write you a letter before 2013. I know this "wait" for the 9th Circuit to make a decision has to be agony for you. It has been wearing on both Lori and I and we have been all over the place guessing what they might do. When they took a long time at first I took it as a good sign. When they took a long, long time I started worrying that they're hung up or waiting as long as possible to spare us from bad news. Now that it has been a long, long, long time I am thinking I was wrong and they have a more rational reason for the delay. It may be that they want to see what develops with all the "Martinez" cases before making a final ruling.

The difficulty they face is Broomfield's ruling after our hearing. I'm sure they thought if they sent it back to Broomfield for a hearing, he would rule in your favor, and it would have been easy for them to reverse your conviction. I thought the hearing went extremely well for us, but once again, we got screwed over by Broomfield. We gave them a legal way around Broomfield's ruling, but it makes it more difficult for them, and they don't want to make too much of a stretch that the Supreme Court will reverse what they do. As you know we will be raising several new issues under Martinez. As we explained to you when we last met, Martinez is a very recent decision by the United States Supreme Court that allows a defendant, under limited circumstances, to raise issues that Rule 32 Counsel failed to raise. The law before that was that habeas Counsel could not address those issues.

BOMMERSBACH000758

# KIMERER & DERRICK
### LAWYERS
A PROFESSIONAL CORPORATION

December 28, 2012
Page 2

The main issues that we will now raise under Martinez relate to Frankie's time line analysis; the State "sandbagging" Ken Ray by calling a non-disclosed witness at the last minute; and Ken Ray's failure to cross examine about the tape recording, that Paul Huebel keeps screaming about as being a "secret tape", which it was not.

I won't burden you with the problems we had with Paul Huebel whose need for self-aggrandisement could have sabotaged your case and could have conflicted us out of your case. He went to two well respected attorneys, misrepresented to them the facts about the "secret tape" and got them to believe that Lori and I messed up because we didn't raise the issue. First, the law didn't allow us to raise the issue because it was not raised by Anders in the Rule 32, and the tape was not secret but admitted into evidence by stipulation. Ken should have challenged it and cross examined Saldate about it, and we will now be able to address that issue under Martinez, but it is not the strongest issue we have, and we could not have raised it until "Martinez" was decided by the Supreme Court.

In the meantime, Paul Huebel is still using the inaccurate "secret tape" argument to curry favor with publishers and the media. For your information I am sending you some of the correspondence that was produced in order to keep Paul Huebel from filing independent frivolous pleadings with the claim you gave him permission to do it. Hopefully, he will stop meddling once we file our Martinez petition.

I recently talked with Julie Hall, Styers Attorney, to see if he would be willing to give an affidavit attesting to your innocence. I think he would do it if asked, but Julie won't let him, and I can't contact him directly since he has legal representation. I know Julie and will keep trying to persuade her that he doesn't hurt himself by saying that you weren't involved, and he's said it before. I would suggest you write and ask him but I'm sure D.O.C. would not allow and intercept such a communication and I want to deal honestly with his attorney. I need to figure out a way how Styers case can be helped by him helping you.

BOMMERSBACH000759

**Webmaster**

| | |
|---|---|
| **Von:** | Renate Janka [renatejanka@ymail.ch] |
| **Gesendet:** | Freitag, 25. Oktober 2002 15:51 |
| **An:** | Lori Voepel; Patrick Galbraith; Frank Aue |
| **Betreff:** | Fw: TELL DEBBIE I'M THINKING OF HER |

Hi,
I find it totally astonishing that, based on our website, a number of
schoolmates come "out of the woodwork". Oh God, where were they when I
needed them most and didn't have a clue of how to contact them?
Anyway, maybe it helps.
Love to you all
Renate
----- Original Message -----
From: PATSY HUBENTHAL-WATKINS <PATSYWATKINS@COX.NET>
To: <renate@debbiemilke.com>
Sent: Friday, October 25, 2002 6:29 AM
Subject: TELL DEBBIE I'M THINKING OF HER


> Below is the result of your feedback form.  It was submitted by
> PATSY HUBENTHAL-WATKINS (PATSYWATKINS@COX.NET) on Thursday, October 24,
2002 at 23:29:57
> ---------------------------------------------------------------------
-
>
> town: PEORIA   CORTEZ HIGH
>
> message: HI, MY NAME IS PATSY, I WENT TO CORTEZ WITH DEBBIE, MY SISTER
KATHY WAS IN HER GRADE AND I WAS FROM 1980, MY MOM OWNS THE DUNES LOUNGE AND
DEBBIE USE TO PLAY ON MY MOMS BASEBALL TEAM, ME AND KATHY AND MY MOM SUE
OFTEN THINK OF DEBBIE, I PRAYER FOR HER EVERY NIGHT THAT SHE GETS A NEW
TRIAL, I DON'T THINK FOR A SECOND SHE IS GUILTY,  AND CAN YOU TELL ME IF SHE
CAN GET CARDS IN PRISON? I WOULD LOVE TO WRITE HER, I HAVE A BEAUTIFUL 16
YEAR OLD DAUGHTER CHRISTINE, AND A 13 YEAR OLD SON ZACHARY, TELL HER THAT I
USE TO BE MARRIED TO DEVIN PETTY (YUCK) HE ALSO WENT TO CORTEZ, HE IS MY
KIDS FATHER.  I THINK OF DEBBIE EVERY DAY AND CAN'T BELIEVE THE INJUSTICE
SHE HAS RECEIVED. I AM SENDING IN MY DONATION FOR HER DEFENCE FUND, AND HAVE
JUST DOWNLOADED THE PETITION TO SIGHN, GOD BLESS DEBBIE,  PATSY HUBENTHAL
WATKINS, ALSO MY MOM SUE HUBENTHAL AND SISTER KATHY AMBROSAT ARE ALSO
SIGHNING IT,  THANKS   SUE HUBENTHAL  DAADUNES@AOL.COM   KATHY HUBENTHAL
AMBROSAT IS AT  KAHAJOJA@AOL.COM
>
> SUBMIT: submit
>
> ------------------ *Please relay this message. Thank you!*
-
> *Please email Patsy and tell her that I do remember
her and her sister, Kathy. Also tell her that I said
thank you very much for believing in me and for
her generosity in donating to my defense fund. I also
appreciate it that she wants to send a card. Stepping
back in time is very painful for me at this time and
something I can't deal with right now. Memory lane hurts
me a lot. I must stay away from it, for* BOMMERSBACH001497 *but I deeply*

TO GET HER TO SAY YES. **SANDRA** SAID SHE TOLD **DEBRA** THAT SHE WOULD HAVE TO TALK TO HER HUSBAND RON ABOUT TAKING CHRIS AND **DEBRA** THEN BECAME VERY HAPPY AND THEY ENDED THEIR CONVERSATION.

**Discrepancy #18:** Never did SANDY say that **Debra** was using *"Mark and the safety of Chris to get her to say yes"*. SANDRA said *"... and called me a week later apologized and said Mark kidnapped Christopher and that she didn't feel Christopher was safe anymore."*
SANDY did not explain that her husband RON was listening on the other phone. She said *"And her mom was on the other phone..."* and **SALDATE** completely fabricated his statement. The same with true pertaining to RON whispering to SANDRA. SANDY never said anything like this. All that SANDRA talked about was a visit of CHRSITOPHER to be with her son JASON.


WITHIN A WEEK, **DEBRA** AGAIN CALLED AND **SANDRA** 'SAID SHE TOLD **DEBRA** THAT SHE AND RON HAD TALKED ABOUT IT AND THEY HAD AGREED TO TAKE CHRIS BUT FOR ONLY 2 MONTHS. SHE SAID THEY TOLD **DEBRA** THEY COULD NOT AFFORD TO SEND FOR CHRIS BUT IF HER MOTHER WOULD AGREE TO PAY FOR THE AIRLINE TICKET FOR CHRIS, THAT CHRIS COULD SPEND SOME TIME WITH THEM. **SANDRA** SAID THAT **DEBRA** TOLD HER THAT IT WOULD ONLY BE FOR 2 MONTHS UNTIL SHE AND ERNIE GOT SETTLED AND WORKED THE PROBLEM OUT. **SANDRA** SAID SHE ENDED THE TELEPHONE CONVERSATION BELIEVING THAT HER MOTHER WOULD PAY CHRIS' AIRLINE TICKET.

**Discrepancy #19:** SANDY did not say *'they could not afford to send for Chris'*. She said *"If mom is willing to pay for his plane fare out (... ) I would be willing to keep Christopher..."*. She also never said **Debra** would be only for 2 months". SANDY made it clear that *"... for no longer than two months..."*. **SALDATE** intended to accomplish the assumption that **Debra** had the planning on her part. But that's simply untrue.


(report continues...)


━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━


**A**t this point the tape recording and the original transcript of the interview with SANDRA PICKINPAUGH ends. It will remain a secret whether the rest of this report contains as many allegations, twisted statements and lies as this first part, but - as everybody will imagine - there is a high likeliness, it does. However, the reason this report is published here on this website is to explain to the reader that former Phoenix Police Detective **ARMANDO SALDATE, JR.** had a pattern of lying and fabricating statements that landed **Debra Milke** on death row, manipulated jury members and served the prosecution *'evidence'* to win this case at any cost. It also led family members to believe their daughter had indeed confessed to a conspiracy to have her 4-year-old son, CHRISTOPHER CONAN MILKE, murdered. The outrage about such a heinous crime locally in Arizona is understandable, yet it can be proven without a doubt that the media and the public was led to believe a story that is full of allegations that were made up and falsified facts. Other than **SALDATE's** allegations no other evidence against **Debra Milke** ever materialized.

**T**his page is also evidence that **Debbie's** sister SANDRA PICKINPAUGH was an unreliable and prejudiced witness, who used her initial testimony in this case to get even with her older sister. Decent police work and an accurate handling of this case through the prosecution should have excluded such demeanor completely.

**S**ALDATE'S fabrications of allegations should have been uncovered by prosecutor NOEL LEVY in order to grant **Debra Milke** a fair trial. Nothing like this ever happened. MR. LEVY used **SALDATE's** tactics to accomplish a conviction. He must have had better access to the police records than **Debra's** weak public defender, therefore should have made sure **SALDATE's**

2

stressed out.

My visit with Mike & Lori was ok. Lori explained how she is prepared. It's a little hard to listen to Mike because he always plays the devil's advocate. I have to remind myself that that's how he is and that he really is on my side. My brain seems to grasp on to the negative parts when he speaks and I find myself having to "decompress" after a visit with him. It's terrible! I felt hopeless for 2 full days after our visit. I feel a little better today. All I can do is hope for the best on NOV. 3 and hope for a favorable ruling. I will have a legal call on the 4th to find out how it all went.

I received your card with the pictures of the boys. Wow! They sure are growing up fast! And they look so cute too. I'm glad you had fun with them.

I bet Frankie is disappointed about the inaction from his bank and not being able to bid on that property. At some point the banks will have to start loaning money again. It's not right that they can screw people to death with fees and then be stingy about loaning out money.

I hope the phone gets fixed this week. I will try to call on Saturday at 7pm

BOMMERSBACH004707

I wrote a letter to Patti and asked if she'd be willing to come with you for a visit on the 8th. It doesn't have to be at 7AM. You two can come at 9AM and stay for 2 or 3 hours. Since her birthday is the next day, I thought I'd say happy birthday in person. I'd also like your opinion on the oral argument. Let me know what you decide.

Have a nice week and I'll talk to you on Saturday, I hope. Say hello to everyone and tell Frankie I got his letter. I'll be writing to him soon.

Love,
Debbie

P.S. Lori told me that if the Court grants my habeas and throws out Saldate's police report, she will ask for my release on appeal bond. I would LOVE for the 9th Circuit to say yes!! It'll be up to them, I guess.

BOMMERSBACH004708

1-24-10

Hi Pat,

I know we will have had a visit when you receive this but I wanted to show you the diagram of the medical room I drew in court. I know you all couldn't see it. I'm glad I was able to sketch it so Judge Broomfield gets a visual of how things went in that room.

For Saldate to say I feigned crying, he got up and went to that storage room to get me paper towels so I could blow my nose and wipe my face. That's how hard I was crying. He is such a liar, it boggles my mind.

Please email Frankie and tell him I received the CD he ordered before he left. Tell him I said thank you!

Also, tell Monica I received the very nice card from her. That was so thoughtful and I really appreciated it. The love and support from everyone truly means a lot to me. It was a wonderful feeling to know that you all were there for me. I'll be so glad when this legal nightmare is over. Then we all can rest and be free of such a heavy burden.

BOMMERSBACH004763

2

I wrote to Mike and thanked him and Lori & Amy for all their hard work. I told him I look forward to his phone call when Judge Broomfield files his findings.

I went on to say that if the judge finds in favor of me, we will need to have a serious conversation about how to protect me from Mark when I leave Perryville. He is dangerous and should not be underestimated. I told Mike that I'm not so sure I'd be safe at your house because I fear Mark may know about your address.

It would be nice if I could be released and driven away from here in an unmarked police car or even a marked one. I want to be able to dodge Mark and the media. Because you know both will be here hanging around the day I'm let out. I hope Mike and others can come up with a good plan.

Lori showed me photos of her baby on her phone. She's such a cutie. Lori said I can meet her baby and hold her when I'm out. I look forward to that a lot!

I'll talk to you on Saturday around 7AM. Say hello to everyone. I love you all so much.

Love, Debbie

BOMMERSBACH004764



Before Saldate arrived Ian was sitting in the chair in front of the desk. When Saldate entered, he sat in that chair, told me about Chris and read me my rights. After I said I needed a lawyer, he ignored me and rolled the chair directly in front of me. He was so close our knees were touching. He'd then lean forward and get in my face. You can see how backed up against the wall I was.

This is the sketch I drew in court. This is what that medical room looked like.

BOMMERSBACH004765

3-10-09

Hi Pat,

Happy birthday to me! I'm half-way to 50! That is so nice to know. NOT! Thank you for the lovely card, both of them, actually. Frankie sent me a large postcard of a chocolate cake. I loved that.

Do you remember the Sam's Club stuff I ordered and the 240 miniature Hershey bars I told you about? Well, 120 are gone and I'm working on the other 120. I am _so_ bad around chocolate. You will see. I need help.

The monster was bad this time around. I often wonder how it will be out there and how much it will come around.

I enclosed an address off an envelope of a letter I received. I want to thank this lady for writing to me but I don't understand the letters of the town she lives in. I circled it. Will you please ask my mom how I write this town name out?

Still no new phone. Some violent, uncivilized female threw it at an officer and it broke when it hit the ground. I told you about the new director we have who took Schriro's place. He reversed all the positive things she

BOMMERSBACH004910

implemented, including the unlimited phone calls. So, it was nice with Doug while it lasted. Oh well, soon I'll have my own phone out there and then I can talk to him without restrictions.

By now I'm sure you heard the news. Here's an excerpt of Lori's letter — (she's referring to the AG Kent)

" Apparently, he now believes there is a significant chance he will lose in the 9th Circuit, and he also now seems entirely to agree that if the Miranda warnings are found to have been insufficiently documented, the "confession" evidence would be excluded. If habeas relief is granted, he expects that the state would seek certiorari from the U.S. Supreme Court, but if the Supreme Court is not interested in hearing the case, he agrees the case will be returned to state court and would have to be re-tried without the use of the "confession." He acknowledges this might mean that there would be insufficient evidence to proceed, and if that happens, he notes he will have a "poster child" case for the importance of recording interrogations."

BOMMERSBACH004911

10-22-06

Hi Pat,

How are you & Patti doing? Good, I hope!

I cracked up at your greeting of Dear Debra. My mom must have told you what I said at our visit. That's cute! You can call me Debbie if you want. I decided to go by Debra with new people who will come into my life. It just sounds more mature, plus it's time for a change. I look forward to my new life!

But seriously, you & Patti can continue to call me Debbie, or Debra if you wish.

I loved seeing my mom but, let me tell you, I had a very emotional week crying every day because I miss her so much. I can't wait to get out and spend real quality time with her. But, with what little we did have, I enjoyed the 4 hours with her.

I just wish the phone problem got fixed. It's not the officers at all. It's the computerized system at Complex. My

BOMMERSBACH004975

name goes in as one call per week
instead of the two calls I'm entitled
to. I've been trying to get this
fixed. Our so-called "counselor" returned
from her 2 week vacation and I told
her to fix this stupid problem.
    Hopefully it will get done.

I'm glad everyone had a good time at
the reunion. The pictures look real nice.
Do you develop the photos at your
house? How does all that work?
    I'd love to attend your reunion and
meet your friends.

I LOVED watching the Blue Angels
perform!! I got a free show and it
was so exciting to me. I have always
admired the skills of jet pilots and
I love to watch them perform. It's
truly awesome.
    I really like to watch the two
planes that fly low towards each other,
giving the illusion that they'll crash head on.

BOMMERSBACH004976

2

but at the last minute they each turn sideways and fly past one another. That is SO COOL!!

I love to go to air shows, Pat. I used to go to them at Luke. My mom and Alex took me to one in Paris, where I saw the Concorde on display.

The fireworks at night at the Goodyear Airport were fun to watch. I could see them fully. A nice treat this past weekend.

I just remembered, Alex once took me to that "bone yard" at Davis Monthan in Tucson. Old planes were out there. Is it still like that?

I'm so glad to learn that Patrick is doing well. Is your house child proofed yet? Christmas will be here soon.

Can you believe it?! The court is finished reviewing my case and now the judge is putting together his decision. It's really getting close now!

I hope Judge B sees what so many other people have seen. The injustice is so obvious. How could he not rule in my favor?

BOMMERSBACH004977

As of today, I have not yet received the M.O. I'll let you know when I get it. My mom said she wrote to me but I haven't gotten anything. I'm guessing she put the M.O. in a card? I wrote you and asked for $150.

I got my new clothes (sweats, socks, underwear). Our hot water finally got fixed.

I'm still watching Survivor but this season it's boring. It just doesn't have the excitement like the prior seasons.

I think my mom was/is surprised by my attitude regarding the whole 16/17 years. It's spirituality. Not religion or idolatry. I've been awakened, enlightened, and I see things in a different way. I realized that there is something bigger and more powerful than us and I have not been alone through this trial.

I'm just a simple human being. To get

BOMMERSBACH004978

3

through this horror and maintain my sanity/mental state, it had to come from somewhere.

Anyway, I feel strongly spiritual and it helps me enormously. I'm not one of those Jesus freaks but I love Jesus. He and I share something in common. He was innocent of all crimes, yet crucified. I know what that's like, to be persecuted.

I just want to be with Christopher and I'll do what I'm called to do here on Earth until then.

I'm in a good place, in my head & heart, and I think it surprised my mom. But, you know where I'm coming from, don't you?

Well Pat, any time now, literally, we'll be hearing from Judge Broomfield.

Please tell me what vibes you get.

I hope we talk soon! Say hi to Patti. Love the articles too.

Love you guys,
Debbie

BOMMERSBACH004979

2

from this madness here.

I talked to Mike and that was no "pleasure cruise" either. It's hard for me to listen to him because he puts the gloom & doom in everything. I sometimes wonder whose side he's on. I fight slipping into a depression after talking to him, I swear.

I don't feel like writing about it now. I wrote pages to my mom about it and I'm too exhausted to get into it again.

We are in the 3rd month of my case being reviewed and hopefully it won't be too much longer until the decision comes.

Mike also talked about the documentary. He expressed some concerns about my words being taken out of context (due to editing) and he seemed unsure whether or not I should be interviewed.

I thought about what he said and, given that I'm trying to get out of prison, that is my primary focus and concern. I am too afraid of my words being butchered and the meaning of anything being taken out of context.

BOMMERSBACH004997

If those people want to do a documentary about my wrongful conviction, they can wait until I'm free from this bondage. I don't feel safe with anything as long as I'm still in custody. After I'm free, they can interview me on camera and it will be much more effective. Therefore, I'm not going to participate in the documentary at this time.

My freedom is far more important at this crucial moment.

I told Mike I'd get back to him through you, so this is my response. Please let him know. Thanks!

My only focus is getting out of prison. Let him know that too.

I'll let you know when I hear something from visitation about your application. I put in a request for a special 4 hour visit with my mom on the 16th. I'm waiting on that answer. I'd much rather see all of you out there where I wouldn't be treated like a criminal.

BOMMERSBACH004998

July 30, 2006

To: Mike Kimerer
    Lori Voepel

From: Pat Galbraith

  I received this letter from Debbie in Saturday's mail. She was a little panicked about it and wanted you two to get it and stop any action this or anyone else may want to write about her. I wrote her a long letter today and explained once again that you can't stop people writing articles about public figures. However, a book is a little different and even though some are written about well known celebrities without consent it was doubtful this man and his daughter could or would do that about her. Without her help I told her it would be virtually impossible to get the details they would need to write a book and attract a publisher to print it.

  I think I will get her calmed down and asked her if she wanted to respond, have me respond or just ignore it. I told her neither of you need to do anything at this time but would make you aware of the issue. I think I have done my duty!  Hope you had a good week end and enjoyed cooler weather.  Talk with you soon.

Pat

BOMMERSBACH005012

ASPC-Perryville
Santa Maria Unit
Purple Jean Mille #5123
P.O. Box 480
Goodyear, AZ Xxx38

Dear Ms. Mille,

My name is Michael Tullos, and I'm a teacher in Houston, Texas. **A few** nights ago, I saw your story on a television program.

Your case really disturbed me; as a juror, **I could not have found you** guilty "beyond a comparable doubt" solely on the basis of **an unsigned jailhouse** confession. As I watched the show, I kept waiting for the **evidence which proved you** had something to do with the crime . . . this proof was not **forthcoming.**

With your permission, **I would like to write a book** based on your plight. The book would be co-authored with my daughter – **a 17 year old with** an astonishing literary aptitude.

Initially, we could begin corresponding **via email** and letters. By the time our Thanksgiving vacation arrives, **the book should** be well underway, and I'd like to visit you in Arizona. **You could read the initial draft**, offer feedback, and give us additional information to help complete **this undertaking.**

The book might just garner **enough** publicity and support to make a difference.

Please let me know **your opinion of** this project. Good luck with your appeals.

Regards,

*Michael*

Michael Tullos                          (832) 368-9592

16110 La Avenida
Houston, TX 77062                  tullos@wamsmath.com

BOMMERSBACH005013

2

mistakenly got me 2 subscriptions to Guidepost. Oh! The computerized label is the mailing label on the magazines. I tore it off.

So, I wrote to her and asked her to cancel one subscription because I was getting two. She responds by sending me that page off the computer that boxes a section in pink telling me how to fix the problem. She further tells me that if I don't feel like doing the work myself, she'll do it for me.

Well, given that I don't have computer access, don't know how to use a computer because I've been in prison for 16 years, there's no way I can do this by myself.

She pissed me off with her stupidity and I told her so. She quickly wrote back and offered to correct the problem. I told her to forget it and to not RENEW my subscription.

She is an absolute airhead, Pat. She doesn't think before she speaks.

So anyway, that's the story on the Guidepost issue.

I guess I'm in for a shocker on the cost of living out there. SOMMERSBACH005016 have

a lot of questions to ask about so many things.

I realized that if I get out by year's end, I could get a good deal on a car. Most dealerships have sales at the end of the year to get rid of that year's model.

Since gas prices are rising so high, I'd like to check out Toyota's newest model, the YARIS. It supposedly gets 40 mpg.

I'm looking forward to hearing from Judge B. I hope he just grants the habeas without having a hearing. Everything is in the briefs. What's there to talk about in a hearing?

Well, I'm ready to leave this place and begin to live a new life.

I hope Mike & Lori can do something to keep that guy in Texas from writing the book he suggested.

Even though he appears to be supportive, I view him as an opportunist. I don't trust people like that. His letter was

BOMMERSBACH005017

3

the second letter from Texas I received. The other letter I told you about was from some guy in Grand Prairie.

Anyway, let it be known that I don't want anyone to write a book on my behalf. I think Mike & Lori understand that I own the rights to my story.

Well, Pat, it's getting real sticky and too uncomfortable to write. I'll close for now. Say hi to everyone. You and Patti stay cool.

Love, Debbie

BOMMERSBACH005018

TO: LORI Voepel
   602-200-7807

From PAT GALBRAITH.

BOMMERSBACH005160

To: Mike Kimerer
Lori Voepel
(602) 264 5566
From: Pat Galbraith

F.Y.I.

Pat

BOMMERSBACH005161

12-1-05

Hi Pat,

   I hope all is well for all of you.
I'm glad the last month of the
year is finally here. Hopefully it will
go by as fast as the previous months.
This time of year depresses me to no
end. Maybe 2006 will be a better year.
   I don't even feel like writing this
letter but I need to. First of all,
I need to know if you talked to Mike
about what PHX MAG is planning to do.
If you blew it off, that's fine. I
wrote to my mom and briefly mentioned
the situation to her. I told her to
ask you about the card I wrote to you.
Please read it to her.
   If you did discuss the situation with
Mike and if you sent me a letter
telling me about it — I did not get it.
   In fact, not getting some of my mail
is why I'm writing. If I had a
computer or easy access to a phone, I'd
make quick contact with Mike myself
but since I can't do much from here, I

BOMMERSBACH005164

need your help. I am trapped in this cement box with all of these emotions that I can't do anything about.

PLEASE Pat, help me with this! I found out that Mark's ex-wife, Michelle, is here. I don't know for what or for how long but it does explain why I haven't received some of my mail. ~~She~~ She uses the name Milke and I believe the mailroom is being careless with the mail that has my/our name on it.

It's NOT paranoia, remember, we are talking about DOC staff. The underpaid, low skilled crop.

Please let Mike know about this. How in the hell can I ever get away from Mark and protect myself if he gets his hands on any mail sent to me from my friends that was carelessly ~~sent~~ given to his ex-wife? If that happens, he'll know my business and the NAMES & ADDRESSES of my friends!!

I wonder why she's here anyway. Is she in cahoots with Mark to harass me at

BOMMERSBACH005165

2

some point? I don't trust Mark at all. He's a meth smoking maniac and I'm venturing to guess that Michelle's charges are drug related, too.

Look Pat, a big ruling is about to come down that could result in my freedom. Mark is a loose cannon and capable of anything. I don't know what he's up to but I want Mike to tell these people here to keep Michelle away from me and to be prudent with the mail.

I would appreciate it if you all took this serious. Please notify Mike ASAP and don't wait until our next call. There's nothing to discuss beforehand. Give Mike Michelle's info so he can find out why she's here and for how long. It's MICHELLE MILKE #93300.

I sincerely hope Judge B's decision is around the corner. I need to get away from this place and the deplorable people! I can't even describe in words what the atmosphere is like in this environment. 2006 can't arrive fast enough.

BOMMERSBACH005166

8-19-07

Hi Pat,
Thanks for your letter and for being the bearer of bad-news. My head knows it's for the best but my heart doesn't want to understand. I am mad but please don't let on to anyone that I am. I do NOT want a legal call. I'm in no mood to hear reasons for the extension. That's how I really feel but just convey to Mike & Lori that I don't want/need a legal call. Her words in the letter explain enough. I get it.

I'm not surprised about the fan. Do you see what kind of hell I live in? I hope to be compensated one day for all that I've had to endure. I'm so angry that all I can do is cry.
Please send the enclosed articles to Lori. Maybe they will be helpful to her. Also, I have 5 books that need to be picked up. Please come see me on the 27th at 9 AM. Love You. Debbie

BOMMERSBACH005332

8-12-07

Hi Pat,

I hope you and Patti are doing well. It's so hot. On Thursday the motor in the brand new cooler burned out. Do you think they would have extra ones on hand? NO! Instead, maintenance replaced the motor with a much smaller one, so the amount of air that blows out of the vent is equivalent to a fan on the LOW setting. A tiny amount of air in 110° heat. We were told that maintenance is waiting on the stronger motor and that they will put it in as soon as they get it. We'll see.

I have to do what I can not to fall into getting sick from the heat. And it's so cruel not to let me have my fan.

I had blood drawn the other day and the idiotic nurse told me I was a junkie's dream because my veins are so fat and easily accessible. Well, now I have a huge bruise where she poked me. I look like a junkie! It's gross.

BOMMERSBACH005333

# Exhibit 15

Kenneth Ray saw immediately that she was clueless. He'd report he was stunned when Debra Milke—already the most vilified woman in the nation--asked him, "Is it true my son is dead?"

He said he stared at her in disbelief and then told her, "yes, and according to this report, you ordered his murder." She screamed at him that he was out of his mind. He handed her a copy of Saldate's police report—the paraphrased report that would forever be considered her "confession."

Debra says she started reading the words and was stunned: "I didn't say this. This is wrong. I never said anything like this." She became hysterical. Then furious. She told her attorney all about the meeting with Saldate.

Debra was beginning to understand what was happening. So that's why the guards were so hostile to her. That's why other inmates in the jail—all awaiting trial, here mainly because they couldn't afford to post bail—were mean. Debra finally understood everyone considered her a baby killer.   She had been spared the daily news coverage that had already convicted her of murder. She never could bring herself to read the words the rest of the state was consuming—the rest of the nation was believing.

--Phoenix Gazette, December 4, 1989: "Phoenix Child, 4, Found Shot to death in Desert.   Mother, 2 men charged with lst degree murder."

--Arizona Republic, Dec. 5: "'I don't know if I'll ever get over this'. Kin of slain tot asks 'why?' as police try to uncover motive."

--Arizona Republic, Dec. 6:  "Mom 'wanted to get rid of ' child. Police warrants reveal scenario of boy's death."

--Phoenix Gazette, Dec. 6:  "Police: 1 suspect promised $250 for role in killing boy."

MILKE_NSB033889

*I know about your family and what they did.  I'm sorry but there is nothing I can do about that except to say I will never do that to you.  But I feel like you are doing that to me.  I hope I'm wrong. Love you, Jim.*

On January 4, 1990, Debbie wrote back for the first time. Her defense team—attorney Kenneth Ray and Investigator Kirk Fowler—encouraged her to write to Jim to learn the details of the murder.  Jim had already exonerated her in his second letter, and everyone hoped he would fill in the details.  Debra turned all of  her and Jim's letters over to her defense team, and in the legal rules of "discovery," they were also given to prosecutors.

The defense would have been smart to introduce the letters during Debra's trial to demonstrate her innocence. But this was not a defense team touted for being smart. The letters were eventually ruled inadmissible. Instead, prosecutors cherry-picked sentences that were leaked to the media to make Debra sound like the mastermind and Jim was doing her bidding.

How the jury even knew about these letters was a mystery that wouldn't be solved until long after the trial.

It's only upon reading all the letters that the real story is revealed.

Debra's first letter read:

*Jim-I have received your letters and I'm not ignoring you.  I am just confused and angry about all that has happened.  I feel nothing but contempt for Roger.  It's not your fault that you brought Roger into my life.  He was a friend of yours.  I always thought Roger was weird but I had no idea he was capable of what he did.*

*Jim-I have known you for 3 years and I do not believe that you would ever do anything like this to hurt me.  I know how you felt about Christopher.  Roger, on the*

168

MILKE_NSB033901

In February of 2001, while Renate was at her home in Switzerland, Frankie drove to Emmetten for a heart-to-heart talk. "I wanted to convince her and Alex that Anders Rosenquist was not the guy to help free Debbie, and in the end, they agreed with me."

While the concern was right, the timing was lousy. Unbeknownst to any of the inner circle, Rosenquist had just gotten a federal order allowing him to interview all the other police officers who worked this case and who knew Saldate well. He was convinced they wouldn't put their own careers on the line to protect him and would pony up important insights to show Saldate's lies about Debra—an instinct that would prove right fifteen years later. But Rosenquist was fired at that moment and never conducted those interviews.

Renate flew back to Arizona, fired Rosenquist and appealed—yet again—to a celebrated defense attorney named Mike Kimerer. But this time Renate didn't just have a mother's lament to present to the attorney she hoped would take the case—even though she knew she couldn't afford him. This time she had the website Frankie was so carefully constructing, printing one document after another so anyone could see what had happened.

Frankie cheered when he got the news that Mike Kimerer was taking the case.

By April of 2001, Frankie was back in Arizona and presented himself at Kimerer's law office. "What can I do to help?" he asked.

Kimerer and his assistant, Lori Voepel, at that moment were "distraught" over the jumble of legal papers inside the seventeen boxes of documents that Rosenquist had dropped off at the office. At first glance, so was Frankie. "When I first looked into the boxes I realized what a mess they were and how the entire file

341

there's "new evidence" that wasn't available at trial. But even so, good appellate attorneys will stick to those rules like glue, and Mike and Lori soon discovered Arizona had a vat of Gorilla Glue when it came to Debra Milke.

"By the time I had reviewed the enormous file, spoken with numerous witnesses, experts and others, and filed the merits brief, I realized that something had gone terribly awry in Debra's case," Lori remembered.

"It became clear to me that Debra's case involved the perfect storm—one very bad and extraordinarily manipulative and egotistical cop, one prosecutor who was motivated to win at any cost, and one very poor trial court judge who was later removed from the criminal bench following repeated displays of poor judgment."

She realized "Debra stood no chance whatsoever" during her trial, as she was faced with:

--A dysfunctional family that Saldate "manipulated into trashing Debra's character."

---The  State's successful "suppression of critical impeachment evidence against Saldate."

--A defense lawyer who was "inexperienced and underfunded (although well meaning)."

While she picked apart every aspect of this case, Lori also knew that her second most important job was holding Debra's hand though the judicial forest ahead.

She found that Debra was ever hopeful—ever sure that any day now, this nightmare would be over.  Debra wrote Lori long letters, asking about the legal steps of the case, offering advice, making plans.

368

**MILKE_NSB034101**

For instance, on September 10, 2002, Debbie wrote: "Thirteen years may have passed, but the hurt never goes away. My son's murder, the false accusation against me, and the nightmarish legal process was all very traumatic for me."

And then she laid out her game plan:

"I would like to be prepared for any eventuality.  If I was released immediately or by bond, I have decided that I would like to have you and/or Mike come pick me up and take me to Pat's house.  Because the media will be there upon my release and as intrusive as they are, I'd like to save my emotional homecoming with my mom and everybody else until I'm at Pat's house.  I want that moment to be private and out of the media spotlight.

"I despise the media and I will have absolutely nothing to say to them.  I just want my release to be quick and without fanfare.  Whisk me into your car and out of here as quickly as possible."

Little did she know then—eleven years before the fact—that her wishes would eventually come true.

Lori worried, knowing Debra's expectations of release were inflated—but how do you tell an innocent woman who's already spent thirteen years on *death row* that years and years could still be ahead? She and Mike did the best they could, tamping down wishful thinking while not letting Debra feel despondent. They knew how the appeals process worked, and while Debra wanted it to run like a hare, they knew it crawled like a turtle.

In 2005, as the habeas petition was languishing in the federal court in Phoenix, Lori was wooed by a new firm. Jones, Skelton & Hochuli also did appellate work, but not for criminal cases.  Their firm specialized in appeals involving government, business, and insurance companies.

369

Lori felt so strongly, she went to Roger Scott's court-appointed attorney.  She shared with him the impeachment evidence and claims regarding Saldate, "which his client also could have vigorously pursued, given his client's questionable mental health and Saldate's clear coercion of him after Christopher's murder."

She stressed that Scott had given inconsistent stories to the police, but had repeatedly acknowledged "that Debra never said anything to him indicating that she wanted her son killed."

But Scott's attorney wasn't listening to Lori's new information.  "To my dismay, his counsel chose another course—to continue touting the state's 'theme' by blaming Debra and Jim Styers."

Scott's current attorney, Federal Public Defender Michael Burke, still believes his brain-damaged client was suckered into this case by the conniving Jim and Debra. "If anything, he's just a dupe," Burke stressed. "He's just a sad man, limited, damaged. We care a lot about Roger because he hasn't had many people in his life who have. He is the least culpable of the three, but he's the only one who still faces execution."

Lori knew going into her presentation at the Ninth Circuit that just thirty days earlier, "Scott's attorney trashed Debra in oral arguments."  She worried the appeals court would be influenced, and indeed the original questioning seemed "hostile," she remembered.

To this day, she can recite the awful beginning of her presentation to the Ninth Circuit panel in a San Francisco courtroom.  She started, "Debra Milke was condemned to death solely on the basis of an uncorroborated..." and then was interrupted by a judge.

"You start off an interesting way," he said. "Why do you say 'condemned'?

377

MILKE_NSB034110

I first met Frankie Aue and Pat Galbraith in the waiting room of the law office of Michael Kimerer on April 5, 2013.  Frankie astonished me with his first words: "Debra has been waiting years for you to get interested in her case."  I recognized Frankie from the website videos-- "so you're the guy I've been sitting up nights watching"--and discovered that in Pat, I was meeting a retired U.S. Air Force Colonel whose faith in the American Justice system had been shattered. That same day I met a crew of German journalists who long ago decided Debra's case was a horrible example of "American injustice."

Arizona prisons don't allow journalists to meet face-to-face with inmates. But I found a loophole, and on April 22,  2013, I walked into Perryville Prison for my first meeting with the infamous Debra Jean Milke.

She was standing, craning her neck from behind a plexiglass window as Frankie and I walked in.  He'd brought a plastic baggie filled with quarters to use in the expensive vending machines on our side of the plexiglass—the "breakfast" treat Debbie got whenever she had a visitor.  This day she wanted orange juice and M&M's, but then, I'd find, she always wanted orange juice and M&M's.

I spent four hours with her that day, letting her tell me her story, asking her hard questions to challenge her tale. "But what about," I'd ask and Debra never flinched in giving me her answer. She'd look to Frankie-- "give her the documents, show her that report."

She kept pounding one important point: She wasn't going to walk out of prison because a "technicality" freed her.  She was going to walk out of prison because she was "innocent."

I frantically took notes—I'd asked and gotten permission to bring in a notebook and pen, which ran out of ink by the time we were done.

436

I walked out of that prison so unsettled. The woman I met bore no resemblance to the monster I'd read about daily during her trial in the fall of 1990. She sounded nothing like the "confession" that had sealed her fate, or the "cold, heartless" mother the jury had seen.

I went back for three more four-hour interviews with her in Perryville before I left Phoenix for the summer, as I always do. By the time I got back in the fall, she had been transferred to the county jail system. I visited her there once before she was bailed out. I've interviewed her a dozen times since.

I couldn't find holes in her stories. I didn't detect deception. She was very likable. If she were once a killer, she'd done a complete metamorphosis. The more I learned about who she really was in the last months of 1989—those last months of Christopher's life—the more I saw she'd have never harmed her son.  I was seeing just the opposite.  I was seeing a loving mother who was doing the best she could—better than some in her same circumstance. Did Christopher frustrate her? Sure. Did she yell at him? Sure. Did she need a break now and then from being a single-mother at twenty-three?  Sure. Did she love him? There was no doubt.

I thought her Halloween story was particularly telling—she was afraid to let Christopher trick or treat in their Phoenix neighborhood, so she and her friend Carmen created an entire Halloween Party for him and his pals in the safety of Carmen's Mesa apartment. Thirty-two days later she had him killed?

A mother who's going to kill her son doesn't have new clothes for him hidden under the bed, doesn't have his Christmas presents lined up, isn't bragging about him in the new company newsletter.

Then wrap your head around this:  the *only* "evidence" the state had was Phoenix Police Detective Armando Saldate's word that she had "confessed" to him

437

**MILKE_NSB034170**

# Exhibit 16

**Subject:**   Re: Re: could you please

**From:**   Frankie (frankie@arizona.usa.com)

**To:**   janabomm25@yahoo.com;

**Date:**   Wednesday, May 6, 2015 2:54 PM

Well, quite frankly, I don't like to reveal too much about myself. Well, as a teenager I wanted to become a rock star. Who didn't? And it's true that I have a collection of 30 guitars (acoustic, electricd an basses) here (plus the one in Arizona) but never seriously thought of doing that professionally. All my creativity since 1998 went into Debbie's website and the research and analysis. Other than that I was born here in Berlin in 1964, just two months and a week before Deb (01/03/64). I entered business life in 1984 and would often represent our company in courts. I guess that is wehn I started focussing on preapring good strong cases with undenieable facts and arguments.

Well, I thought about Ingo and decided that Debbie should speak about him, not me. He's not much of an issue but he was one of the early supporters here in Berlin. That's more or less it. I personally don't see a great use in having him show up in the book at all.

> **Sent:** Wednesday, May 06, 2015 at 2:32 PM
> **From:** "Jana Bommersbach" <janabomm25@yahoo.com>
> **To:** Frankie <frankie@arizona.usa.com>
> **Subject:** Re: Re: could you please
>
> this is close to perfect.  Would like a little more biographical info on YOU--I know you contemplated a singing career at one time, but would like more to give readers a better glimpse at you.  Also, would you explain the HOW of Ingo. I have Debbie's letters to her mother about him using her, but don't have the details and think I need to know, whether it's in the book or not.  thanks, you are wonderful.
>
> _____
>
> **From:** Frankie <frankie@arizona.usa.com>
> **To:** Jana Bommersbach <janabomm25@yahoo.com>
> **Sent:** Tuesday, May 5, 2015 2:02 PM
> **Subject:** Fw: Re: could you please
>
> Typo: Of course "Renate came to Berlin September 1998..."
>
> > **Sent:** Tuesday, May 05, 2015 at 6:37 PM
> > **From:** Frankie <frankie@arizona.usa.com>
> > **To:** janabomm25@yahoo.com
> > **Subject:** Re: could you please
> > Dear Jana,
> > please have a look at what I penned below. Is this okay for you or do you need it even more detailed? Please let me know.
> >
> > ----------------------------------------------
> >
> > Frankie: Can I ask you a favor. Could you sit down and write a few paragraphs about some of your

BOMMERSBACH000628

experiences with debbie and her case. We've talked about these things, but you writing down thoughts and your feelings would really be valuable in the book.

--I'd really like to know where you were and what you were doing when you first heard about her case thru Der Spiegel. At that moment, your life was focused on what, and your plans were what, and your friends would have described you as what?  Then you read the story and felt a kinship with Renate and reached out to her.  How you remember that time?
It was the May 1998 article of Clemens Höges ("Monstrous, diabolical, evil") which triggered my interested in Debra's case. So far my entire life consisted of taking care of my own family business (a car dealership). I read a book about a innocent man on Texas death row before ('Not Guilty' [aka The Thin Blue Line] - Dale Randall Adams) but here it was a Berliner who was concerned! Since I had several contractual problems with my firm all I could do at that time was to offer Renate to take care of her website. I was into website-building since 1995; something I found very fascinating back then. So, when I took that website over all I could work with was what Renate gave me. And all she had was just what Anders Rosenquist had given her.

Renate came to Berlin September 1998 for a public speech and presentation of Debra's case and destiny. On that occasion I met her personally for the first time, and was strongly reminded of my mother, who was born in Berlin in 1943 (Renate was born in 1942). I could strongly empathize how marrying an American GI and moving to the states can lead to such a tragic story. Funny thing is: Where I live here in Berlin is exactly between the garden plot of Deb's grandparents and the hospital building where she was born. Coincidence?

One thing was absolutely clear to me at that time: This case - the way it was reported - did not make any sense to me at all: Why did two detectives go to Florence by car, and Saldate went by helicopter? Why did the cop not tape-record the interrogation? A cop certainly needs to permit to tape-record. Why would Jim Styers need a driver? Yet, I never dreamed I'd get involved even deeper at that time.

Other than Renate there were more people who should be mentioned: Deb's cousin Mark, Wolfram Gisenstein (who ran around locally in order to collect signatures on Debbie's behalf), Ingo Hasselbach (who was pretty close with Debbie at that time), and a few others. Being a part of Debbie's supporters meant being around these people back then. We were starting to get organized and brainstorm about what to do.

--Your first memories of meeting Debbie in Perryville.  How did the prison strike you in general, what about the meeting room where you'd spend so much time over the years? What were your first thoughts about her, how she sounded, what she was saying?
After the friendship with Debbie and Ingo had ended I sort-of filled the gap in communicating with her. I had to close down my company by that time and too much time on my hands. I felt so sorry and was so mad at HOW Ingo never came clean with her about his reasons for leaving. He and I never spoke with each other ever again. Anyway, Debbie and I started corresponding intensely until she would eventually suggest for me to come over to Arizona to see her. This was in November 2000, when I joined Renate for a first trip to Arizona.

Going into the Perryville prison (6:30 a.m. we would depart from Pat's place) was almost surreal to me. The entire setting, the sterile units - it was almost like being on another planet. However, I quickly adjusted to all that and when Renate gave Debbie and me alone time we found to gel nicely. It was on that occasion when I officially asked Debbie to allow me to research her case, because I knew how she was about "feeling exploited." I was sure I could find out who is telling us a bold-faced lie and who is speaking the truth.

From our long correspondence I already had a pretty good idea about how Debbie was. I knew how sarcastic she could be, and at the same time how much she and I were on the same page with many issues and subjects. On top of that we entertained a very similar humour which helped to forget about the sterile environment in the visitation area.

--And was there an "ah ha" moment as you discovered evidence in this case that showed what really happened? How you found it; how you felt.

BOMMERSBACH000629

The initial situation was when Pat gave me the verbatim transcript of the tape which Sandy had recorded while she was interviewed by Saldate (up in Wyoming). I immediately realized that this transcript differed in many points from the narrative police report that Saldate had penned, and in fact, for the homepage I gathered more than ten hardcore discrepancies from the original transcript to Saldate's report.

The next step towards finding the truth happened in March/April 2001. In February I drove to Switzerland so see and talk to Renate and Alex and to convince them that Anders Rosenquist was not the guy to help free Debbie. In fact, I felt that he had already passed a number of chances to free her and so in the end Renate and Alex agreed with me.
Renate then flew to Arizona in March 2001 and spoke to Mike Kimerer who agreed to take the case. Hooray!!

I arrived there in April. Mike and Lori had offered me to look into the file which was just turned over by Anders Rosenquist. They suggested I could go on with the homepage, as long as I continue to keep things factual as I had done that so far. When I first looked into the boxes I realized what a mess they were and how the entire file was not in a good shape at all. Lori was distraught when she learned this and so I offered to try and sort out all the paperwork so someone could find stuff again. I showed up at Mike's firm every morning and sorted through the 17 boxes for a few weeks. The great thing was that I could take with me whatever I wanted and copy it for my own use and analysis. I made myself privy with every sheet of paper. Bit by bit and step by step I found more and more interesting pieces/documents and came to a full picture of the case like within three weeks of my "cleaning up job." No one had ever heard names like Gail Lipschultz, Jean Pugh or Robert C. Johnson. While Renate was back in Switzerland and working on her book ("Let My Daughter Finally be Free") I added page by page to our homepage and started to show people where all the lies, falsehoods and misrepresentations could be found. The entire picture of what really happened unravelled.

Hope you can do this.  Debbie just wrote me a really nice note about her experiences last weekend at the Exoneration conference, and in writing, she got to real emotions.

Thanks so much.  jana

-------------------------------------------------

**Sent:** Tuesday, May 05, 2015 at 5:13 PM
**From:** "Jana Bommersbach" <janabomm25@yahoo.com>
**To:** Frankie <frankie@arizona.usa.com>
**Subject:** could you please

Frankie: Can I ask you a favor.  Could you sit down and write a few paragraphs about some of your experiences with debbie and her case. We've talked about these things, but you writing down thoughts and your feelings would really be valuable in the book.

--I'd really like to know where you were and what you were doing when you first heard about her case thru Der Spiegel. At that moment, your life was focused on what, and your plans were what, and your friends would have described you as what?  Then you read the story and felt a kinship with Renate and reached out to her.  How you remember that time?

--Your first memories of meeting Debbie in Perryville.  How did the prison strike you in general, what about the meeting room where you'd spend so much time over the years? What were your first thoughts about her, how she sounded, what

BOMMERSBACH000630

she was saying?

--And was there an "ah ha" moment as you discovered evidence in this case that showed what really happened? How you found it; how you felt.

Hope you can do this.  Debbie just wrote me a really nice note about her experiences last weekend at the Exoneration conference, and in writing, she got to real emotions.

Thanks so much.  jana

BOMMERSBACH000634