EXHIBIT 10 – Part 1 of 4



Joe Marono
Durango Jail
3325 W Durango st.
Phoenix, Arizona 85009
Booking # 95984

Mark Lucero
Madison county jail
125 W. Madison st.
Phoenix, Arizona 85803

D2-17

003157
MILKE_NSB003217

Joe-

I enjoyed your letter very much! Your imagination is greater than mine. Well- I can imagine just the same as you but I have a hard time putting it down on paper. But our thoughts are the same.

I had an extremely hard day today. My anger about my son's death is hitting hard. I have visions about what I'd like to do to that man who shot him. But I got a lot out and I feel much better. This is a part of me you will get to know. I hurt so much inside and its very painful for me. Sometimes I could be in a real good mood and then BAM! I start grieving! So please understand. And when I get pissed - I get extremely pissed and I started to hit on it today but stopped myself. Someday soon it will come out. And when it does - God help all the DO's! SMILE ☺ I'll be alright Joe. I thank God I ended up here where I can get help.

003158
MILKE_NSB003218

I love my son so much. I named him Christopher Conan. He was a doll!

I'm just glad I have a friend like you who cares so much. Thank you. And its ok to ask me questions about my son if you want. Please don't be afraid. And don't say you don't care because this situation is the biggest in my life. You will get to know other sides of me. Please don't back out Joe. ok?

Anyhow - back to your JUICY letter. Everything you said is exactly what I would like to do. There's only one thing I will never do and thats anal sex! Never! But to answer your question - I swallow. I like it. I'm glad I'm your kind of woman. That makes me feel good. I noticed your handwriting as you were writing that letter. Your sentences were going crooked. I laughed! You got into that letter! I love it!

What kind of words did you hold back? And what else do

2

003159
MILKE NSB003219

you want to do to me? I figured
that was enough as it was said.
I can't imagine anything else.
Don't be sorry about always liking
to use your tongue + mouth. I like
that. My mouth is my best feature.
I love to use my tongue + mouth.
Thats why I have long nails.
As I'm giving you head I would
lightly tickle your groin with my
fingernails. Can you imagine that?
    And another thing too Joe.
Someday we may very well fall
in love. I already feel close
to you just by these letters.
Who knows what might happen.
We've both been through some serious
heartbreaks in the past and we
just might be good for each other.
We'll see. ok? And I'm looking
forward to it.
    About your weight - I think
you need to gain weight. You don't
look fat by no means. Skinny
guys turn me off. I like a
little meat. I weigh 140 pounds.
I'm 5'8". Shit might as well give
you my measurements! 34-28-36

003160
MILKE_NSB003220

Us girls just did our measurements the other day. I am trying to lose 10 more pounds. My body is fairly firm with the help of the aerobics. I do it every other day. I'm not sore anymore. I feel good. I'll feel even better once I've had you. Every inch! SMILE!!

Now for my likes. I am a very meticulous person. Like I said before, I am a perfectionist. My house has to be perfectly clean and neat. I like stuff that matches. I guess I'm a material girl too. I just like to have nice stuff. And shit - if I work hard I deserve it. Right? My clothes are always neat. Just about everything. Sorry - thats the way I am. And no changing. Thats why I told you before about me being spoiled.

I like to BBQ, lay out in the sun go to the beach, go shopping, camp, hike, party, go 4-wheeling, play

003161
MILKE_NSB003221

tennis, dance, eat out, water ski, just about everything. And yes of course SEX! I hardly ever say no. Its especially nice when you have a great partner. I don't forsee any complaints of you or from you. I could make you extremely happy.

This guy I was dating before I got arrested, kept asking me to marry him. No way! I've been asked so many times but I was too scared. My marriage to Mark was pure hell! I know I was a good wife but he was always too fucked up to realize. And when I left, he begged me to come back. I couldn't handle his drug abuse. He raped me once in the summer of 1988. But thats another story. Someday if you want to hear my stories I'll tell you. Thats part of getting to know me. I want to hear all about you too. Write back soon! I'll be waiting.

Take care Joe

I want you and I'll get you too.

Love always

DM

003162
MILKE_NSB003222

Joe, Joe, Joe!

Well well! That was a wonderful letter! Got my heart pumping. I appreciate your honesty. I guess I was testing you when I brought up the sex. I'm glad you feel the way you do about being real good friends and really getting to know each other. I really want to get to know you. I certainly do understand about being friends first and whatever happens, happens. First of all, I want you to understand that when I left my ex - I didn't just go out and fuck everyone I saw. I played my game for a short while. I am not a slut or easy. I've had my share. Lets just say I had as many as I wanted to. I am no pro by all means but I do know what I like and what I like to do. Don't worry, I didn't get upset by your question. I most definitely believe that right now we should not make plans as far as the future. You and I are each at a vulnerable state by being in jail. I really want to be your friend. I can only take one day at a time. I'm sure there will be lots of things about me you won't like.

003167
MILKE_NSB003227

Sometimes I can be very serious and responsible and other times I can be a fool and act crazy. I already told you that. Anyhow, I have a problem with perfectionism. But that's my problem. I need to learn a few different thing once I get out. I've been told I was a royal bitch and spoiled. There's just some things I like to have my way. Having male friends seems to be a problem for me. I try to be nice and sincere but guys generally want more than that. I build up a resentment and am no longer friends with them. That's why I'm telling you up front. Hey – I want to be your friend and if it happens – well great. But in the back of my mind I really would love to be with you – you know!

I'm in a delicate situation right now and the last thing I want is a long drawn out love affair. I've been through so much Joe and it would hurt my feelings if you got upset because we couldn't have a serious relationship. We could have a serious friendship though. Do you kind of understand what I mean?

003168
MILKE_NSB003228

I'm not into concerts anymore because I don't like all that noise and the crowds. All the drugs and shit doesn't appeal to me anymore. But I do love rock. My favorite group is Whitesnake. I like AC/DC, Great White, Billy Idol, Motley Crue, etc. Some of the hard core heavy metal I don't like. You know - when they scream. I love country music & Top 40 funk. I have a Fisher stereo system with everything and I like to play it LOUD! When I win my lawsuit, I'm going to buy a White Corvette with T-tops and its going to have a kick ass stereo in it. So yes - I love music. And I love to dance. I like to exercise too. You can see that. Aerobics is so fun to me. I never been horseback riding but I want to learn. I like to camp, ski, and hike. I'm just about partial to anything. I love to eat out too. I like beer only and occasionally like a shot or two of Jose Cuervo.

Thank you for being so polite and offering me a place to stay. I just might take you up on that. We'll see. I'm not mad at you about what you wrote. Its not out of line to me. I don't want

to make promises to you because that's not fair. Like you said, one step at a time. So - you think you know me better than I think huh? Well maybe I shouldn't let out so much. If you saw my face right now I'm smiling. It's ok. I'm looking forward to getting out and sitting together talking. And I am actually shy too. You'd be surprised but ~~I'm~~ I am. Now - to answer your last question.

Now how do you think you would find out the answer if you were face to face with me? If I tell you, you better not tell anyone!!! Don't share this in group either. I get paranoid of your counselors finding out. Please Joe. Don't say anything to anyone! This is very personal. And please don't leave your letters laying around for the DO's to find. ok? If anyone ever say anything to me regarding everything we've discussed I will be extremely pissed and I will never speak to you again. ok? To answer your question. It is not a chore to me at all. I get into it with a lot of passion. On a scale

from 1 to 10 it would be about a 8.
I'm not saying I'm great but I know
what to do and when. So - does
that answer your question? Besides, I
have a BIG mouth! Ha! Ha! You
know what I mean? Tacky! Tacky!
Anyhow - thanks for the letter
and remember - just between you
and me only!
           Take care!
           Write Back!

                Love
                DM

003171
MILKE_NSB003231

Hey Sponge Gums!

So you think I got a big mouth? Well, I do. Yes, I understand your meaning clearly. Your letter made me laugh. I know how to be nasty when I want to. Especially when its all in fun. This is something I never experienced before. And its great! I agree with you about waiting to get to know each other and taking it as it comes. Yea! I'm no dummy. I like writing you and waiting for your reply. I won't say anything more about being friends because I know we are but please don't become obsessed with me. That scares me. My ex was like that and look what happened? My son got killed because of it. I'll try and sit by you at Bingo. In fact, I'll sit across from you. My eyes say a lot. I can flirt with my eyes. Ok? I'll really try to.

As far as my lawsuit is concerned, I believe you when you say you care about me. I know money doesn't buy happiness. I've

003172
MILKE_NSB003232

been around the big bucks before. My
ex sold drugs. But because the state
fucked me I am making sure I'll
be set for life. Since I can't have
my son. My lawyer has a list
of different people and organizations to
sue. I think I told you before but
we're going for $150 mil. I doubt I
will get that much but its a start.
     Sounds like you made out great.
I made great money at my job. I will
still stay in the same field. I do
accounting for Health Insurance Companies.
I've done commercial bond insurance before
too. I know what you're talking about.
I've done Risk Management Ins. also
handling billion $ accounts. I worked
my way up. I have a lot of potential
and I'm very smart. Not to brag but
I consider myself intelligent. I can
speak Spanish fluently and I know
German. I was born in Berlin Germany.
My dad was in the service and my
mother is German. I was born on March 10.
I just turned 26. I have so much
gray hair already. But only on top
of my head! Are you awake? SMILE ☺

003173
MILKE_NSB003233

Sorry I asked you about sharing our letters but I just wanted to point that out and make myself clear. The girls in here have no clue about us writing back and forth. So its cool over here. Thanks for your input on how you like to spend your bedtime. Thats interesting to know. Don't worry about mentioning other variations because I know all kinds. I have a real complex about myself. I am rather small upstairs and it bugs me but what the hell I've never had complaints before. I'm not into weird shit either. As far as paraphenilia. You know what I mean. Us girls over here get to talking about men and we have fun. Boy do I know secrets! Ha! Ha! I was a virgin until I was 19. I was too scared in high school. All the guys at school used to tease me. Oh well. My ex said thats why he became so obsessed with me because he never had a virgin before. Even after I left him and divorced him he always followed me and beat up guys I was dating. He couldn't stand the thought of someone else touching me.

003174
MILKE_NSB003234

Enough of that. I still plan on moving to Texas when all my shit is done here. I will never work in this state again. There are too many memories here for me. Did I tell you I was going to change my name? I'm doing that in Texas. I already have a lot of info on San Antonio. I'm ready!

I don't want to go to court on Friday. They always chain me up at the legs, waist & wrists. Because I'm max and a high profile case. It sucks. Its so humiliating too. I've never been handcuffed before. Not even sexually! I think that is too strange. I just want this nightmare to end so bad. I've been here 6 months. But its really getting close. I know you will be out before me. You go to court on May 21st? If you get out, would you write me? Ooooh! Maybe I could call you somewhere! I could just see it now - Talk dirty to me! Ha! Ha!

Joe - are you an alcoholic? If you drink - do you crave drugs?

4

003175
MILKE_NSB003235

I am not an alcoholic but I do have a problem with alcohol. I read about it and there is a difference. If I start drinking and having a good time, I'll usually drink until I'm shitfaced. I know its bad - so when I get out I have to monitor myself. I do know that I'm on my to alcoholism if I don't watch it. An alcoholic doesn't realize he has a problem but a problem drinker realises it. And I only drink beer. I love beer. I used to use drugs in high school. I was such a pothead back then. I tripped on acid once and ate mushrooms. I was a black beauty eater too. Never tried cocaine but one night while I was sound asleep my ex shot me up with coke. I had so much in me that I had to go to the hospital. I amped out. I guess thats what they say. He was into drugs real bad. I couldn't live like that. Also he was in and out of jail, prison, drug rehabs — everything. Someday I'll tell you what he did to me. Its so damn painful. That is one mistake I will never repeat. And I became very

003176
MILKE_NSB003236

strong out of this. I know what
I want and I will have it too.
Yes - I have high self esteem. I'm
proud of myself. I didn't learn any
of this until I came to jail. I'm tired
of getting fucked and not getting a kiss
no more. Our group therapy helps a lot.
I learned here that I was a co-dependent.
I will try hard on the outside not to be.
When I look back and see how I let
people walk all over me, it makes me sick.
I'm getting real anxious to get out. I
want my 501 Levi's and my Reebok's.
I always wear ~~Levis~~ Levi's but when
I work its always very professional. I
always look so different.
        I'm listening to the radio now
and they are jamming ZZ Top. I like
them. Whenever I hear them I always
think of sex. Gosh! What a dirty girl!
You love it too Sponge Gums! Anyhow -
write back. I'll be waiting! Thanks
for the smokes.
                            Love
                              DM

003177
MILKE_NSB003237

6

By the way- you don't have to wear a cowboy hat either! I gather you want to move to Texas with me! Yes sir buddy!

Hi Honey-

I was thinking of you again as usual and decided to write again. See what you do to me. You know- the little boy in you is ok. That's good that you can do that. The little girl comes out in me. It's alright Joey. I like it. As I told you before- I will not write anyone else. You are all I want Joseph! The same goes for you. I trust you won't get messed up with any of these drug addict females. I will always remember how you feel about me. I will always think of you sweetheart. Day + night. Every night I go to sleep I dream of you. I feel like such a fool sometimes for feeling like I love you. Because we never met properly. But like you said once - whats proper? Oh well- this is just a different situation. Please don't think Joe that I fall that hard so easy. Because if I did - I would have been married by now. You are different. You are romantic and compassionate like me. I feel so much love towards you. The reason I bounce back and forth is because Rick put me on these meds to relieve anxiety. Well - it seems

*(left margin, sideways)* Could yo get used to calling me Michelle? I have to change my name because I'm afraid Mark will find me. I definitely have to change my like.

*(top left heart)* J × 7

003197
MILKE_NSB003257

have a reverse effect. I started pacing too. Once I'm out I won't do it anymore. I'm on BuSpar. Its strange. What it's done though is force my feelings about Chris' death. I feel the pain more now than ever. I'll be ok dear. Thanks for having your mom send stamps. That's very nice of you but I get money. But if you want to its alright. Did you tell your family about me? Gee they must think I'm a real loser - meeting me in jail. I love to do puzzles. It keeps my mind occupied. The harder the better. I love challenge. But I will not do puzzles once I'm out. I will have my mind on other hard things. SMILE! No, I'm not a horny girl. I'm just bad sometimes. But only with you. Hope you don't mind. Hey! I like to make you feel good any time I can. Your reading the Bible doesn't bother me at all. I like to read Psalms. I think you are wonderful. The way you write in your letters makes me feel so good. I can just imagine how we'd be together on the outside. It makes me feel so elated to know someone could love me so much and respect me even though I'm going through a real difficult time. We were meant to be here together

003198
MILKE_NSB003258

and meet. Your praying and fasting helped. And no - I don't think its weird. I think the Lord wanted me to go through this tragedy so I could meet a fine man as yourself. And yes - I agree - its too good to be happening. We both suffered sadness and depression. Now its time for us to be happy and healthy. You and me together Joe! I'm glad I could help you with your depression and once your out keep working on it. Don't get discouraged sweetheart. We will have bumpy roads but if we deal with them its safe. I'll always think of you, just remember that. We have something very special that no one can take away. I know you'll be fine on the outside without me. Please just get your shit together first. I will come second. I'll be there with you shortly. I'm making my case go slow because I want my lawyer to be thorough. I want out bad. So please be patient. I know you will make me happy and I will cherish your love and friendship too. You are not ga ga or goey! But sometimes I think you get caught up in me so much that you forget about yourself. Joe - thats an easy way to build up resentments. I know how you feel

003199

MILKE_NSB003259

like it but please think of yourself too. You are just as important. It doesn't bore me or bother me because I do like to hear it but I am concerned about you. Do you kind of understand honey? I know what I mean. Thats why I said before about trying not to center yourself around me. We can be together and be there for each other. I am always thinking of you Joe but I also think of my problems. Your always saying "whats best for me." What about "whats best for you?" I hope I am what you want in life. I know I will be. And if not, oh well, at least we can be good friends if nothing else. I do love you Joe. You are very special to me. I just can't wait to show you. I'm crying now because I'm so happy about meeting you. Another thing I was wondering if you had many romances and your fair share of women, why didn't any work out? What makes me so different? I want to know. Why am I so different? I'm glad you're at ease with me, I want you to trust me. I would never tell you something I didn't mean. I am always up front Joe. Just so you know. You got me — I'm in love! But I won't be wrapped around someone's finger. I'm not a fool completely. I'm wise to some shit but I trust your feelings dear. I believe in you. And by the way - talk

003200
MILKE_NSB003260

about Mrs. Marins on the outside. One step at a time. I liked what you said about wanting me more than diamonds. Just so you know - I'm not one for lots of jewelry. I love Rubies. But like I said - jewelry doesn't have an affect on me as much as clothes do. I like to look nice all the time. I know you like nice things too and someday we will be rich but money isn't everything. I believe we have something money could never ~~buy~~ buy. But once I get my money - I want a beautiful house with everything in it. I also want a white corvette or a BMW. Someday honey. I can't wait to get out and share a wonderful life with you! We both deserve it Lord knows. Thank you Jesus! Write back soon! But please be careful! Tell Gilbert to be cool. I miss you and love you. I'll be thinking of you always. Thank you so much for praying for Christopher. You are a sweet thing! Love you!

I imagine us lying next to each other in a huge waterbed with a fat comforter just snuggled together! You are so warm and strong. I want you so bad! either

Always + forever - Debbie

not just sexually Baby!

003201
MILKE_NSB003261

5-6-90
Sunday

Dear Joe-

Howdy! I just knew one of us
would get caught. Oh well- guess this is
the way to write without getting into
trouble. I will tell Sgt. Sate I'm just as
guilty. But please don't let anyone read
the letters I wrote to you. If you have to,
pitch them. I have so much to work on in
here and I guess I got a little out of
hand writing to you. I still mean
everything I ever said to you. Please don't
get me wrong Joe. I want to be your
friend and still get together on the outside.
I still want to do everything we planned
too. ok? I'm not mad at you just a little
bummed. You'll be expecting a short note
(in the mail) with a different name on the
envelope. It will be in a blue envelope.
I used my friends address in case
you don't get it. But Bunch told me its
ok to write inmates through the mail.
So thats why I'm writing you now. I
couldn't wait. I really like you Joe.
Although I have so much to deal
with in here - I can still have

003237
MILKE_NSB003297

a friend to write to. I just need to learn where to put my priorities. Usually, I'm good at that but your letters are exciting to read. It kind of makes me feel like I have no problems. Your counselor will probably tell ~~you~~ you not to write to me because of my charges. I sure hope that doesn't change anything. Since I didn't get to read that letter, could you please write it again to me? Now everyone knows our little secret. How do you feel about it? Did you really get into a lot of trouble? I hope not. I don't mind writing you through the mail either. By the way, when I was standing by the door and you saw me I started to feel real sad, like something drastic happened between us. Please write if you want to. I can write to anyone I damn well please and I still want to hear from you too. I'm sorry we got caught. I do, though, have to concentrate on my problems just the same as you do. Also I thought you said you weren't here for a Rule 11. Wasn't that an atty for Rule 11 who came to see you today? I want you to be real honest with me ~~too~~. Nothing could possibly shock

003238
MILKE_NSB003298

me anymore. Even if there are deceptions in here I could still find out on the outside later. So the best thing to do while we're writing is to be honest. Alright? I won't write back unless I hear from you. Don't worry about anyone reading our letters because it's illegal. They can't do it.

Take care

Your friend

Debbie
#169170 Milke

Debbie M.

now you know my booking number + last name. Please keep this to yourself too.

3

003239
MILKE_NSB003299



003253
MILKE_NSB003313

Hello Sweetheart-                                    5-10-90
                                                     Thursday

      I received two letters from
you today. I cried my eyes out because you
are so wonderfully sweet. This is the most amazing
love story I have ever heard of. We have to
admit, it was rather different how we met but
who cares. I love you Joe. I have so much
to say and I don't know where to begin. First
of all, I'm going to answer letter number 1.
It is ok about them finding the letter. I was
extremely embarrassed but I got over it. I don't
care what anybody thinks about us. As I said
before - please write me because I want to continue
our relationship. I am not mad at all Joe. So-
enough of wondering. Please write. I love you and
I want you! As far as the guards saying I'm
messed up is bullshit. I'm in here for protective
custody reasons and the only thing I'm suffering
is grief. I have no mental illness whatsoever.
You are not interfering with my therapy either. I'm
ok. Joe- my son was killed cruelly and I hurt
inside so bad. I had no intention at all of
getting friendly with any man in here. I
saw you and I got an exciting feeling that
first time. I noticed you too. I don't know how
or what happened between us but whatever
it is or was, its beautiful. I will tell you
about my case later on in this letter.

003254
MILKE_NSB003314

All of your prayers have been answered. We will be together and make a happy life. I will never stop thinking of you honey. I have the same hopes, dreams and plans too.

About that 1/2 of the letter I wrote to you that confused you. You must know that the only reason I said those things is because I do not really know you and trust is something I have a hard time dealing with. And you will understand why once I tell you about my case. I wasn't trying to be rude or anything. I do believe everything you ever said to me came from your heart. I do Joe. I want to be there for you anytime you need me when we are out. And you can be sure that I will. And I do know that you will be there for me. It makes me feel so wonderful to know that I am that precious to you. But as I asked before, what makes me so different from anyone else? You stated you were married for 10 yrs and you love me more then when you were married. Joe- we never got physical and how can you feel that much love? I'm not whining, just curious. It just amazes me I guess because Mark never felt that way towards me. I was very much in love with him. Anyhow - thats my past and my feelings towards you are far more greater than I've ever felt. Theres something about you I just love dearly. Don't get me wrong, I have NO feelings

003255
MILKE_NSB003315

②

towards Mark except contempt and that, you will
understand once I tell you about my case. I want
to have a long relationship with you too. I want
to make you very happy. And maybe I will take
your last name Mr. Marino. I know how I
am and what I can do. If I care for someone
I show it. You will see someday. I want to
show you love like you have never seen before.
I am so confident that you would be an extremely
happy man.

I am so sorry about your mother Joe.
I just hope that I get the opportunity to meet
her. Anything you ever tell me stays with me
sweetheart. No one knows anything about what
we write. You can trust me honey, as I'm sure
you do already. And I would hope anything
I say to you stays with you. Your fasting
makes sense to me now. I understand. I don't
think its weird or anything. I was baptized
Lutheran. My family was never really religious.
In some other letter I'll talk about religion.
I have absolutely nothing against it. I hate
to hear God's name used in vein. I just hate
it. As far as me checking your arms for
tracks – I did. I will have faith in
you from now on. I completely trust you
sweetheart. I love you Joe.

Ok! About me saying you could be
a saint for all I know. Joe – understand

003256
MILKE_NSB003316

3

men sometimes tell women things they want to hear. Women do it too. I don't know you and I was just trying to feel you out. But <u>now</u> I trust you and everything you say. Please Joe - I'm trying to protect myself. I don't want a man to hurt me anymore. But thats then - this is now. I feel I know you. I wasn't saying you would have to pay for sex or anything. I'm sorry if I hurt your feelings. Please forgive me. Friday at the game, when we played Pictionary, I was talking to you and I wasn't nervous. I desperately wanted to kiss you. I felt comfortable with you. You do not need to wonder any longer - I LOVE YOU JOE! I want the same things you do. So - no more wondering! And as I said before - no one in our pod read your letters. This is just between you and me honey. I'm not playing head games with you because I think thats cruel. If I didn't want you, you'd know. I mean <u>every</u> word I say. <u>Yes!</u> I agree whole heartedly - lets stop questioning each other and fuck it lets fall deeply in love! Hooray! I want you, I need you, I LOVE YOU! I want to take care of each other and love each other forever & ever! Joe - if you <u>must</u> - when you leave jail and are free, if you have an "urge" to fulfill - go ahead but <u>please</u> use precaution because I do <u>not</u> want to catch

003257
MILKE_NSB003317

③

anything! You don't have to save yourself for me. I don't own you. So - please go ahead if you must. But once I'm out - and we make a commitment to one another - I won't tolerate that kind of behavior. Besides, once you had me you won't want to have anyone else. I'm not bragging but if I truly love someone - I will do my very best to please. And I know I will please you because we like a lot of the same things. I was complimented a lot by my last boyfriend, about sex. In fact, he wanted to marry me but I didn't want him that way. He would climax and then about 5 minutes later go for it again. He used to tell me I did things to him he never imagined doing. So - see, you'll be happy. And I know I'll be happy with you.

Joe - I truly appreciate you wanting to put money on my books and everything but please don't come and visit me. There are two reasons why. 1 - I'm max and I have no contact visits. 2 - I refuse to be strip searched. So - please just let me call you once you're out. ok? Thanks for understanding sweetie. Once again Joe - I believe in you and everything you say. See - I'm answering your letter as you wrote it. So if I sound as if I'm repeating myself its because you keep telling me to believe you. And I do dear! You asked me to an

5

003258
MILKE_NSB003318

you on the Mrs. Debra Marins part. Well - you
know that I want to change my name when I
get out. How about this? I will go back
to my maiden name when I'm out because
Milke is my past. And lets see how things
go for us and maybe someday soon I'll be
calling myself Debra Jean Marins. ok? Deal?

Now Joe - I'm concerned about something.
You stated you were suffering from severe
depression. I am glad I helped you out but
baby there are other ways to deal with depression.
What happens if you get depressed and I don't
or can't do anything for you anymore? Are you
a time bomb that may commit suicide? I'm
not being a smart ass sweetheart but death
is scary to me because of my son. Please tell me.
I want to love you, hold you, cuddle you,
listen to you, talk with you, and do everything
with you too. From now on - since we both
know we love each other - lets dream and
make plans. alright?

ok. Now letter #2. Keep them coming
because I like the reading. I'll write you
every day too. Besides, it makes me feel good.
I agree with you about things being meant
to be. I told you already in one letter about
God putting me through this tragedy just to
meet you. We were destined to be together.
I helped bring you out of your depression and

003259
MILKE_NSB003319

④

your kind words made me feel happy again. Because when Chris died - I wanted to die. I felt I had nothing to live for anymore. I wasn't suicidal but I was hurting and still am. Once I get out I have to find a therapy group or parents who lost children to violent crimes. My grief will take a while but your loving, caring ways helps me so much. And I thank you so much for caring sweetheart. I would never drag you down with me. I will be able to handle my pain. The only thing I can say today is do not talk to me about having children. And I know you can understand that.

Yes - that was me doing my nails and I had rollers in my hair. I was embarrassed too. See - you know me already! SMILE! I'm sure you will get the pleasure of seeing me that way again. The first thing I want to do is make love to you then take a shower and then make love again & again. I was going to ask you to find a place for us. But I had another idea. I am in no big hurry for us to go to Texas. I wanted you to take me back east so I could meet your family. My lawyer is going to loan me money so I can get started until I get some sort of settlement. If we stay here in Phx - I won't work here. I will stay for a little while but I want out of Az asap!

7

003260
MILKE_NSB003320

know how much he's going to give me but he told me not to worry. I would be taken care of. I lost my brand new car, my apt., my job, and most of my personal belongings. Mark broke into my apt. and stole everything. I have no idea what I have left on the outside. You don't have to impress me because I'm already impressed. I don't care where we live as long as we're together. But I have to be very careful because I'm scared some of Mark's friends will try and find me & kill me. No shit. I'll tell you why once I tell you my case. I just don't want to be around any crime areas. Do you have a vehicle? Do you have connections on getting a job? Once I get my money, we can leave and start somewhere else. I'm filing a $150 million lawsuit here. But that may take a long time to get. The money I'm talking about is what my lawyer is getting for me. I think about $10,000. I'm not sure. I'm very accurate with money. I am into accounting. But I am bad about spending it. I always seem to find something to buy. That may annoy you but I will really try hard to budget. As far as paying bills - I'm real good at that!

8

003261
MILKE_NSB003321

⑤

You know I was reading this letter of yours and I creamed my pants. Honest! I had to get clean pants. It was so erotic, I got excited. That letter they found is over and done with. I don't even think about it anymore. The guards still tease me but I blow it off. I know you're not a pervert honey. Its ok to dream & fantasize. I don't mind at all because everything you want to do – I want to do too. Except anal sex. NEVER.

You're right again – its no secret now – I love you Joseph Marino. I will let you know everything as I know it and I hope you would come and pick me up. I hope you don't go to prison. I pray you don't. Anyhow– I'm still doing the aerobics because I feel so good about myself. My inner thighs are yours. I like that feeling and you can kiss and lick all you want. Because I will do the same thing to you. I want to eat whipped cream off of you. I want to feel you inside me and all over me. When we make love Joe it will be for HOURS! And yes – 4th of July! Bang! Your hands make me hot. I saw your hands and just imagined them all over my body. I love you and I promise it will be the most physical and passionate night together. I also want to do stuff people only read about. People

9

003262
MILKE_NSB003322

take life for granted. I just want to have a special person to do them with. And I do now. Thanks for writing those beautiful letters to me honey. You make me smile so much. I want you and need you too Joe. I love you, honestly. We are two lucky people darling. I always dream of you too. Soon we'll be together and we'll be happy. I promise.

Please take care!

Love you always –

Debbie M.

By the way – I like Big Mouth.
And – the address here is (3225) you put 3325.
Please keep writing sweetheart! I love you!

10

003263
MILKE_NSB003323

ok Joe- this is the part of the letter where I tell
you about my case. Please read carefully, and try
and understand. I married Mark in 1984 and
left him in 1986. He was always in and out
of jail and abusing drugs & alcohol. Well- I
had Christopher to think about. After I left Mark-
he did nothing but harrass me and always beg
me to come back. I never wanted to go back be-
cause he was very abusive towards me. I worked
hard and did my very best to take care of Chris.
I saved my money and finally in 1988 I
hired a lawyer and filed for divorce. I told
my lawyer all about Mark. My main concern
was Christopher's welfare. I wanted sole custody,
supervised visitation and $200 a month child
support. Thats all. Well- Mark was doing time
in Florence prison when he was served the
divorce papers. He was extremely livid because
I went through with it. I was granted
everything I wanted plus the courts ordered
me to carry life & health insurance on Chris,
which I always did. I was a very responsible
parent. Chris always came first no matter what.
Anyhow- Mark was released from prison in
January 1989. He found out where I lived
and begged me to change the custody part
and change the visitation. He never paid me
child support. He said - as long as I don't
change anything, he refuses to pay any

003264
MILKE_NSB003324

I told him I didn't trust him alone with Chris because in the past he used drugs while Chris was in his care. So I said no - never. All year long Mark made threats to take Chris and leave Arizona. I always ignored him because to me it was just talk. Mark got pissed and went on a real bad coke binge. He was violated by his parole officer and told he would be facing 25 yrs in prison. Well - Mark whined and said he had a son to take care of. He lied to his parole officer. So instead - he was ordered to enter a drug rehab. For 4 months I didn't hear a word from Mark but then in August he came over to his mothers house while I was visiting and became extremely violent. We had a huge fight. Mark took my car away and told me & Chris to walk home. His mom owned the car - I was just making the payments. She bought it brand new for me. Anyway - I talked Mark into letting me take him home. Once we got to his house - Chris had to use the bathroom. Chris went in and Mark and I argued. He still wanted me to change our divorce papers. Again, I said no way. When Chris was coming out of the

12

003265
MILKE_NSB003325

house, Mark yelled at him to get back
inside. Mark said - you can't have him
back. Chris started crying. I told Mark he
was making a grave mistake. I was
hysterical because Mark was violent and
Chris was crying for me. I started running
down the street because Mark took my
car keys. I was going to go call the police.
Mark's friend Gerald came running after
me & begging me not to call the police because
he knew Mark would be arrested. Gerald
said "I can get Mark to give Chris back."
I went back and Mark said I could
have Chris back but not my car until
I change the divorce papers. He threw Chris
at me and said "Here's your fucking
brat!" Chris & I ran & ran. We hid
in an alley and I held Chris real tight
and said not to worry. Chris said he
didn't like his dad because he was mean
to mommy. Anyhow - I called my friend
Jim. He came and picked us up at 19th
& Bethany Home. Mark and I had other
fights but this was the worse. I tried
so hard not to let Chris see or hear but
Mark didn't care. He called me a whore,
cunt, bitch, etc in front of Chris.
Jim and I have been friends for 3

13

003266
MILKE_NSB003326

years. So I knew him well. He had a
2 yr old daughter he was taking care of
Anyhow - I was afraid to go home so Jim
offered to let me stay with him. He had
an extra bedroom. I was hiding all my
personal problems from my boyfriend
because I didn't want him to get involved.
Chris & I moved in with Jim and Mark
still wouldn't give me my car back. His
mom didn't even do anything. Mark's a
momma's boy. Finally September came and
my mother came to the states to visit. I
told her what happened and she said I
should get a restraining order. I did and
Mark was served 3 weeks later. While
my mom was here she bought me a brand
new car. In October was Christophers birthday
and he turned 4. Mark called and wanted
to have Chris. I asked Chris if he wanted
to be with his daddy and he said yes. This
was before Mark got the order. I didn't
tell him he was getting it. Mark promised
to behave and bring him home on time. I
told Mark if he screwed up I would
call the police and he knew I was
serious. The whole time Chris was gone I
worried. Finally - Mark got served and

14

was upset big time. He called & called and told Jim to tell me if I moved out of state with Chris he would hunt me down and make my life miserable. On October 24 - Mark took me to court to appeal the order. We go to court and I won again. Jim went with me because I was scared to be alone with Mark. Mark made a total ass out of himself in court. My atty has a copy of the tape from that day. Anyway, as Jim and I are leaving Mark comes up to me and says "You fucking cunt! You won again. Well - I'm not through with you yet. You are going to pay for this I promise. You are not worth killing to have Chris. I will get Chris one way or another." I was really scared Joe. Mark obeyd the court order and I was really surprised. The judge told me Mark was allowed to pick Chris up and drop him off but that was it. Well- for about 2 weeks I didn't hear from him. Then around the middle of November - Mark started having Chris on Sat. afternoons and he was always late bringing him home. Mark was still making comments to me and Jim decided he was going to buy a gun. Jim said "If he try anything, I won't hesitate to use this." I had plans of my own for Chris & I on Thanksgiving

/5

003268
MILKE_NSB003328

which really pissed Mark off. I told Mark he could have Chris on either Sat or Sun. He picked Sunday, Nov 26. When Mark dropped off Chris that night he told me he was going to Texas to get a drivers license. He said he didn't know how long he would be gone but that he would be back. Well- the week went by and on Saturday morning, December 2 Jim's friend, Roger called and asked Jim if he could give Roger a ride to the store. I was still sleeping and didn't hear the phone ring. At around 10:00 I woke up and Jim asked if he could use my car because he wanted to go to the mall to do Christmas shopping. Jim gets a monthly check on the 1st of every month and that was the perfect weekend to go shopping. I said he could use my car and Chris asked if he could go with Jim. I said yes it was ok and Jim didn't mind either. Jim really had intentions of going to the mall but he forgot to tell me about doing an errand for Roger. Anyhow- they left around 11:00 and I just kicked back, cleaned the apt., took a shower, etc. Then at 3:00 that afternoon Jim called from the mall and said Chris had been kidnapped. I became so hysterical

16

003269
MILKE_NSB003329

and started screaming. My neighbors heard me and came rushing over. I called the police and then they began their search. For 2 days I was feeling every emotion you could think of. I didn't eat, sleep and everytime my phone rang, I jumped. Chris knew our telephone number. I imagined him being sexually molested, drugged up, everything. Joe — I was emotionally fucked up. Then on Sunday I went down to Florence because my dad lives there. I wanted to be with my family. The police knew exactly where I was. Then Sunday night the Sheriff came to my dads house and said they wanted to question me some more. So I went. I told the exact same thing to about 20 cops in Phx and I couldn't imagine what else they wanted to know. Well I waited at the Sheriffs station for about 2 hours. Finally a detective came in to see me. At the Sheriffs station I was in a doctors room. This detective came in by himself and shut the door. He said all in one breath "We found your son, he was murdered and you are under arrest." All at once! I was in TOTAL SHOCK! I screamed and screamed. He read me my rights and was begging me to talk. I refused. He kept telling me he was my friend and

003270
MILKE_NSB003330

I could trust him. I told this cop that I never have been in trouble before and that I think I need a lawyer. I remembered that stuff from TV. I didn't know what was going on because like I said, I was in shock. This cop kept talking and said "We know the whole story Debbie - about you paying Roger & Jim to kill your son." I couldn't believe my ears. So - I didn't say a word because I knew I needed a lawyer. This cop kept putting his hands on my knees and begging me to talk. Talk about what? I had no idea what he was saying! Finally, we come back to Phx. I go to Madison and don't remember anything. So - from my lawyer and our private detective - I found out that Roger admitted to killing my son. He took the cops out to the desert, gave them the gun and said I was going to pay him $250 and that Jim & I were going to split $5000, from Christophers life insurance. What got me indicted was a so called "confession". That cop that arrested me said I confessed to everything. Joe - you would not believe what was in that police report. I never said any of those things! Anyhow - I got a letter from Jim

18

003271
MILKE_NSB003331

because he got arrested too. Jim wrote and
said that when him and Chris left the
apt. they went to Rogers house so Jim
could take him to the store. I knew Roger
only a little bit. I didn't like him and
he knew it. Chris was scared of him. Roger
hated kids also. Anyway- Chris told Jim
he wanted to come back home and pick
me up so we could go buy a Christmas tree.
Jim's daughter was with her mother and
Jim was going to pick her up around 2:00.
So Jim told Chris they would go back
later to come and get me. Since Jim was
taking Roger to the store - Roger decided
he wanted to go out in the desert to
shoot at snakes. Jim figured it was alright
so they went. See - and this whole time
I think Jim + Chris are at the mall.
I had no idea about Roger. Anyhow-
Jim says they were ready to leave the
desert and as Jim was walking towards
my car he heard a shot. He turned
around and watched Roger shoot 2
more times. Jim said he froze. He
said he was terrified because Roger had
a gun and was afraid he would shoot
Jim too. He said Roger casually got in the
car and said "Lets go." Jim said he

19

003272
MILKE_NSB003332

panicked and didn't know what to do.
He was scared of Roger because he had a
loaded gun and obviously not afraid to
use it. Jim said since he knew that
I figured they were at the mall, he would
make up a story to protect Roger. See-
Jim & Roger have been friends for over
20 yrs. And Mark & Roger knew each
other. Roger is a drug addict & alcoholic
like Mark. So they both made up a story
and finally on Sunday afternoon Roger took
the cops out there. Admitted doing it
and then implicating me & Jim. I was
mad at Jim for lying and making up a
story about Chris being kidnapped. Jim
said he was sorry but he didn't know
what to do. So- Jim is guilty of obstructing
justice because he didn't call the police
right away. He said he was afraid
that Roger would kill him. Anyhow- Mark
was notified in Texas and instead of
hurrying up to get back to Phx. he waited
and extra day because he had to get
his drivers license on Monday. Mark had
a whole week to get a license but he
waited because he had to cover his alibi.
Anyway Joe- its real complicated. The news

003273
MILKE_NSB003333

plastered me all over the news. During Chris'
funeral, Mark states on TV " I finally
have sole custody of my son." Since his
death, Mark sold a story to National Enquirer,
he appeared on a national TV show, he
travelled all over the US. making money
left and right. Its disgusting. My lawyer
suspects Mark & Roger is in on this. But
the state thinks Mark is a "victim." Bullshit!
Anyway, my lawyer has a ton of evidence
to acquit me. For once we are out I
can explain it detail by detail. All I can
say right now is that the state has absolutely
no evidence to convict me but there is always
that fear of life in prison hanging over
my head. I've been told I have a major
lawsuit coming. And since I've been here,
6 months, anything like evidence is in my
behalf. I haven't had to worry. But
what I'm afraid of is going to trial and
people being paid off. I'm scared of the
system because I was publicized so bad.
I'm scared to death honey! Mark won. He
told me I would suffer one day. I can't
believe he would do something like this.
I don't care what anyone says, Mark was
definitely behind this. He even threatened
my lawyer and his family. He even
told my lawyer that if the state was going

003274
MILKE_NSB003334

to point fingers at him he was taking off. If he had nothing to do with it - why run? My case is so long and involved and too much to write. I'll either tell you everything over the phone or wait until I see you. The state can dig as deep as they want - they will never find dirt on me. I am completely innocent! I loved my son dearly. He was all I had. I centered my whole life around him. So - you got a basic idea now. They charged me with 1st deg murder, conspiracy to commit murder, child abuse & kidnapping. My lawyer keeps telling me we're going to win. What do you think? Do I seem like the type of person who would hurt anyone? I've never been in trouble before. My God! I'll get through this Joe. I just pray it will end and we can be together and enjoy each other. I need you just as much as you need me. I sure hope this doesn't change the way you feel about me. Thats why I'm paranoid about meeting people. Obviously I was naive to a man I once loved. I thought I knew him. But Mark was so obsessed with me. Unfortunately my son had to pay the price. I hurt mentally,

22

003275
MILKE_NSB003335

emotionally, and physically. You can't even imagine the pain I feel. Bad relationships either end up in homocide or suicide. Thats why I want our relationship to work out so bad. I want to love you and never have to fear again. I think I've been through enough. I definitely deserve a good man! And I know you are that person. I love you Joe. Please write back and tell me what you think. I'm really scared of the system and I fear we'll never be together. But my atty tells me I'll be free. So - please pray for me sweetheart! I'll be waiting to hear from you. Please keep this story to yourself. I know you will.

Love you!

Always -

Debbie

003276
MILKE_NSB003336

5-11-90
Friday

Hi my love-

How's it going? I am sitting here
thinking of you again. I already miss you so
much I can't stand it. I miss not seeing you
anymore. I heard from my lawyer today and
I have excellent news! When I went to court
on the 4ts, after our hearing, the prosecuter
stopped my lawyer in the hall and told him
he really believes I'm innocent. He wanted
to see all the evidence my lawyer has to
have me exonerated. So - my lawyer said it
could be any day, June 1st or we may
go to trial. But he plans on June 1st to
show the court I'm innocent. See- at least
the state is realizing I'm innocent. But the
reason they won't just drop my charges is
because its a political thing. They have an
image to maintain. My lawyer is hot
stuff! I thank God he came along! So
baby- we'll be together shortly! Also - Roger
is at Madison jail bragging to people about
killing my son and saying "the mother is
doing time for something she didn't do." My
lawyer found that out. So its all coming
to an end. Mark is going to pay for doing
this to me. I'm so excited boo! My

003278
MILKE_NSB003338

said he has the state by the balls. I
will be free soon! Oh! I can't wait to be
with you and we can get started on a happy
long life together! There's so much I have
to do once I'm out that I can't think straight.
One important thing to do is get together and
then we can get our shit together. I hope you
didn't get too upset about my case. I hope
your feelings haven't changed. Joe. I would
never hurt an innocent child. I'm sure you
believe that. I was just set up. But I have
a damn good private lawyer. He's awesome!
I can't wait until you get out and then I
can start talking to you on the phone. I miss
you sweetheart! I love you bunches too. I can
almost feel you touching me. What happened
Joe? How did this happen to us? Isn't it wild?
Please tell me about your probation violation.
How did you end up in jail? If you already
answered, please disregard. I hope you
don't go to jail. Please tell me about your case
if you want. I meant prison, not jail. I'm
so excited about this ending for me. I still
have to deal with the pain of the other guys
trials. But I haven't come to a decision
whether I can be there or not. What I mean
is- should I be present for their trials or

2

003279
MILKE_NSB003339

Should I stay away? I can't sit there
and listen to all the details of my son's
gruesome death. That will stick with me for
the rest of my life too. I guess I will
cross that bridge when it comes. I can
see some very painful moments ahead for
me and I just pray you will be there for
me. I will definitely need you sweetie. But
if you feel like you wouldn't be able to
handle it just say so. I'll understand. I
would never wish this pain on anyone. But I
thank God its almost over and I'm almost free.

I had a dream last night about
us and our first night together. This was you –
He laid her gently on the bed and slowly
undressed her. When she lay naked and splendid
on her bed, he took off his own clothes
and helped her to slip under the covers. He
didn't want to embarrass her, or scare her,
or hurt her. He wanted everything to be
perfect for her, and he wanted it to be
a moment they would both treasure forever.
She was even lovelier than he had dreamed
and as he entered her at last, they both
moaned softly. She writhed in his arms
and he kissed her endlessly, holding her and
whispering his love for her softly. They lay
together for a long time and when it was

003280
MILKE_NSB003340

over, he clutched her close to him as though they could become one body and one soul if he held her for long enough, and nothing could ever part them!

That reminds me of us together. But that was only the romantic part and after all that its total passion. You said in one letter that you'd probably come once you kissed me. I would probably do the same too so don't feel bad. Even when I sit here and dream about us I start to throb inside. Imagine that! You know what gets me going strong? Kissing my ears. Blowing in them and nibbling on them drives me absolutely wild! Oh! I can't wait honey! We might be in bed for days but who cares.

Now today is Saturday 5-12 and I woke up in a wonderful mood. I was laying in bed thinking of us together and all I do is smile. I love Saturday mornings - imagining us sitting outside on the patio drinking coffee and talking, planning our days activities. You like dogs? I do too. And I was planning on buying a Cocker Spaniel when I got out. Before you came along, I really was planning on getting a dog to keep me

4

003281
MILKE_NSB003341

③

company. I like to go to the park and play frisbee with the dogs. Your ideas of the river and Grand Canyon sound like so much fun. And also about ghost towns, abandon farms. But why does it bring you to the past? Tell me about it. I've seen everything in Arizona. I really would like to travel to other places. Colorado is a gorgeous state. I don't like to gamble either. I've been to Las Vegas and wasn't impressed. I can't see wasting all that money. So- I will never go back. Laughlin either for that matter. Sorry baby. I love the beach. When I always go to San Diego, I rent roller skates and skate everywhere. I like to walk along the beach at night. If I get my money from my lawsuit, I want to go to Hawaii too. I really want to travel. I've been to Europe. Its interesting over there. Would you really like to live in Texas? Be honest. I really don't have to go there. I'm open to almost anything. I really don't want to stay here. Are you planning to stay in the same kind of work? I have a lot of experience in insurance and I want to stay in that field. I could get a job with almost any insurance company. At this point, I really have no idea what's going to happen so like you said before-

5

003282
MILKE_NSB003342

just work on getting free and getting
together. Even if we stay here a short
while - its ok. But tell me what you
plan to do as far as working? I know
for sure - we need to concentrate on paying
off your debts. Mine are all real small.
Your IRS one scares me. But we'll deal
with that later. Sure would make it
easier if I had my lawsuit money. Huh?
It will be rough at first but as time
goes on, it will get better.

        I know when I get out I need to
go to a dentist and a doctor. I need to get
on some birth control quick. I made out a
list of everything I need to do. Hopefully
it won't be a hard adjustment. If you are
out before me - it might be easier. So -
how is it there where you are at? Do you
miss Durango? I know you miss seeing me and
I miss seeing you. You Italian stud. What
a combination - German & Italian. I told
you I was born in West Berlin, Germany.
Tracy and I were talking last night about
different foods. I love Mexican, Italian
and Chinese. I will always try stuff
first. I'm pretty flexible. I'm not a wine
drinker. Thats too sweet. I like champagne

6

003283
MILKE_NSB003343

Ⓐ

with orange juice. I love beer. Bud Light, Coors Light or Miller Genuine Draft. I don't like hard liquor. If I have a mixed drink it has to be diluted. I like tropical drinks too. And I have an addiction to Pepsi. Bad, bad. How about you?

Am I boring you honey? You said you wanted to know everything about me. When I buy clothes - I like black, mauve, blue. When I'm not working - I wear jeans a lot. When I work - I always dress professionally. I have wool suits, lots & lots of dresses, skirts. I take excellent care & pride in my wardrobe. I love to wear heels. I know I'd be taller than you with those on. Enclosed is a picture of how I always wear my hair. I have my hair exactly like that. In fact, I looked like that the day Chris was missing. I just got a perm 2 days before. And once I'm out, I'm getting my hair done like that again. Do you like it? I like your hair the way it is. I don't like long hair on men. People always told me I was so picky. I am sometimes. I'm picky about food, clothes, cars, almost everything. I just like neatness. I will try hard to work on my perfectionism. That is a messed up side of me. You said you wanted to know.

>

003284
MILKE_NSB003344

Its almost the afternoon, hopefully I get a letter from you today. Did you get my letters? As of this date May 12 I mailed out 3. I have a 12 page one sitting here ready to be mailed. This letter is the 5th one. How do you like my lips on the first page? Thought you might enjoy it. Theres more where that came from. You bet your sweet ass! Oh! The Doors are on now. I love the Doors. Do you? Music is wonderful to me. I like all kinds and once I get my house, I want to have speakers in my bedroom. I want a collection of all kinds of music. I like to record. I would rather have a stereo than a TV. I don't watch much TV. It bores me sometimes. But I do like to rent movies a lot.

Do you remember when you asked me if I like to run around nude? And I told you no. I do, however, like to wear silk nighties. I have a whole bunch. Short ones. You know, those Teddies? I like silk and lace. I always wear lacey bikini underwear and lacey bras. Have you ever heard of Fredericks of Hollywood? Well- I have some stuff from there. Do you wear those designer

8

003285
MILKE_NSB003345

⑥

sexy underwear? I bet you look good in
them. Hey! Your last night here when you
were laying on the table by the phones - I
saw you lift up your shirt. I saw your
tan lines. You have quite a bit of hair
on your chest don't you? Well - I saw your
path to paradise baby. I get excited on hairy
chests. It turns me on. I can't wait to
touch every inch of your body. I'm going to
have you laying down and I will start with
your luscious mouth while my hands are
rubbing your chest. I may go up to your
ears and gently kiss them and work my way
down slowly. You are going to try to make me
stop but I won't let you. I will caress your
whole chest with my lips while my hands
are exploring your genitals. By this time
you are extremely hard, stiff! I start to
kiss your stomach and you are dying for me
to put my wet, warm mouth on you but I
don't. I'm getting closer and this time my
hands are rubbing the insides of your
thighs. I'm getting closer and I finally lick
the top of the head - and you are just moaning.
I just kiss the top of it and down the sides
and then I decide to put the whole thing
in my warm, watery mouth. It feels so
hot to you and you are going crazy. So am
I sweetheart! I am enjoying myself so

003286
MILKE_NSB003346

and after a few minutes you finally explode. It is such a sweet tasting taste that I consume every drop of it. By this time you are wild and we just go to town on everything. I like sex like you do Joe and lots of it. I'm not a nympho but I hardly say no. I like to have fun. You don't have to try and convince me because I can tell by the way you look that you are hot. Just like you said my eyes + smile give me away. We were meant to be together and we will. I just hope I don't disappoint you. I can picture in my mind all I want to do but its hard for me to put it in words. You are very descriptive and I like it. You are not boring either. And please don't be sorry Joe. Say whatever you like. You have that right. I'm not one of those women who say I have a headache. But I will not have sex when I'm on my period. Thats gross. You won't earn your red wings from me. SMILE ☺ And always, always, always after my period is over is when my sexual drive is the highest! You can tell when my period is over. Am I making you blush? Sorry honey! I love you! Please write me everyday. I don't think you

003287
MILKE_NSB003347

⑥

will ever run out of stuff to say. I want to know everything about you. Do you like trucks? I mean like 4 wheel drive trucks with big fat tires? I used to have a camaro. I had a kick ass stereo in it and I had fat tires on it with Centerline rims. It was navy blue with T-tops. It was so cool. It had headers on it too. And it was loud. I drove so fast in it all the time. Mark got drunk one night and wrecked it in a head-on collision. I was so pissed. After that car I had a brand new Grand Am. I sold that car and bought a Ford Thunderbird. Got rid of that and had another chevy. My last car I had was a 1989 Toyota Corolla 4 door. White with tinted windows, spoke rims. Very nice car. After my parents found out I got arrested they sold it. My mother bought it for me in Sept 89. So - now I don't have a car and I need to get one. I really would like another Toyota. I hate being without a car.

What did you study in college? You said you went for 2 yrs. I studied accounting, business admin + marketing. I liked college. I told you I speak German & Spanish. Do you know any Italian? Its kind of similar to Spanish. Are your parents from Italy? Is your dad still alive? Next letter, tell me about your family. Are you an only child?

003288
MILKE_NSB003348

And I want to know about your kids.
You have 3. Boys? Girls? What are their names!
Tell me Joseph! Shit - I could be a
step-mother someday! Are you still breathing?
I hope I'm not boring you darling. I just
like to write you and I want to know
everything about you. Why did you get divorced
after 10 yrs? Is your ex-wife re-married?
Do you get reasonable visitation with your
kids? I'm not being nosy, just getting to
know you. I just want to get close to you, taste
your love so sweet, feel your body heat when
I make love to you in the still of the night!
I just heard Whitesnake! Can't you tell?
     Well - 2nd shift came and I didn't get
a letter from you. Maybe Monday. Try and
write everyday. I'll write everyday too.
I read all the letters you wrote to me.
After me telling you about my case - I can't
imagine you backing out on me. Besides -
I'm totally innocent. It just feels weird
to me to know that I was in jail accused
of murder. Shit Joe- we got this new girl
in here and she really gives me the creeps.
She stabbed her boyfriend repeatedly and
killed him. This morning at breakfast
she went on and on about killing him
and how good it felt. She has this
wicked laugh. Apparently - he was a drug

12

003289
MILKE_NSB003349

⑨

addict and alcoholic and was beating her. She
said she had enough and got a huge butcher
knife and stabbed him over & over. And she
was laughing about it like its no big deal!
Man- if I _ever_ got in an abusive relationship
I would leave ASAP. No man is worth sticking
around to take that shit. She thinks she
didn't do anything wrong. She kept saying
the bastard deserved it. I tell you Joe- I
need to get out of here. But I did learn
quite a bit here from different people.
One girl in here already got convicted of
2nd deg murder for shooting her boyfriend in
the back and killing him. Shes waiting for
sentencing. I'm just so thankful I never got
in trouble. Mark thought he was so smart
trying to get me for murder. He's got another
thing coming. I came here to Durango Tour
to meet Prince Joseph, thats all! Huh honey?
I love you baby! Write me back soon. ok?
You are always in my thoughts and dreams
and I look forward to hearing from you.
Take it easy and remember that I want you,
love you and need you. By the way, keep
this picture because when I'm out I need
to show how I want my hair. Thanks baby!

Love always.
Debbie

003290
MILKE_NSB003350

5-14-90
Monday

My dearest Joe-

Hi sweetheart! I got a letter from you today. Now, lets get something straight. When I wrote those letters to you while you were still here at Durango - we had just gotten busted with that kite. I had no idea how you would react. All I was saying was that I still wanted to write and yes - I still liked you. By now you should have received my 12 page letter and another one about 7 pages. Those letters will explain exactly how I feel about you. So - don't even bother answering this letter. You answer my letters I answer yours. Just disregard all those letters I wrote while you were still here. I LOVE YOU! I'm not confused anymore. I trust you and believe in you baby! Lets get off this shit of being confused about each others feelings. ok? Thank you. But please explain what you meant about me getting my head together. You had my full name & booking number a month ago. What did you mean by that? You know its hard to understand sometimes because you can't hear words written down

003294
MILKE_NSB003354

paper. I don't always take things personally
but I didn't quite understand that.
Anyhow Joe. I have my head together
and I know how I feel about you.
So stop wondering! Enough already. Whew!!!

I loved your letter darling. As far
as your Rule 11 - fuck Joe - I believe you! SMILE
I was just curious honey. I didn't know
you were released from prison in December.
Well - when you go to court - tell your
lawyer or the judge that you got good help
here at Durango and you are fine now.
Tell them you have a different outlook
on life and that you plan to get help
on the outside. Don't tell them you're in
love. That may seem strange to them. You
know - falling in love in jail. And please
don't say my name because I'm still going
through court. I know you will respect
that. I enclosed 4 stamped envelopes
for you and some paper so you can write
me because I want to hear from you
baby! I love you. I feel bad for you
that you are there with asshole men! At
least you have a "Dego" friend. You're
sweet! Comprendo mi bonito esposo! The
word for girl is niña. Mi esposo - sí,
someday honey! Since you left - I haven't

2

come out of C Pod. I have no reason anymore. You are not here. I don't talk to the guards anymore because I am into my own little world thinking of you and concentrating on getting out of here. I hope and pray you get your parole re-instated. I want to be with you on the outside. Please try and convince the judge. You could tell them you got a girl pregnant! No just kidding!

I want to make love to you in a car. You're sitting in the passenger seat, I bend forward, my hair falling over your lap and run my tongue along your growing hardness. I take it deep in my mouth, wetting the entire shaft and then withdrawing 3/4 of the way. I suck the tip so hard you feel like its going to fly off! Then I swing one leg over your leg and pivot so that I'm crouching over your lap, facing you, my mouth on yours, my tongue thrusting in your mouth. You react instinctively, rising your hips and as you do, I lower my body and you slide up through my warm, flowing juices until you're totally encased in me. I'm gripped in a rhythmic motion as I rise & fall, my hands gripping your shoulders and my head thrown back screaming in ecstasy! How's that baby? Got a hard on? I'm wetting my pants. I can't wait!

003296
MILKE_NSB003356

couldn't finish. You can understand. I can't wait until you put your hands all over my body and feel and caress me. You can make me shake and quiver anytime baby. Yeah Buddy. I love sex too! Yes. I want to make love day + night, over + over. I will look forward to all of your love juices swallowing number one! I don't care if I'm covered in it baby! Once I'm down on you - you just might beg me to stop! But I will if you want me to. And you don't disrespect me by writing so much sex stuff. I like it. The only thing I don't like is "I want to fuck you" To me - fucing is like - no feelings or love. I don't mind you expressing your feelings honey. You want to be my man huh? Well - if you make a commitment to me - that's it. I'm the only one you sleep with! The same goes for me. But if we have great sex - why have other sexual relationships? I don't believe in cheating. Why ruin a good thing? We won't need to worry about that. So - you want a list of all my likes and dislikes? Ok honey!

003297
MILKE_NSB003357

Likes - sexually

1. I am always clean + fresh. Smell good too.
2. I like lingerie - nighties (black, white + red)
3. I like lots of foreplay and I like to foreplay
4. I love to give head - I suck it like a popsicle.
   I like to go slow and easy - maybe with ice in
   my mouth. I can tease very well.
5. I like to be entered in real slow and steady. I
   like to feel all of it.
6. I like oral sex on me - the whole thing. Face and
   all is fine. A couple of fingers in there too.
7. I like to be on bottom, on top facing you, not
   facing you, doggie style, sideways, sitting on you -
   all ways. Standing up is kind of hard.
   I like to be sitting up on something high and
   you standing in front of me.
8. I like sex to rock music, or country. Whatever
   the mood.
9. I'm a screamer. Not that loud. But I was
   told once I should put a sock in my mouth.
10. I like sex anywhere - floor, counter, bed,
    bathtub - anywhere.

Over

003298
MILKE_NSB003358

Dislikes - sexually

1. I don't like toys.
2. I don't like anal - Never tried and never will
3. I don't like role playing - games
4. I don't like pornos.
5. I don't like using food - other than maybe
   ice cream or whipped cream.

   Basically - I'll do everything to please my
partner but I do have limits. Its important
to me to make sure my partner got off too. If not -
I keep going till you do. I'm considerate.

Musical Groups -

1. WHITESNAKE            16. Pink Floyd
2. Def Leppard           17. Jefferson Starship
3. Bon Jovi
4. ZZ Top                         Country
5. CCR
6. Billy Idol              1. George Strait
7. Van Halen — old stuff   2. Willie + Waylon
8. Joe Satriani ?          3. Johnny Lee
9. Deep Purple             4. Clint Black
10. Kiss - new stuff       5. Randy Travis
11. Fleetwood Mac          6. Alabama
12. Great White
13. Black Sabbath              most of them
14. Molly Hatchet
15. Bruce Springsteen    AND ALSO - FUNK MUSIC
                         Janet Jackson, MC HAMMER etc
                              GAP BAND!

003299
MILKE_NSB003359

Food.
1. Chinese
2. Mexican
3. Italian - Olive Garden!
4. German
5. Steaks - prime rib, T-bone, flank, London Broil, BBQ
6. Fish - Salmon, catfish, red snapper, etc. All seafood
7. Chicken - baked, BBQ, broiled
8. Any kind of cheese. - All of it
9. All kinds of fruit
10. hamburgers - but usually home made
11. soups - clam chowder (white), split pea, vegetable
12. Lots of pasta salads
13. Any kind of vegetable - except cooked carrots!

There isn't too much I don't like. I hate fried
foods, gravies, all that fat stuff like they serve
serve here. I'm a fairly healthy eater.

Things I want to do.
1. Get out of here.
2. > Move out of state ↗ 3.
3. ↘ Be with you ← 2.
4. Travel
5. Go camping, hiking, dancing, get a good drunk, do everything
   we dream about.
6. I want a beautiful house with a pool, a couple
   of nice cars. BMW would be nice.
7. I want to meet your family - kids too.

7

003300
MILKE_NSB003360

8. I want to be happy for once in my life.
9. And maybe I want to be Mrs. Marino - who knows?

So - how's that? Did you get a fairly good idea of me? Do I suit your needs? Hey Joe - tell me about this robbery of yours? How did you do it? Do you still have any of the money left? Just curious. The girls in here apparently know about it but I want to hear it from you sweetheart. I love you baby! I miss you so much honey. My mouth is waiting for you too right where you'll like it. My jaws are primed. I want you to know that Mark (my ex) was my first sexual experience. I was a virgin until I was 19. Anyhow - Mark did everything - perverted stuff too but I didn't know any better. After I left him - I just fucked guys - no oral stuff. But my last boyfriend was the only other guy other than Mark to do oral sex. Just so you know - I don't get around. You will be the 3rd person. But my last boyfriend made me realize that sex could be passionate and not gross like Mark was. Obviously my last boyfriend prepped me for you. Once we're out I could tell you what

8

003301
MILKE_NSB003361

Mark did to me and then you will understand why. I don't like to be abused, just loved. And I know honey - you'd be wonderful. By the way - I heard more good news about my case. All of the investigation on me by my atty is completed. Our private investigator has 30 yrs experience with law and he said with all the evidence we have and compared to what the state "thinks" they have - no court in the nation could convict me. No way. Besides - we found out the state stopped investigating on me because they can't find any dirt. I knew it! Oh baby! I'm so happy. We will be together soon! I feel like I'm waiting for Christmas and opening that big present - your pants!

I learned a lot from my sons death - I'm not afraid of death but what I'm mortally afraid of is getting to the end and being filled with regrets, of missed opportunities, of never having said what I really felt to the people I care for, of not having really experienced love and given love, and of not having lived a generous life. What I'm saying Joe - is that I want to share these things with you. I don't want to miss out. I will always grieve my sons death but his death has caused me to live life to the fullest. I will see him again

003302
MILKE_NSB003362

9

someday. But until then - I don't want
an abusive relationship - drugs, alcohol abuse -
Crime, etc. I want to be happy. And
the two of us deserve it. Damn straight!

I miss you sweetheart. I always dream
of you. Take care and good luck on the 21st.
From now on - no more confusion. I love you

Always -

Debbie M.

Joseph Marino
loves
Debra M^(ILKe)_(ARINO) ?   Ha! Ha!

Keep you guessing!

10

**003303**
**MILKE_NSB003363**



D. Milke 161110
3325 W. Durango
Phoenix, Az 85009

Joe Marino #145484
3127 W. Durango
Phoenix, Az 85009

Towers Jail

003339
MILKE_NSB003399

5-18-90
Friday

Dear Joe-

Hello once again sweetheart! I feel so lucky today. 3 letters today. Boy aren't I special?! This one letter of yours was so hot and erotic. I'm glad we think alike. Strange isn't it? I'm answering your letter as I read it. If I want to talk dirty to you - I can. I know exactly what to say honey! So what if you blow your wad? There's plenty more where that came from! I watched that Geraldo show and I was pissed big time. It kind of scared me but my lawyer is damn good. Besides, with no evidence on me - how can I be convicted? There is going to be hell to pay once they are through with me. I am definitely going to get even with this fucking state.

You said read some sexy stuff from your letter and let it flow. Then you said you wished I would put it on paper. Don't be too surprised if I do that! I just may. Check the very last page honey! SMILE ☺ Yes dear we have the same vibes. And no its not a dream. Its fucking real sweetie. I'm yours for as long as you like. Only to love and cherish. I do want you to know one thing however. My sex life with Mark was disgusting to me. He was my first experience. The

003340
MILKE_NSB003400

he did was disgusting. I always felt like a whore. Anyhow - after him I told you I just fucked guys (not many, maybe 5) and nothing oral. Then I had a long break because men generally disgusted me. When I met my boyfriend Ernie - he was so loving and gentle. He brought out so many inhibitions in me. And then I could really tell the difference between fucking and real passionate lovemaking. I wasn't "in love" with him but I felt very very comfortable. And I can only let go that way sexually if I'm in love with that person. Ernie was in love with me but I wasn't comfortable with a serious relationship. So yes - he broke up the inhibitions. I got myself prepared for you. I like to have fun sexually but then I also like to be passionate only. It depends on the mood. You'll see. Maybe one night I'll be an animal and the next night I won't be. It all depends. The way you write to me doesn't bother me at all. I love it babe!

Now I'm on the second letter. First of all - let me say that what you did is all in the past. Why dwell over old shit? It is such a waste of time. I am not mad at all. As I said before - shit happens. There is something about me you don't know and I'm about to tell you. People have different

2

003341
MILKE_NSB003401

②

views on this but I had no choice. I had 2 abortions 10 months apart. My first one was in Dec 1988. Remember I told you Mark raped me? Well I was on the pill and I got pregnant from him raping me. I was 5 months along when I found out. Thinking I wasn't pregnant I kept taking the pill and was having regular monthly periods. As I said I was 5 months along. I had a special test done to see if the baby was alright and it wasn't. So my only alternative was to abort. It was very painful. Physically and emotionally. After that, I asked to have a real strong pill. Then I was dating Ernie and Bam - I got pregnant again. And all this time I'm on the pill! I didn't know what to do. Well fortunately I found out early enough (5 wks). I sat down and thought out all what was going on in my life. I didn't love him and I didn't want to marry him. I had Chris to think about, my job, and that was the time when Mark was harrassing me so bad. I just couldn't have it. So Sept 89 I had an abortion again. Again, painful. This time I got on a different brand pill which seemed to work real well. But I had to quit taking them because I got arrested in Dec 89. It is vitally important I don't get pregnant again because I can not and will not go through an abortion

003342
MILKE_NSB003402

again. Plus I can't handle a child emotionally
or mentally right now. So if I get pregnant
I don't know what I'll do. God help me!
So as soon as I get out of here I need to
see a doctor soon. But Joe! thats the most
degrading secret I have and I'm ashamed
but there's nothing I can do now because its
my past. So - when I say I understand - I
do. Just don't repeat your mistakes with me
because I'll be gone quicker than you can
say I'm sorry! ok?

If I'm free before you, I'll wait.
I'm not a chaser. The most gorgeous man
could come up to me and I wouldn't care.
I don't like head games and I fell in
love with you, what you do for me and
say to me - no decent guy out there would
ever do to me. Granted, I have high
self esteem but look at your friend in
there who took his "old lady" for granted?
I was one of those "old ladies" but no
more. You are special to me Joe. So - I'll
wait. It may not be Phx but I'll let you
know. As far as your bank robbery - hey
its cool. Its over with and now 1990 you
have a chance to be happy. You don't have
to prove anything to me just to yourself. If I

003343
MILKE_NSB003403

③

didn't like anything, I'd tell you for sure. Just because you were successful back then doesn't mean you can't be successful again. You can Joe if you put your heart in it. See now you have a whole new perspective. You can do it. There's a lot in my past that when I see reminders, I get sad. Shit. Mark owned his own business laying carpet. So - now every time I see carpet I always remember. But I am me and life goes on. I am special and I owe it to myself to be happy. I hate being depressed so fuck it. And yes- quit feeling sorry for yourself. I don't feel sorry for you or myself. It was just an event in your life that you should learn from. The only thing I expect to get out of this relationship is real love, understanding, respect. You don't have to change for anyone but yourself. Either I like it or I don't. Simple as that. I'm not afraid of you nor upset. So please don't worry. Just be up front with me and it will be alright. I despise liars. But I do believe you Joe. Ok? I'm a very understanding person but when my boundaries are being stepped on I back down. I can be fun, loving, daring, etc. BUT I do have values, morals and priorities. So try me. I'll understand. I know we'll be happy.

003344
MILKE_NSB003404

That comment about the dog. I didn't mean what it sounded like. I already had plans on getting a dog once I got out. You know - to keep me company. But I met you to keep me company and I can still get my dog. I didn't mean you are a dog. I think you are very nice looking. I like your eyes + hands!

I used to hang out in Tempe. I've even eaten at Tomaso's. Good food. Living in Az is out. Sorry. I did my time here. It doesn't bother me at all if you talk about your kids. In fact, it helps me remember my good times with Christopher. I noticed you have a son named Michael. I love that name. I wanted to name Chris that. But Mark said no. I don't mind hearing about your kids. You said you like to work out. I do too. When I get my dream house, I want a gym in it. Sound good? Hope my lawsuit doesn't take so fucking long. I know - you probably think gee Deb - money money. Its not that. I just want my shit with Az over with. And besides - I do like nice things and I do work hard for them but I just want it all now. Patience is something I learned in here. I was never patient. It always used to be now or never. Spoiled I guess.

003345
MILKE_NSB003405

Ⓐ

Thank you for all the compliments honey. You make me feel like I'm perfect. My body is far from perfect but I try to keep it in shape. Thanks so much for the respect you give. I love you. The business about your going to a Re-hab is alright. Hey - you come first. If you need help get it. I told you once before - I come second. Concentrate on getting yourself better first. Because if you're not well then you wont be shit to anybody. How much prison time were you originally given?

never mind
6 months
I saw it

And how much would you do if you had to finish? There's a song on KUPD called Joey - honey. Some chick is singing it. She keeps saying Joey - honey - I need you. I love you. How weird. Well - this is Debbie saying Joey - I love you, I need you, I want you! If you went to prison - I'd wait for you for 6 mo. No problem. I think our love is strong enough. Don't worry sweetheart. You do for you first. Because once our shit is over with we'll be together a lifetime. I know last letter I hesitated on marrying you. We'll see what happens. Clear your debts, I'll clear mine.

Go ahead Mr. Marino, finish your story on sex. I want to hear it. I don't mind what you are doing. It doesn't turn me off at all. I do get hot reading it. It makes me want out real bad! So go ahead. I could give you head so good

003346
MILKE_NSB003406

ask me to stop. I like to tease too. I especially like to lick the tip and feel the whole top of it with my tongue. I can usually put the whole thing in my mouth. Clear down to your balls. Yes sir buddy! I have strong muscles in my mouth. And another thing I like is once you're inside me — I tighten up that muscle, release, tighten up. It's a thrill baby! Don't worry baby — will rock & roll. I can't wait at all. Shower and all. And once again — no anal sex. No toys either. I have my reasons.

I don't know where my strength and courage came from. This has to be the most devastating thing in my life. But I'm a survivor babe. I am not a stone because I have my moments when I just absolutely break down. You will see those moments and I know you will be there for me dear. Time will heal my wounds. My son's death will always be with me but one day I'll come to a point where I can accept it. The only thing I pray for is that I don't drink away my pain. I know me and I am very weak when it comes to that. But I'm smart enough to get therapy on grief. I want you all to myself too honey. Shit

003347
MILKE_NSB003407

⑬

as much as you get hard thinking of me, I
just don't know. Well— I'll just have to
take care of that once we are out! Huh?
I want you to know that I am not leading
you on. I truly mean every word I say
to you. I love you honey!

   When you say I'll be famous & wealthy.
I may have a book done about this ordeal.
My lawyer has already been called by Geraldo,
Oprah Winfrey, Sally Jessy Rafael, 60 minutes,
and Current Affair. My story was publicized
nationwide. Mark already got on the
Sally Jessy Rafael show in March and lied
his ass off! In fact, Sally is going to be
subpeonaed to my trial. But I won't do the
shows until after all the trials are over.
And not for money either because I don't
want to make money off my son's death. I
do, however, want the nation to know the
real truth and exactly what Phx Az
did to me. You bet your sweet ass!
So— I'll be on TV someday. I have an
author in my mind already who I want
to write my book. I will look him up in
New York when I get out. So along with
you, I have a lot of work to do. But
first things first — freedom, you, sex, sex,
sex, sex, sex, sex, sex, sex, sex, sex!
Then business if we can get out of

003348
MILKE_NSB003408

Oh Joe I want you so bad! I miss you.
and love you terribly. The Debra Marino
part sounds good after about a year. I
want to get our Shit together first - meet
your family and then maybe then become
your lovely wife. And I want a wedding!
Never had one. Besides Italians party. I
went to an Italian wedding once. It was
awesome. I would make you a great wife
as you would make me a great husband!
But lets wait and see. We have all the
time in the world. ok? Sweetheart?

This is so crazy because we never
kissed or made love. But we did get all
the bullshit stuff out first. You're right about
our feelings being stripped naked in here.
Hell- it could have taken months for all
of this to come out. You know a lot about
me and I think I know pretty much
of you. Its great baby! The sex will be
wonderful. We got it together. But just
remember to work on yourself and I'm
glad I could help you with your depression.
I'm glad I'm your perfect woman hon.
You are so sweet to me. I love you babe.

And don't worry Joe - if you go to prison
for 6 months - I'll wait. I have so much

003349
MILKE_NSB003409

⑥

respect for you. I'll just get my shit
together while I'm out. 6 months will fly by.
We'll be together babe. I feel confident
about winning my case. My lawyer is
hiring a nationally well known psychiatrist
to come here and evaluate me. We have a
lot of professional people on my case to
testify on my behalf. But its still scary.
A fucking life sentence! I already told my
lawyer that if we lose and I go to prison
I'm going to definitely find a way to join
Chris. I have never been suicidal before
but if I don't win my case thats it. Fuck
an appeal - they take years.
          I took a rest honey. Me & Lorraine
were dancing to some hot mix on Power 92.
I like that funk rap music. She's teaching
me how to dance like those black people
bump & grind. She says I have the moves
I just need to work on my feet. I'm
exhausted. Its like aerobics workout. We
sure got down. The DO's were staring at
us. Oh well. We had fun. Every Saturday
night at 9:00 Bunch always brings in the radio
because Power 92 has a hot mix. We all
dance. I like that funk. Good workout.
I love to go out and dance. When I always
went out with my friends - I could never
sit down and drink because I was

003350
MILKE_NSB003410

out there dancing one after the other. I always had a blast wherever I went. My friends always liked going out with me. I really miss that. I used to hang out at Sensations or Zazoo's. We will have to definitely go out and shoot pool. I love to shoot pool. I used to be on a pool team and I was good too. Do you like to shoot pool? Shooting pool and some good rock & roll. Yes sir buddy! Well honey write back soon. I miss you much and love you bunches. I dream of you all the time baby! Hope all went well on Monday. Take care sweetheart.

I love you sweetie!

Always & forever

Debbie