EXHIBIT 10 – Part 2 of 4

5-21-90
Dear Joe-
Monday

I got both of your letters today and found them very interesting. First of all, you may not like what I have to say but I am going to say it anyway. Just to let you know where I stand. Your jealousy is your problem and I won't make time to be bothered by it. Yes- I get jealous in a way, but if I can't make someone happy and they feel they need more elsewhere - oh well too fucking bad! I refuse to make myself sick with jealousy. You go on and on about caring, trust, loving, respect, etc which is wonderful. I can't help it if someone looks at me Joe! So fucking what! I told you more then once that you are all I want! I only write you and thats it! I have made friends on the outside and that won't change. If I want to be with some man physically - I will let them know. When I came to jail the very last thing I wanted was to get involved with someone. With us it just happened. Great! We know so much about each other. If anyone should be concerned about trust it should be me! I have been nothing but fucked by men because

003370
MILKE_NSB003430

I could trust them. Look what happened to me because I thought I knew this person? Or persons! Anyhow- this guy at the volleyball game was nothing compared to what could happen on the outside. I put that guy in his place. Its over. Don't belittle me as if I can't stand up for myself. I don't need you or anyone to "watch" over me like some fucking hawk. I can take care of myself thank you. Neither you nor I can predict the future. Whos to say that you won't fall for someone else? I may be everything you want for now but.... I tell you Joe - as of today — I care about you, I love you and I want to share something with you. OK? So knock off the jealousy shit! If you love me that much and you make me happy - what do you have to worry about? Not a fucking thing! And vice versa. And I don't want 30 yrs with you! I want at least 31 yrs! SMILE. I know Italians are jealous people. Very possessive. I almost married one once - before Mark. But this guy was unreal. I couldn't go anywhere by myself. Like I was his

2

003371
MILKE_NSB003431

② 

fucking puppet! No way Jose! I am my
own person! No body tells me what to do,
when to do it or how! Got it? If you
make me happy, love me, respect me and
we understand each other then no problem
Joseph Marino. The same goes for me. So-
let guys look, gawk, whatever. You know
what you have and what they want. So
what? I know what I have and what
other women want. It makes me happy.
I can only do the best I can to make my
partner happy. If not, move on. Enough
of this subject. But I did tell you before
that if I was mad about something you
would know. So now you know how I feel
about jealousy. It shows insecurity and
weakness. I hate it. And I'll let you
know something else too. A severely jealous
man will make me go. I'm out the door.
My feelings get hurt very easy too. I guess
its because of the abuse in the past. But I
have become a strong woman and I have
choices. So do you baby. Once I walk out
Durango doors or wherever. Once I'm free
my past is history. No more abusive relationships
with men, picky about my friends, etc. I have
set boundaries for myself and make sure I
stick to them. I am worthy and I will not
let anyone take advantage of me. The

003372
MILKE_NSB003432

3

should be for you. Obviously you were hurt in the past and I can see where you feel insecure about me not loving you. I can only tell you so much in a letter but show you so much more Joe. So please don't ever ask me again and again if I still care! Because I do very much and if I didn't you would definitely know sweetheart!

As far as you sharing your fantasies, go for it. I don't mind at all. I love them. If you get vulgar, I'd let you know. I have the exact same views on marriage too. But if I do it again - thats it. Once we get together we'll see how it goes. But I do want to be asked properly because I never was before and I want a real wedding too. I never had one of those either. But thats later on Joe. Shit - lets have sex first! That letter you wrote talking about marriage and your feelings made me cry because no one has ever said words like that to me Joe. You are so special and sincere. I often wondered what I did wrong in the past but it wasn't me. Mark was so fucked up on drugs and once I left he realized how bad he fucked up.

4

**003373**
**MILKE_NSB003433**

③

I honestly tried to be a good wife but oh well. He treated me like shit and I left. Your words are so touching and I truly believe they are from your heart baby. I just cried and cried because it touched my heart. You see more in me than just a piece of ass. I went out with guys who just wanted to fuck because they felt intimidated by me. Maybe I had brains or what? Other than Mark - I got serious with Ernie but he was on an ego trip professionally and I knew I didn't want to marry him. He wanted to marry me real bad. So - I've really only been serious twice. Now you. I love you Joe. Someday your prayers might be answered and I will marry you and become Debra Marino but lets just get to love one another first. Lets get closer. And quit being jealous! I'm all yours and no one else! OK? OK? OK? Jerk!

Now I'm answering letter #2. Here you go again about jealousy. You can trust me and don't worry about any guys. I can take care of myself. No one in here interests me in the least. Yes- all the DO's know you write to me and that I write you. They were teasing me one day and I said "Look - its my business if I write Joe. What I write about and who I write is no concern

003374
MILKE_NSB003434

anyone here." The all leave me alone now.
I just told them all. Its cool. I don't give
a shit anyway. Keep writing. You and I
don't owe anybody anything.

How old are your children? The reason
I ask is because I did some serious thinking
lately. This may be premature but I don't
care. But I want you to listen carefully
and tell me what you think. First of all-
I love you Joe. And quit being jealous! Ha! Ha!
I know I'm in a delicate situation as far
as making major decisions but when is
the proper time? First - I was a mother
to a beautiful 4 year old boy. We have some
beautiful memories together and no one can
take those away. They are mine alone. My
biggest fear is getting pregnant and I don't
want to. I already had ~~ ~~ two
abortions and I won't do it again. Being a
mother and losing your child is the most
painful feeling in the world. I can't even
begin to explain my pain. But its
devastating! Anyhow - what I'm saying
is you already have 3 children and I don't
think I'll ever be emotionally, mentally
stable to have another child. You said you
wanted me all to yourself. How about if

6

003375
MILKE_NSB003435

④

we just have each other and not have any
children? The pill failed me twice and I
am a little leary about it. Besides - I'm
26 and getting older - I may never be
ready to have children. I never wanted
kids after 30 anyway because of risks. So -
I just want to have my tubes tied and
forget about ever having children again.
The memory of Christopher will never die
in me and if I ever had another child -
I might find myself comparing and thats
not fair to that child. I would certainly
hate for a child to be a shadow of Chris.
So - we can have each other selfishly and
sometimes have your children. I could
be a great stepmother Joe. But I couldn't
be a mother again and never think about
Chris. Do you understand what I mean?
Its not that I don't want your baby.
Because I would. But emotionally and
mentally I couldn't handle it. Then your
kids would grow up and have babies. I
would much rather have your kids around.
Please tell me what you think. My counselor
said not to make decisions like that but
I can't do it. I may be strong but not
that strong. I want my tubes tied, then I
wont have to fuss with pills and worrying
every month. Tell me next letter. I

7

003376
MILKE_NSB003436

you understand honey. I would just like to have you all to myself and we could do stuff with your kids if they like me. I would never interfere and try to be their mother. But if we are married - then I'd like to be their friend. I hate this pen. Thats what I have been thinking about these days.

Shit - we go from friends to lovers to marriage to children and no kiss or anything physical. Is this possible? Its the strangest thing I ever heard of. You are always on my mind too but when I have to deal with other shit I put you aside for awhile. I go to sleep thinking of you and always look forward to mail time. I enjoy getting your letters babe. Yeah! I KNEW I drove you fucking crazy! I thought - "yea Joe look what you can have baby". Don't worry about me cutting my hair. I hate short hair on me. I will, however, get it done like that picture. I like it to look wild! Wait until you see me in black. Black looks so good on me. I don't dress to impress anyone but me. I do however like suggestions. Boy, when I think of the times

8

MILKE_NSB003437

(5)

my girlfriends and I went out on the town.
We were always the cats meow! My friend
Tina (on the outside) and I always had our
hair and makeup perfect as well as our clothes.
Man- we would pick up on guys and let them
buy us drinks all night and dance and dance.
I would never give out my phone number. I
always got phone numbers but ended up dumping
them in the garbage. I never wanted anything
serious. I just wanted to party that night
and then go home alone. A few times maybe
a good fuck but thats all. Man- we had
some fun. Most guys in bars are usually
assholes. Thats why I never got involved
with anyone, because I had responsibilities
at home and a damn good job. Just a
little fun. But those days are gone
because I have other things in mind I
want to do. Bars are lonely places to
be in. I do love to dance. When I was
dating Ernie (and he's Italian) we went
to a bar in Tempe one night. I went
to the bathroom and some girl offered me
a hit off a joint. I got stoned and walked
up to the bar to do a shot of Cuervo totally
forgetting about Ernie. Well some guy
asked me to dance and I said yes. Ernie
saw and got so pissed. We got in a huge
fight in front of everyone! I was

9

003378
MILKE_NSB003438

and drunk I punched him out in front of everyone! I went home and said Fuck you asshole! See - he was kind of jealous too. What pissed me off was he wanted to walk me to the bathroom because he was paranoid of guys hitting up on me. I said No I can handle myself. That made me mad so I decided I'll show you bastard. I got high and then the rest. Well - the next day he apologized for being so jealous. I just said - I was out with you and you couldn't even trust me. Who the fuck cares who talks to me - I am going home with you! I am glad we don't date anymore. He really got on my nerves.

Once were together I may ~~need~~ shock you and pass out first. We will probably be so sore. I will probably tire first. But we shall see huh? I just pray that day comes baby! I love pizza and beer. I like everything on a pizza except green peppers. I love beer.

Sex in a pool. Never had it that way but it sounds like awesome fun! Gambling? Sorry! I don't like Vegas. But strip poker?

10

003379
MILKE_NSB003439

⑥

Sure thing! But only us alone. I won't
take my clothes off in front of anyone else
but you. I don't like anybody seeing me.
I agree with you on your views of women.
Especially the part of mentally tough situations.
I'm fucking proof of that. I don't know
where my strength comes from but I
have it. I have faith and courage.
As long as you treat me with sincere love,
respect, understanding and as a friend
you will never have to worry about losing
me. And quit being jealous! Ha! Ha!
I will treat you the same way babe!
And ~~one~~ one ounce of abuse - I'm gone!
I know all the warning signs Joe!
Those are my boundaries. But I believe
in you and your love honey. I want
that rainbow too. I love you and I
miss you much. You don't have to worry
about buying me this and that to impress
me. We will buy together whatever we can
afford. No big deal. But if you ask
me to marry you - I want a ruby
and diamond ring. But I want to pick
it out. I'm picky about that. I already
know what kind of ring I want. SMILE ☺
Material things aren't as important as
real love. Eventually we will have
everything we want. So don't wo

003380
MILKE_NSB003440

sweetheart. I love you for. Can't wait for your letter about Route 1.

Talked to my atty secretary today and she said all the investigation on me is done. We are going to trial and she believes we are going to win. God I hope so honey! Write back soon as I will you.

I miss you and love you!

Love always-

Debbie M.

P.S. I really hope I didn't hurt your feelings but I need you to know how I feel about jealousy.
Be cool baby!
I want you and no one else.
You're right - no one can match the love you have for me!
I can love you like crazy but it's easier for me to show it!

Love you babe!

12

003381
MILKE_NSB003441

5-22-90
Tuesday

Dear Joe -

Hello again! I got 5 letters from you today and I couldn't believe it. Some parts upset me and others I enjoyed. And yes - I am blunt and to the fucking point but who cares? I don't intend to hurt your feelings at all. I am just wanting you to know where I stand and how I feel. The last thing I want to do is hurt your feelings Joe. First of all - I get the feeling you don't understand my letters as I write them. It is really hard to write down on paper what you mean than it is to hear it being said. So - I will try and elaborate better. By now you should have gotten the letter where I ragged about your jealousy. Don't take it personally, but I was simply stating my views on jealousy. I don't want to hurt your feelings at all.

I am answering your letters in order because it makes it easier on me. What makes you think I'm high class stuff? Look - I am not perfect. I came from a good background. I always enjoyed school up until I got out of college. I have traveled all my life because of the military. I have read a lot too. I have a lot of common

003383
MILKE_NSB003443

and because of my family being military - I
learned manners, cultures, just about everything.
My father was very strict, but on the other
hand, fair. Always as a child - I feared
my father so that explains why I never
got in trouble. I don't consider myself
"high class." I am educated, very well
mannered, polite and I have sense.
I like fine things but doesn't everybody?
You ask why I love you. You are a very
special and sincere person. You are a good
looking guy but to me looks aren't everything.
There is nothing worse to me than a gorgeous
man with no brains! You are honest, caring,
respectful and I love that about you.
Like I said once before - actions speak louder
than words. So once we are out, I will
find more of you to love. And just be yourself.
I really appreciate all of your compliments
Joe but I get the feeling that you are saying
those things to try and convince me you
love me. I know how you feel but
damn, I certainly am not better than
your ex or Karen. Come on Joe.
          I never tried to shoot a Bow but
it sounds like fun. Sure - I'll try.
And I can teach you how to dance again.

2

003384
MILKE_NSB003444

③

I have patience dear. It would be fun. I like to have sex everyday but 2 or 3 days? Well. I start to get antsy. No problem solving that problem honey. I climax at BOTH. Clit and main bunny and more than once. I KNOW you are smiling now! Ok here are answers to your sexual questions. No I dont like my butt, anal or all licked. Sounds kind of strange to me. I get off on having "juice" rubbed all over me especially my stomach. And no, I'm not upset by you asking either. Anything else you want to know? What about you? I started smoking when I was 17. I quit when I was pregnant. Started up again but I waste cigarettes because I dont smoke them all. I have been wanting to quit for some time. I am going to try once I get out. The only thing - I can't drink a beer without a smoke.

    If you had met me in 1985, I was pregnant. I was miserable being married and worked 2 jobs so I could be away from Mark. I worked 2 jobs my entire pregnancy. I wished I could have met you in 1983. But the Lord wanted it this way. In jail. I lived through utter hell the past 7 yrs and had to fight. I have become a strong person and learned through my mistakes

003385
MILKE_NSB003445

guess thats why I'm mature. You know, at 21 I was responsible for a child. I had to be an adult. No way No way will you get your red wings from me! I don't care what you say! That is so disgusting Joe! A period stinks! Just try it baby and you'll see what I do to you. SURE And anal with your manhood may be vulgar? What does that mean? Are you big or what? Don't even think about it. And I'm serious too. Another thing — Don't ever call me wench again. Who do you think I am? Some bitch off the streets? You want a wench - write some cunt in CP. I'm not your old lady, wench, bitch etc. My name is Debbie. Thank you. Big Mouth is fine but please don't talk to me like that. Ok?

Someday I'll get you and smother you with love and affection and never letting you up to rest. I'll drive you mad with my mouth and everything else. We really think so much alike Joe because after my shit is over with I was thinking of taking a vacation somewhere. I wanted to go to Hawaii or a cruise to the Bahamas or Mexico. I always dreamed of a cruise. I never have taken a cruise but I sure would like to. Lets do it!

4

003386
MILKE_NSB003446

③

This letter is beginning to sound strange because one part I sound like I'm bitching at you, the next part I'm saying mushy stuff. But I'm answering as I read your letters.

letter #2 - I'm glad you are more emotionally mature since meeting me but I see a few weaknesses but who am I to analyze? You have some work to do on yourself. Its great to be in love but "you" are always number one. This is what I see in you and tell me if I'm wrong. I'm NOT picking on you at all!

*u should come first →*

1. A need to control and have a hold on another person is a means of protection from fear of abandonment. If we hold someone tightly enough, we believe they won't leave us. Possessiveness sabotages goals.

2. Compulsive loving results in disappointment, resentment and frustration. Either these feelings build up constantly and cause emotional strife or they are suppressed and lead to emotional numbness.

   As long as we depend totally on something outside ourselves, we will continue the pattern of self-destruction and emotional withdrawal and pain.

5

003387
MILKE_NSB003447

3. A fear of abandonment keeps one locked into obsessive, compulsive loving. Unfortunately, these kinds of relationships become addictive and destructive rather than healthy and nurturing.

Joe - it is wonderful to be in love and happy but not wonderful to have tunnel vision. I see you constantly saying how much you love me, need me, you can't stand to lose me, etc. I see you addicted to a relationship. I have the same feelings for you as you do me but I also feel that if we don't work out, I can go on with my life just fine. I am important to myself first. Two people can be "together" but yet they need to be individuals. Do you understand what I'm saying? All I'm asking is that you think of your feelings, needs and wants then me second. I always think of my needs first then whatever or whoever second. And thats not being selfish either. I don't know how to explain it any better. Now you probably think who the hell does she think she is? Well - its called - I'm getting well because I refuse to let another abusive relationship ruin my life.

6

003388
MILKE_NSB003448

①

I decided to ignore your remark about Danby because you already know how I feel about jealousy.

I am sorry I told you about my case. I know its painful for anyone. How do you think I feel? I have enough fucking sense to know how to dress at my trial. I felt really insulted when you said try not to look like a slut. Listen Joe - I used to work in the business world and I know exactly how to dress for ~~occasion~~ occassion. I am not going to my trial to try and impress anyone just to win. I'm going as myself and I know how to dress. I am not worried about how I look to the male jurors so get off it. I have more important things on my mind right now than to worry about your insecurities. I told you more then once - I love you and I want to share something with you.

Right now I'm mad and I don't feel like answering the rest of your letter but I will. Like I said before - some parts bothered me, others didn't. Thats why this letter seems strange. I've heard so much about the East and I had a thought. I really do love Arizona but I don't want to live here year round. I thought that after I win my lawsuit, we'd buy a house

003389se
MILKE_NSB003449

7

here and live here in the winter months and then live back East during the summer months. That way we could enjoy the best of both worlds. Your kids in the summer and I won't have snow in the winters. I hate snow. How's that? So- in the summer we could be by your family.

I'll write about Berlin later. I'm not in a good mood to do it now. I haven't really been in a good mood lately because my whole life is on the line and I feel fucking guilty for writing to you like this because- what if it never happens? What if our dreams never come true? After all I told you about my case- how could you think I may go down? What gave you that clue? Do you think I could be capable of murder to my own child"""? Joe- I got screwed and framed by a fucking psycho AND my ex-husband! I read your answers as if you were a juror but obviously I left out some details. I am scared yes- but only of the system. I have absolutely nothing to hide. Joe- if you're scared its ok I don't blame you. And if you can't handle it or the outcome, back out. I will most

⑤

definitely understand. Do as you wish. I feel like shit even involving you in this part of my life because its so painful.

I'm sorry I misunderstood the part of your letter when you said manage me. You never said manage my money. You said manage me. Hell- I'll manage your money if its difficult for you. I understand why. I never said you weren't trying to be a man! And I'd be glad to help you with a weak point you have. Next time clarify yourself. I didn't understand "manage me". Sorry I'm so blunt. You said "tell me some stuff I may not like about you" You may not like the incident but you love me. Joe- I dont like the incident either! Do you think I had something to do with it?! And be fucking honest! I did not know Jim was going to meet Roger. After Jim & Chris left the apt., I thought they went to the mall. We have proof of Mark & Roger meeting 2 wks prior. I did not pay Roger anything. He asked to borrow money but I said no. Roger never got any money from me. My parents story changed since I got arrested. I'm not worried about the Godparents. Marks threats can be proven. More than once. We have recorded threats. Marks threats to my lawyers family were real bad! There is more money

003391
MILKE_NSB003451

9

involved but I'll explain later. Its too
long right now. But its to my benefit. I'm
tired of defending myself Joe. I don't have
to prove shit to anyone but a fucking jury.
This is why I am so blunt about my
feelings. I am making sure I never get
in a situation like this ever again.
If I sound like a bitch I'm sorry.
But I love you baby. Can you see how
tired I am? Our P.I. told me we have a
95% chance of winning. I feel somewhat
confident. So these next few weeks are
going to be hell. So please bear with me.
Thanks honey. I am not afraid to get
on the stand. I will not let the prosecutor
intimidate me! I have so much anger in
me; he'll be sorry he ever accused me
of this crime!! I'll tear his ass up! I
KNOW I have that strength! I'm ready!!
I'm not only doing it for myself but my
son Christopher.

        I believe you learned from your
mistakes. I wasn't put on this earth to
spend my life in prison. We were meant
to meet. I just know it. I just know it.
God-please make it possible for Joe and me!
I love him. My friend lives at that

10

003392
MILKE_NSB003452

⑥

address. We are close friends. Not sexually! We went to high school together and had every class together. He is married. His wife is so fucking jealous of me it makes me SICK! Me + Rick are good good friends. We never had anything going. Hes been so supportive of me and I truly appreciate that. So don't get yourself all hot and bothered. I told him exactly what I thought of his wifes jealousy. He just makes excuses for her. After high school, we went to separate colleges and we didn't see each other for 8 yrs. He read about me in the paper. I even refuse his visits. So we just talk on the phone. Just once a month. I told him about you and all he said was for me to be careful. Besides, once we're free, I told him we would all go out for pizza + beer. So DON'T GET WORRIED!

My eyes change colors. Some times gray, hazel, blue, brown. Cum doesn't make teeth whiter. You were snowed. fool! My teeth definitely need cleaned and I have a cavity. I will wear tight jeans if I want to. Boy - I'm a bitch! Thats probably what you won't like about me. I don't like to be told what to do, wear, eat, say. etc! I love you Joe! Miss you bunches too! Always + forever Debbie   Big N

003393
MILKE_NSB003453

My dearest Joe-                                     5-24-90.
                                              Thursday AM

Hi sweetheart. I've been up all night
long. My friend Tina left at 6:00 AM, I had
a hard time this morning. We got so close these
past 6 months. We both shared laughter, tears,
each others pains, etc. And by her leaving
reminded me of the day Chris walked out
the door to go to the mall. I never saw him
again. Joe- I'm so scared I'll never see Tina
again.

I'm back - I had to stop writing because
I was crying so hard. I went to call my
lawyer. He had good news and gave me some
confidence. He won a trial again. He told me
the prosecutor knows I'm innocent but they
are playing games right now. My trial may
be in Phx after all. But Ken (my lawyer)
says not to worry because once a jury sees me
and up on the stand they will know I am
not guilty. He is so amazed at my strength
of all this. He said it must be in your
genes. I said I'm German and we are
stubborn. Anyhow- he said "Debbie you will
see Tina again. Don't worry." He also said
"you haven't seen me in action during a
trial. I kick ass and I will see to it that
an innocent woman does not go to prison."
oh Joe - we will be together. I just

*[left margin, written vertically:]* Debra Marino - just practicing! Ha! Ha! Did your heart stop? SMILE ☺

003403
MILKE_NSB003463

coming! I honestly believe there was a purpose for all of this to happen. We were destined to meet, fall in love and experience happiness, joy and put all our pains behind us. I feel like I'm in a fantasy world sometimes but I truly believe the Lord wanted it this way. I know you feel that way. So thank God I have someone like you in my life to care about me. I feel bad my pain rubs off on you but maybe thats God's way of saying "Joe - you can deal with anything without drugs and alcohol." And I know you won't do drugs anymore. Its just a blessing in disguise. He loves us Joe. I actually feel happy now. I love you sweetheart.

Anyhow - I don't want to talk about court or anything depressing. How would you like to hear about Europe? Its a fascinating place! I'll start off with Berlin. Someday we will go. I was born in West Berlin and lived there for 2 yrs., went back later and lived there a couple more years. Its a big city in the center of Germany. Europeans are very conservative people. Most of Germany is old looking because of the war. They do have modern looking buildings but most of the old buildings have been preserved. There are a lot of castles everywhere.

003404
MILKE_NSB003464

(5)

Beautiful gardens and it is so green. Stores are only open until noon. There are so many restaurants and drinking establishments. The nightlife is live. Sex is very open over there. Beaches are mostly nude. There is a lot of American people there because of the military. I've been to most cities in Germany and even went to the Mercedes plant to watch how they build the cars. Very nice. It is so pretty there. Lots of castles and gardens! The food is so good too. I know how to cook German food and I'll make you something. I know how to speak German also. Its really hard to explain on paper everything. So once we are out, we'll have plenty of time to talk about Europe. I've been to the Black Forest, Paris, France - Innsbrook Austria, Gais Italy all over Germany, Japan, Saudi Arabia. I was disappointed with Paris. Its a very dirty city and too fast. Outskirts of Paris is gorgeous! I saw a lot of vineyards. Austria + Italy were the two most beautiful countries. We will go someday sweetheart. My dream place that I want to see is Rio de Janiero, Brazil. Venice is second. I love to travel and see different places and learn about different cultures. I want to be all alone with you and go places. I want you all to myself for a long time. I know you wouldn't mind at all. There are a

003405
MILKE_NSB003465

bed and breakfast type places in Europe and its so romantic. When you described Boston and those lodges, it reminded me of Europe. I loved everything you described about back east and I really want to go! I may like it so much, I won't want to come back to the west. But it snows there so I KNOW I'll never be there during winters. But I already told you my brilliant idea about living there during the summer months. There's this song on the radio I hear a lot and everytime I hear it I always think of you. Its by Billy Idol called Rock the Cradle of Love. It is so good. Since you have been gone, I spend most of my time in my room writing you or I read. The counselors buy us books. My favorite author is Danielle Steel. I have read so many of her books. I always put myself in her novels. All the stuff you told me you read about — I know very little about World History never interested me but I would (like) love to hear about it someday. I would rather listen to somebody talk about it than read it. I could sit and listen to you all night long. We would hardly ever sleep babe! Oh well — we have our whole lives to talk. I really miss you so much. I wish I could

(B)

just see you. I hate to even go out for activities because you are not here. But it passes the time. And sweetheart, please don't worry. I'm not even interested in anyone else here. In fact, a couple of guys asked me if I keep in touch with you. I said yes I sure do! I hardly ever come out of the pod. No reason to anymore. I sure miss you and I love you. God, I hope our wishes come true! I don't know what I'll do if I go to prison! But it won't happen because I'm bound and determined to win my case! That mother fucker prosecutor is not going to walk on me!

Its early afternoon now and I'm patiently waiting for mail to see if you are there. I'm sure you are sweetie. How did you like the picture of my dream car? That BMW? Wasn't it nice? I'm anxious to get out and get back to work. I think I'll stay in Insurance and look for an executive position again. I haven't really decided yet. How do you feel about women in strong positions within a corporation? My job before my last job, I was an Administrative Assistant to our Director of Marketing. I did everything but travel because I had Chris and I couldn't just pick up and go. I really enjoyed that job but then I found a better one. I was an accountant in the Loan Administration dept. for health insurance

003407
MILKE_NSB003467

5

I worked my way up without a college degree.
$20,000 a yr. Not bad huh? At 25 not too
shabby. Compared to what you made $20,000
was probably pocket change. But I was truly
proud of myself. And I can do it again too.
This is the first time in 10 yrs I ever
had this much time off. I really want to
go back to work.

I want to lay in bed with you
drinking champagne and feed you grapes.
How romantic. Do you like making love
with the lights on or off? Do you like
the dark with candles on? I like making
love at night with candles on. But I'm
not embarrassed to have the lights on
either. I do, however, have a sock
fetish. I love to wear socks to bed. Just
maybe you can persuade me to take them
off. But for years, I always slept with
socks on. I know it sounds weird.

I just got done doing aerobics. What
a workout! I feel good! I faithfully
do them every other day. Joe- don't worry
about having to look good to me. I love
you just the way you are. But if you
like to lift weights I don't mind ripples
and muscles! SMILE ☺ Just as long as

003408
MILKE_NSB003468

④

your love muscle stays in shape! What a
sex maniac I am! Oh well- you love it
and I know it! Honey- I get so excited
everytime the mail comes... I always bug
the guards if I got mail. I look forward
to hearing from you sweetie. It's mail time
now so I'm waiting. Joe- I know you
haven't told anybody about me but I need
to tell you again how important it is to
keep my name quiet until my case is over
with. It's very important. And I respect
you will. Thanks baby! I love you Joe!
Debra Marino, Debra Marino, Debra Marino
Just practicing! Hope you don't mind!
It's actually fun too! Might as well practice
since I'm the one who will be writing all
the checks! Right? I'm so happy right now
because I feel like I'm going to win my
case and we are going to be together. I can't
wait to meet your family either. By the way-
how is your mother doing? Do you talk to her?
    Ok! I got mail from you! Yeah!
2 letters and they were wonderful. Our letters
coincide. In my letters, if I sound like
I'm bitching - I'm not. If I read something
and I kind of don't like it - I'll tell you.
I am not mad at you - I'm just telling you
how I feel about the issue. Ok? So anyhow-
back to your wonderful letters baby! Oh

003409
MILKE_NSB003469

you so much! I can't believe this happened to us. I just wish my case would be over first. But it happened and I have only one regret. You love me so much and I can feel it. I would feel so terrible if I got convicted and then you would be alone. Maybe not alone but shattered. I'd feel awful. But baby - I'm going to win - I can feel it. Thank you so much for caring about me and praying & fasting. You are so considerate and compassionate. Thats what I love so much about you because you have a heart. You are so tender. It brings tears to my eyes. I love you Joe and my biggest wish is that we get to be together. I don't think you are stupid for thinking of me and praying. Your fasts are not stupid either. Don't feel bad about it honey. I admire you so much. You give me more than I ever had in 6 months. That is a lot too. As far as us calling your children and talking to your ex, its fine by me. I am not like that - being a bitch to the ex. I don't feel I would need to ask her about you. I believe you and trust you. I won't stop loving you for a tiny, tiny second. You will be all mine, I all yours forever & ever. So don't fret. That was very nice of your

003410
MILKE_NSB003470

(5)

mother to send me stamps. The part about us getting
married where your family is made me smile.
I imagined - if we did get married - I wanted
to do it there with your whole family. As far
as a crowd - I'm not scared at all. I'm looking
forward to meeting your family. Why did your
Mom ~~asked~~ ask for my measurements?

    So - you're half German? How interesting.
Your nationality is perfectly fine by me. Why
do I feel like I'll tell you "yes" someday soon?
You stole my heart. But I'm glad we got to
know each other through these letters. I
promise to watch my drinking sweetheart. With
all this pain I'm carrying, alcohol could easily
hide the pain and become evil to me. I
promise because my biggest fear, other than
getting convicted, is to become an alcoholic.
Ok Joe - I am giving in - 1 year ok? 1 year.
But ask me properly because I never was!
You are the most considerate man I ever met Joe.
What you would do for me if I lost my
trial - I don't know what to say. I feel guilty
because I don't want to put you in a position.
All I can say now - lets wait and see what
happens. That part of your letter made
me speechless. I realize what I mean to you.
Please Joe - lets wait and see what happens.
I would never do anything drastic. I don't think

003411
MILKE_NSB003471

every word you said. But like I said - I am speechless. We'll wait and see babe! I don't hold that thought against you. Now you got me crying! I love you and Lord knows I want to spend my life with you.

Debbie Marino - once again - I'm practicing! Ha! Ha! Oh Joe! Like yes - I love you. Cut it out and quit teasing me! I'm working on a picture of me to send to you. Hang tight love. I thought you'd be surprised about my nasty letter of me dancing in front of you. I KNEW you would love it! Yes - I'm a dirty devil. Yes dear - we'll make music. You will be singing. I can climax over and over and over by your mouth. You might choke. Joe - you pretty much know everything I like to do sexually unless there's stuff I never heard of. Everything you ever wrote me I love EXCEPT anal + red wings!

Joe - one thing I want you to know. I may be set in my ways and strong willed but I want to have a long lasting relationship. Being serious or married - I want that. Being domesticated does not bore me, in fact, I like that better. I don't like to be alone and I want to find someone to settle down with. I'm ready honey. I

10

003412
MILKE_NSB003472

⑥

enjoyed being married. I just had the wrong
spouse. So honey - don't worry. I already
told you what would make me go. Honey - I
won't back out on you if ~~so~~ you go down.
This is what I think you should do. Go to prison
for the remainder of your parole in Texas.
Here are my reasons:

1. Prison for couple of months - no parole or probation.
   Free agent after your time is up.

2. My trial is in June or July. By the time I'm
   done you'll almost be done with your time.

3. If you did Re-hab, your chances of screwing
   up are greater because we would always want
   to be together. Besides, 18 months of probation
   afterwards sucks. Who wants to fuck with that?

4. If I finish my trial before you get out of prison -
   I could get all of my legal paperwork (lawsuit)
   done and the other business I have to take
   care of. Even if you were here in a rehab,
   I couldn't spend that much time with you
   anyway because I have a lot of shit to do.

   So - go to prison. Hopefully my trial will be
   over, I can take care of my business and
   then I will be done too. I am most

003413
MILKE_NSB003473

Texas. Sound good? The business I have to do:

1. File my lawsuit (more than one) I have to go to New York and file one with ABC.

2. Go to my job and have a meeting with our company VP.

3. Get hold of Christopher's ashes, death certificate, etc.

4. Take care of Chris' social security, his savings bonds

5. Get my passport, drivers license renewed.

6. Get all of my belongings - what's left.

7. Buy a car

So - I'll be busy. So go to prison. That sounds good because then there's no probation. I'll wait sweetheart. I won't go into any bars because I know what happens. Please sweetheart - trust me - I love you and I want you. I'll wait. I just pray I win my case. My lawyer says we will win. Guess what? Apparently Roger tried to commit suicide twice. Man - I need to get out. I'm sure

1/2

003414
MILKE_NSB003474

①

I will. In the next few weeks a few doctors are coming here to evaluate me and prepare me for my trial. My atty said I will be out of the courtroom for most of it because of the details. I told him I didn't want to hear all the details of my son's death. I'll tear that courtroom up when they hear me on the stand. And I'll know you will be there with your heart and soul. I love you honey. Thanks for your prayers. I say the serenity prayer everyday. I'm reading a book on bereaving parents now. It helps so much. Justice will be done dear. I have faith in God and you. Your letters were very sweet baby. You are very special to me. I don't know how this happened but it did and I am glad. I have no regrets. I will make you happy honey.

By the way - I found out the word "wench" can be used two ways. I obviously took it the wrong way. Mark used to call me a wench but he wasn't nice about it. He also used to call me a cunt and I hate that word! So I'm sorry if I bitched and hurt your feelings. You make me so happy! I think of you always and I dream about you too! I love you bunches. And when you call me princess - I love it. You're sweet! I love you Joseph!

SMILE for me.

P: Don't write Debra Marino on you - letters to me please! I'm just practicing. I'm hungry for your SEX!

003415
MILKE_NSB003475

5-26-90
Saturday AM

My dearest Joe-

How's it going sweetheart? I woke up in such a great mood today! After yesterday's letter from Jim I have been so full of anxiety! This morning I called Kirk (our PI) and read the letter to him 4 times. I guess he was taking notes. But anyhow- he said "if this doesn't exponerate you I don't know what will." The police did an absolute shitty job in investigating and I should have never been arrested. So again - maybe trial- maybe not. The state has nothing to take me to trial on. What a fucking mess. Once again- I was told this morning I will win and yes- I'll be free! Oh! Joe - your fasting and praying sure helped! I am so grateful to you honey! We are going to be together soon! It's almost time for mail to come and I'm waiting patiently. Hopefully you are there. I read your letters over today. You are so sweet baby! I can't wait to get together with you. Guess what? I weighed myself and measured my height too. I'm 5'6" instead of 5'8". I thought I was 5'8". I feel taller than 5'6". I weigh 135. So- I'm ready to wear my jeans. The clothes I was arrested in - I had on a dark pair of Chic jeans, a pink T-shirt

*(left margin, written vertically)* Debra Milke - just practicing! Ha! Ha!

003428
MILKE_NSB003488

new pair of Reebok's. I had on a Gucci watch
and my class ring. I hope they didn't lose
them. After 6 months - my clothes probably
smell. I had them on for 4 days before
I got to Durango. If I leave here - thats
what I'm wearing out of here. You know -
I bet I was destined to meet you Joe. I
got arrested and had a T-shirt on that says
BOSTON. A friend of mine went there and
bought me the shirt. How strange. We are going
to have a wonderful life together full of surprises.
It almost seems so unreal especially to me because
I was always used to something bad happening.
My life with Mark was miserable. I guess I
deserve to be happy. Well - I know I do and
I will. We will. In one of your letters - tell
me exactly what landscape architecture is. I
don't quite understand it. I know all kinds of
stuff in Insurance except Life & Claims. I
know how to rate health ins and corporate,
& commercial ins. I know everything about
bonds. I did some underwriting too. In commercial
ins, I know about all kinds of certificates. I
am a whiz with any computer language. I know
how to do accounting in ins. And I also know
how to do Risk Management. So - I know my
stuff in Insurance but Life & Claims. I can
get a job anywhere. I'm not worried. I also

2

003429
MILKE_NSB003489

②

have a lot of marketing experience in Insurance. Most of my experience is with Health Insurance only. I used to work for American Express but they suck as far as their employee benefits are concerned. They want you to work but won't pay good for it. My goal is to be a full fledged underwriter. They make damn good money. We'll see. Who knows? Anyhow Bunch is here and I'm waiting for the mail. I asked and he just smiled and said "I don't know" Yeah Bunch - I know Joe wrote me! He just smiled and walked out. I knew it! I got a letter! Thanks honey! I don't know how you read my letters but I get the feeling you read them differently then I write. My point on your jealousy was NOT to go out and be with other men. I only did that to Ernie because he pissed me off. If we go out Joe - I am with you only. I don't drool over other men. If I make a commitment to you - I am dead serious and I expect the same in return. I accept your apology and once we are free - we'll talk more about it. As far as winning - Joe this is not a matter of who wins. It is just expressing feelings from one another to one another. I never said you were being too forward. I don't mind at all when you talk about your dreams of the future. I do it too. Its ok! What did you mean about

3

003430
MILKE_NSB003490

the suicide shit." What did you mean? By you mentioning marriage does not bother me sweetheart. How many times do I have to tell you? Quit being so negative in your letters. Example - don't let it bother you, just ignore it. Joe - if something bothers me - you would know for sure! ok? ok. So- your birthstone is Ruby? How nice. Mine is Aquamarine. Once we are out I don't know how soon before sex. But first I want to touch your face and hands and kiss you then make love. So - how long is that? 20 minutes? SMILE!! We have a lot to talk about too. The way you want to propose is wonderful by me but you do it however you want. It sounds so romantic Joe. I can't wait. I dreamed of eating a bowl of ice cream and the ring was at the bottom of the bowl. Isn't that sweet? Anyway you like baby. And you won't hear one yes but many. Surprise me! Just don't get on your knees because then I'd be embarrassed. As far as your children are concerned - lets establish our relationship first. Figure out how your ex feels about you being a part of your childrens lives and go from there. You don't want to just pop into your kids lives after not seeing them for 5 yrs. Thats difficult on them. I love children and all I can say right now is wait and see. But see how your ex feels first. And another thing I want

4

003431
MILKE_NSB003491

③

you to know - there is no such thing as competition.
Like - lets outdo the other parent. My parents
did that when they remarried and I resented
it. The only thing I want is - in my house
there will be certain rules. But thats all.
I want to love your children as you do but I
would never take over. But thats down the
road. Maybe your kids don't want anything to
do with you. So we'll see once we are out. ok?
My decision is just about firm with my tubes
getting tied. But lets play a while first because
recovery from that kind of surgery is about
4 to 6 weeks. Then no more worries. I don't
want to really go through the baby stuff
again. And I know you don't either. You are
selfish. I can tell. Don't worry, so am I.
But I did enjoy Christopher so much. He was a
terrific child. I can't deal with it so thats it.
        You can really see us in a heated
argument? When I get mad I get mad! But
not violent. I don't slap, hit, punch or anything
like that. I only hit Ernie because I was
stoned and he made me mad. If we argue -
I try and talk it out calmly. Usually that
works out. I pout though if I don't get my way.
But all in all - I'm mature about it. As a matter
of fact - I do have a hell of a punch. You'll
never see it though because there won't be a reason

5

003432
MILKE_NSB003492

to be a lady. I don't like to fight or argue anyway.
I'm real mushy, sentimental and romantic. Joe-
if you are 5'8" how can you wear 31 or 32 length jeans?
My jeans are always 34 length. I bet I'm taller
than you. But one day I purposely stood next to
you to see and we looked the same height. From a
distance you look real short. So come on- how
tall are you really? It doesn't matter much just
as long as your genitals meet mine. SMILE You
have a small foot too. In mens shoes I wear
a 7. In womens I wear 8½ or 9. My foot
is big and I'm real self conscious about it.
I hate my feet thats why I always wear socks.
And I'm self conscious about my nose too. I think
its too big. It always turns red when I cry. Its
so embarrassing.

        Yes- women really get off on having
their nipples licked. I do. And I'm very ticklish.
Nipples are very sensitive, yes. Tittie sex. Man- I
don't think so. I'm not interested. I don't mind
that you're a horny mother fucker as long as
its with me honey! I love sex too. Yes-
its a drag about Memorial day but we have
Labor Day together hopefully. You already got
me coming your way streets! Under $100 for a
ring! You tightwad! SMILE I'm laughing.
$2500-4000 is a bit much. I don't want a rock.
Something small. More like $1000. Its no big deal

6

003433
MILKE_NSB003493

④

right now. Whatever we can afford honey. Don't
worry about it. I told you once I'm not into
jewelry that much. We'll do it babe! You say
you are under my spell - well you stole my
heart Mr. Romantic. I love you Mr. Marino.
Yes I know you do Mrs. Marino. I love you too.
Oh! How special!

     I'm happy your arm is getting better
darling. That's good. I'm so happy I gave you a
new outlook on life too. See how much fun we
could have? I am a fun person. I like to
have fun. I told you in an earlier letter
that I love it when you call me princess.
You are sweet. The other pet names are fine too.
But my favorite is princess. You make me feel
so special. Yes - I want to join a gym too but
I'd rather workout at home. I don't like to
be around a lot of people. And especially around
guys because they stare too much and it
bothers me. Your cuts and muscles sound good to
me but only if you like it. I wouldn't mind
because that shit turns me on. I think
muscular women look terrible. I like
to look feminine. I only want to look
toned up, not muscular. So - no I'm not
into pumping iron. But I'll pump your love
muscle! Indeed! Indeed! Up and down - in
and out! Yes sir buddy! Who loves you
honey?

7

003434
MILKE_NSB003494

So- you want to see me eat pizza huh? Well-
I can chow down! I used to get embarrassed to
eat in front of people but no more. I overcame
that. You know how women always order salad
with their dates? Oh! I'm on a diet! Bullshit!
They just say that. What phonies! Me- I eat!
My last boyfriend used to call me a human
table muscle. I didn't care. You take me out to
dinner and I'll eat. He would always say
Debbie where do you put it all? I don't know
why you were embarrassed to chew if they looked
at you. Maybe a hang up. I don't like to
see people eat with their mouths open. Oh! That
makes me sick. And also people who slide their
food onto the fork with their thumb. Gross!
Mark used to do that and I would always leave
the table. And I always put a napkin on my lap.
Just table manners. That's all. Not too much
to ask. I always leave the door open when I
shower because I don't like the steam in the
bathroom. When I use the bathroom I close
the door but never lock it. I like to put my
makeup on alone. I get nervous when people watch.
When I do my hair I don't mind being watched.
If we live together - I always give the other
person privacy. Getting dressed too. Me, I don't
mind being watched getting dressed. You can

8

(15)

lick and touch me anywhere you like baby. I
know I won't be embarrassed eating in front
of you but I may be a little shy at first
in bed. I may have to have a couple of
beers to break the ice. But once I get
started - watch out! I'm also very neat and
clean. I hate wet towels on the floor, opened
toothpaste laying around, toothpaste left in the
sink. I always clean up after myself. It's
not silly talk baby. How else are we going to
know each other if we don't say anything? To
me communication is very important. The two
major parts of a solid relationship is communication
and trust. Without those theres nothing. Don't
you agree? I treat people how I want to be
treated. I hope sometimes I don't sound like
such a hard ass. You said more than once
that I'm a strong willed and determined woman.
Well Joe - I've been fucked and I don't
like it. And I know with you our relation-
ship will be filled with true love for one
another and mutual respect. I can't wait to
get started with our lives together. Its about
fucking time for both of us. I also like to buy
flowers. I would even buy you a dozen roses
just to show you how much I love you. Is that
too strange or what? I love to buy cards too.
I guess I'm a sentimental slob. Oh well.
9          but because they said I can't wear black

003436
MILKE_NSB003496

~~first~~ first night together - I'm going to. See- I'm a brat too. Do you dress like a biker? You know-Harley shirts and leathers? I don't like that. I love guys in jeans and nice shirts. Polo type shirts. Once we are out - we will go on a shopping spree together. I would never pick out your clothes but make suggestions. I like Merry Go Round- that store - its cool.

Another thing I like to do. I love to blast the stereo. I love music and I love it loud. Especially when there is a good jam. I could sit all night at home and jam. Do you like Phil Collins? Oh! He's wonderful. I think you know just about everything there is to know about me. If I left anything out please let me know. You will ask I'm sure. The rest of this weekend I'm going to rest and finish my book. I'll mail this Monday night and you will get it Wed or Thursday. Honey thanks for fasting for me. I really believe our prayers are being answered. I can't wait until June 1. Whatever happens to me - please just take the prison time so you won't have probation afterwards. I will wait for you sweetheart. You are worth it to me baby. I'll just take care of my business and come to Texas. I'm not afraid to be by myself because I'll be fine. Soon sweetheart soon. You never said anything about the mouth on that envelope. This trustee drew it for me. Brought and asked what BIG MOUTH — I'll never

10

003437
MILKE_NSB003497

(6)

now the SEX stuff. Just lay back and relax baby.
oh! How I love you Joe! What is your middle
name? You will tell me I'm sure. Anyway get ready
you're going for a ride! Yes sir buddy! We are
in this restaurant which is real cozy and the
lights are dim. We are sitting in a booth next to
each other real close. We are sipping a few
drinks and having a real nice conversation.
My mind is actually on other stuff because you
turn me on so much. I begin to rub your thigh
and at the same time becoming real bold. You
like that I'm rubbing your thigh and I move
my hand up higher to feel your dick get
hard. I unzip your pants and start stroking
you. Your smiling because you can't believe I'm
doing this in a restaurant! Oh! How my mouth
is watering. Yes Joe I'm going to give you a
blow job right here under the table! I move
under the table and position myself to your
throbbing shaft. It looks so good - its winking
at me. I touch it lightly and gently with my
hands and begin kissing the head and then
nibbling. You are trying so hard to compose
yourself as I put the whole thing in my
warm wet mouth. Up and down I go sucking
and sucking, kissing it, licking it like an
ice cream cone. I lightly tickle your balls and
you are about to explode because it feels sooooo
good. I'm going faster and faster. And

11

003438
MILKE_NSB003498

is becoming greater and greater. I continue sucking then stop to nibble & lick the entire head! You begin to moan lightly as you are holding onto the table. I can feel it coming so I immediately put you all into my mouth as you shoot your wad deep into my throat! Its so warm and sweet and I devour every drop! I am so hot now I don't even want to eat dinner. I zip your pants back up and sit back down next to you telling you I want to go home because I want you all of you for dessert. Oh! You have no objections at all! We hurried home and as we got home we raced in the house running to the bedroom. You said baby I love you I can't believe you did that! Well honey I just wanted to please you. We giggled and laughed on the bed as we ripped each others clothes off hungrily kissing each others mouths. Our tongues were deep into the others mouth. We were both so hot we couldn't stand it! Finally you laid me back and began kissing me all over as my love juices were flowing like a river. I was so wet it was unbelievable. Again - you were hard as a rock. While I was laying down you spread my legs and began to blow into my hot love nest teasing me with your tongue. My hips were rising and I was begging you to eat me. Oh! Joe please I can't stand it! PLEASE!

12

003439
MILKE_NSB003499

⑦

You finally give in and it was absolute heaven! You are an expert with that tongue! Your tongue was going deeper in then out licking my clit as I was climaxing repeatedly! I put my legs around your head practically suffocating you but you didn't mind. oh! Go Go Go Go! I wanted you so bad so we do a 69. I take your whole cock in my mouth and go to town and I can't stop! You are licking from front to back over & over! You are so full of cum and finally explode in my mouth. We both came together and my legs just tighten up around you as I climax long and good! We rest for a second and you get hard again. I want to feel you so bad inside of me. oh! Joe - ram it in hard! I want you! You do and our motion is right on time. We're going and going and climax together again! Oh Joe I love you so much. We both are laying there exhausted and crying because it felt so good. We really love each other so much!

     I am not kinky or weird but I want to experience everything with you Joe. I want to go and go until we can't no more! Promise? I can't wait for the day! I miss you so much sweetheart. I always think of you babe! I love you so much! Until next letter!

13

003440
MILKE_NSB003500



Joe Manno #195984
3127 W. Durango
Phoenix, Az 85009

3-A-3

1 of 2

Towers Jail

D. Milke 116170
3225 W. Durango
Phoenix, Az 85009

003442
MILKE_NSB003502

5-27-90
Sunday AM

Hi my love-

Its me again. I was thinking of you and had to write. I was flipping through this magazine on sailing and imagined doing all kinds of stuff with you. I even enclosed some pictures of sailboats that look so heavenly. Oh! Wouldn't it be so nice? Do you know anything about sailing or boats? I have no idea at all! But I would love to learn. There are so many things I want to do together. Maybe today I'm in a fantasy world but I don't care. I've always been one to dream. Its harmless I think. I would love to go to a cabin in the woods or even camping. All the stuff you described about back East sounds so wonderful. I can't wait to go see it all. I just may change my mind once I see it all and want to stay. But Joe- I really don't like snow. You never answered me back about my idea of living here in the winter and back East in the summer. Tell me! I just want to go everywhere with you. I've been in a hot air balloon before. Its ok. I've never been on a raft down the Colorado River.

003443
MILKE_NSB003503

many times. I love to ride dune buggys.
Mark and I used to own ATC's. We had so
much fun riding. Have you ever been to the
sand dunes in Yuma? I love the beach, mountains,
lakes, etc. I have never seen a meadow or real
country stuff. I want to see all kinds of stuff
like that. I don't like football but I love to
watch basketball. I always went to the Suns
games. I'll write more later sweetie!

Sunday PM ─ You are my everything. I'll always
love you for the rest of my days. I'll always
love you for all that you are. You make
my life complete. You are my lucky star;
you are the one I've been searching for. You're
my lover and my friend. You make my world
a thrill I've never known. You can count on
me forever - I'll take good care of you. I'm
so happy that you're mine until the end of
time. I love you Joe. I really do sweetheart.
Today we were playing Pictionary - and some
new guys were drooling over me and Tracy.
They were saying oh! Baby! And some of your
buddies in B pod told those new guys to shut
up. They were telling them "that chick has a
boyfriend so leave her alone." I turned around
and told your buddies thank you. They said
"no problem Joe's cool." Your buddies asked me

003444
MILKE_NSB003504

②

if we were still writing. I told them yes. I'm so sick of being here. I miss you and I want to see you so bad. Soon hon. Tracy and I were dancing earlier. We were really jamming. I guess you could say we were dancing nasty (not together) but you know. Grinding as if you were in front of me. So - how did you like the SEX in the first letter? Pretty narly? Today we had sausage for lunch and Tracy & me took these sausages and acted like we were giving head. All the girls were laughing so hard! It was funny. Wish it was really you. It will be soon and then thats all I will want to do. Suck suck suck nibble lick lick suck suck nibble nibble lick SUCK!!! Now I'm a sex maniac! Oh well - you love it. Eat me baby! I'm in such a weird mood right now. But I feel good though. The days are going by fast. I cant believe time is almost here. I miss you Joe. I dream of you all the time. I have been sleeping so good lately. Usually I'm a bed hog but when we are sleeping together I just want to be held tight in your arms. I always think about it baby! I love you and if we keep writing the way we are. I'm bound to be your lonely wife! That might scare you. I'm not pushy though. I do love you. Please write me back soon. I know you do

003445
MILKE_NSB003505

Today Dennis DeConcini was here with the news. They talked about Psychiatric treatment here in Arizona. Anyhow - I was drawing during Pictionary and the news camera got me on film. So I was on the news tonight. Not my face but only my back. Wow! I'm a star! The news interviewed Dr. Garcia. Out of all the inmates here they get me on film. I was pissed but at least it wasn't my face. Oh well - that was the excitement for the day. Anyhow - its Sunday night and I'll finish the rest tomorrow. I'm tired and I'll talk to you later. I love you baby. Sweet dreams. I always think of you darling. Until then......

Monday AM -   Good morning sweetheart. I just woke up about 1/2 hour ago. You would not believe the dream I had. I'm so embarrassed but I'll still tell you. When I woke up my pants were soaked as was my sheet a little. I had this dream we were having sex for the first time after we got free. It was so wild . I remember crying in my dream because you were so good in bed and you made me feel excellent! Anyhow - I kept having one orgasm after the other and I practically flooded the bed. You kept smiling at me saying thats my princess. I must

4

③

have had a wet dream because I was wet. See-
what you do to me in my sleep? It was fun
and exciting. We couldn't tear each other apart
because we wanted to stay in bed. It was a
good dream. I think I'm coming down with
something. I didn't feel too hot all weekend.
I almost never get sick and if I do - its
once a year. I always take care of myself
by eating somewhat right and take vitamins.
This food in here really makes me gag. Since
I've been in jail I started drinking coffee.
Before I couldn't stand coffee. Hopefully when
I get out - I can quit because I always
thought coffee was bad for people. Do you
drink coffee? I really would love to try
Expresso someday. Never have. That is the
only reason I get up early here - to drink
coffee. I have learned quite a bit in here
at jail. Joe- I never knew people like whats
in jail existed. Either I am an idiot or
just I a downright snob because what I
see here at Durango absolutely shocks me. The
talk, appearances, etc. Some of these women are
SO GROSS! Oh! Man! If I was a guy - I would
be scared to death to touch some of these women.
Even these guys I see running around give
me the creeps. How awful! I bet its sick
where you are at. The DO's here always

5

003447
MILKE_NSB003507

socks matching and I always want brand
new underwear. They let me do clothing
exchange all the time. I have all kinds
of extra stuff. I always get what I want
here. They are real nice to me. All of them.
Yes – I am spoiled. What can I say? Do you
still love me? Don't worry Joe – I'm not the
kind of female who whines or cries if I
can't have my way. You will be able to tell
more about me by my facial expressions. As
I'm sure I will be able to do the same
with you. Its really hard to tell how
someone means something by writing. You
may read it differently then it was written.
But all in all we pretty much know each
other. Agree? I smile everytime I think of
you and the wonderful kind of life we will
have together. I'm sure there will be disagreements
but those are no big deal. Shit like that can
be worked out. And its ok to think about
future stuff – its only normal. I am always
doing that. I need to learn how to set
short term goals. I always tend to set long
term goals. At this point in my life and ours –
I feel about 90% sure. I just wish my case
was over. But as always – my atty assures me
not to worry. In the whole 6 months I've

6

003448
MILKE_NSB003508

④

been here I never had to worry about anything regarding my case. Which is great I suppose. Anyhow- I've been using my Spanish these last few days. There's a girl here who can't speak a word of English. She's real messed up and I've been translating. She is from El Salvador and was abused real bad by the Guerillas. I feel sorry for her because she's real crazy. But she likes me because I communicate with her daily. I haven't spoken Spanish for 8 yrs but once I get started it all comes back. The guards were all saying Debbie we didn't know you could speak Spanish. Well- not fluently but enough to understand someone. I'm glad I could help. That's one thing I never did - date a Mexican. I guess I was always scared to because they tend to mess with drugs + weapons. I am not in no way attracted to Mexicans. I heard they are real abusers towards women. No thank you. Oh' I'm just rambling on and on. See- if we do all this writing to each other in here then we eliminate all the talk on the outside which leaves more time to get to know each others bodies + souls. Know what I mean? SMILE"! Seriously honey, this is wonderful getting to know each other like this. Although it's a pain but my feelings have become stronger for you this way. They are real deep

003449
MILKE_NSB003509

you so much. I have a secret where I can tell how honest and sincere you are. But I won't say until we are free. I guess you could say it is some sort of Test! But anyhow you passed my love. I love you Joseph and someday you will be my loving husband. Now I'm getting mushy again. I like to. This whole letter doesn't make much sense but I just felt like writing. I guess the sailing magazine got me started. I imagined us sailing, laughing, playing around and just having a great time. I can see you smiling in my head. There's so much I want to do with you included. Anyhow baby - take care and thank you so much for fasting and praying. I truly believe its helping. I love you honestly. I miss you much and you are always on my mind.

Until next time -

Always & forever

Debbie

hot pink - and these lips are on my mouth! Ha! Ha! I LOVE YOU!

003450
MILKE_NSB003510

6-5-90
Tuesday PM

Dear Joe-

You are an absolute babe! I just got done
reading 4 letters from you. I am so happy - I
can't stand it! I don't know where to begin honey!
Actually - I'm speechless + breathless! Your letters
certainly lift my spirits. And these are only
letters. I can imagine what you would do for
me on the outside. I honestly love you Joe.
I want you to know honey that some days my
letters may not sound consistent as far as my
feelings are concerned. Joe- I am going through
an awful lot of emotional crap. I only write
how I feel. I don't mean to take my shit
out on you but my mind has other concerns
than you. I'm trying to balance but sometimes
its hard to do. So please try and understand.
You write so much to me and I just can't
write that much because of my other stuff.
I want to clear up some stuff right away and
its VERY important you listen. If anybody
ever asks you if I write you - say NO.
Your background - Bank Robbery, etc can
damage my character during my trial. Joe-
its not that I'm better than you but if my
prosecutor gets wind we are communicating - it
may damage my defense. See - the state

003521
MILKE_NSB003581

going to try and use any little thing they can to prosecute me. Since we are in here - we need to be careful. Another thing - when you go to prison - don't say I'm your fiancée. Just use Rick's address like we planned. I know its a bummer but my life is much more important than letters. My trial is coming up and my whole life is at stake. Just please bear with this. ok? Thanks. So my name Debbie Milke is a secret. We don't write each other if anyone questions you. This will be over soon and after its over I don't care who knows about us. But its extremely vital!

Also - something else I recently found out and it upsets me immensely. You know how I feel about trust? Well - someone I got close to took my kindness for weakness and betrayed me. It fucking happened AGAIN! What is wrong with me? Do I have to spend the rest of my life alone because people can't be real??? I just feel like a fool, and I hate it. Its Tina - she wasn't honest with me and I feel like an ass because I believed her. She didn't do anything to me but it was stuff she paid that I found out otherwise. And it hurts Joe. See - thats why I rarely get

2

003522
MILKE_NSB003582

(2)

close to people. I actually started to feel
guilty because I told you so much. My mind
kept saying what if Joe fucks me and he
knows so much about me? But then I
thought no he has been so up front with
me and besides I know just as much.
So Joe I still love you – don't worry!
But I feel hurt by Tina. Understand?
This is not a good time for me to be all
excited and gung ho about us because of
my upcoming trial. I love you and
can't wait to get together but as I have
said before – I always put my priorities
first. Its not that I love you any less
but my life and our future means a
lot to me Joe. So if I don't sound as
perceptive as you would like me to be
its just me working on my case. I'm in
the process of doing my outline right now
which takes time. So far as of today I
have 8 pages done. When I read it on
paper its easier to understand than sorting
it through my mind. And get this – on
black and white – I can't be convicted no
way Jose! Now I see what my lawyer
means. I see the light at the end of
the tunnel. We are going to be together.
No way can a jury convict me. Also I'm
working on some Stress Management t

3

003523
MILKE_NSB003583

to help prepare me for my trial. I only
have 6 weeks. This is a major part of
my therapy. Since its available, I'm going
to take advantage of it. So if you don't
get a letter every day - don't panic. Right
now Joe. I have to put you second and
I think you can understand why. If I
put my thoughts in other areas than my
case, then I won't be any good to my
atty or myself at my trial. Our day will
come! SMILE I love you. And don't
fucking pout either. This is serious shit!!

 Ok. Now that I got that out lets
talk about your letters. But I had to
take care of business first! By the way-
I wrote your mom a letter. She
should get it by Friday. Don't worry - I
wasn't checking up on you! Well - call
her and ask about it if you want! SMILE ☺

#1 letter- Your 2 page Perfect Woman was beautiful.
It brought tears to my eyes. You are something
honey! I love you. Sorry- there aren't any
Indian girls in here. Besides- everyone
is taken including me. I have a love
and he is so fine - his name is Joseph
Marino, he's 33 and all mine. So tell your
friend I'm not interested. Seriously honey-

4

003524
MILKE_NSB003584

③

no one really needs anyone to write to. Oh!!!! Joe!!!
Your little story was something else! As I was
reading it - my ears were burning and I was
getting pissed. It was like - You mother
fucker! <u>now</u> you tell me you have someone
on the outside. But then I get to the part
about the German Shepherd and just died laughing!
YOU SHIT HEAD! And the whole time I'm
reading it - I had no idea it was a dog!
Payback is a bitch huh? Well - I truly enjoyed
it honey! Very funny! I loved it.

   Now - this is what I imagine if I
pick you up from prison. Fuck-a shakedown! I'll
be back. Well I'm back - I had to stash my
shit. Its cool. Anyhow - back to the prison.
I think once I see you face to face we will
both hesitate and probably just hold hands,
smile & small talk. I think once we get
near my car I'll probably lean up against
the car still holding your hands. Then I
will lean forward and lightly kiss your
mouth. You will then hold me tight and
rub me all over. So there goes the initial
nervousness and we go our way. Once we get
to the apt we won't make love right away.
Both of us will have a couple of beers and
then off to bed. Because I can break the
ice. No problem babe. & I want you bad.

5

003525
MILKE_NSB003585

enough I'll go for it with respect of course.
So honey - don't worry I'll take care of
your anxiety.

#2 letter - Yes basketball fan - I was bummed
the Suns lost but it was a good game. Maybe
next year. Tonight is the Portland Trailblazers
and the Detroit Pistons. Portland is winning.
I just love to watch basketball honey. And I
get into it - screaming, jumping up and down.
Your little story on me tying you up. Joe -
it sounded sexy, however, I'm not that
mean. I couldn't tease you that bad. Just
a little honey. Black is my sexy color - yes.
Lacey + black. I also agree its great we
don't hide our sexual desires. True, why hide
what we love? If two people are in love - love
knows no limit to its endurance, no end to
its trust, no fading of its hope - it can
outlast anything. It is, in fact, the one
thing that still stands when all else has
fallen. I love you Joseph James Marino!!
I got a blister on my finger too. In fact
it turned into a callous! But you are worth
it honey. The way you described drifting
off to sleep with my leg between yours
and you on your back with me resting on
your side sounds great. I like sleeping that

6

003526
MILKE_NSB003586

(A)

way. Also - me laying in a fetal position
with you behind me snuggled up real close.
I love that also. During the week I like
to go to bed early, make love and still get
a good night's sleep. I wouldn't keep you up
all night if you had to go to work. I
don't like to stay up all night either. Because
if I don't get enough sleep - I'm a BITCH!
Yes- our love for each other is awesome. We
will hold on to it forever. You mean so much
to me sweetheart! I love the way you express
yourself to me. But I found one thing you
have said more than once that disturbs me.
You say you are not worthy of my love. Joe-
you are worthy. That sounded like low self-esteem.
I have so much information on self-esteem and
I would be glad to help you. Our emotional
well-being is enhanced each time we share
ourselves. I read something the other day that
caught my eye and I want to share it with
you. We need to be a part of someone else's
pain and growth in order to make use of the
pain that we have grown beyond. Pain has
its purpose in our lives. And in the lives
of our friends, too. Its our connection to one
another, the bridge that closes the gap. But
each of us gains when we accept these
challenges as our ~~most~~ invitations for growth

7

003527
MILKE_NSB003587

So honey - please - you _are_ worthy.

#3 letter. I liked your 3 some dream. But you don't need anyone else but me. I'll satisfy you to the max! We won't need to go to the bars all the time. In fact, I like to stay home. Once in a while we could go out and tear up the town. When we are out together I don't dance with other guys. Even if I go out with my girlfriends - I don't ever slow dance with guys because I don't like other guys touching me. So hon its ok. If you and I are together - its me and you only. Your daydream of us in the park was cute but Joe I'm not that much of a baby! I laughed though because it was cute. And I love Rocky Road ice cream. I prefer frozen yogart but my favorite ice creams are Jamocha Almond Fudge, Mint Chocolate Chip Peanut Butter + Chocolate, Rocky Road, French Vanilla, Bananas + cream, and Chocolate Chip. I see a lot of ice cream trips for us but thats fun. Yes sir buddy. We will be so happy together babe! I love you bunches! You are my sweet. Joe- if I win my trial (which I will) and we get together and share our love physically as much as I we do on

8

003528
MILKE_NSB003588

⑤

paper - I would be honored to be your loving wife. I couldn't ask for anything better. Your words, jokes, everything! I love you honey. But not 30 or 60 days. Lets get free and get our shit together and plan a nice wedding. I want to go back East and get married. ok? I love to hear about your younger days. It helps me to get to know you better. I have an inney. And you can fill it up if you like. I won't complain. SMILE ☺

No Rick was not the Italian I was going to marry before Mark. This Italian dude I was going to marry - his name is Charles Cipressi. We were 4 yrs apart but as I said he was too possessive. We never had sex or anything because I was too scared. I know he got some strange but shit - I was so young. I'll tell more about that once we are together in each others arms. I'm not holding anything back from you baby.

I went to Bible study the other night and it was a weird feeling. It was as if the Lord called me there because what we studied was meant for me. It was a strange feeling. Anyhow - we read Psalms 31 1 thru 10. Read it. The whole Bible study was a strange feeling as if the Lord wanted me to hear it that night. And then I accidentally came across something else too. Listen to this -

9

003529
MILKE_NSB003589

Even in the first terrible days I felt His nearness and knew that this was not punishment but that this horror had come to me from His loving hands to purify me.

See— I came across this yesterday and it gave me a chill. Your prayers are being answered honey. I feel it babe! Something told me to pick up that book and read this and something told me to go to Bible study last night. I felt so good too. I know Jesus hears our prayers! See— and today I felt so positive about my case after I started my outline! Its working baby! I could just cry I'm so happy! I love you and truly appreciate your prayers! Soon honey soon! Tomorrow is your sentencing and I'll be thinking of you too. I feel our time together getting closer. Yea! Yea! Yea!

Oh! You know when you were telling me about your work? When you described your work - a lightbulb flashed in my head. I know a guy who worked on Encanto Park and he does the kind of work you do. His name is Mike Donovan. Do you know him? What a trip. He's loaded. He lives out in Fountain Hills. Oh well. Just

10

003530
MILKE_NSB003590

6

thought I'd share that with you. Anyway-
its getting late and I need to get this
letter out. You should have this on Thursday.
Honey - remember what I said earlier.
I have a lot of work to do in the next
6 weeks. Its not only for me but you too.
I love you so much' And miss you just
as much. Take care + God bless you hon'

Always Yours-

Debbie (Marino)

Debbie Marino !!

Just practicing sweetie!

Dear Joe-

6-30-90 Sat.
7-1-90 Sun

Hi! How's it going for you? This letter I'm writing to you is VERY IMPORTANT! I went to court yesterday (6-29) and found out a bunch of stuff. There was this girl who was living with us here in C Pod who snitched on me to her attorney. First I'll tell you what she said then I'll tell you what started it. I got fucked over again. why does this always happen to me? I didnt do a damn thing to her! Anyhow- she is facing 14 years in prison and was supposedly going to be sentenced on 6-27. She told her atty that I admitted in group one day to having been involved in Christopher's death. She also said she felt her life was in danger because of me. Because of my charges - she felt scared of me. She even had an interview with the cop that arrested me! My atty told me not to worry about it because this girl is sick and she is facing a lot of prison time. Ken told me a lot of inmates try to snitch to get less time. And because my case is such a high profile - she decided to use me. Anyway - what started it was Friday 6-22. She came into my room and asked

**003579**
MILKE_NSB003639

me what I thought of her writing some guy here
in B Pod. She's married by the way. I told her
because she was married she shouldn't do it. It
was destructive behavior and a reason to get her
mind off of her case. I just said I wouldn't do
it if I were her. Its not a good idea. Well anyway.
She ended up writing him. I watched with
my own eyes a DO pass her a letter from
him and her give the DO a letter for him.
After the DO left our pod I said to this girl -
"That really pisses me off!" "I got busted for
having kites passed and the guy I was writing
to got kicked out of here!" "That is unreal for a
DO to pass letters when me + Joe got busted
for passing kites!" "No DO would pass our letters
for us and here's one doing it for you!" Joe
I was really mad about it. Anyhow - that night
she got transferred out of here by her request.
So what I figure is that she probably thought
I would kick her ass because of the kite business,
which I wouldn't have. Or she was really scared
of her sentencing date and decided to snitch on
me to avoid 14 years. Somewhere she got upset
about something. Whether it was the kite shit or

2

003580
MILKE_NSB003640

D

she just wanted less time if she could use me and my case, I don't know. But the state has all this information and they are trying to use it against me which won't stick because she is obviously lying to make her case look good. She's real sick. My atty said not to worry about it but what really gets me is that I never did anything to her at all! What I'm getting at Joe and I mentioned this before - you need to get rid of all the letters and kites I wrote you because I have this gut feeling the state is going to find out you and I have been writing. If they do, they may do a search warrant and try to get all those letters I wrote you and try and use them against me in court. I can't afford to have our friendship used against me and especially because of your background. Joe - please try and understand. I'm not supposed to talk about my case to anyone and if the state finds out about us, it won't look good for me. If anyone asks you about us - we met here and just became friends, that's all. Don't say anything about our plans on the outside. I never told you about my case or anything. Please just burn my letters or bury them

3

003581
MILKE_NSB003641

the state can't have access to them. They are
looking for anything to bust me with. I never
said anything like that in group and my
counselors can verify that. She made it all up.
As serious as my case is — I don't need our
relationship coming up in my trial because it
won't look good at all for me. Please do something
with all of those letters. I feel it coming down.
So - if you are asked - we are just friends. Don't
say anything about love or marriage, etc. My
trial is extremely important to me and I can't
risk any fuck ups. I know you wouldn't do
anything to jeopardize it Joe. So please help me
out. As soon as you get out, I'm going to mail
all of your letters you wrote me to you so you
can hide them. That way if the state comes
here with a search warrant — I don't have
anything. ok? I'll mail it all to Larry's house.
I'm so sick of jail and people who are so low
and desperate, it makes me sick. Thats why
I would rather be alone because you can't trust
anybody. People just fuck you over to get what
they want. I don't hurt anybody and always
get stabbed in the back. Joe - I trust you but

4

003582
MILKE_NSB003642

③

Sometimes I get scared. I think oh God what
if he screws me too? But I know you won't.
What would you have to gain by hurting me?
Nothing. You certainly wouldn't be my husband.
That's not a threat but you wouldn't gain anything
by hurting me. I just feel real betrayed because
I'm in so much pain as it is and me and
that girl even did Bible study together. She was
the last person I ever thought would do anything
like that to me. Just like I always said before -
you can't trust anyone. And I always get screwed.
     It's really sad how people hurt people.
So please Joe - just do something with those
letters. I can't wait until you get out so we
can talk on the phone. You can still write
me if you want to but I have to be careful
about what I write you. Do you understand?
Anyhow - my case is going great. My atty
postponed my trial because more evidence in my
behalf is coming up. My trial is set for Sept 10.
I go back to court July 27. I know it's a bummer
but honey my atty says it's in my best interest.
Friday was the first time in 8 months my atty said
to me face to face I was going to win and I was
going home. I started to cry and he sa

003583
MILKE_NSB003643

We got it made! He did some extensive interviewing with Mark and his parents. Of course Mark said bad things about me but both of his parents said good things about me. His mother told my atty I was a good mother and a little over protective. She also said I had a lot of boyfriends but I would never introduce any of them to Chris because they were assholes. She said my main concern was Christopher's well being. I'm glad she was honest. Ken also interviewed the cop that arrested me. Oh honey! Ken's going to ask the court to have that cop psychologically examined because he's crazy or mentally not all the way there. If the cop is crazy, that is going to help me so much because it only proves his report was a lie. Dr. Garcia told me that report was stated by someone "not with it" and I have been examined as not being mentally ill. So - who does that leave? Yep! The cop! This is one of the reasons my trial was postponed. My atty also wants me to take a lie detector test soon. I got to do what I got to do. SMILE ☺ Another thing that looks good is that the state isn't making any deals with Roger or Jim because they refuse to testify against me.

6

003584
MILKE_NSB003644

④

The judge is starting to be nice to our side and I think she's beginning to realize shit. My atty also said he has finally figured out our prosecutor so he now knows how to deal with him. So it all looks fairly great. In a way I'm kind of glad my trial got postponed because there is no way I would have been ready in 2 weeks. Emotionally, that is. I may not even be ready in Sept. I just want it over with so bad. But I do feel good to know we're going to win! Soon we'll finally be together too. And once we are, I want to go as far away as possible and just be alone — you and me. I don't want to be around anyone!

From now on when I write you and after you read my letters — do something with the letters. I'm just scared of the prosecutor sending out one of his goons with a search warrant and trying to use my letters or our relationship against me. You understand I know you do.

I haven't talked to your mom in a couple of weeks. I had my friend Rick call that place you are going to and ask if you were there already. They

003585
MILKE_NSB003645

heard of you. So I guess you are still at
Towers. I can't believe this - almost 1 month.
I bet you are just sick of it. Huh? Oh well -
1 month down, 5 to go. Shit - by the time
I'm done - it will be October. By then it will
be too cold to go to Boston. But by the way
I feel - I'd rather be cold and risk freezing
and go to Boston than stay here in Phx. I
had a thought too but its up to you. How
about going to Reno when I'm done and
you are able? I've never been there and heard
a lot about it. I need to change my last name. ☺
I was going to go back to my maiden name but
I decided not to. I don't want Milke anymore
so I have to choose a different one. And I
don't want anything done here in the Phx
courts where Mark could check out. Tell me
what you think. If I did it soon - 1991
is still on too - just more formal. Get it?
   I want so desperately to spill out my feelings
to you but I'm afraid this letter won't get to
you and someone else will find it and read
it. After you read this letter Joe - write me
back right away and respond to everything I

8

003586
MILKE_NSB003646

wrote about. Please let me know it's ok to continue writing the way I have and I don't need to worry about anyone else getting hold of these letters. I don't want our communication to end because of my Trial coming up. I miss you so much. Just let me know ASAP because I am really scared about you being dragged into my trial and I don't want that. That girl knows I write you and I don't know if she told anyone. You know what I mean? This shit sucks. Why can't we just be done with our stuff and be together?

 Thank you for fasting for us last week. You are an angel. You are really my best friend Joe. Thank you. I had a wicked dream one morning last week. It felt so real. I was dreaming that Chris was laying in bed with me and we were tickling each other. He was talking to me and telling me about school. I had to go to the bathroom and I told him I would be right back. He kept saying mom don't leave me. I said I'll be right back. Well - I woke up because I really had to go to the bathroom and I realized it was just a dream. I started crying because that dream felt so real and I wanted to go back so bad. I could really feel Chris in that dream. His

003587
MILKE_NSB003647

spirit. I just know it was. I mean, I'm laying in bed sleeping and I could feel him and hear his voice. I wanted to go back so bad. Then I got real depressed because I just wanted to die and be with him. Joe - thats why I need therapy when I get out because if I don't. I may feel suicidal just to be with Chris. I don't have suicidal thoughts or ever try to hurt myself in here but when I get depressed about Chris I feel like I want to die. Its so painful. I don't know if I will have the strength to go through my trial. I am afraid I may lose my mind. I'm scared Joe.

Because of this shit about my prosecutor finding out about us - please don't come here and visit me Joe. I will gladly talk to you on the phone but I can't take any visits. Please try and understand. Thank you. My outline turned out great and I uncovered some shit to help my atty. He was impressed. Now its back to the waiting game. Sometimes I feel I'll NEVER get out. I didn't forget what you look like. I still look the same. Blonde hair, hazel eyes. My weight is still the same. I still do aerobics too. I can't wait to talk to you on the phone. I'll probably start crying once I hear your voice. But thats alright too.

10

003588
MILKE_NSB003648

Damn, I hope you get this letter. I enclosed something I copied out of a book on relationships. This should explain to you what my marriage was like. Also the picture of the swimsuit I really love it. Hopefully this week you will be out of Towers. I want to call you at Larry's so bad. Write me right away once you get out. ok? I'm going to close for now. And remember what I said earlier. My feelings for you are still the same so please don't worry.        1991 YES!

God bless you and take care.

Love
Debra

P.S. As long as you are in Tower's and with me not knowing when you are leaving - I'll only write vaguely because I'm afraid you won't get the letter. I'm taking a big risk with this letter but I needed you to know what went on in court. If you have time write me more often because I miss not hearing from you. Also - when you get out and you want to send me money - have Larry send it. I just don't want your name showing up anywhere here at Durango with mine. These

003589
MILKE_NSB003649

are sly, dup. I'm just beginning to realize
how sick and dirty these people are. its
disgusting. I hate dishonest people. Write me soon!

I miss you Joe!

003590
MILKE_NSB003650