EXHIBIT 10 – Part 3 of 4

Relationship Rules for a Healthy Relationship

- No attacking - verbal abuse
- Separate finances
- Separate housing for now (we will make an exception)
- Monogomous (a definite must)
- No conditions for love
- Positive strokes - "I like this about you"
- TRUST
- LOVE - not "I love your looks" but in spite of - loving whats inside
- Honesty - what goes in your head comes out of your mouth
- Commitment - I will be there regardless - unless it is unhealthy for me.
- Both have to want the relationship - and must let each other know each others needs
- Freedom to confront - essential! "I don't like your behavior -- this doesn't mean I don't like you."
- Freedom of expression - intimacy - physical and verbal
- Regular daily contact - we have to have contact to have our needs met. We are not totally self-sufficient, even though we may want to be at times.
- Testing - getting through the rough times shows how much the relationship is worth.
- Humor and fun!

13

1.4

003592
MILKE_NSB003652

✷ = What my relationship with Mark was like. Pretty sad!

Warning Signs —

## New Relationships

✷   1.   Witnessed abuse or was abused as a child

✷   2.   Displays violence against other people and things

✷   3.   Enjoys watching violence in media - enjoys pornography

    4.   Likes guns - uses them to protect himself

✷   5.   Angers easily

✷   6.   Abuses chemicals, alcohol, illegal drugs

✷   7.   Jealousy - of your friends, your children, family, job, etc.

✷   8.   Humiliates you in public

✷   9.   Isolation - doesn't allow you to see your family or friends - needs to know your whereabouts constantly. Expects you to spend all your free-time with him

✷   10.   Becomes very angry when you don't take his advice

✷   11.   Dual personality

✷   12.   You fear when he becomes angry with you - not making him angry becomes important.

✷   13.   Definite male - female roles - men are in control, strong, show no emotions, women should be quiet, passive

    14.   His inconsistent work / job history

✷   15.   When angry he resorts to violence

✷   16.   Ownership - possessiveness, "Can't live without you" "You are the world to me" "I want to take care of you"

✷   17.   Pressures & you to marry him or live with him

✷   18.   No regard for the law - drives recklessly.

✷   19.   You're afraid of what he might do if you end the relationship

15

003593
MILKE_NSB003653

003594
MILKE_NSB003654

20. Has a reputation as a 'fighter' and has a record of arrests.

21. Feels he is above the law.

22. Feels he has certain rights over you.

23. He doesn't want you to know about his past.

24. Talks bad about ex-relationships - "She was a bitch", "crazy" or "her problem"

25. Treats females in his family disrespectfully

26. Insists on handling all the money - yours + his

27. Either refuses to let the woman work outside the home or forces her to work.

28. No regard for your physical health

29. Criticizes you often - your appearance, hair, weight, clothes, etc.

30. Blames you for his problems - tries to control your behavior.


I copied this from a book on relationships. Now you can see clearly what my marriage was like. It is also understandable why I don't want to repeat it. I must have been fucking blind but at least now I know the warning signs.

Out of 30 - 4 didn't apply to Mark.

17

003595
MILKE_NSB003655

003596
MILKE_NSB003656



If you love to be where the sun is (or should be!) you'll love Sunwear by Harbour Casuals. It's swimwear for the water and coordinated go-withs for everyplace else. Like this bandeau bikini of Zefsport Nylon/Spandex premium quality fiber, and its big-sleeved shirtcoat of 100% cotton. At these and other fine stores. Or write Harbour Casuals (A Roxanne Company) 1411 Broadway, New York, NY 10018. I. Magnin, Bloomingdale's, Neiman-Marcus.

FOR STORES, SEE PAGE 363

003597
MILKE_NSB003657

the same deal that he'd agreed to with the mechanics. He turned it down, insisting that they take a 22-percent cut in pay. In an exchange with IFFA president Vicki Frankovich, Icahn is quoted as having said that the flight attendants were, after all, not bread-winners. He denies this, claiming to have said only that their incomes were frequently second incomes, and that they could afford to give up more.

In addition to the wage cut, Icahn insisted that the attendants accept extensive work-rule changes. Airline work rules—the regulations that govern overtime, vacations, etc.—are complex and subject to various interpretations, but Icahn's demand would have increased the time that flight attendants were away from home each month by sixty to eighty hours. Vicki Frankovich didn't see why IFFA's membership should fly more for less money. Icahn didn't see how he could run the airline without the flight attendants' concessions, which would have saved TWA about $88 million.

While still negotiating with IFFA, Icahn raised his bid, beating out the white knights. After TWA's board of directors called to tell him the news that he'd won, Icahn put on the jacket and cap of a TWA pilot and marched around his office proclaiming, "We got ourselves an airline!"

*Stewart, September 1985*—It seemed odd that Icahn could negotiate successfully with the pilots and machinists, but couldn't do so with us. Icahn put a clause in the pilots' contract preventing them from honoring the picket lines of any other striking unions. It

was his trump card, but nobody recognized it at the time.

Feeling depressed one day, I went out and bought some new clothes. I remember thinking, "You may be looking for a new job soon; you'll need something to wear," but once I had the clothes, I put the idea out of my head. I loved my job. I didn't know what I'd do if I couldn't fly. I had turned TWA into my family. That's easy to say, but for me it was true. I live near Boston, my father lives in Thailand, my sister lives in Minnesota, and my mother is dead. I'd started at TWA so young, it was practically my surrogate parent; the company had always taken care of me. My friends were all flight attendants; when we weren't flying, we hung around together at home. For me, TWA was more than a job—it had actually become a big part of my life.

*October 1985*—Icahn and IFFA continued to negotiate, but came no closer to an agreement. Work rules were the sticking point. The average IFFA member had put in fifteen years and earned $32,000. Vicki Frankovich became convinced that Icahn's goal was to provoke a strike and then replace all 6,500 members with a younger, less expensive work force.

Icahn disputes this. "Going into a strike is understandably a very big financial risk. The union never believed we would do it and they came close to being right. We very much wanted to make a deal with them," he says. "But when a company is losing $200 million a year, and you're paying $50,000 in salary and benefits to a flight attendant and

some of your competitors out there are paying $10,000 a year, you don't just smile and take it. You have to draw the line somewhere."

By October, Icahn had recruited flight-attendant trainees from the ranks of TWA ground personnel. By January, he was advertising for a "contingency work force" in case of a flight attendants' strike. The fill-ins were typically twenty-three years old. Hired at $12,000 a year, these new employees were given eighteen days' training in service and flight-safety procedures (instead of the usual six weeks) and told to be ready for work at a moment's notice.

*Stewart, February 1986*—We knew we were heading for trouble. Negotiations were going poorly, and a lot of rumors were flying around the cabins. We still hoped to reach some settlement, but we also believed that it was our right to strike if we had to. We thought that as long as we had a union, we could not lose our jobs.

I know some people think that Vicki Frankovich should have been more flexible in her bargaining, that when a company is in as much trouble as TWA apparently was, you have to be willing to give. But we also believed that we had to stand up for our principles; that Icahn was playing a game with us because most of us were women and he thought he could win.

*March 1986*—On March 4, some six months after Icahn took over, IFFA filed a "bad-faith bargaining" suit against TWA in federal district court in Kansas City. Their

(Continued)



# A NO NONSENSE WAY
# TO LOOK A SHADE BETTER.

No nonsense has a Fashion Color for every shade of your character—from subtle, to sassy, to downright seductive. And if you send us the coupon below, we'll send you a pair of Fashion Color pantyhose for *free*. Now *that's* a No nonsense offer!

**No nonsense**

IF THE ATTITUDE FITS, WEAR IT.

MAIL-IN CERTIFICATE / NOT REDEEMABLE IN STORES

## FREE FASHION COLOR™ PANTYHOSE
(Send $1.00 for postage and handling)

Select your style and color: (Check one only)
FASHION COLOR SHEER & SILKY          ☐ Opal (Grayish Medium to Tall)     ☐ Champagne
FASHION COLOR SHEER TO WAIST        ☐ Creamy Ivory
FASHION COLOR LIGHT SUPPORT          ☐ Pearl Grey (Not available in Queen size)
INDICATE YOUR SIZE:     ☐ Petite to Medium      ☐ Medium to Tall          ☐ Queen
                        Ht. 4'11" to 5'7"        Ht. 5'5" to 6'0"         Ht. 5'2" to 6'0"
                        Wt. 95-150 lbs.          Wt. 115-175 lbs.         Wt. 135-200 lbs.

Have you bought No nonsense Fashion Color pantyhose in the last six months?   ☐ YES   ☐ NO
Mail completed order form and $1.00 to: FASHION COLOR OFFER, P.O. Box 9556, Camanche, IA 52730

Name
Address
City                                        State              Zip              Phone (required)

Void where prohibited or restricted by law. Only one gift per name or address. Mechanical duplicates of this form are not acceptable. Please allow 6-8 weeks for shipment.
Offer & Entry prizes shown are available in special display only, for a limited time only.
©1988 No Nonsense System, Inc., a subsidiary of Kayser-Roth Corp. Made with Du Pont Lycra®          NF-D          Offer expires AUGUST 31, 1988.

MILKE_NJB003698

7-8-90
Sunday

Dear Joe-

Its me again sweetheart. I just can't stop thinking about you ever since you left Towers. I would give anything to get out of Durango. I am starting to feel stir crazy. At least there where you are you can eat normal food and be outside in the sun. Go swimming, BBQ, etc. I am really beginning to start getting pissed because this bullshit is going on too long. My atty is getting on my nerves because I ask for a visit and he doesn't come out here. He is never in his fucking office so I could talk to him. I hate this waiting! I am the most impatient person. I have learned a lot of control being in jail but there is only so much I can take. Don't you agree?

I got a letter from Jim today and he said he goes to trial July 11. I have been trying to get hold of my atty to find out if its a good trial date. Maybe my atty purposely postponed my trial to get Roger + Jim out of the way to see if I would get acquitted. Who the hell knows. And all this week Ken is in Prescott doing

003620
MILKE_NSB003680

a murder trial. I am so frustrated!
Can't you tell? Anyhow- this weekend
was a drag. We played Spades all weekend.
I already told you they show movies now
co-ed. I hate sitting out there so I
don't go. This ugly, scuzzy biker dude
stares and stares at me and it makes
me sick. I really miss you Joe and
please don't worry about any guys getting
to me because they don't and won't. You
are all I want, and write to. Ok? This
is just so boring and I'm tired as all hell.
Some days I feel like "well hurry up,
put me in the electric chair, or do
something!" You know? I still didn't
get that letter returned to me and I'm
worried about that too. Maybe Towers
forwarded it to you there.

          I have to laugh when I
read about your cereal fetish. It sounds so
cute. Chris loved his cereal mushy. So I
can easily remember how to make you a
bowl of cereal! SMILE ☺ I don't care for
cereal. Usually I don't even eat breakfast
but when I do, I like omelettes, scrambled
eggs and sausage. I don't like bacon,
biscuits, pancakes, waffles and all that shit.

2

003621
MILKE_NSB003681

②

My breakfast consists of a banana and a Pepsi. Nutritious *huh? I eat lots of yogurt. You don't like it I know. I can't wait to go to the store with you. We will have fun shopping together. I can see us already. "oh! Joe - you eat that shit!" "oh gross Deb - how could you?" SMILE ☺ Well - we will definitely know each other. I miss doing all of that stuff. Soon though. I counted on my calendar today and you have 67 days, I have 64 until trial.

Some days I wake up in here and wonder if I will ever get out. Well - I know I will ~~the~~ leave Durango someday but I wonder if I will ever be free again. Sometimes I feel like I'll go to prison and never be free again. I found out last night that Dr. Garcia has a lot of pull with the courts. He is more than just a psychiatrist. He owns his own Psych hospital in Spain too. Dr. Garcia told me he believed me from day one and still does. Joe - please try and understand how I feel. I have been in a depressed mood for weeks and can't seem to pull myself out of it. I hate being depressed. I guess what intensified my depression was that girl who went to prison for killing her boyfriend. And I watched her pray day and night every day. She wanted

003622
MILKE_NSB003682

3

to go home. And look - she went to prison. It seems to me that her prayers weren't answered. It scares me. What if God doesn't hear our prayers? I want out so bad and what if I get convicted? If Roger killed Chris and he prayed to be forgiven, will he be saved? Would he still go to heaven? I was curious.

Sometimes I feel so guilty for making plans for our future because we don't know what is going to happen with me. If I get convicted, I would be devastated and I know you would be too. But then, I do want to make at least short term plans. One for instance, when I'm free, I want to get out of Az. and go somewhere far away from people and just be alone with you for a week. I tell you something, if I win, I will literally kiss the ground once I walk out. Ken told me when I get out of Durango, I will have lots of security and it could be in the middle of the night. So - there would be no need for you to be here waiting. I would get a ride to where you are at. I could

4

003623
MILKE_NSB003683

③

leave a day or two after my trial is over.
The reason we are doing it that way is
because Ken doesn't want the media swarmed
around me. I don't either. You understand?
But that is something that is later. My
biggest fear is Mark and his drug addict
friends. Mark is dangerous and violent. But
then again, he may be scarce once I'm
out and he may leave me alone. I just
want to be in bed with you 24/7. SMILE ☺
I love you Joe and you are so much
support to me. I know you have your
own problems and I was wondering how
far you have come with your own depression.
How are you doing with that? What kind
of therapy are you going to get at Lerros?
Is it drug counseling? One thing you won't
have to worry about with me — is that I
don't associate with people who do drugs so
your temptation won't be there while we are
together. I don't like drugs and stay
completely away from all of that. That shit
scares me and I've seen enough track marks,
women detoxing and strange behavior in here
that I don't want any part of it at all. ok?
Besides Joe - that shit will kill you. I'll just
stick to my Bud Light or Coors Lite. SMILE ☺
When I get out, I want a 6 pack and a pack
of Marlboro Lights, and YOU! That will do fine.

003624
MILKE_NSB003684

5

I called my girlfriend on July 4th and she sounded great. She was barbequeing and drinking. We talked for about an hour. I was crying about being here and the situation I'm in and she cheered me up. It just pisses me off that I even got involved with these people, thinking they were my friends. I'm mainly talking about Jim. Right now I'm in such a state of denial of Jim. He may have been involved in Christopher's death. He has 2 motives. By the way – this is what my atty believes. #1 motive would be money. He was always broke and I gave him money all the time. His car was broke down and he couldn't make his payments. $5000 is a lot of money for someone who is broke. Jim is the only person who knew of my insurance benefits from work. He asked me one day how much life insurance I had on myself and Chris. I answered him because I didn't think it was such a strange question, considering he asked me when I started my new job. #2 motive – to have me. Jim is obsessed with me. I knew he cared about me but as a friend only. I told Jim I was planning on moving out in January which upset him.

6

003625
MILKE_NSB003685

④

The only tie between me and Mark was Chris.
So he probably figured if he got rid of
Chris, 1. I would get an ins benefit.
            2. I would give him some money
                as I always have.
            3 Mark would leave me alone because
        there is nothing between us anymore.
            4. I would be so devastated that I
        would forget about moving out, and by
        him consoling me I would probably fall
        in love with him like he wanted me to.
These all make sense but its real hard
to swallow. The only way for Roger to
know about how much insurance I had on
Chris was by him telling him. How else
would Roger know? I never revealed anything
personal to him. I couldn't stand him.
If him was in fact behind all of this - then
he probably told Roger I would get money
for Chris' death. So Roger probably assumed
I knew what was going on. But I had
No idea. Jim didn't tell Roger I wasn't
involved. Because Roger's statement led to my
arrest. I had no idea Roger was in the
picture until I was arrested. My atty thinks
Jim & Roger did it and Roger thinking I
knew dragged me into it. And Jim wrote me
right away here at Durango saying I had
nothing to do with what happened

003626
MILKE_NSB003686

makes sense but I still can't imagine my friend doing this to me for money and hoping I would fall in love with him! Its sick. What frightens me the most is my conspiracy charge. What if Roger and Jim testify in their own trials saying I was involved and knew what was happening? Its my word against theirs. My atty. said if I get convicted on conspiracy then all my other charges will stick too. Those other charges can be proven otherwise in my behalf but the conspiracy charge scares me. What if Jim gets caught in trial and decides to bring me down because he fears me being with someone else? But I have a shit load of letters from him stating I had nothing to do with it. I don't know this whole fucking thing makes me sick. I just keep telling myself the state has to prove to a jury I knew what was going on. I think Roger and Jim's testimony can be discredited too because its just hear say only. Besides - my background and all of my witnesses speak for itself. So Joe - now you know why I'm scared. Conspiracy. Is it easy or hard to prove?

003627
MILKE_NSB003687

⑤

Whoever planned this really fucked me over
good! That cop's report may be thrown out
of court too. Once I take the lie detector
test, things should be rolling forward.
Anyhow - sorry I got into my case but
it helps when I talk about it. So -
write me back and tell me your plans
now that you are on the streets. I miss
you very much and I love you honey!
Hurry up and let me know when to call
you! I can't wait to talk to you on
the phone! I think of you constantly
day and night baby!

Always + forever

Debbie Marino
(practicing)

P.S. If you want to tell
your mom about my case
it's ok. Otherwise, we will wait.
I wrote her and told her I wasn't
a criminal. I told her I was
embarrassed about being in jail.
Whatever you want to do.
   I miss you Mr. Marino!

SMILE ☺

      Love me forever and ever!

9

7-28-90
Saturday AM

Dear Joe-

Hi there. I am not in the very best of moods right now. Court yesterday was pure hell and I'm on the verge of losing my fucking mind. When I came back I had 3 letters from you and as I read each one, I cried and cried. You are such a wonderful man and sure know how to cheer me up. I go back to court Aug 16 and my atty said he was going to file tons of motions. He is working on getting my charges dismissed. The courtroom was packed and I felt so dizzy and scared, I thought I was going to pass out. I cried in court because I know there is no way I can handle being on trial. My atty handed over all of the letters Jim wrote to me to the prosecutor and during court the prosecutor was flipping through the letters and glaring at me. I know he was trying to intimidate me. Also, my atty showed me a list of all the physical evidence and on that list it said Audio Tapes of Roger, Jim and Debra. I freaked. I asked my atty what audio tapes and he didn't know. The only thing I can think of is if the cop recorded everything I said

003751
MILKE_NSB003811

the night I was arrested. But even if he
did it can't be used because in this
police report he stated I didn't want
it recorded. I didn't want it recorded
because I wanted an atty. But there
was a time while I was in Madison
a man came to me and said he was
a investigator for Channel 10 news and
he was asking me questions. I was so
out of it I don't know what I said.
Anyhow - I later found out he had
a tape recorder and recorded what I
had said without my knowing. It was
a trick. That must be the audio tape
they are talking about. I hope so.
I have been racking my brains wondering
if Mark indeed push me over the edge
and was I involved in this crime? Did
I lose it completely and ask Jim to
kill Chris? Were our conversations being
recorded? No I don't think so. I didn't
lose my mind and I wasn't involved.
How could I be involved in a crime and
then pass a lie detector test? My counselor
told me I am not crazy and I didn't
lose it. Joe - this much stress fucks with

2

2

my head. My atty said all the evidence
points to Jim and the prosecutor is after
him and not me. I asked him how
did he know and Ken said I do know
I can just tell. I told him I feel
like I'm going to get fucked big time
and get convicted. He said I have a
very strong case and not to worry. After
court and when I came back, I wanted
to just take a pill and never wake up.
Joe - I have never been through so much
hell and I am so scared of going insane.
I am not that strong! Anyway- Ken knows
I don't want to go to trial and he is
trying everything possible to get my case
dismissed. I try and think of our future
together but it only makes me feel guilty.
God - what if I get convicted? Everything
we prayed for is gone? I'm scared Joe.
I know one thing for sure - if I get
free - I need to go away and hibernate.
I don't want to be around anyone. I
need peace and comfort. This is just too
much to handle. I wish it were a
nightmare. I'm sorry I dumped on you
but I had to tell you. So I have no
idea what going on Aug 16. My trial
will possibly be postponed again. Who the

3

003753
MILKE_NSB003813

hell knows? Well - I'm happy things are going good for you. It makes me smile. I'm going to finish this letter later because I am so depressed and I can't think straight. I love you Joe. I honestly do. I thank God we met and you came into my life. You are extremely special to me.

I'm back honey. I fell asleep. I just decided that I am going to fight until I can't no more and if it was God's plan to put me away in prison for the rest of my life, there is nothing I can do about it. All I can say is I hope he hears our prayers and grants them. I'm listening to KSLX and thinking of you. You are right - I don't like the Beatles. That was your time, not mine. SMILE I do love Eric Clapton though. My favorite band is Whitesnake and you know that. Damn, these pens drive me crazy. I hate Bic pens. No wonder they are so cheap!

Back to your people with persuasion. I wish I had a high dollar atty to help me get out. You know - like in the movies? The mafia always gets free. They never do time for anything. Oh well - my atty is good. He hasn't lost a case yet this year.

4

003754
MILKE_NSB003814

3

Oh! John Cougar is on now. I like him too. If you like to hear great guitar, you should hear Joe Satriani. He's awesome. By the way - I love Trolics. I've been there 2 times. My first time was to see Johnny Lee. I was in heaven! The second time was to party. I had a blast there. I love country music and always hang out at Mr. Lucky's or Denim + Diamonds. I know how to swing and 2 step. It's fun. Then some nights I'd go to Top 40 bars with my girlfriends. Some clubs in Tempe and some in north Phx. I always had a good time. I could put away the beer. Oh when I think of those times. Slamming shots of Jose Cuervo and chasing them down with beer. My friends always told me I was fun to party with. But we never got into trouble. A couple of times I almost got into fights with guys. Shit - when I drink Tequila, I'm not afraid of anything or anyone. I have a mouth! But those days are over for me. I have better things I want to do. I went to an AA meeting the other night because I wanted to listen to other people. I found out that I have a drinking problem and the guy told me I was on my way to becoming an alcoholic if I continued partying like

5

003755
MILKE_NSB003815

I was. I never drank in the morning or all day. I only drank when I went out but al-ways drank until I was shit faced. I've been in 2 black outs. So - I do need to be extremely careful. But it was interesting. How are your meetings coming along? You know - even though I don't do drugs, I would go to NA meetings with you for support. That is, if you still need them. I could get something out of it too and if not, well I'd just be there for you, ok? But when you are with me - you probably wouldn't ever get the urge. I don't even talk about drugs. The only urge you would get is sex! Yea! Blast off! I thought that was cute. Now I know what your weak spots are. Ears! Mine too! Someone blowing or kissing my ears drives me wild! So now you know. I can't wait!

As I sit here - tomorrow is your birthday but by the time you get this letter it will have passed. I sure wish I could be with you but I am in spirit. I'm always with you. Don't forget that honey. Hopefully our next birthdays we'll be together. I can't believe I'll be 27 next year, yet I feel so old. I guess because I've gone through so much shit. And I don't think

6

003756
MILKE_NSB003816

4

you are old either. I may tease you
but you arn't old. We are only 5 years
apart. Thats not a lot. You know - you
said you wanted to put my name in your
heart tatoo. How strange for you to have
a tatoo for 20 yrs and you want to
put my name in it. I do remember it
and if I win and get free - then do
it. I don't care for tattos much but
yours isnt bad. So you can put my name
in it only if I win. ok? You should
put Princess Debbie. But whatever you
want. I dont have any tatoo. I probably
will never get one either. I couldnt stand
the pain. SMILE ☺

    2nd shift is almost here and I
hope you are in the mail. Today I dont
feel like watching movies so I won't go.
Some idiot guy in A pod asked Bunch
for my booking number. He laughed and
said NO WAY! I laughed too and told Bunch
I already got the booking number I wanted.
He asked how you were doing. I told him
you were out and working. He told me to
be careful when I got out because he
said I didn't deserve to be hurt again.
I totally agree. So - hows your mother
doing? I haven't talked to her in a while

YOURS →

7

003757
MILKE_NSB003817

I really can't wait to meet your family.
My dad is being an asshole again. He will
never change. My atty said my dad
is like hot and cold. I don't want
anything to do with them because I
don't need that headache.

    I'm listening to the funk station
now and its cool. Some of that rap I like.
MC Hammer is good. I'm crazy I know
but I love all kinds of music. One of the
things we are going to spend good money
on is a stereo. I want a good stereo.
I had a nice Fisher system complete
with everything. Disc player and all.
My car always had a good stereo in it
too. I would always ~~drive~~ drive around
and crank it. I didn't care. I'm a
nut I know. SMILE ☺

    There are some crazy women
in here now. They are so loud and sloppy.
I'm always in my room and don't really
associate with any of them. Oh! I can't wait
to leave. Soon Gre! Our day is coming! I
sure do love you and have so much respect
for you. You are terrific! Well- mail
call but you weren't there. Bummer. I'll
probably hear from you on Monday. I
look forward to your letters. You always
seem to cheer me up. I'll be back in a while
& See ya! I love you bunches!   DM & JM ALWAYS

003758
MILKE_NSB003818

5

Hi sweetheart. I'm back. We watched Jagged Edge on TV. It was pretty good. Its 9:30 pm and I'm tired. Another day gone by. Now the girls are jamming the radio and Motley Crue is playing. What a bunch of rockers. Makes me want beer and sex. SMILE ☺ I love Motley Crue. You probably don't huh? All these women talk about is drugs and prostitution. I can't relate thank God. Some have come and gone and come back. Its sad. They will never see me again. Thats for damn sure. So how do you like the pictures? Chris is adorable isn't he? I was fairly heavy in that picture. Oh well — lots to love. Hope you enjoy the pictures. It took a lot of thinking whether to send them because thats all I have and you know how I've been getting fucked lately. But I know and trust you won't destroy or lose them. Trust is a big issue with me. Gee. You must have really loved your wife to be married 10 years. Why did she leave? Was it because of drugs? I probably would have stayed with Mark for Christopher's sake if he didn't abuse drugs. But I didn't want Chris to see that shit. Besides, Mark was like a Jekyll & Hyde. It was terrible. I

9

003759
MILKE_NSB003819

never knew what kind of mood he would be in. It was like a nightmare. I don't have any regrets divorcing him. I do, however, have regrets marrying him. But we live and learn from our mistakes. Right? These girls are doing some rap dance now to a song about sex. It's cool. I like it. They're talking about women putting their legs around men's necks. Booties shaking, etc. Oh! I like it! I'm not a nympho Joe. I've just been in jail to long. Oh! Guess what! This bitch tried hitting on me the other day. I couldn't believe it. She kept watching me in the shower. Then she came in my room and told me I had a nice shape and I look real firm to her. I set her straight REAL QUICK! Gross! Stay away from me. I told her I like the big dick and nothing else. It was awful. But she still stares at me all the time. Thats why I hide in my room. Joe, when we are together, you can shove your cock all the way down my throat and I won't complain one bit! I know you won't mind. ☺

          Hey! I just thought of something. Fuck this pen, I'm writing in pencil. You know - you can get boxes of stamps at Frys. At the check out lines they sell them. So you don't have to mess with the Post office. And Frys is open 24 hours too.

10

003760
MILKE_NSB003820

6

Well isn't this great. It's around
11:00 pm and I just got a letter
from you. I could have called you
today if I got the letter earlier. Oh
I'm bummed. Anyways - your letter
was nice however, you didn't say
whether you liked the card or not.
You just said my pictures were nice.
My mom came to Az to visit me and
Chris last Sept. Yes - that picture was
taken here. I lived by Squaw Peak.
That mountain in the back ground is
Squaw Peak. You sound extremely
busy and I really appreciate you
finding the time to write me even though
you are tired and beat. I understand
how hot it is and how much the sun
can wear someone out. But thanks for
writing dear. That's pretty sad about
those guys. But you have to do what's
right. I've worked with people like
that. I can't stand lazy people.
It really irritates me to no end.
I'm truly happy things are working
out for you honey. That's great. Gary
sounds like a real decent guy. I
can't wait to meet him either. Earlier
tonight I was looking over some legal

11

003761
MILKE_NSB003821

material regarding due process of law.
I took some note and my atty is
going to hear it from me because I
got fucked Big Time and I shouldn't
be here! My 6th & 14th amendments to
the Constitution were violated. I am
upset so I just read the law &
come out on the 16th of Jan at my
hearing. My atty is supposed to meet me
early this week and he's going to hear
it because I'm pissed! I'll take my
shit to the Supreme Court if they don't
dismiss my case against me. This is totally
wrong. No wonder that fucking cop killed
because he knows he's used up. He violated
his parole rather than get caught and
fired. Bastard cop! My day is coming Son!
forever. I'm real tired. I'll write
more later. I got to try to go
and whatever think of goodbuy!
Take care sweetie & kids. I love you
and miss you always.

                              Always Yours—

                              Debra

12

August 15, 1990
Wednesday   AM

My dearest Joe -

Hi sweetheart! Today I am in a
much better mood. My atty came to see
me this morning and I have very good
news! Yes - there is a God! I am still
somewhat depressed but a lot of worry
is lifted off of my shoulders. This is complex
to explain but I will do my best to
make you understand. So please read
carefully so you understand. Ok? I go
to court tomorrow. My atty filed a motion
to suppress my police report which is the
so-called "confession". He is requesting an
evidentiary hearing/oral argument. I am
entitled to this hearing by law. Whenever
this hearing is set - I will give testimony
about the night I was arrested and what
this cop did. Dr. Garcia & Dr. Kassel, my
private detective, the Doctor who did my
psychological tests will all testify to. Plus the
cop will testify. Anyhow - listen to this. This
is part of the police report -

    Prior to advising the defendant (Ms Milke)
of her Miranda rights, she was advised that
her son, Christopher had been found in the
desert and that he had been found shot to

1.

003859
MILKE_NSB003919

death. Debra immediately began to yell "what, what". She then started to scream and make noises as if she was crying, but no tears were visible. I then explained to her that I would not tolerate her crying and that she was also under arrest for her sons death. Again she became very excited and asked why I was doing this and I told her that she had been implicated in the murder by Jim and Roger. I then told her to be quiet while I removed a Miranda rights card from my identification badge case and read her her Miranda rights. I asked Debra if she understood her rights and she

2.

3. moved her head in an up and down motion indicating yes but I again asked her if she understood her rights which she responded yes. Again, Debra appeared to cry and was yelling but again I saw no tears. I again told her that I

4. would not tolerate that type of activity from her and that I was going to question her about her involvement in this murder. I explained to her that it was very important for her to tell me the truth and that the only reason I was there was to get

2

The rest of 4 on next page.

003860
MILKE_NSB003920

4.  the truth and that I would not tolerate
    any lies. Debra at this point kept
    moving her head in an up and down
    motion as if she was agreeing with me.

    Ok. Now refer to the little note paper
    by the numbers. And I shall explain.

    In Ken's motion he states this –
        The defendant will offer testimony at
    the hearing upon this motion to establish
1.  after having been advised of her son's death
    in the manner in which such information
    was related and coupled with the statements
    of intolerance by the detective and the
    close proximity in time of the relation of
    such information with the giving of the
    Miranda rights Ms. Milke could not and
    did not understand her Constitutional rights.
    Such evidence and testimony will further
    establish that while suffering from shock,
    emotional upset and grief of the news of
    her son's homicide without a reasonable
    period of time to collect herself, the giving
    of the Miranda rights by the detective
    was rendered meaningless and nullified due
    to the then existing state of mind of Debra.
    It will also be established that the repeated

003861

MILKE_NSB003921

expressions of intolerance (#2 & #4 on back of pg.) by the detective compounded the situation that such served to overbear Debra into speaking with the detective.

2. Debra did relate to the detective her desire to consult with counsel but that such request was not honored.

3. The detective failed to engage in proper police investigative procedures and, indeed, unilaterally elected to disobey specific directives with respect to the interview of Debra — all in furtherance of the detective's intent and purpose of overbearing upon the will of Ms. Milke.

    #5 on note paper

    The evidence and testimony will establish that such statements obtained by the detective were obtained in violation of the 4th, 5th, 6th & 14th Amendments to the United States Constitution. Such statements of the defendant may not be admitted against her and must be suppressed.

    This is the end of my atty's motion. Sounds great huh? Also attached to the motion is part of an interview my atty had with

4/

003862
MILKE_NSB003922

5

P.S. the way, Ken is my atty.

the detective. You wouldn't believe how this man contradicts himself! My atty had the interview recorded and is sending the tape to Dr. Garcia to review. Anyway- listen to this interview—

Ken —  Did you have on your person any kind of recording device at that time?

Cop —  No.

Ken —  Any available to you?

Cop —  Sure

Ken  And this interview was not recorded?

Cop —  It was not recorded.

Ken  Can you tell me why?

Cop —  Several reasons. First reason, she didn't want it recorded. Debra did not want it recorded, because when I went there, I was instructed by a supervisor to record the interview, so I immediately asked her. She said, no, she did not want it recorded. So we didn't record it.

003863
MILKE_NSB003923

Ken- what supervisor had requested that you record it?

cop- Sgt. O. And I'm sure it was asked of him by someone else higher than him.

Ken- Had this Sgt. sent you to Florence for the specific purpose of arresting her?

cop- To interview her.

Ken- Just to interview her?

cop- And arrest her.

Ken- She had not been made aware, before your arrival, that the boy had been found, had she?

cop- NO.

Ken- okay. And did you immediately advise her that the boy had been found?

cop- My - of course, after I got in there I introduced myself, told her what I was working on, and then I told her that he had been found.

6

4

Ken—    Fine. Before you told her that he had
been found, how was she acting? How
would you describe her demeanor or character?

Cop—    Normal. She was sitting there quietly. As
I walked towards the door I heard some
chuckling. I don't know what it was about.
I walked in, introduced myself. And
~~Ken~~ Debra seemed to be very nice and cordial
at first.

Ken—    Then what happened?

Cop—    Remained there — and remained that way.

Ken—    okay. Did she seem interested, like
perhaps you had some news to give her or
something, like anxious to hear what you
would have to say?

Cop—    I don't know if she appeared that way,
but she just sat there and said hi.
And I entered and I introduced myself.
And I'm sure that she was warned
that I was en route and that I wanted
to talk to her, so I'm sure that she knew
that I wanted to talk to her.

003865
MILKE_NSB003925

Ken- Right. But it was clear from the moment that you entered in there that she had no idea that the boy had been found?

Cop- I don't know if I can make that statement because I don't know what was in her mind.

Ken- Okay. How did she react when you told her that the boy had been found? When you told her the boy had been found, did you couple your statement together with "found dead" or did you just tell her that the boy had been found?

Cop- I think I told her that her son had been found and that he was dead. But if you don't mind, if I could — That he had been found shot to death.

Ken Okay. So she was just immediately given the gorey details all in one spoonful, as it were?

Cop- What? What was that? Immediately given the gorey details that her son had been found shot to death? No I did not give her gorey details. I told her the facts.

8

003866
MILKE_NSB003926

5

Ken- The reason I was asking is because if you had told her that her son had been found, I want — and that alone — I wanted you to tell me what her reaction was.

Cop- No.

Ken- You told her, "found shot to death", and then you describe that she immediately began to yell out, what? what?

Cop- That's correct.

Ken- Describe her demeanor in saying those words "what? what?"

Cop- excited. She sounded somewhat excited. She — she remained seated. I was seated next to her. And she yelled, "what? what?" And sounded excited. And that was about it.

Ken- Did she have a look of surprise on her face?

Cop- No. I don't think she ever had a look of surprise. Excitement, anxious, later on somewhat embarrassed, but never surprised.

003867
MILKE_NSB003927

Ken- Did she appear angry at any time?

Cop- Not towards me. She seemed concerned at times about herself and one time about Jim. And after we got beyond the first portion of the interview she was calm. She was kind of relieved. Very quiet, calm, told me everything in a quiet voice, very calm voice. But surprised; I wouldn't use surprised.

Ken- Okay. Your report says that she yelled out the words "what? what?" She then started to scream and make noises as if she was crying, but no tears were visible. What was she screaming?

Cop- Noises. You know, she was saying "what? What?" And, you know, I was — I don't know what. I couldn't make them out. I don't know what they were.

Ken- How could you describe it for me as best you can.

Cop- Just noises, just, you know, I don't know if they were just syllables of words that she was using. I— I don't know.

10

003868
MILKE_NSB003928

6

Ken-    Did she ever say " oh my God ?"

Cop-    NO. NO. They were just noises.

Ken-    Was she acting hysterical?

Cop-    No.

Ken-    You indicate that you were not going to tolerate her crying?

Cop-    That's correct.

Ken-    All right. Her making these noises, and screaming you told her you were not going to tolerate that; is that what you were saying?

Cop-    That's correct.

Ken-    All right. A person who has just been told that her son has been found shot to death, you don't characterize whatever she was - her reaction as being consistent with anything you have seen before?

003869
MILKE_NSB003929

Cop-     A person that had conspired to
have her son killed, and now has
been found out, and now is being
interviewed, and now is making noises
and saying "what? what?" And trying
to cry and no tears are coming out, there
is no emotion from her.
There is only an action, or reactions,
for me to believe that she's trying
somehow to pull some emotion from
herself and ~~out out~~ exhibit that
emotion so I may feel for her. No,
I could not tolerate that, and thats
what happened.

Ken-     Okay. Then you advised her that she
was under arrest?

Cop-     Correct.

Ken-     And you relate she became very
excited. Again, was she going through
the same routine again, then as you
described?

Cop-     She was then excited because of what
I just told her about her being under arrest.
She was excited by the facts of what I told
her that she was under arrest and then

003870
MILKE_NSB003930

We were concerned - as she became concerned and excited about, not the fact that her son had been found shot, but, in fact, what I had said about her being under arrest. She was excited. And probably, that wasn't the best word to use.

She was - wanted to know what I meant by being under arrest. I told her she was under arrest, and thats basically it. She just showed a little bit - she went from trying to - to fake some emotion, to all of a sudden excitement to "What do you - what do you mean? What - what are you saying? What? What?" Those are the emotions she showed.

Ken- You went on to tell her that she had been implicated in the murder by Jim and Roger?

Cop- Yeah.

Ken- Clearly Roger had made a statement?

Cop- Right.

Ken- But ~~Jim~~ had Jim made any statements to implicate her in this?

003871
MILKE_NSB003931

Cop-     NO

Ken-     In this at all?

Cop-     NO.

Ken-     Did you say Jim _and_ Roger for a
reason?

Cop-     No. I read later on and I checked
it with my notes, and thats exactly
what I said. The only thing I
can say is that at that point my mind
was set, you know, I had already —
well, not — I shouldn't say set, but
I knew that Jim and Roger were
involved and may have said that
because those were the other two people
that were involved.

Ken-     It was clear that Jim and Roger,
obviously, were involved. I mean Roger's
the one that took everybody out there
to where the body was found, isn't
that right?

Cop-     Yes.

14

003872
MILKE_NSB003932

8

Ken- And what was it about Jim that led you to believe that he definitely was involved, other than Roger's statement?

Cop- No, right off the bat, I don't.

Ken- Then you advised Debra of her Miranda rights. Was she still acting excited?

Cop- I had - I had told her by that time to calm down.

Ken- How much time did you give her to calm down before you read her her rights?

Cop- Couple of seconds.

Ken- Did she immediately calm down?

Cop- Sure did.

Ken- She didn't whimper, moan, sniffle?

Cop- She - in fact, it was the opposite. It was almost like shutting a faucet. And it wasn't - and I don't mean that by her - as if she was crying and Tearing or anything like that, but her emotions were - were - were - were

003873
MILKE_NSB003933

just, I mean they came out. I shut the faucet off, the emotions ended. I read her her rights, and then we went on from there.

Ken- As you told her to calm down and you weren't going to tolerate this and so forth, was she looking straight into your face, or was she looking away from you?

Cop- Directly.

Ken- Did her facial expressions change as she was looking at you when you told her she was under arrest for the death of her son?

Cop- Like I said, she, before that, had been going through these other emotions, or feigning these other emotions, and then I told her that, and then she became excited and more attentive to what I was saying about being under arrest. And then her facial expressions were, if anything, were of I got her attention. And before it was the — before, she was more concerned about her actions and how she was going

16

003874
MILKE_NSB003934

9

to portray or follow-up these actions. And as soon as I told her about being under arrest, she immediately became very aware of what -- of what we were talking about, very excited, was very attentive to what I said at that point as to what I told you.

Ken -    Were you aware at the time of this interview how long she had been awake or up?

Cop -    NO.

Ken -    You were aware that, at least up to some point in time, she had been at her apartment, in and out of the presence of various investigating officers. Were you aware of that?

Cop -    I was aware that - I was aware that this investigation had taken a long period of time.

OVER →

003875
MILKE_NSB003935

ok - now that was only a part of the
interview my atty did with the cop.
Isn't it a trip? I mean, this man
thinks he's a doctor and can determine
exactly how I was feeling! He lied so
much in this interview and you can
tell where he stuttered. With every
answer this cop gave I can tell
otherwise. As I am writing this now
it is Thursday night and I went to
court today. Wait until you hear
the good news! I'm SO excited! It
went great today. But first, let me
take a break from all of this and
say I love you so much Joe Marino.
I love you so much Joe Marino! There
is a God! Now read carefully. We talked
about postponing my trial again because
Jim & Roger are going to trial Sept 5
and there will be a lot of media coverage
on it. The state wants me to go to trial
right after those guys because since they
know they don't have any evidence on
me - they feel I would get convicted easier
by the press coverage. See - if I did go to
trial after Jim & Roger, my chances
of getting a fair trial are slim to none.

18

003876
MILKE_NSB003936

10

So I told Ken I was willing to sit in jail a more months to make sure I would get a fair trial. That way the media hiatus would die down. So the judge agreed. However — my judge said in a pissed off tone of voice — "I read your motion to suppress and have an oral argument relating to the police report and I feel that there is no doubt this argument will be heard." She looked at the prosecutor and told him don't bother responding to the motion because there will be a hearing. Oh! Joe! She was furious! not at us but at the state. My hearing is set for Sept. 10 at 1:30 and I get my chance to get up on the witness stand and testify! Ken really feels she will throw out my police report "confession" which is the only thing the state has against me! Once she finds out that that is the only thing they have against me — my charges may be dismissed. After this hearing is over — the ball is in their court and they may have no choice but to dismiss my charges. However, they can still take me to trial but on what? Hearsay evidence? Oh! The state will look like assholes. My only prayer to God was to be free and avoid a trial. I didn't want

003877
MILKE_NSB003937

to go to trial because of the details. I
don't want to hear gorey details. So - Joe
our prayers are being answered. Now - if
this police report gets thrown out and I
still have to go to trial - I will have
it postponed by about 3-6 months. I
know it sounds long but honey its worth
it. I have to get a fair trial. I
refuse to get convicted by the media and
go to prison for something I didn't do.
Do you understand? I hope you
understood what I wrote. I also told
Ken that I'm seriously considering having
the media at my hearing just so they
really know what this cop did to me.
And really show the public how I
was unjustly accused. So honey - Sept 10.
Lets pray hard and hope I get a
dismissal! I called Gary today after
court and told him the news. He was
real happy for me. By the way - he
never got around to sending the money
so he said he would in a couple of
days. He has been real busy. Its ok
I am real tired but I wanted you
to get this letter by Saturday so you
know the news. Things look real great

20

11

and my atty is happier than shit! I don't know what I'm going to do if I get out before you. I guess I could stay with Rick until you get out or ask Gary to front you the money so I can get us a place. Lets at least have a plan in case I get out. Let me know ok? Honey - I got a couple of letters from you but too tired to answer so I will this weekend. ok? I love you very much dear. I always think of you too. Be sweet and smile babe! Our day is coming soon!

God Bless You!
Always Yours -

Debbie

003879
MILKE_NSB003939

9-11-90.
Tuesday AM

Dear Joe-

Hi again sweetie! Well it's 6:00 AM
and I'm sitting here at the Main Jail
waiting to go to court. My jury selection
starts at 10:30 am today and I'm real
nervous. I am so tired and my eyes burn.
But since I have a few hours, I
thought I would write a few lines. My
case is so confusing so rather than go
into it - I'll just tell you that the
prosecution is trying their hardest to
try and get me convicted on "assumptions"
rather than actual facts. My atty tore
that cop up but still my judge wants
the jury to decide. It sucks and I
feel like I don't have a chance in
hell. But anyone in their right mind
would know that you can't convict
someone on assumptions. They need
hard core facts, which they don't
have. What it boils down to - is my word
against the cops. All I can do at this
point is go with the flow and leave
it up to God. Mark showed up yesterday
and kept staring at me. They said in
court too that it I get convicted they

004013
MILKE_NSB004073

want the death penalty. Can you imagine?
I actually felt like I already was
convicted. The prosecutor is not a very good
atty either and he tried painting this
picture of me like I am some evil
wicked woman. Ken keeps saying - its ok
thats his job. Oh! I pray a jury sees
through that! So honey - lets keep
praying because it should be about
4 weeks. I got a letter from you last
night when I got back. It was very
nice. Please try and understand if I
don't write all the time because these
next few weeks my mind is strictly on
my case. I need to totally concentrate. My
whole life is at stake. I feel so dizzy
now because I haven't eaten since Sunday
night when we had pizza. I hate to
eat these sack lunches. So last night -
Bunch offered me chips & salsa & coffee.
I just drank the coffee. I am so tired
I can't stand it. Can't wait until Friday.
I'm going to sleep all day. This is how
much Jim fantasizes about me. I got a
letter from him yesterday telling me
how he's working on getting an apt
for "us". He said - you'll win your

2)

004014
MILKE_NSB004074

2

trial and then you can go ahead and
move in and I'll join you shortly.
He says - it will be just like we're
married. He also says I need you so
desperately Deb. I started crying when
I read the letter because this man
is totally obsessed with me and it
spooks me. I'm just sick of this whole
thing. I need to get out of here and
hide for about a month. At least I
can wear street clothes. My atty brought
some really nice clothes. My clothes came
in a huge Broadway Southwest box. I
was being escorted to court and we passed
by about 50 guys. I felt so embarrassed
because they we all screaming MERCY!
The guards kept yelling at these guys to
shut up. I don't get handcuffed or anything -
its great. There really isn't much to say.
Now its the waiting game. God - I'm
scared to death. My prosecutor is a dirty
dog. I hope he loses. I feel so powerless
because what I'm up against. The state,
cops, the system. Its all so frightening.
Damn, I just hope I get an impartial
jury. They have to believe me.
        Anyhow - my roomie is being
transferred to GP. She's all bummed out about

004015
MILKE_NSB004075

it. Hopefully I'll be alone now. Bill Regis
is still there. I guess he's looking at 12
years but I'm not sure. He did some
time up at Madison and knows Jim & Roger.
Bill and I were talking about it the other
day. He's such a sweet guy. But then again -
I think everyone is sweet. I'm such a
sucker. So - have you talked to your mom lately?
I told you about that beautiful card right?
It is so nice. Be - I feel like there isn't
anything to write about. I feel like I have
4 weeks to live and then its over. I feel
like after this is over, I am over. I don't
know why. I don't even feel like thinking
about the future because I may not have
one. Do you know what I mean? ~~Prop~~ Probably
not. My fate will be decided in about 4 weeks
and its frightening as hell. You can tell I'm
just terrified huh? All I have to tell
myself - is that the jury are people just
like you and me with normal human feelings.
But when you have 12 people deciding your
life - its scary. I almost wish they would
put a gun to my head and just get it
over with. I am more scared than depressed.
I met this girl here at Main Jail who
told me she beat a 1st deg. charge. The jury

6

004016
MILKE_NSB004076

3

found her not guilty. I guess what scares me the most is the VERDICT! Sounds like an execution. I wish I was dreaming all of this. Well - when its over and I win - it will feel like 1000 pounds lifted off of my shoulders. And I see people here who don't care one way or the other for going to prison. Its sad to me. To me - prison sounds like a dungeon. I'll try my hardest to hang in there. As long as I have my atty there to re-assure me every day that things look good, I'll be alright. I love you so much toe. I am so happy we met and became such close friends. Besides Rick - all I have is you and thats enough for me. I miss you a lot and lets hope and pray we get the chance to be together forever.

Always Yours -

Debra

004017
MILKE_NSB004077

004018
MILKE_NSB004078

9-11-90

Adding on —

It's 6:00 pm now and I'm waiting to be transferred back to Durango. We selected a jury today and it took all day! But I am real pleased with my jury. Out of 66 possibles — we managed to come up with 16. My judge was very very fair and asked the jurors extremely important questions. She instructed my jurors not to watch the news — they aren't allowed to read the paper or discuss my case at all. She told the jurors to try and imagine themselves in my shoes. How would they feel? So it turned out really good. The majority of my jury are older people — around 45 - 70 yrs old. A few young people too. The prosecutor was even real fair which surprised me. My handwriting is bad because I am so tired. I asked Ken AGAIN — he said There is no way the state can prove beyond a reasonable doubt that I committed any crime. I also found out the reason my judge didn't suppress my police report is because she realized that that was the only evidence against me and rather than have her decide — she wants a

004019
MILKE_NSB004079

jury to decide. Remember when I wrote you and told you my ex-boyfriend Ernie supposedly said things bad about me? Well- Ken went an interviewed him and Ernie did not say bad things about me. That fucking cop lied in his report. Ernie is going to testify and say he did not say these things. That helps a great deal. Anyhow- we start opening arguments tomorrow and they predict my trial lasting until Oct 15, no later. There are going to be a few days off so I won't go everyday. I don't go Sept 26, 27, 28 and Oct 5 & 8. After looking at this jury I believe I can convince them I'm innocent. Lets hope and pray baby! Mark wants to see me cry. He was there again and I think he'll be there everyday. Most likely. I was in court today for 8 hours. I'm beat so I'll close - I'll write again tomorrow. I love you. I feel a NOT GUILTY coming! Oh God - I hope so!

Always Yours-

Debbie "Marino"

Soon

D. Milke 167170
3225 W. Durango D2.
Phoenix, Az 85009

Joe Marino 235848
3127 W. Durango
Phoenix, Az 85009

5B-13





004021
MILKE_NSB004081

1st day of trial

9-12-90
Wednesday

Dear Joe -

Good morning sweetheart! It's the very first day of my trial and I'm a nervous wreck. Right now I'm at Main Jail and its 5:00 AM. I am so tired my eyes burn. I suppose you saw me on the news already. The transportation DO came and picked me up especially early so I would not be around any other people, because I was in the news. He is very nice to me and very considerate. He said because I'm going through this hard trial - he didn't want me around other people - where they might harrass me. That was real nice. So opening arguments are today and my dad is going to be the first one to testify against me. Yes - my very own parents. After my court is over with today - I'll write more and tell you how it went. Ok? I talked to Kirk again last night and he and Ken really don't see any problems. They really think I'll be found not guilty. I sure hope so. All the DO's at Durango Psych are so good to me. I need all the support I can get. Anyway - I got the most

004022
MILKE_NSB004082

sweetest letter from you last night. It
sure was nice honey. It made me cry
because you are all I have – other than
my atty. I just hope and pray our
hopes and dreams come true and we
can spend a future together. I really
need to get this behind me and get on
with my life. You know – I'm really
surprised at myself. I thought I would
be uncontrollably nervous in court but
actually I'm not. I can look at my
jury with eye contact. When I'm sitting
at the defense table – I just say to
myself – I'm innocent and they just
have to prove I'm guilty. And as far
as Ken is concerned – they can't. Everything
is based on "assumption" and "circumstances".
That doesn't carry enough weight for a
conviction.

        Hi! It's now 5:30 pm and I'm
in the holding cell waiting to go back
to Durango. Today was opening arguments.
Oh! be – my prosecutor did a shitty
opening argument. He has no facts to
back up what he said. This is how desperate
they are: The first witness called was the
fucking cop. They attacked my police report.
The so-called "confession". They also
showed pictures of Chris to the jury. I didn't

004023
MILKE_NSB004083

see them. Thank God. Anyhow - my atty
gave a BEAUTIFUL opening statement. Check
this out - when the prosecutor gave
his - the jury didn't stare at me like
I was crazy. But when Ken did his
some of the jurors looked at me sympathetically
There is one young guy who keeps staring
at me and it looks like he wants to
cry. So far I feel positive like Ken can
prove I'm innocent and with what I
heard from the prosecutor - he has nothing
SOLID to prove me guilty. The TV cameras
were in there but I made sure not
to look. I asked Ken why they attacked
my police report first and he said its
because thats their only "evidence". It's
their #1 weakness. So I felt good about
today. I wish they would hurry up
and come and get me because I'm so
tired and hungry. I cried like a baby
in court too but thats ok. The jury saw
it. I hope you don't mind me talking on
& on about my trial but its all I'm
doing these days. I just feel freedom.
Soon honey - so soon! I love you.
And I'm doing alright emotionally. I'm doing
much much better than I anticipated. It
must be all those wonderful prayers. God is
watching me and he's with me too. God knows

004024
MILKE_NSB004084

I need the strength. This will soon be over and then I can get on with my life. Well - they're here to get me. I'll write tomorrow. Please don't listen to what they say on the news - because its probably bullshit anyway. I love you and miss you. I can't WAIT to be in your arms. Take care and behave - you only have 3 weeks left.

Always Yours -

Debra Marino

D.Milke 169170
3225 W. Durango D2
Phoenix, Az 85009




Joe Marino 235848
3127 W. Durango 5B-13
Phoenix, Az
85009

004026
MILKE_NSB004086

*20 days left for you! Hooray!*

9-14-90
Friday PM

Dear Joe—

Hi! How's it going? I'm almost positive by now you have heard about my case on the news. Today is finally Friday and I am so tired! I'm waiting now to be transported back to Durango. This whole weekend I am going to sleep. Have you changed your opinion or feelings for me? Lord knows the news media is out to get me. Of course, on the news they only show what the prosecution asks of witnesses. It's really very pathetic. My atty is kick ass Joe. Out of all the witnesses so far - their testimony favors me. On the news it may not seem like it but you have to remember - my atty cross examines. Anyhow - my family tried to really put me down and smear me but in actuality it turned the other way. Towards me. So far it looks real good. The jury heard testimony today relating that cop. My ex-boyfriend Ernie got up on the stand and told the jury his statements to the cop were false. Oh! I could go on and on but the main thing is is that the jury is finally starting to see discrepancies. I can't wait to put my 2¢ in. Just wait until the state rests and the defense gets to go. My atty is totally awesome. I thank God I have him. During court after seeing my family and listening to what they have to say - my relationship with them is over forever. I don't ever want anything to do with them. They are so unreal and disgusting

Its sad when your own family won't stand behind you. Guilty or not. My atty feels sorry for me. My own flesh & blood! Well - as far as I'm concerned - I don't need them. They were never there before when I had a crisis. Joe - I hope you still feel the same way about me.

Please don't listen to the trash on the news. I've already been tried and convicted by the press and its totally unfair. My day is yet to come. ok? Guess what? A person from the Oprah Winfrey show called my atty and asked for me to be on her show if I'm found not guilty. They are willing to pay me $150,000 if I agree. Of course - my atty will go too. Ken said I should really consider it. Because he says I'm ruined in this state. When I leave jail - I'm homeless, penniless, etc. So he feels that that money would get me established. I agree but I still haven't decided yet. My atty doesn't know about you. I didn't want to go into that with him. Understand? So - what do you think? We may really have to consider leaving AZ and living elsewhere. But thats in the near future. Just lets get through this stage first. I really feel like I'm going to win. In fact - some jurors looked at me and smiled. My biggest fear at this point would be for the state to offer Jim or Roger some sort of deal in exchange for testifying against me. The state is so desperate - I wouldn't put it past them. Emotionally - I'm handling it better than I thought. The news said that I sit

004028
MILKE_NSB004088

there emotionless. They can't see me cry. I cried yesterday and some today. The press are ruthless people. Oh well- my day is coming. So- hows it going for you? Your time is coming soon. I can't wait to hear your voice on the phone. I sure do miss you. At least this week went by fast. Boy am I ever tired. I'm going to sleep all weekend. I get up every morning at 3:00 AM and don't get back to Durango until around 7:00 pm. Thats a long fucking day! The jury has to find me guilty of conspiracy. I have 4 charges. But in order to be found guilty on the other 3 they have to prove the conspiracy part first. Its all a bunch of shit. I'm so tired of this mess and it will be over soon. I'm going to close for now because I'm getting ready to go back to Durango. I'll be thinking of you all weekend and look forward to your letters. Take Care and God Bless You. I love you bunches.

Always —

Debbie

004029
MILKE_NSB004089

D. Milke 16411
#2325 W. Durango D2
Phoenix, Az 85009

Joe Marino #F 235918
3131 W. Durango SB-13
Phoenix, Az
85009

She write for

6 Aey send $50.
here here

I had

PHOENIX, AZ 850
9 AUG
PM
1990

25
USA

004030
MILKE_NSB004090

18 more days!
9-16-90
Sunday

Dear Joe-

Hi there! I got a shitload of letters from you this weekend. What a trip this is - the way they are blasting me in the news. But I'm hanging in there. Unfortunately the media is only showing what the prosecution is doing. Of course they don't show how Ken cross-examines. Believe it or not - my case is actually looking great this early. Ken is a damn good atty. I'm real impressed. So far all of the witnesses that have been called - their testimony leans a lot towards me. A few have been discredited. Just wait until the defense starts. I wish the state would hurry up and rest. Ken said - out of 70 some trials he's done this is the first trial he's done where it looks this good so early. He's fighting hard Joe. Most of his objections are getting sustained - which is great. The prosecutor doesn't care about the truth - he just wants to convict somebody. He's a ruthless bastard. Please don't pay attention to the news media. I'll write daily and tell you about the day in court. Also- I

004031
MILKE_NSB004091

know you only meant well — but Ken doesn't
want me to see any articles or watch
the news. So — please don't send me anymore
articles. My atty is saving them all
and I'll read them afterward. Ok? So
if you get them — save them for yourself.
I'm handling it better than I thought.
Ken and Kirk both say I'm tough like
an ox. They said on the news I was
emotionless. The camera is only behind
me — they can't see me crying. But the
jury can see. I really feel positive about
winning. Things are going my way. But I
am still scared. So I won't get too over-
confident. I talked to your mom on
Saturday. She sounds good. I told her
what was going on. We didn't talk very
long. I also planned on sleeping the
whole weekend but I'm too nervous and
anxious. I lay in bed constantly thinking
about my case and everyone's testimony.
Tomorrow starts another week. I'm so
sick of eating Ladmo bags. My friend Rick
put $20 on my books so I could get candy
to get me through the week of court. Its
also hard to eat going through all of this.
But honey — I'm really doing fine. So
you saw me dressed up? Not too bad huh?

004032
MILKE_NSB004092

Yes- my hair is darker. Its light brown.
When I'm in the sun it gets more blonde.
But since I don't get out - its gotten darker.
If I win - I'm getting it done. Perm —
everything! I developed a damn yeast
infection going through this. I definitely
need to see a doctor once I'm out to
take care of it so I don't spread anything
to you. SMILE ☺ It must be fucking
nerves. By the time you get out — I should
only have about a week left to go. The
verdict is what scares me. But if they
find me guilty - I get an automatic
appeal. Hopefully it won't go that far.
Honey- this will be over soon. What a
headache this is! Ken really wants me
to go to Chicago to do Oprah's show.
He will go with me too. I definitely
won't go alone. At least its something to
think about. Ken overheard Mark telling
reporters he plans on writing a book about
this. What a dick head he is! He has no
feelings at all for Christopher's death. He's only
looking to make a buck to support his drug
habit. Its disgusting to me. Oh well — I can't
wait to get on with my new life. With
you. I've grown so much from this. Things
are going smoothly though. I can't wait to

004033
MILKE_NSB004093

get on the stand and say my say! My
day is coming soon. You'll probably be out
by then. I miss you so much. Please
don't think anything different about me.
I just got screwed by a sadistic cop. The
jury will see soon. Ernie's testimony helped
out with that. Slowly but surely it
will come out. Just hang in there
babe. We'll make it. Keep praying. I sure
need you. Your letters are so comforting
to me.

By the way - the DO's don't read
my mail - they only look in the envelope
for contraband. So don't worry. When you
get out - don't forget to get a nice apt.
Something furnished. 43rd Ave & Cactus there's
nice apts. North of Peoria on 43rd Ave there's
nice ones too. You'll do fine I know. If
I do Oprah's show - we'll have money to
get started and pay cash for 2 cars.
But then again - we'll worry about that
later. It's no big deal to me now. I
only want to get through my trial.
Write me back soon. And remember - don't
listen to the media SHIT!

Love Always-

Debbie

004034
MILKE_NSB004094

D. Milke 164110
3225 W. Durango D2
Phoenix, Az 85009

Joe Marino #235848
3127 W. Durango 5B-13
Phoenix, Az 85009

PHOENIX, AZ 850
PM
17 SEP
1990
5



004035
MILKE_NSB004095

17 more days!

9-17-90

Monday

Dear Sal -

Hi again! It's Monday morning and today starts another day or week rather of more publicity. It's early right now and I just did some work for my atty. He wanted me to write down a bunch of dates. It's hard to remember dates but I did the best I could. Now you can see how my family is. They all testified against me and they left out all the bullshit about them but no sweat - it will come out when the defense starts. Then the jury will see how my family is. From both sides. It's a sad shame. Anyhow - this prosecutor is so desperate - he even used my family and Mark's family. Lets all gang up on Debra. Mother fuckers! I couldn't sleep all weekend like I planned to. It must be nerves. I keep having dreams about winning and driving to Boston. I also had a dream about me being up on the stand and how the prosecutor dogged me out. But it went ok. I figure next week - we will start defending me. I just pray my jury sees through that cop and my family. That cop is a liar. I

004036
MILKE_NSB004096

talked to Rick this past weekend and he told me he has been watching the news. Now Rick hasn't come to my trial yet. Ok? But he said that when they showed the cop on the news - he looked shifty and couldn't speak clearly. It appeared to Rick that the guy was lying. And he's an outsider. So if he saw that - then maybe the jury saw it too. I hope so. The cop is a very vindictive man. Two attys my atty knows said that Saldate (cop) must be stopped because they had similar experiences with him lying on police reports. Hopefully they will come and testify to that.

I didn't do much this weekend. I called your mom, tried to rest. Didn't eat very much. Its just nerves. I talked to Kirk (my PI). He sits next to me at the defense table. We take notes of every witness. I wonder how the press will react once they start to hear my side. This should be interesting. As each day goes by - it gets closer to either guilty or not guilty. I get scared actually. The verdict is the only fear I have. I can handle getting up on the stand I think. Well - its time for me to go. I'll finish this after court today. Wish me luck. Pray for me! I love you Joe Marino.

004037
MILKE_NSB004097

should be over before Oct 15. That's great!
Big Bear here we come! I want to
hibernate in the woods so bad! But one
day at a time. So far as of today –
each day of my trial has gone great.
The hardest and most painful day will
be the day I testify. But don't fret
because I will get to say everything
I've been dying to say for the last
10 months. We'll make it – no doubt. I
trust in my atty and he's damn good!
He's never lost a case yet this year and
I can see why. I'll never forget him
as long as I live. Well I'm going to
go for now. I miss you very much.
Keep praying because its working.

Love Always

Debbie

P.S. Send that
     book of stamps. Ok?
         Thanks!

004038
MILKE_NSB004098

2

Well- its now 5:30 and court is over. It was a painful day today because they showed pictures and described things in detail. I cried and cried. Ken said the worst is over. In fact - the prosecutor announced today that he plans on resting Wednesday. All of his witnesses testimony has gone towards my favor. Ken said when the state has a weak case they usually quit early. It looks so damn good at this point Joe. And just wait until we start! My sister got up there today and lied through her teeth! She perjured herself today and we can prove it. The state has NO way of proving my case! God! My atty is awesome! I'm damn lucky I have him. It looks so good at this point I will be the very last witness up on the stand. That way the jury gets a fresh impression of me when they go to deliberate. So much stuff is getting sustained that my atty objects. My judge is really being fair and I'm real happy. That was my biggest fear - not getting a fair trial. But I really feel I am. Ken said now that the state plans on resting early - my trial

004039
MILKE_NSB004099

D. Milke 169170
3225 W. Durango D2
Phoenix, Az
        85009

5B13

Joe Marino #235848
3127 W. Durango   5B-13
Phoenix, Arizona
        85009

004040
MILKE_NSB004100