EXHIBIT 10 – Part 4 of 4

16 more days!

9-18-90

Tuesday

Dear Joe-

Good morning. It's another day of court. Its 6:00 am and I thought I would write a few lines. So many things are running through my mind. I couldn't sleep again last night because I couldn't stop crying. The very thing that I didn't want to know about Chris - I know now and I can't get the vision out of my head. Its awful! The fucking prosecutor had some cop describe exactly how Chris was when they found him and it made me nauseous listening. Its so horrible Joe that I felt like dying myself. Today I expect more cops to testify. I guess the state decided not to use Mark and his family because he figured after my atty gets done cross-examing - their testimony will go in my favor - as all the other witnesses. Things are rolling right along. We are having a break - I don't go to court Sept 26, 27, 28 and Oct 5, 8. I just hope and pray the jury doesn't forget anything. One of our jurors got kicked off because she got

004041
MILKE_NSB004101

caught shoplifting at Smittys. Can you imagine? Sitting as a juror on a murder trial - and go stealing? She was the one that is 19-20 yrs old. Oh well - now we have 3 alternates. Hopefully the state will rest tomorrow so we can get started. I am still extremely angry about my sister. That fucking cunt lied through her teeth. It was obvious she was lying. It actually hurts me that my own family could do this to me. Well - my turn is coming. I'll have my turn! If I'm found not guilty - they better not come to me and try and hug me because I'll tell them all to get the fuck away from me. I really really feel positive about winning. The cop that arrested me did not have one shred of evidence to even arrest me and he still has not one shred of evidence to prove I confessed. This man was so gung ho on a story - that he made up his own version as he saw it. One point my atty is going to bring up is - if I did in fact confess - he should have arrested me after the confession was made. But instead - he walks in the room without knowing anything about me and arrests me. He already admitted to the jury that his

2

mind was made up prior to seeing me. I
sure do hope you understand. Please don't
get discouraged by the news because they
only play the shit - smut. Anyhow - I
feel positive and I'm not as worried like
I thought I would be. However - I'm still
scared because the worst may happen. But
anyone with half a brain could figure out
the lies and bullshit.

On to something else - I have
a "TO DO" list so long I don't know where
to begin. I guess I shouldn't worry but
I have to take care of so much shit.
I hope you can get a vehicle soon. If
I do the Oprah show - I'll do it right
away so I have money to get started. Then
we won't have to worry about vehicles. You
can get your truck and I'll get my car.
The most important document I want is
my birth certificate. I sure hope Mark
didn't get his grubby hands on it. I need
to change my name quickly so I can get
a new drivers license. I'm trying to figure
out what state to go to - to get a license
and change my name. Or if I'm real
desperate - I could go back to my maiden
name temporarily. I need to ask my atty
all these questions. My atty is figuring the
week of Oct 8 for my trial to be over. Thats

004043
MILKE_NSB004103

only a few days after you get out. I can't wait to see you. What an adjustment its going to be. 10 months of my life was robbed. I definitely know for sure I'm not ready for the working world yet. Are you going to work for Larry? Maybe he will be better. At least you will make more money quicker with him. Are you going to stay at his house until you find an apt? I just want to talk to you on the phone. I could explain more things easier.

Well — I just got done with court. Today was the most boring day because they showed all of the physical evidence. None of it related to me. They showed all kinds of stuff. Things I had never seen before. The day ended on a positive note as my atty put it. It's hard to write down everything but trust me when I say it looks good. My atty would tell me otherwise if it looked bad. So far as of today — there is NO damning evidence against me. Don't worry about that police report because it can't be proven. Besides, we found out more dirt on that cop. Joe — trust me — it looks good. Thank you so much for sending

004044
MILKE_NSB004104

the notepad, stamps and big envelope. I sure could use it and yes I do take lots and lots of notes. I'm finally back at Durango and I'm so tired. I need to go take a shower and get some sleep. I'll write more tomorrow. I love you and miss you. Thanks for sending the paper etc. Each day is getting closer. Until next time.

Always

Debra

004045
MILKE_NSB004105

15 more days!

9-19-90
Wednesday

Dear Joe-

Hello again! Its another day down at Main Jail waiting to go to court. Its 6:30 am and I thought I would write you. I got 2 letters last night from you. Also - thank you for sending the pad of paper, stamps and envelope. I needed those. Thanks. I take tons of notes every-day. I feel like I'm in school. There's so much to law that I didn't even know about. Its rather interesting, although confusing. Still, I wouldn't want to make a career out of it. I want to answer one thing in your letter before I forget. YES! I want to go to Boston for Christmas! I don't care how cold it is - I'll adjust and dress warm. But most definitely - I want to go for sure. I want us to drive cross-country. There are many states I havent seen and would love to see. We can just take our sweet old time. Hopefully by then we will have the money to go. It will be so much fun. Christmas was always my favorite time of year because I spoiled

004048
MILKE_NSB004108

the shit out of Chris. This year may be sad for me but I'll handle it. Each day that goes by gets closer to my verdict. I feel confident but the fear is always there. I want to tell you what we found out about that fucking pig cop. I am so angry I could scream. Listen carefully so you understand how he operates. ok – When Saldate (cop) was up on the stand my first day of trial – he stated that during my interview he moved his chair directly in front of mine. He also stated that he did not by no means put his hands on my knees, he said there was no physical contact nor anything sexual. Then on Friday my sister testified and said when she was interviewed by Saldate it was recorded. The defense had no idea there was a tape. So my atty asked for the tape. We got the tape on Monday, listened to it and you wouldn't believe what he tells my sister !! Saldate said – the night I was arrested when he told me about Chris – I screamed and was crying so hard that I lifted up my shirt to wipe my eyes and he saw my breasts. Can you fucking imagine ?!! First of all – I always tuck my shirts in

004049
MILKE_NSB004109

2

my pants - and I wore a sweater over my shirt. Secondly - I had a bra on so how could he possibly see my breasts? And if I did such a thing - why didn't he tell the jury when he was up on the stand? And it was never in his report. What a lying bastard! We have other proof about this guy lying so I know a jury isn't going to believe his police report. The NERVE of that man!! That mother fucker did put his hands on my knees and told me I could trust him. Oh! Just wait until my atty puts him back on the stand. Ken is going to tear him up. And wait until I get on the stand! I'm going to tell what that man did to me! If it wasn't for that dirty cop - I would never have been in jail. 10 months of my life was robbed and I'm facing the death penalty because of him. This makes me extremely angry. I think I already told you about my family. Because in one of your letters you seemed worried about my family's testimony. There was my dad, step-mom, step-sister and real sister. After Ken got done cross-examining, their testimony came

004050
MILKE_NSB004110

back in my favor. That's why the state
decided not to use Mark's family. I tell
you be - my atty is good. You have to
realize - the state must prove beyond a
reasonable doubt and so far they haven't.
The jury still hasn't heard our side. And
I have some powerful witnesses. My only
downfall is the police report. Are they
going to believe me or the cop? And I
am far more credible than he is. It
will all work out. Besides, before the jury
goes to deliberate, the judge gives them a
bunch of rules they must follow. I'm not
saying this because I'm on trial, but
my prosecutor really doesn't know what he's
doing. It's quite obvious he just wants to
convict somebody. He doesn't care about the
truth. That's a damn shame. Oh! be - this
is all such a tremendous headache. It will
all be over real soon. I go to court
9-20, 9-24, 9-25, 10-1, 10-2, 10-3, 10-4. We
should be done after the 4th. So I figure
the week of the 8th - the jury should come
out with a verdict.
            How are things going on over
there? That guy LeRoy sounds familiar.
Chris had a little friend that was black.
Actually - he had all kinds of friends.

004051
MILKE_NSB004111

You wouldn't believe how many little kids I used to feed. Of course — Chris only brought them home because I always had Micky Mouse popsicles. He was a little shit but adorable. I never minded. Also Chris had his own bubble gum machine and at least 8-10 boys would come over and I'd give them each 2 pennies so they could get some gum. Chris always shared his toys but he wouldn't let anyone touch his monster truck. Oh! be — I miss him so much! I love that little boy so much and no one could ever replace him. He was my pride and joy. A little pain in the ass sometimes but whose kid isn't??

Well - its that time. Off to court today. I'll write again later. I love you very much! Be back!

Well, I'm back at Durango. Its 7:00 pm and I'll finish this and tell you what happened today. The news hasn't been there because it's boring. I tell you be — the state has nothing. I haven't even been in the paper for 2 days. Today was another painful day because the medical examiner testified and I learned things about Chris that I couldn't stomach.

I don't even want to go into it until we are together. It was totally gruesome. Anyway- they went over more physical evidence which had no bearing on me. I felt like I was sitting in on Jim or Roger's trial. The state didn't rest today as planned. So they will for sure on Thursday. We start our defense on Monday 9-24. I am just in a depressed mood right now because I have to go through this. From what my atty can see - there is absolutely no evidence to convict me. That jury will for sure see just how that fucking cop is. I am so hurt by what my own family did to me. I'll explain them later. I came back today and got a real nice letter from you. You are such a sweetheart. I agree - we can stay here as long as you need to. However - I won't be able to tell if I can stay here until I see how it goes. OK? So, no problem. My friend Irene already told me she would do my hair as soon as I'm out. That's great. Going on the Oprah show has nothing to do with fame see. I am not dancing on Christopher's grave if that's what you see. I'm doing it to make a point. It's the principle. Fame, fortune - that's bullshit.

004053
MILKE_NSB004113

4

Don't get all paranoid on me about my feelings for you. They are still the same. I just have things to do when I get out. I can't be up your ass 24 hours a day. Please don't act like a baby about it. We will do things slowly or as they happen. Marriage or no marriage. I can't handle that now. ok? Please try and understand. I'm going through hell right now and I can't let other things get in my way. I need to go take a shower and go to bed. I'm exhausted. I miss you and love you bunches.

Always-

Debra

004054
MILKE_NSB004114

2 weeks! (up left)

9-20-90
Thursday

Dear Joe —

Hi sweetheart! Today was a WONDERFUL
day in court. The state rested and their last
witness was a cop who interviewed me right
before I went to Florence to be with my
parents. Anyway — this cop was so honest
and told the jury I was hysterical etc
and appeared to be like any other mother
whose child was missing. His entire testimony
went in my favor. Since the state rested,
all of their evidence was presented and
not one thing points towards me. My atty
was so happy today. Guess what? I
am going to get on the stand Oct 4th.
How ironic huh? Oct 4th should be my
last day of trial. Oh! I am so happy
today! We start our defense on Monday
9-24. Most of my trial has been basically
a pre-trial for Jim & Roger. Nothing pointed
towards me. Both Ken & Kirk feel I'm going
to win. In fact, Ken is submitting a
motion to have me acquitted on Monday but
he doubts very seriously the judge will grant
it. The judge may want to hear the rest
of my trial! But thats OK. I'm ready! I've

004057
MILKE_NSB004117

waited too long to have my say. Fucking state is going to pay for this. Damn right they are! I got a real nice letter from you today! A 1957 Rolls? Hah! SMILE Well see what happens when that time comes. I love you so much. Thank you so much for being here for me through out this whole thing. You are extremely special to me Joe. I thank God for you, Ken and Kirk. And my friend Rick too. And no Rick doesn't think you are a loser. He doesn't judge people like that. He makes jokes but not judging. Of course I want you guys to meet. Hes not into drugs but loves beer. My kind of man! We sure have some beer to drink. I know after this - I'll need some. I am just amazed at my strength through this all. It's so emotionally painful. I miss my boy. He was so wonderful. But we will talk about it all later. Are you going to work for Larry when you get out? I hope it doesn't take you long to get an apt. Did Larry say he would help you with it? I could pay him back once I got my money. Remember- We are a team! None of this ego shit.

004058
MILKE_NSB004118

I realize your point about working etc because you are a man. I understand completely. But we help each other. I know you love me honey. I truly know how much. At this point I have absolutely no idea what I want to do with my life other than be with you. Sometimes I feel like I don't know who I am anymore. I was used to the same thing for 5 yrs and all of a sudden my whole life changes overnight. I don't know yet. But I'm in no hurry to make decisions. I certainly don't want to make rash decisions so quickly. That only leads to trouble. One day at a time. Oh! Honey my trial is going great! The defense starts and then it will be over. We'll be together soon. Then we have our whole life together. I sure do miss you honey. All I can think about is all the food I want to eat. The girls in here think I'm too skinny and need to eat. Well shit Ladmo bags are hardly mouth watering. Know what I mean? I'm going to go to bed. I love you bunches baby!

Always Yours-
Debbie Marino soon !

By Oct 31 I will be + Marino legally! Then later will do something about it to make it official! I love you Bacyou!

004059
MILKE_NSB004119

...more days!

9-21-90
Friday

Dear Joe-

Hi there again! Well today I didn't go to court and it felt good sleeping in. However, I had a bad dream and I woke up crying. I dreamt about Mark and Christopher. I miss Chris so much and ever since I heard the medical examiners report - I miss him that much more. I am so scared about going on with life without him. He was my life. I ache so bad inside. It isn't fair and I am so bitter. I know I'll need counseling on the outside. The more I think about it - the more I definitely want to go and have my tubes tied. No other child I could possibly have will ever compare to my Christopher. But then again, what would I do with my life without a child? They are so neat and precious. I'm all confused. I guess I'm just in so much pain and that makes my mind race. I already talked to my counselor this morning and told her what was going on in trial so far. Then I told her what our defense is going to be. She explained that most definitely the jury is

004062
MILKE_NSB004122

going to see through everything. She reminded me that the jury has to be convinced beyond a reasonable doubt. There is no way. I can't see how. I just wonder how long it will take them to deliberate. Before I forget - make sure I have a phone number to reach you at so I can call and tell you my verdict. That way we can make plans as to where I can meet you at. I think my atty is going to pick me up here. But he will drop me off anywhere I need to go. Ok? So please don't forget to get any kind of phone number. The jury shouldn't take too long I don't think. I'm pretty sure it will be the week of the 8th.

     I'm planning on calling your mom today. I want to tell her whats going on. And I also want to tell her about us coming out for Christmas. She should be excited about that. I get excited just thinking about it. Fireplace at night with us cuddled. Snowball fights, etc. And all that good Italian food! I can't wait honey! We will go into 1991 with a new way of life! Happiness and everything that goes with it. Sounds great to me! I am so glad I met you and we fell in love. It was a weird twist of fate.

004063
MILKE_NSB004123

hope the jury sees through that man. It gets closer and closer as each day goes by. This doctor told me I will be my own best witness in my case when I testify. The anger I have inside myself will bring on all kinds of emotions. I'm just nervous about when I get cross-examined by the prosecutor because he wants me. He wants blood from me! I bet he is just waiting to get to me. But I'll try not and let him intimidate me. Bastard. Joe - it will all be over soon. The worst is over - from here on out it gets real positive in my behalf. So we shall see. We are half over.

Don't worry about us not having everything at first. Its to be expected. Besides - that makes it all the more fun to go out and buy stuff! I love to go shopping! Oh boy! You say - not another shop-a-holic! SMILE ☺ I'm not that bad! As long as we have each other - thats all that matters. There are some apts off of 43rd Ave & Peoria that are fully furnished with linens, silverware and everything. Pick up a FOR RENT magazine and look in the back section where it

004064
MILKE_NSB004124

I just got off the phone with your mom. We only talked about 5 minutes. She sounded good. She was pleased to hear that we will come out for Christmas. She is so nice and sweet. I can't wait to meet her.

Anyhow - not much is going on here. There are a few new people but no one I'm interested in getting to know. I just want out so bad. The only things I'm taking out of here are my letters and a few other things I collected that I want to keep. Everything else stays here. I don't need any bad luck. I finally get a chance to watch my favorite soap opera today and catch up on it. And my favorite night time soap started last week. Knots Landing is my favorite show. Thats about all the TV I watch. The girls here watch so much TV and its always so loud. I'm sure its the same there too.

I just got a nice letter from you today. Its so nice to hear from you everyday. Your letters are so comforting. I just got off the phone with the doctor that works with my atty. We talked for about an hour. He seems to think I'll win my case too. We spent most of the conversation talking about that fucking cop. I sure do

004065
MILKE_NSB004125

3

talks about suites etc. I can't remember the
name of the place but they're somewhere
off of 43rd Ave North of Peoria. Maybe you
could check it out. Its just a suggestion.
My yeast infection doesn't hurt at all. This is
gross but a lot of discharge alway comes out
and its annoying to me. When I was on
birth control pills – I never had anything
like this. But because I haven't been on
the pill for 10 months – old junk must
be coming out. I have no idea where
it came from but its treatable. Antibiotics
take away yeast infections but they also
cause them too. As soon as I'm out I'm
going to go see a gynecologist and get treated
properly. Its not harmful – so no I don't
hurt. It just bothers me because I feel
so dirty. It sucks being a woman. And
I would die of embarrassment if you
caught something, and thats something I
don't want to do to you. Don't worry – I'm
OK. I'm going to try and relax this weekend.
I started a new book today. If I read, it
takes my mind off of everything. And a good
book helps. Its about a Champagne Industry
in France. Rich and powerful people. I like to
read stuff like that. But once we get together
I won't have time to read unless its school

004066
MILKE_NSB004126

stuff. When it comes to school, I always make time for that. I love to learn new things. Well, Joe by the time you receive this letter it should be Monday and I would have already started my defense. Keep praying for me honey. Actually us. I love you very much Joe. I'll be thinking of you and of our future together.

Always & forever yours

Debbie

004067
MILKE_NSB004127

12 more days!

9-22-90
Saturday PM

My dearest Joe-

Hello sweetheart! I am so restless this weekend. I was thinking of you again as usual and I wanted to write and express my love. I love you honey! I talked to Rick today and Kerk too. Rick is coming to my trial the day Saldate testifies so he can get an outside view of what this cop is like. And then I'm going to call him to see what his opinion is like. Maybe Rick will be able to see through him. And hopefully the jury will too. Today was a boring day. I slept in until lunch time then tried to read my book but couldn't keep my mind on the subject. So I called Rick and we talked for over an hour. We talked about you and he is looking forward to meeting you. You guys will get along. Rick likes to drink beer too. Great - we'll all get along! SMILE ☺ He doesn't think you are a loser. Shit happens and people go to jail. He understands. Rick and his wife don't do drugs either which I think is great. They just bought a brand new home and Rick's backyard is all dirt. He said he doesn't have the money to landscape it and I told him that if I get my money I

004069
MILKE_NSB004129

would pay to have his yard done and that maybe you would do it or hire people to do it. See- Rick offered to draw plans for our custom dream home whenever we decide to do it. But shit like this can be discussed at a later time. Rick has been a wonderful support to me all these months but not as much as you have. We go back a long way. I met Rick when I was 14 and we became pals all through out high school. Rick has seen my ups and downs through my teenage years. We get along more like brother and sister than anything. You will really like him. He is happily married and all that so you don't need to worry at all about me + him. I don't have feelings like that about him. I would feel weird if I did. I'm debating about my girlfriend Carmen. We were real close but since this happened, she hasn't gotten in touch with me. My family told her to stay away from me. She is going to testify in my behalf on Tuesday 9-25. She told my atty all good things about me. I guess I'll wait and see how it goes. Mark knows her and she hates him. We'll see. She's from Conn. and moved out here a couple

2

of years ago. We worked together and drank together. See - I never had very many friends because I always had a problem trusting people. So the less people that knew me the less they knew about me. I've always been pretty private. I'll probably always be that way. It goes back to my childhood which we will talk about later once we are alone. I can't wait until we have those nights alone to talk and talk. I dream of so many things to do. We have so much to catch up on too. I guess I'm real worried about a place to live, transportation and all that stuff. I need to renew my driver's license but I don't want to do it in this state. I'm worried about all kinds of things. One of the first things I need to do is go to Jim's niece's house and get all my clothes. She has all my stuff at her house in Mesa. I'm so confused because I have so many things to do and worried how I'm going to do everything. I'm a worry wart big time! I don't know how soon I would go to Chicago with my atty. I want to go real soon because we most definitely need the money. I know you are going to be working and everything but I guess I'm impatient at times. I want everything NOW!

004071
MILKE_NSB004131

I'll try and learn how to be more patient. I hope I don't drive you crazy! I guess because I'm due to be out soon - I'm extremely nervous about starting a new life. You know - my whole life has changed and it feels weird. It's a totally new adjustment. We may not be able to go to Big Bear right away. So let's just put that trip on hold, but Boston for sure! It's so hard to sit here and make plans. I know you know what I mean. I sure hope your friend Larry helps you out. It sucks starting over but it will be worth it once we finally get to be together. I look so forward to your warm touch and those beautiful blue eyes! I can't wait to sleep in a warm bed with you and feel you holding me while we sleep. And other things too! SMILE ☺ Earlier I was listening to my radio and I heard Pink Floyd "Comfortably Numb" and I dozed off daydreaming about us making love. It was heavenly Joe! I can't believe that in about 2½ - 3 wks - we will be together! It's about time because we sure have waited long enough for it to happen. I'm scared a little but I feel secure. You make me

4

004072
MILKE_NSB004132

feel comfortable. Did I tell you I decided to change my middle name too to throw off Mark just in case he decides to look me up? I tell you Joe - I'm scared to death of him. How's this - Debra Michele Marino? Sounds good huh? I always hated Debra Jean anyway. Oh! I'm just rambling on and on because I have so much on my mind. I talked to Kirk today and we discussed my case of course. Ken worked all day today on my motion for aquittal. The state presented a lousy case against me and Kirk believes that if the jury had to make a decision today - they would probably find me not quilty. Thats how bad the State did. I don't know if I'll be in the news again this week.

9-23-90 →   Well sweetheart - today is Sunday and you have 11 more days! Its going by so fast. Today is the first day of fall. We missed out on the warm weather. Fall and spring are my favorite times of the year. During the fall I love to walk at night. I really hope we can still live here. My atty says I'm ruined in this town. My name may always come up in years to come. Its so hard to say. Mark plans on writing a book and I know he plans on using my name. But once

004073
MILKE_NSB004133

change my name – Debra Milke will become someone I don't know. What a fucking pain in the ass. This is crazy. Changing your identity and all that bullshit. I feel like I don't know who I am anymore. If we had to move out of Arizona – where would you want to go? Please don't leave it up to me because I really don't know. I lived in Phx since 1971. This is all I know. I love the warm weather and sunshine. Well – we will see how it goes. I love you sweetie. You are so special to me honey. You are a wonderful, sensitive, caring man and I love you so much. I need you in my life and I want you in my life. We could be so happy sharing our hopes and dreams together. I just hope I don't drive you nuts. SMILE ☺ I may be 26 but sometimes I act stupid and like a teenager. I would get along great with your daughter Beth. I'm so young at heart! I love to have fun all the time. We just had lunch and I didn't eat because it was that beef stew. I hate that shit. So I ate a candy bar instead. Healthy. You know what? There was a cop that testified in my trial who is Italian.

004074
MILKE_NSB004134

4

His last name is Masino. A very good looking man too. I was sitting at the defense table thinking "yea I'll be a Marino soon." This guy was Italian all the way. He even had an accent from back east like New York. I can't get my mind off of our long journey driving across the US on our way to Boston. That is going to be such an exciting trip. We can take our sweet time. I thought we could leave right after Thanksgiving. That way we have plenty of time to make stops along the way. I love to travel and especially driving. I just pray I have my money so we have the cash to do whatever the hell we want. Enclosed is a picture of the luggage I have on lay-away. It looks exactly like this but I got the Burgundy color which is on the back. I have to get hold of these people as soon as I'm out. I think my balance was $40.00. Oh! There is so much to do. I'll get it all done. I don't like to procrastinate when it comes to bills, etc.

SMILE ☺

There isn't much going on here. My roomie is such a trip. She makes me laugh all the time. She is really worried about me because she's afraid I may lose

**004075**
**MILKE_NSB004135**

my trial. I keep telling her not to worry. We have so many girls in here that are hard core drug addicts coming down from heroin. Its a sick sight to see. They are all throwing up and its so gross. I thank God I'm not a drug addict. That shit scares me. I sure hope and pray you don't ever get the urge to do that stuff again. I couldn't live with that at all. Its so sad. But I don't think you would. So honey — write me and tell me about your working plans. Are you going to Gary or Larry? Didn't you say once that if you worked with Larry on that huge job, you would make more money quicker? I don't mean to sound so selfish but we do need to start over. It sucks but we have to. So write me and let me know. Also, don't forget about a phone number. I want to find you when I find out my verdict. Sounds like the death penalty "The Verdict". Oh! I hope they say not guilty. They will. My atty is so good too. He is so thorough and goes over everything! I'm extremely lucky to have him. Are you for sure getting out Oct 4th at midnight or is it Oct 3rd at midnight? I heard they are giving

8

004076
MILKE_NSB004136

5

out early day kick outs. I'll write you
up until Tuesday Oct 2nd. Just in case
you get out 1 day early. Oct 2nd is
Christopher's birthday. He would have
been 5 yrs old. That day is going to be
hard for me. I miss him so much.
He would have started Kindergarten too.
Oh well - if I keep talking about it
I'll cry. I don't want to cry today.
I love you and miss you Joseph!
Keep praying for me and us. Our prayers
are being answered. Take care and
God Bless You. I love you bunches!
Soon! Its going to happen!

Always Yours -

Debbie Marino!

9-25-90
Tuesday

Dear Joe—

Hi! Well— this came as a surprise.
You left Towers on Thursday. You should
have 5 letters coming to you that I
mailed off thinking you were at Towers.
I sure hope you get them. My case
is going ok. I'm not going to get into
everything because its too confusing. I
am the first one up on the stand
Monday Oct 1. The only witnesses left
is me & the cop. The jury should be
ready to deliberate on Wednesday or Thursday.
10-3 or 10-4. I am extremely scared.
Today we were in the judges chambers
discussing the instructions to the jury.
This legal shit confuses me but Ken said
things look good. I don't know Joe. So
next week we shall see what my fate
is. Today I am very depressed and
frightened. I got a nice letter from you
telling me a bunch of jokes. They were
cute jokes. You are so sweet. I am
very tired right now. I wanted to write
a short note telling you I'm ok and
things are going alright. I wish I felt as

004083
MILKE_NSB004143

confident as my atty but I don't. But
thats to be expcted. I don't go back
to court until Monday 10-1 so at
least I have 5 days to prepare myself
for Monday. You may see me on
TV because I take the stand. Its
my chance to at least try and save
my life. I pray the jury believes me.
My testimony should last 2 days Ken
says. be - I am extremely scared but
I'll be alright. I love you and can't
wait until this is all over. Soon - we
will be together. Please keep praying for
me as well as us. If I'm lucky -
this will be my last weekend in jail.
I know it will be yours! SMILE ☺
You lucky shit you! Thats ok because
my day is coming too. Honey I'm going
to go now because I'm very tired. I'll
write more tomorrow. My thoughts are with
you. God Bless You!

Always -

Debbie

004084
MILKE_NSB004144

9-26-90
Wednesday
8 days left!

Dear Joe -

Hi again! I'm sorry this letter
is kind of late but I slept all day
today. I was so tired from court and
I couldn't keep my eyes open. I got
up this morning because my counselor
wanted to see me. I cried and cried.
We had a long talk about a lot of
things. I also called and talked to
Ken's secretary. She said things are
looking great. I wish I felt that
way. It's hard to be optimistic at this
time because its getting closer and closer
to the verdict. I trust Ken and he
knows what he is doing, however,
I am still scared. I talked to Kirk
tonight and he isn't worried about my
verdict at all. He's more worried about
what to do with me when I get
out. I told him I had a place to
go to and all that. But they are
worried about what I'll do for money.
I said don't worry - I'll be ok.
They want to help me out and help
me get started. I don't really think

004088
MILKE_NSB004148

about it that much. I'm more worried
about my verdict. be — I go up on
the stand Monday first thing and I'm
terrified out of my mind! My prosecutor
is so mean! Ken is supposed to come
and see me sometime Thursday or Friday.
Between now and Monday he wants me
to go over my police report with a fine
tooth comb, so to speak. I'll try and
write you, ok? I feel bad going a day
without writing. The jury has heard so
much shit about me and its time on
Monday that they get to know me! They
will for sure. Aside from all the shit
my family said and all the physical
evidence — my case really boils down to —
who do they believe — me or Saldate?
Well, Saldate will be discredited I'm sure
because of all his lies. So the jury has
to believe me! And Ken feels they
will. I can't wait to hear his closing
argument. Also — what will help too —
is if the prosecutor is so nasty to me
he will piss off the jury. So in a
way — I hope he is mean to me.
Sounds sadistic but its really psychology.
Oh! This is almost over. And even if

2

004089
MILKE_NSB004149

2

I am found guilty - it will be because of technicalities. Because there isn't one shred of evidence to connect me to the crime. So please don't give up on me if I'm found guilty. I get an automatic appeal. And Ken says I'll win that for sure. I love you Joe and desperately want to be with you. If I'm lucky - this will be my last weekend in jail just like you! We are figuring on being done by Oct 3. It shouldn't take the jury that long to decide. So just maybe Oct 4 will be my day too! What a coincidence huh? Well - they always say - the Lord works in mysterious ways! You and I were definitely meant to meet. Thats why you violated in February. And this little setback in July with you must have been a test to us. We pulled through everything. Well how about that? SMILE I sure do miss you honey.

So, you're a single didget midget? Thats real cute. I laughed! Was that hand drawn free - hand or did you trace your hand? I laid my hand on it and almost cried. What you said

004090
MILKE_NSB004150

in there was very very nice and sweet.
You are such a beautiful person be.
Anyhow- your letter was very nice.
I can only imagine how nasty it is there.
We all wait up on the 4th floor to
go to court. So every morning until
12:00 noon, I'm up on the 4th floor.
Right on top of you! Oh! Don't I wish!
I'm just as anxious as you are to get
started on our future. I'm scared too
but it will all work out. At this
point, I don't care where we live just
as long as we are together. I'm so
sick of Durango and these hard beds.
My back hurts all the time. I haven't
been able to eat either. When I get
nervous, depressed and ~~and~~ anxious, I
can't eat at all. So Bunch gave me
some trail mix and a Pepsi. It was
great! The Pepsi was wonderful! I can't
wait to get out and eat normal food
again. Porky Pig I will be but I
don't care. Listen carefully. I have
Larry's number ok? If my verdict is
N/G — I will call as soon as I can.
I don't know whats going to happen.
I might stay an extra night in case

004091
MILKE_NSB004151

3

the media shows up here. I will be
with my atty or Kirk. Don't worry
about me not calling because I will.
You will be the _first_ person I get
in touch with once I'm out. Either
Ken or Kirk will take me to you.
So please don't worry. It's so hard
to say because we don't know what
day it will be. So — I have his
number memorized and I _will_ call.
I'll also call your mom too. But
you first. ok? Don't try and pick
me up because my atty is coming to
get me. Alright? I just wanted to
let you know. I'm getting REAL nervous.
Part of me feels real positive and
part of me feels real negative. Ken
and Kirk have both been in so many
trials and neither one of them is
worried. I wish I wasn't. But I
wouldn't be normal if I wasn't. I
am hanging in there. I don't know
where my strength comes from but
I have it. I'll probably faint when
they come back with the verdict. I
am so scared. Next week I'll know
if I'm free or not. I will NEVER
forget this as long as I live. When

004092
MILKE_NSB004152

I get out, we definitely need to pray and thank God for everything. I know I do for sure. I've been blessed so far up to now. He's on my side I know. Actually, on our side. It's so nice to have a few days off from court. That shit really drains you. Well — you know how it is.

I'm adding on to this letter. 9-27-90
Today is Thursday and you have 7 days left. Oh my! The time is flying by. We got up and went out to rec at 6:00 AM! It was still dark outside. I was so tired and did not want to be out there that early. What a stupid schedule. I have definitely had enough of this place to last me a lifetime. No doubt. I sure hope you received all of your mail I sent to you at Towers. You should get it because I haven't had anything returned to me. How are you doing on your smoking? I want to quit so bad. I know before on the streets I smoked Marlboro Lights and would gag on a Marlboro red. Now I can smoke a Marlboro red with no problems. I will go back to my Marlboro

004093
MILKE_NSB004153

4

Lights and hopefully quit. It makes me sick sometimes. But I won't give up my love for M&M's! SMILE ☺

As I sit here and write this letter, I can't help but wonder if I'll be out next week along with you. This weekend is coming up and wondering if it will also be my last one in jail. How strange if it is and yes — it excites me to the max! Today I'm going to spend time on my police report. Other than finish this good book I'm into, I'll work on that report this whole weekend. Monday is my one and only chance to save my life. And Lord knows, I want to be prepared. I'll be back because I'm going to go take a shower. I feel gross. I love you dearly Joe. You are a sweetheart.

I'm back but much later. I just got a wonderful letter from you. It was so nice that I almost cried because I'm so happy. Your time is getting closer and closer and I'm getting extremely anxious. Anxious about a lot of things. My verdict for one and being with you another. I didn't do anything today like I planned. I have been so

004094

MILKE_NSB004154

tired lately. I slept all afternoon again.
I'm getting nervous and scared for Monday
to come. Pray extra hard for me on
Monday. I just recently found out that
one of my friends here in jail - her
husband killed himself so I want to
write her. She went to GP and I want
to write her a few lines. I'll write
again this weekend. I love you and
miss you terribly. Its the total count down
now honey! I am going to _win_ my
trial. I'm always thinking of you baby!

                          Always Yours -

                          Debbie Marino.

By the time you get
this you will have
_5_ days left! Hooray!

8

004095
MILKE_NSB004155

The tips are my nails. They are long.

My fingers are somewhat fat because I constantly pop my knuckles. Its a terrible habit I have. It is because of nerves. I always do it.



SIZE 7

hint! hint! SMILE :)

004096
MILKE_NSB004156

10-12-90

Dear Joe-

Hi. I don't know how to
begin this but I know you know
by now they found me guilty.
I am still in shock but needed
to write you. I sure hope this
doesn't change the way you feel
about me. I am not giving up
because I will definitely win my
appeal. I came so close to getting
acquitted on Wednesday but the
state argued it. I got convicted on
circumstantial evidence and we
believe the jury hurried in making
a decision. See- the jury had
until 5:00 pm today to reach a
verdict and if no verdict - I
would have had a mistrial. Ken
was very pissed. The court made
so many errors in my trial that
they won't hold up in an appeals
court. So please don't think that because
I lost - I am guilty. Because Joe-
I know in my heart - I'm not guilty.
There is still a chance for me getting

004106
MILKE_NSB004166

acquitted. I'm not giving up because
there are still too many positive things
in my favor. Please don't hate me.
I didn't have anything to do with
my son's murder.' You have been a
wonderful support to me and I desperately
want and need to trust you. You are
all I have right now be. It is
vital that you keep my letters out
of sight of anyone. Please don't give
up on me. I sure hope my verdict
didn't put a cramp on your relationship
with your friends. I feel so overwhelmed
right now that I can't stand this.
I won't give up because I will
prevail sooner or later. I'll make
this letter short because I really
don't know how you feel. Please
believe me be. I may have lost
the battle but I'll win the war. Please
write me back and tell me how you
feel. God I am so sorry I didn't win
my case. I wanted to so bad so
we could be together. be I need to
quit writing because I hurt so bad.
Both for you and me. I am so
sorry it didn't work out as planned.

004107
MILKE_NSB004167

I got your letter today and just cried and cried. I miss you so much. I really really need to be careful because I surely don't need the state trying to use - me writing to you against me later. Please write me back Joe. PLEASE! Also you mentioned about Gary sending me money. As of today - I didn't get any. Just so you know. Honey - please don't give up on me. It will all work out. I'll prevail later. This is just a temporary setback. I miss you.

Love
Debbie

004108
MILKE_NSB004168

10-16-90

Dear be-

Today is Tuesday and I
still haven't heard from you. I
wrote and explained what happened.
There are so many things wrong
with my case that my verdict
was uncalled for. We certainly
didnt expect it because there
wasnt one shred of evidence. My
verdict came down because of my
lack of emotion and Saldates report
pulled the weight. Anyway - without
getting into everything - I have
more than one option left to me.
Its really very complicated. Maybe
you dont even believe me anymore.
I dont know. I just havent
heard from you and I'm beginning
to wonder. It doesn't matter how
mad you may be - but please
write me and let me know how
you feel. I'm sorry it didnt
work out but the media didnt
help me either. I feel so alone
and I dont want you to back
out on me now. I already told

004111
MILKE_NSB004171

you its not over. I re-read your
letters and you told me no
matter what you'd be there. I know
you must be busy but I need to
know where you stand. Trust me
Joe- an appeal is not my only option.
There are other legal things my atty
is doing and its just a matter of
time right now. Sometimes I feel
hopeless but I refuse to give up.
Please write me and let me know
whats going on. It just seems strange
how I haven't heard from you
since my verdict. It pisses me off
that the jury said guilty but theres
much more to the story than you
May have heard from the news.
It is basically boiling down to politics.
And yes- it frustrates me to no end.
I have been extremely depressed all
weekend and can't stop crying. I feel
defeated sometimes but then again - I
won't give up. You have been a wonderful
support to me and I'll never forget
it. I still want to be your friend.
Please try and understand what I'm
saying to you Joe. Just because the

004112
MILKE_NSB004172

jury said guilty doesn't mean thats
true. My case was publicized,
sensationalized and everything else.
Oh! I won't go on because I feel
like a jerk. Please write me Joe.
I don't know what else to say.

Love
Debbie

004113
MILKE_NSB004173

10-18-90
Thursday PM

Dear be-

Hi again. Today is another
day and new shit is happening.
I found out that the cops picked
up Mark for questioning. Who knows
where that will go but it happened.
Then he sold personal letters I
wrote to him while he was in
prison to the New Times. It was
right after my divorce and I was
considering getting back together with
him. I mean, if you read the
letters it doesn't sound like I
hated him or Chris. Actually this
article in the New Times may help
me with my case. Joe- whatever
you do - don't let anyone get a
hold of the letters I wrote to you.
I feel so exposed already and I
can't afford any more mud slinging.
I'm scared the cops are watching
who's coming to see me etc. See- if
anyone checks up on you - they may
get a search warrant and search your

place and try and use those letters
against me. Nothing against you but
because you were in jail etc - they
may use that against me. I am so
scared of everything now. I have no
privacy whatsoever. See where I'm coming
from? What can you do with all my
letters? Would you go ahead and burn
them? Coz I'm scared to death of
everything. These cops will do anything
to try and burn me. I am so mad
and all I want to do is clear my
name. I don't think Mark could even
be tried because he sat through my
whole trial. He is real slick. I mean -
the guy has been to prison and he is
capable of just about anything. I don't
know why I'm going on about him but
I am extremely angry about all of
this. It helps me to write about it
and I want to keep you as informed as
possible. Please don't do anything other than
be my friend and help me emotionally
get through this. My atty will do the
rest along with those other attys he's
got. Ken is so confident I'll win my
appeal. You are right - I got fucked

2

004128
MILKE_NSB004188

2

good. So - how are you holding up?
How's work going? I wish life was
much easier for the both of us. I
feel so guilty that you got so involved
emotionally and mentally. I wouldn't
wish this pain on anyone. It's horrible.
But we will manage and get through
it all. I read some where about
Roger having hallucinations and
hearing voices. And he also said
he has a brain shrinkage. The guy
is obviously a lunatic. Apparently
in the paper it said something about
him being a pathological liar. So-
he was lying about me being
involved.

I just got 2 letters from
you. And damn it be - I am so
tired of defending myself to everybody!
These "love letters"! They were NOT
love letters. Jim wrote to me and
told me what happened but she moved. there.
I never was there the same person. there.
He was there what
happened and also told didnt
do it. Why on earth I
doubt his word? This guy was my
friend. Also - he kept writing me
and I didnt answer his letters in

4. Irene Savoia
3. Bartender of Victor's
2. Sylvia Sandoval
1. Shelly Butterfield
I have checked her previous addresses but she moved.
I have a call into Arizona liquor board for previous owner of Chairs.
The Sandoval's I found are not the same person.
I checked all investigative websites, pace and Google for Sandoval with negative results.
I checked all investigative websites, pace and Google for Butterfield with negative results.
Attempts to locate for interviews

004129
MILKE_NSB004189

the end because my atty said not
to. The paper will print anything to
make a story look good. Yes - Jim said
in his letters he loved me. SO WHAT
That's his problem! I never told him
I loved him. We were just friends!
I said that on the stand and I'm
tired of everyone saying we were lovers!
In the earlier letters I wrote to you
I told you Jim wasn't involved. What
I meant - was that Jim told me he
didn't do it. Of course he was there.
It seems that everything I write
no one understands. I wish you
wouldn't freak out on shit. Be Please
try and understand. I have been
honest with you since the beginning.
Of course shit from the past is going
to come out. And those letters Mark
had plastered all over the New Times
is part of my past too. Are you going
to hold that against me too? Because
"love letters" to my ex - husband are
being exposed in 1990? They were
written in 1988. I'm sorry if
I sound like I'm bitching but I'm
so tired of being prosecuted. I can't

004130
MILKE_NSB004190

help it if Jim is in love with me.
I still don't believe he shot Chris.
I really think Roger & Mark were
behind it. Maybe - who knows?
Mark can't be at Jim's trial because
he's being called as a witness. The
heat is on with him. I think
he is finally being suspected. He
doesn't give a damn about Chris. All
he cares about is hurting me and
making a quick buck. Please don't
rub my nose in anything. Don't
worry about those fucking letters!
I told you what I knew and
what Jim told me. I have been
honest with you from the beginning.
Remember - the papers say "love letters"
ME & JIM WERE ONLY FRIENDS!
I'm sick and tired of these people
saying we were lovers! Damn!
Jim kept telling me my letters to
him kept him going. I did not
say that to him. Oh screw it.
I'm tired of defending myself to
everyone. I'm sick of it! I'm sorry
you got in the middle of this be.
Since my verdict - its caused pain
for you and you drink over it. Its
caused hardships with your friends, etc.

004131
MILKE_NSB004191

And I feel terrible about it. I am going through so many emotions and the counselors, doctors and guards are all so wonderful about everything. They are so worried about me. I keep telling them I'm not suicidal or anything. Just extremely depressed. But I'm dealing with it. I wish you wouldn't drink so much because it doesn't help anything. Before you know it - the alcohol takes over and you start to lose everything. But who am I to lecture? You're a grown man. I do believe you and still have the same feelings. But from now on I'm going to be very careful what I say. I'm sick of being exposed, used, abused, violated, taken advantage of, walked on, talked about and most of all SLANDERED! I talked to Ken today and he gave me some good news. I may never make it to a sentencing day. There's a strong possibility of me getting a re-trial. Ken has 3 attys coming from other states to help him. One from Seattle

004132
MILKE_NSB004192

4

Washington, Atlanta, Georgia and one
from New York. They heard what
happened and all believe. I got
screwed. So things are working out.
And if I dont get a re-trial —
Ken said I would definitely win
my appeal. So please Be - dont
give up. Just keep working and
get your shit together. Because if
you're a mess — it won't do either
of us any good. You said someone
has your box of my letters. How
do you know this person won't look
in the box and read the letters
and possibly sell them to the
press? Am I being paranoid? I
should be after what I've been
through. I'm just scared thats all.
I'm sorry all this shit they say
and print in the paper hurts you
but smut sells papers. I'm not
going to go into again. I told
you what I told you and its
true. Try and put yourself in
my shoes. You are friends with
someone who may have done something
real bad to you. The first thing
you do is deny they would ever
do anything to you. There were times

004133
MILKE_NSB004193

when I "thought" Jim may have been involved but its really hard for me to believe. His own atty told my atty he believed I was innocent. In fact, I got letters from complete strangers saying they believe I'm innocent. People I never even heard of! I got some today and the day before. I told you I'll try and call your mom this weekend. I already explained it to you. How did your court go? They probably dropped it huh? You're funny. Short fat grey haired Italian. I don't care. You have a big fat heart. I love that. Old fat and grey. Who cares? You are very special to me. We are both under a lot of stress right now but it will pass. This is a setback for now and will work out. Please hang in there. I sure hope you get a phone soon. I desperately want to talk to you. Again — don't pay too much attention to the news media. I know what my atty tells me and so far its good. Next time

8

004134
MILKE_NSB004194

5

I'm in court., I'll have 3 or 4 lawyers. So - chill out! It will work out! I need to keep thinking positive Joe. ok? I'm sorry if I came off on you but I'm very upset over all of this mess. We need to be more compassionate with each other. Yes I did get pissed when I first read your letter about you talking about the "love letters" and accusing me of being dishonest with you. But I explained. ok? I love you. Joe - please destroy these letters. I can't afford any more heartache. We want me out of here. My atty. doesn't know we write. I don't think I told him. I don't want to bother with it because I have other things to worry about. Besides if he finds out - he may say quit writing and I don't want to. Understand? Hurry up and get a phone. Things are easier said than written. God Bless You!

Always
Debbie

004135
MILKE_NSB004195

10-21-90
Sunday

Dear Joe-

Hi! How are things going with you? I've been doing alright considering. For the last few days I've been talking on the phone with my friends that were my neighbors. I actually called them to thank them for testifying in my behalf. The whole time I was in jail awaiting trial I never called them. But ever since my trial has been over, I talk to them daily. It sure does make me sad because I miss them. They told me things that people were saying in the witness room. Like that girl Dorothy who testified against me. She was bragging in the witness room how the prosecutor told her what to say. Ie- I knew she was lying on the stand. Anyway - John and Karen are married and we were all good friends. They are keeping me up to date with whats going on. They talk to my atty regularly etc. They were shocked about my verdict as well. But John insists I'll win an appeal.

004143
MILKE_NSB004203

They bought a house out by 51st &
Cactus and offered to let me stay
there when I get out. I told
them I had other plans and if
my plans didn't work out I would
consider. John has a 3-way on
his phone and we tried calling your
work one day but you had already
left. I'll just wait until you get
a phone at your apt. I want to
talk to you so bad. I talked to
Kirk today and he told me a juror
on my trial was questioned about my
verdict. This juror said - we were tired
because the trial lasted so long and
we hurried up because someone had to
go on vacation and we didn't want to
come back! Can you imagine? That is
totally unfair to the max! I knew they
hurried. This whole thing makes me so
angry and sick to my stomach. Anyway
Kirk feels very confident about a re-trial.
I'm almost scared of a re-trial because
of the way I was treated during my
first trial. Who the hell knows? I
don't want to give up but sometimes
I feel like it. But I won't, because

004144
MILKE_NSB004204

somewhere in these so-called laws
I deserve to win. Mark takes the
stand one day this week and
hopefully he will hang himself.
John & Karen both suspected Mark
from the very beginning. They think
I'll be out by Christmas. I
don't feel so optimistic like they do.
My atty says I'm allowed visits
so if you want to come by its
ok. Window or no window - I
don't care. I want to see you. But
no weekends because its totally packed
then and I am very paranoid
about being in a crowd. Please try
and understand how I feel about
that. John & Karen agreed to only
come during the week towards the end
of visiting hours because there won't
be that many people. They are very
understanding and know what I'm
going through. I can't wait until
you meet them because they are
good people. They don't party or anything.
I miss them so much. We talk
almost everyday and it helps a
lot. But everytime I hear their
kids in the background - I always

004145
MILKE_NSB004205

start crying. Karen's boys played with Christopher. One day I talked to Karen for about 2 hours and did nothing but cry. I don't know why I never called them before my trial. I guess I didn't want to talk to anyone. I'm really scared to get out and see her boys. I can handle seeing John & Karen but their kids is going to be tough. Oh! It makes me so sad even writing about it.

      Tell me about your job. What are you guys working on now? And how's the apt? Ne— I hope you are hanging in there. Just think positive. I feel like just because of my verdict- things are going downhill and you don't care about anything anymore. I don't want to feel guilty about your depression. I do but I want to know things are ok and you are getting your life together. Because your last couple of letters you kept talking about how you are drinking. Usually you write often but I haven't gotten a letter in a few days. I know you're busy and if you don't want to write please

just say so. I tried getting into reading again. It's really hard to concentrate. My mind is constantly on my case. Karen and I talked about a way for me to change my name where Mark will never find out. I never thought of it that way and it will work. He definitely scares me. There's only 4 girls in our pod and 2 are leaving this week. It's so quiet and boring. Television doesn't even interest me. I really try to watch it but I get bored with it. The radio makes me cry so I don't listen to that either. So usually every night one of the guards pulls me out and we play Rummy. At least the time goes by. Do you take advantage of the weight room and all the stuff there? I would. At least working 7 days a week makes time go by and it keeps you busy. I ran out of envelopes so this may be my last letter to you until I get more. I ordered some on commissary this week. John & Karen sent me some money because

004147

MILKE_NSB004207

I was totally out. And I never received that money from Gary. It either got lost in the mail or it got ripped off. Sorry. I'll come up with some envelopes so I can continue to write. ok? I really miss you a lot. Our time will come sooner or later. Oh! By the way - nothing is going to happen when I go to court Nov. 9. Ken is going to ask for a postponement because we are going to ask for a re-trial. Do you think I'll have a better chance if I had another trial? Tell me what you think. I doubt very seriously I'll get acquitted. Judge Hendrix is not in my corner and I don't think she's very objective. I think she had me guilty from day one. Its sad. And they call this a justice system? I think it sucks. I'm sorry I be about going on and on about my case but its the only thing on my mind these days. I can't concentrate on anything else. If you want to call Rick - heres his number. 936-3209. He's a real nice guy Joe. We go back a long time.

004148
MILKE_NSB004208

4

He's a very dear friend to me.
Don't get excited. Rick means a
lot to me. Maybe you two can
get together sometime. Ok? I'm
going to close for now because
I don't know what else to say.
Please write back. I miss your
letters and also want to know
how you feel. Take Care.

Love
Debbie

P.S. Hurry up and
        get a phone!
    Theres more I want
to say — I won't write
it because I don't trust
anyone or anything anymore.
Shit — everything about me has been
in the papers lately. I don't need
anymore heartache. So — get a phone!

004149
MILKE_NSB004209

10-22-90
Monday

Dear be-

Hi. Today is another day
and I feel real sad. Remember
in your last letter I gave you
Rick's number? Well - please don't
call him at all. He's having
marital problems big time. A lot
of it has to do with me. His wife
doesn't and - won't understand why
he is friends with me. See- I
caused so many problems since my
verdict. No one understands the
depth of my case and automatically
thinks I'm guilty. It hurts me
so much. Rick and I have been
friends since 1978. His wife is difficult
to talk with and he's having
problems. I told him I wouldn't
communicate with him anymore because
it would make me real real sad
if his marriage ended. So please
be- don't call him. If and when
I get out we'll get in touch with
him somehow. I feel rotten because
I know I caused hardships with
you and your friends. It all

004152
MILKE_NSB004212

makes me very angry. This is really
difficult for me to write because
I haven't heard from you either.
Sometimes I feel like I don't want
to write to anyone. I feel so defeated
too. I'm sick of defending myself too.
Today I woke up and thought "whats
the point of having defense lawyers?
The laws arent on your side anyway.
so why bother? I dont care how many
high powered attys come here from
out of state to help with my case -
I got screwed once - why not again?
If only I had a different judge.
Oh I dont know. I dont even know
what to talk about anymore. I'm
just sick to my stomach about everything.
Its hard for me to trust anyone
and sometimes I dont know if I
can even trust my own counselor.
You know what I mean? Writing
letters scares me. Hell - they may
end up in New Times again. Tell the
whole fucking world how Debbie Milke
feels. Gee - she's scared & paranoid
today! I dont know. I'm sorry be
that I'm venting out on you. Its not

004153
MILKE_NSB004213

your fault. I'm just totally
frustrated these days. Maybe I'll get
a letter from you today. I guess
because I haven't heard from you —
that I wonder how you are doing.
I worry of course.

Well I didn't get a letter
again today. I really feel stupid
writing and you aren't answering.
I don't know what to think.
Anyway — Mark got up on the
stand and shit hit the fan
I guess. I talked to Ken and
heard some good news. I could
be out by Christmas. But we'll
see. Anyhow — I'm not going to
write anymore until I hear
from you. I'm trying to keep
you posted as best I can so
you don't hear garbage from
the news. Please write me.

Love
Deblue

004154
MILKE_NSB004214

11-9-90

Dear Joe —

Hi. How are you doing? Today I went to court and got a post-ponement until Dec 7. We are going to ask for a re-trial but I doubt I'll get it so I may just go ahead and get sentenced. I think my judge is going to sentence me to death which is ok because then it will automatically go to the Supreme court. My chances of getting acquitted are far more greater than in the Superior Court. In the Superior Courts there's a lot of political bullshit which isn't fair of course but thats the way it goes. I feel alright and a little optimistic because someday I will prevail and win. So if I get sentenced,,, it could take up to a year to appeal. Trust me I am so tired but I'm hanging on.

The reason I havent written is because I was waiting to hear from you which I did. I still want to communicate. I am so

004173
MILKE_NSB004233

worried about you and I truly under-
stand your situation. I feel so sad
because Gary can't help you. I know
you must feel so hopeless too. Have
you decided what you are going to
do before the 14th? Guess what? Going
to New York is like finding a needle
in a haystack. You could get lost
in New York. You know what I
mean? I'll come right out and say
it — I'd jam and make myself scarce.
You already did your time. 5 yrs
hard sucks. Were you able to consult
with an attorney? You asked in your
letter where you stand with me. Well
Joe — my shit is going to drag on and
on so I don't expect you to put your
life on hold because of me. I still
want to write even if you are
someone else. I still know your
handwriting etc. ok? Just get on with
your life and we can still be friends.
I always want to stay in touch no
matter what. ok? I always wonder
why we have to go through all
of this. I can't imagine suffering
any more. Durango is really getting

004174
MILKE_NSB004234

2

boring to me. I'm really scared to go to prison. They say its better but I'm still scared. I'm sitting here in this holding cell waiting to go back. I've been here all day. My hearing was only 15 minutes long.

So - how has work been? Tell me whats going on with you. What have you decided to do about your court stuff? I am really concerned Joe and want to know. Please write me back. ok? I miss you and your daily letters but I do understand. Please write me back and let me know what you plan to do. Take care and God Bless you.

Love
Debbie