J. Arthur Eaves/Bar No. 019748
Robin E. Burgess/Bar No. 015330
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

J. Arthur Eaves
Direct Phone:  (602) 532-5730
Direct Fax:  (602) 230-5034
E-Mail: Artie.Eaves@SandersParks.com

Robin E. Burgess
Direct Phone:  (602) 532-5783
Direct Fax:  (602) 230-5048
E-mail:  Robin.Burgess@SandersParks.com

Attorneys for Maricopa County Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Phoenix; Maricopa County; Maricopa County Attorney William Montgomery, in his official capacity; and Detective Armando Saldate, Jr.; Detective Robert Mills; Detective Jim House; Detective Russell Davis; Detective Charles Masino;  Detective Judy Townsend; Detective Harvey Ernie Hamrick; Detective Frank DiModica; Sergeant Silverado Ontiveros; Lieutenant Michael John; Walter E. Barky; Phillip Wolslagel; and George  Bolduc, in their individual capacities,<br><br>                    Defendants. | No. 2:15-cv-00462-ROS<br><br>**MARICOPA COUNTY'S JOINDER TO CITY DEFENDANTS' MOTION FOR SANCTIONS (Dkt. 466)** |

The Maricopa County Defendants hereby join in the City Defendants' Motion for Sanctions (Dkt. 466) as if fully set forth herein.

**RESPECTFULLY SUBMITTED** this 13th day of May, 2019.

**SANDERS & PARKS, P.C.**

By /s/ Robin E. Burgess
J. Arthur Eaves
Robin E. Burgess
3030 North Third Street
Phoenix, Arizona  85012-3099
Attorneys for Maricopa County Defendants

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

A courtesy copy with a copy of the Notice of Electronic filing was also **mailed** to HONORABLE ROSLYN O. SILVER on this same date at the following address:

HONORABLE ROSLYN O. SILVER
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 West Washington Street, SPC 56
Phoenix, AZ  85003

/s/ Michele Logan