# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　Defendants. | No. CV-15-00462-PHX-ROS<br><br>**ORDER** |

Without delving into the merits of the pending motion for sanctions, for present purposes, the Court rules that some additional discovery is merited. The Court will therefore allow additional time to complete discovery and, as a result, the trial set for September 2019 cannot proceed as scheduled. The Court will reset the trial in its forthcoming lengthy order resolving the motions for sanctions. The parties will be given until September 27, 2019, to complete all additional discovery.

Accordingly,

**IT IS ORDERED** the Final Pretrial Conference set for September 9, 2019, and the trial set to begin on September 10, 2019 are **VACATED**.

**IT IS FURTHER ORDERED** the parties may pursue additional discovery but that discovery must be completed by **September 27, 2019**.

…

…

…

**IT IS FURTHER ORDERED** no later than **July 25, 2019**, Plaintiff shall file a response to the Motion for Reconsideration (Doc. 500).  The reply shall be filed no later than **August 1, 2019**.

Dated this 12th day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge