Elizabeth C. Wang (admitted *pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460, Boulder, CO 80302
O: 720.328.5642; F: 312.243.5902
elizabethw@loevy.com

Jon Loevy (admitted *pro hac vice*)
Rachel Brady (admitted *pro hac vice*)
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl., Chicago, IL 60607
O: 312.243.5900; F: 312.243.5902
jon@loevy.com
brady@loevy.com

Michael D. Kimerer (Bar # 002492)
Rhonda Elaine Neff (Bar # 029773)
KIMERER & DERRICK, P.C.
1313 E. Osborn Rd., Suite 100, Phoenix, AZ 85014
Tel: 602.279.5900; Fax: 602.264.5566
mdk@kimerer.com
rneff@kimerer.com

Joshua E. Dubin, Esq. PA. (admitted *pro hac vice*)
7413 Fairfax Dr., Bldg. F, Tarmac, FL 33321
jdubin@dubinconsulting.com

*Counsel for Plaintiff Debra Jean Milke*

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke, | ) |
| | ) |
| Plaintiff, | ) No. 2:15-cv-00462-ROS |
| v. | ) |
| | ) |
| City of Phoenix; | ) |
| Maricopa County; | ) **PLAINTIFF'S NOTICE OF SERVICE** |
| Detective Armando Saldate, Jr.; and | ) **OF DISCOVERY** |
| Sergeant Silverio Ontiveros, in their | ) |
| individual capacities. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, Debra Jean Milke, through her counsel, hereby gives notice that Plaintiff served all Defendants via electronic mail to their counsel of record, with copies of the following discovery:

- On August 20, 2019, material Bates-stamped L&L 14605-14621, 15196-20028 (habeas counsel work product ordered disclosed by the Court); L&L 20029-20033 (recordings not responsive to any discovery request, listed on log produced by NSB on April 7, 2017);

- On August 21, 2019, documents Bates-stamped L&L 20041-20277 (attorney-client communications that Frankie Aue had access to, ordered disclosed by the Court).

By: /s/ Elizabeth C. Wang

Elizabeth C. Wang (admitted *pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460, Boulder, CO 80302

2

1  O: 720.328.5642; F: 312.243.5902
   elizabethw@loevy.com
2
3  Jon Loevy (admitted *pro hac vice*)
   Rachel Brady (admitted *pro hac vice*)
4  LOEVY & LOEVY
   311 N. Aberdeen St., 3rd Fl., Chicago, IL 60607
5  O: 312.243.5900; F: 312.243.5902
   jon@loevy.com
6  brady@loevy.com

7
   Michael D. Kimerer (Bar # 002492)
8  Rhonda Elaine Neff (Bar # 029773)
   KIMERER & DERRICK, P.C.
9  1313 E. Osborn Rd., Suite 100, Phoenix, AZ 85014
   Tel: 602.279.5900; Fax: 602.264.5566
10 mdk@kimerer.com
11 rneff@kimerer.com

12
   Joshua E. Dubin, Esq. PA. (admitted *pro hac vice*)
13 7413 Fairfax Dr., Bldg. F, Tarmac, FL 33321
   jdubin@dubinconsulting.com
14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I, Elizabeth Wang, hereby certify that on August 22, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, including:

| | |
|---|---|
| Christina G. Retts | cretts@wienekelawgroup.com |
| James A. Eaves | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| Jody C. Corbett | jody@berkelawfirm.com |
| | laine@berkelawfirm.com |
| Josh Dubin | jdubin@dubinconsulting.com |
| Kathleen L. Wieneke | kwieneke@wienekelawgroup.com |
| | kpenny@wienekelawgroup.com |
| | lpiasecki@wienekelawgroup.com |
| Lori V. Berke | lori@berkelawfirm.com |
| Michael D. Kimerer | mdk@kimerer.com |
| | mwallingsford@kimerer.com |
| Rhonda E. Neff | rneff@kimerer.com |
| Robin E. Burgess | robin.burgess@sanderspark.com |
| Sally A. Odegard | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Jon Loevy | jon@loevy.com |
| Rachel Brady | brady@loevy.com |

/s/ Elizabeth C. Wang
Counsel for Plaintiff