# EXHIBIT 1

# LOEVY & LOEVY

Elizabeth Wang
elizabethw@loevy.com

2060 Broadway, Suite 460, Boulder, Colorado 80302

direct 720.328.5642

August 22, 2019

*Via E-mail*

Kathleen L Wieneke
Christina Retts
Wieneke Law Group
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Cretts@wienekelawgroup.com
Kwieneke@wienekelawgroup.com

Lori V. Berke
Jody C. Corbett
Whitney Harvey
Berke Law Firm PLLC
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Lori@berkelawfirm.com
Jody@berkelawfirm.com
Whitney@berkelawfirm.com

Sally A. Odegard
Holloway Odegard & Kelly, P.C.
3020 E. Camelback Road, Suite 201
Phoenix, AZ 85016
sodegard@hoklaw.com

Artie Eaves
Robin E. Burgess
Sanders & Parks, P.C.
artie.eaves@sandersparks.com
robin.burgess@sandersparks.com
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Re: *Milke v. City of Phoenix*, 2:15-CV-462-ROS

Dear Counsel:

We have been reviewing documents at Lori Voepel's office in order to comply with the Court's June 19, 2019 order requiring a more detailed privilege log and production of habeas counsel documents that the Court determined were not protected by privilege or work product. In conducting this review, we have discovered that there is additional material that may be responsive to discovery requests that were not previously produced.

Neither I nor anyone at my firm had previously reviewed the boxes at Lori Voepel's office, because we believed, based on representations made by prior lead counsel and Ms. Voepel, that the few original items in Ms. Voepel's office had already been identified and produced, and that everything else was a duplicate of what was stored at Kimerer & Derrick. *See* Dkt. 380 at 4-5 and Dkt. 380-3. We have devoted substantial resources to immediately reviewing all of Ms. Voepel's boxes in order to ensure production of responsive documents as soon as possible.

We wanted to inform you of this in advance of depositions so that you can decide whether to postpone any depositions as a result. We are willing to agree to an extension of the current September 27, 2019 discovery deadline in order to accommodate this.

Defense counsel                                                                    Page 2 of 2
August 22, 2019

Sincerely,

Liz Wang

Cc: Josh Dubin, Michael Kimerer, Rhonda Neff, Rachel Brady, Jon Loevy, Danielle
Hamilton

# EXHIBIT 2

9-25-05

Hi Pat,

    I received your letter along with the very cute picture of Ken in his Halloween costume as a lion. He's so cute! I wonder what he'll dress up as this year.

    Last night I watched the movie Shrek and it was a cute story. Eddie Murphy playing the voice of the donkey really made it funny.

Next Sunday is the race at Talladega. You know that's my favorite track!

    I was disappointed that NASCAR wasn't more harsh in its punishment against R. Gordon & Kahne. They both got a slap on the wrist. That road rage was bad sportsmanship to say the least.

Did you watch the landing of that Jet Blue airplane at LAX? The pilot did a brilliant job! I was highly impressed by his/her skill. Even I was clapping when it was over. I watched it live on Larry King.

BOMMERSBACH005556

It's finally the last week of the month. Sept. really flew by! As it inches toward the end of the year, I feel more anxious and ~~scared~~ nervous. I hope this ruling is currently being put together and will be ready soon.

I desperately want out of here. I am ready to pack up and leave this place.

I only need to feel safe out there and then I'll know I will be okay. Mark is the only person who scares me. God only knows how fried his brain is, and people like that can be dangerous.

According to the county attorney, Andrew Thomas, there are no more plea bargains for violent crimes. I read the lengthy article about it.

A defendant either pleads guilty or goes to trial. So, when the 9th Circuit upholds my win, the state can't offer me a deal (according to Thomas) like, plead guilty to x charge for time served. Even if

2

they did, I'd never accept it. I will never plead guilty to something I did not do or participate in, no matter how badly I want my freedom. I will demand a new trial, and if all of Saldate's stuff cannot be used against me, what is left to be used at a 2nd trial? Nothing. After the 9th Circuit upholds my win, it looks like the state will have no choice but to dismiss the case.

In a civil matter, I can go after Saldate personally for violating my civil rights. Lori called it dereliction of duty or something like that.

I can't sue Levy personally but I can sue the county for malicious prosecution, reckless disregard for the truth, and other things.

Saldate was deliberate in what he did against me. I can't have a criminal complaint filed against him. Why??? I'll tell you. Because there's no documentation (PROOF) of what happened in that small medical room when he arrested me.

Now, think about that.

That logic should have applied to me!

BOMMERSBACH005558

Lori told me it will be a lot easier for me to file a civil complaint. The burden of proof is much lower (by a preponderance of the evidence).

All of this is down the road. I'm mostly thinking about the up-coming ruling and getting out on a bond. That's step 1.

And while I'm out, I can work on my book and get it published. That will really help me a lot.

I'm glad you heard from CN. I can just imagine what type of people she's been forced to live with. Cheryl is a clean freak like me (she says I'm worse) and I know she can't get along with slobs, thieves, or people who have no respect for another's personal space and belongings. Well, I hope she got that straightened out.

I miss her a lot. It will be much easier for me to be there for her once I'm out there. I promised her I wouldn't

BOMMERSBACH005559

3

abandon her. I know what it's like to live in this environment. It's hell, and having a support system is so important. It makes a huge difference. I learned that I can apply to be on her visitation list 6 months after the final resolution of my case. Any inmate can come back as visitors 6 months after their release or parole end date.
  The only inmates NOT allowed are the ones with drug convictions.
So, some day I'll be able to visit Cheryl and by that time I'll be healed enough to handle it, I believe.

The inmate stores are going through a transition right now. Oct. 10 is the week it opens up as privately run. We have no idea what will be sold or what the prices will be. No one is talking.
  This week we are allowed to shop double the weekly limit. DOC wants to empty out the warehouse.
  Since I have no clue about availability of the new products or how much things will cost, I ordered 4 tubes of Crest toothpaste, 6 bars of soap, 3 bottles of

BOMMERSBACH005560

shampoo, etc. to make sure I have hygiene. The store is closed the entire week of Oct. 3 for stocking purposes.

People think that since the stores are going private, the Christmas food in December will be better. We'll see.

Pat, why is it that a lot of kids are diagnosed with ADHD? What causes it?

I've heard about and read about the controversy of too many doctors freely prescribing drugs such as Ritalin to kids with ADHD. It's been said that that stuff does more harm than good.

I hope Steve & Susan research this. I mean, isn't it normal for little boys to be distracted?

I'm curious to find out what will help Ken. Do kids outgrow this or is it carried on into adulthood?

Please email Mike and tell him he can just write me a letter to let me know what

BOMMERSBACH005561

4

he & Lori found out from that lady in Tucson. I don't need a phone call. I hope the initial estimation hasn't changed. Please don't dodge me like everyone did back in March.

I will hang in there with Bill Kurtis. You know, if 3,000,000 people bought our book @ $20 a piece, the publishing company would make roughly $60,000,000 off of me! That's only if 1% of the population bought the book! Big numbers.

My eyes are playing tricks on me and it's hard to focus right now. I hope you have a good eye doctor I can go visit when I get home! I really need some spectacles. ha! ha!

I'm so glad Charlie is doing well. Please send my regards to him & Joyce.

Say hello to everyone. I truly can't wait to be out there with all of you. I'll talk to you soon. Thank you for everything!

Love,
Debbie

BOMMERSBACH005562

# EXHIBIT 3



Debbie Milke 83533
Arizona State Prison - Perryville
Santa Maria Unit
P.O. Box 3400
Goodyear, Arizona 85338

MARICOPA
PHOENIX, AZ 850
PM
24 JAN 1997

Carolyn Imhoff
3391 N. De Soto Street
Chandler, Arizona
85224

Robin Meri

1 of this
purpose

IMHOFF000563

January 23, 1992
Thursday.

Dear Carolyn,

Hi! Boy do I have shocking news for you! I got a voice tape from Vince the other day and I am honestly through with him for good. He has been nothing but an emotional headache since I got here last year. He was rude and insensitive towards me and an arrogant jerk. Carolyn, Vince is sick and he frightens me to no end. He is so messed up in the head and what I am about to tell you, I hope you are sitting down. ☺ Remember a month or so ago, Vince wrote me that nasty letter? Then he begged me to forgive him, which I did. Then, once again, when I refused to marry him he wrote me and Lawrene "told me he found a girlfriend at a bar and that he moved in with her etc etc and that he was going to marry her? Then he wrote back a week or two later saying it was over with that girl and that he still loved me blah blah blah. He said he made a bad mistake with that girl and that all he thought about while with her was me. NOW!! On this voice tape I got, he tells me he has news for me. He says he's been writing another girl in jail since Sept of 91. He says they are in love and that they will be married very soon. He says the girl was publicized on TV too but her case is less severe than mine. He said he won't tell me her last name but that her

IMHOFF000564

first name is JENNIFER! He said she's 19, from St. Louis a beautiful blonde, has a southern accent, will be sentenced in Feb and is facing 3 1/2 - 7 years in prison. He said they have been in love since Sept and that after a few weeks, JENNIFER agreed to marry VINCE! Vince said he spoke with her lawyer, named Alan, and asked if it was ok to marry Jennifer in jail. Now they are writing for approval. Well Carolyn, I think this Jennifer is the one you are writing to. Jennifer Day? Carolyn, maybe she only agreed to marry Vince just to have someone support her in prison but one needs to be warned. Vince is a sick puppy!! He seeked her out by the TV too just like me! I'm scared for her Carolyn. Frankly, I could care less what Vince does but Jennifer needs to be aware of how sick Vince is. He is desperate for someone and I'm scared of what he might do!! I'm scared for Jennifer! Just by what he said about Jennifer, it isn't too hard to figure out who she is. She's the only Jennifer I know that was publicized on TV. God! How could I be so stupid? I was so lonely and so vulnerable when he approached me to be my friend! Now, he is desperately looking for a wife and he's scary! I agreed to be his friend but as months went by he starting pushing marriage. He did not take into consideration all the suffering and pain I'm going through and he always expected me to just forget about Chris. Because I refused to marry him, he started to get crazy. I used to tell him what he always wanted to hear just to pacify him. Since he was the only person sending me money, I would go along with him. But then I felt guilty about it and yucky so I started

IMHOFF000565

2

to be honest with my feelings. I told him I would <u>not</u> marry him and that my grief therapy was more import- ant and so was my case. I'm trying to fight for my life and I'm trying to help myself get therapy and become emotionally healthy! The <u>last</u> thing I think about is marriage! But my pain and suffering over Chris and my appeal didn't matter to Vince. All he thought about was himself and no one else. I don't care who it is, I will not put aside anything for a man! My emotional and mental health is more important to me and if I sound selfish, I don't care.

On this tape, he tells me about Jennifer as if he is breaking my heart. Like <u>he</u> is the one letting me down easy. HA! I don't think so. But I am truly scared for Jennifer. If what Vince says is true, I believe Jennifer only agreed just so she has someone to support her while in prison. Cause Vince said her and her mom don't get along. I already sent out notice to have Vince removed from my visitation because I don't want him to have anything to do with me. I will keep any mail he sends for future reference in case I need it. I still have all his letters and I really doubt he could hurt my case. Any lawyer would be able to see what a nut case he really is, so I'm not too worried about that. Vince also threatened me about my school. He demanded Mark's address because he feels Mark should support me. He had the nerve to tell me Mark should be in my life. Its not that I hate Mark, because I don't, its just that I

IMHOFF000566

do not want any contact with Mark at all. I have to "let go" of him. Having Mark in my life is emotional suicide. I wish it were that easy to be friends with Mark but I can't - its too painful. I still love him in some ways (because he was my first, my 1st hubby and my son's dad). I must let go of Mark and this is something I know Vince would never understand. So, I know now my school is shot. I will not give out Mark's address to Vince. Vince has no business to interfere with my past relationship with Mark. I will figure out a way to come up with $ for my paralegal course. I shouldn't have signed up for it. I had the idea in my head for months and I sent all the info to Vince to review. He was (he said) happy for me and he agreed to pay for it. Now - this. He thinks my only purpose for that course is to become a big wig in the legal profession and be a "90's" woman! He's so stupid! I am taking that course for knowledge and better understanding because of my legal predicament. I will also earn a diploma upon completion, which will always be useful in the future. So, he said "no address, no school." Carolyn, I will not write him back because I've literally had it. I don't deserve to be treated like he owns me. He interferes with my therapy and he really frustrates me. I can't go on like this anymore. I know I should have listened to your advice a while ago but I figured I'd play into his little game as long as he sent me money. I'd rather do without than keep getting upset over this weirdo. He scares me and he needs help. I'm scared for Jennifer. See, she will be able to have contact visits when she gets here and I fear

3

for her Carolyn. Vince thinks I have plans to go to Atlanta when I get out of here. But I don't. He is so prejudice and ignorant. He thinks that because I am not prejudice of people (especially blacks) he thinks I want a black man. He is so stupid! I have no prejudices toward people. I just don't care for these loud mouth, streetwise black women here. You know what? Vince said the same thing to Jennifer as he said to me — " I won't push you into anything." Oh! I am real scared for her. Oh yea! About the ruby ring he talks about. I wanted him to buy me a pretty ruby ring for my birthday. It wasn't anything like a wedding type ring — just a simple ring. I also didn't want it as a token of love - I just wanted the ring. But he thinks I was hinting about marriage. I saw this pretty ring for $36.00 and I asked Vince to pay for it. Oh! I am so stupid and such a fool! He makes me sick and he really scares me Carolyn. He went to the courts and started reading my transcripts. He thinks he knows so much. He knows absolutely nothing about anything. He was telling me I made a bad move by going down to my dad's house the day Chris was missing. I didn't want to go but the police and my step-mother insisted I go. The cops assured me they would stay at my apt and that my phone was tapped and that they would immediately notify me if any news came. I gave the cops my dad's phone # and address just so they could reach me. Then Vince says I should have gone to the mall to help look

for Chris. But the only reason I stayed at my apt
is because I wanted to be the only person to answer
my phone in case Chris had called. I wanted Chris
to hear my voice first in case he called. All of my
neighbors were already at the mall helping the cops
look for Chris. I don't care what anyone says, I
wanted to be at my home to answer my phone in
case my son called! How dare Vince make any kind
of assumptions etc! Then he says I wanted to move
to Tempe to live with Ernie (my then boyfriend). My
intentions to move to Tempe had absolutely nothing
to do with Ernie. I wanted to go there only because
I wanted to move away from Mark and Tempe was
where I worked! See, how these idiots distorted
my case? Making something out of nothing! Oh!!!
I get so mad! I have news for Vince - I will
not be here forever! As long as another lawyer looks
into my case and corrects all these lies and assump-
tions, the truth will come out. I hate it when
people make opinions and judgments about my case
when they know absolutely nothing! Then he complain
about all the $# he has sent me. He is the one who
willingly sent me stuff when I got here. I never
asked him for a TV, a stereo and money when I got
here. Then he says he wonders how it would be
if the tables were turned. Like if he was here
and I was out there that I would most likely
cheat on him etc etc. First of all, I would never
seek out a guy from the TV who was on trial for
murder and want to marry him! I know I would
not do what Vince did by seeking out a future

IMHOFF000569

4

spouse! He is so stupid! On side A, listen to the
anger in his voice. He's scary! God! Jennifer needs
to be warned. He is or sounds like a time bomb!
Carolyn, he is talking like this to me only because
he can't have his way with me. I have letters to
show his many contradictions. His moods flip back and
forth. As much as I hate to say this but I'm glad I'm
back in here and not out there where Vince can come
in contact with me.

Also Carolyn - please don't worry! Vince does
not know your last name, address or anything about
you other than that you write me. ok? He has no
idea of my wanting to change my name or where I want
to move to once I'm free. He thinks I want to go to
Georgia. Well, I'm through with him. I know that
if Jennifer finds out it is me trying to do the
warning, she will tell Vince and then God only
knows what he will do! Could you please get Jennifer
to somehow open up to you about Vince and then once
you hear it from her, tell her what you know
about Vince? I am real scared for her and marrying
Vince would be a disaster for her! Look what he's
put me through! This is why I sent Vince's tape
so you could hear for yourself how creepy he is.
Carolyn, you have been such a dear friend and I
know I should have listened to you. Please
forgive me for dumping on you like this. Also,
would you please keep that tape at your house? The
reason I ask is because we are only allowed to

IMHOFF000570

have 15 tapes in our room. I want to save that tape in case I need it later. Just mark it "1-22-92 Vince" 1-22-92 is when I got the tape in the mail. I'm afraid he isn't through with me and I will sick my lawyer on him if he doesn't leave me alone.

I borrowed these stamps from my neighbor cause I really wanted to rush this to you ASAP. Hopefully it is Saturday the 25th when you are reading this. I got my school materials already and I did lesson 1 already and sent in my test. Oh boy! I wished I didn't sign up for it but I'll find a way to keep up with my payments. Well, I got in this mess with Vince and hopefully, lets pray, Jennifer doesn't get sucked in. Can you visit her? If so, I'd be glad to mail some of Vince's letters to prove to her how sick he is. Let me know. or do you think we should stay out of it? Carolyn, its late and I want to get this out to you. Thank you so much for listening. I'll write again as soon as I get a letter from you. I miss your frequent letters and cute cards! My next book of stamps I'll hang onto longer. I just had letters piled and went through them fast. Right now, I'm waiting for answers to my letters. I just asked Danny to send a few too. ~~those~~ Write soon!

Love
Debbie

IMHOFF000571

# EXHIBIT 4

To file.
MPL

5-5-13

Hello Mike,

Enclosed is another letter from Paul Huebl. I did not respond back to him. I appreciate the help he gave but I am not interested in any kind of film deal. I can't work with someone like him. I prefer a person who is competent and conscientious of the facts, like Jana Bommersbach.

I don't want to string Paul along but I don't want to let him know about Jana either. I'd like her involvement and work on a book to be kept a secret for as long as possible. He is a pest but I can't be rude to him and not invite him to my "freedom fête," wherever that may take place. We just all need to keep in mind that he may show up with a hidden recording device.

I hope his sources are correct about my freedom coming within the next couple of months. I am ready to get out. Everyone here, inmates and staff, keeps asking me when I'm leaving. I say not soon enough!

I hope we talk again soon. Oh, a pair of pants, a blouse, shoes, and sunglasses are ready for me to change into at court, assuming I leave from there. Pat has it all together in a box. See? I told you I'm ready. Take care! Debbie

L&L014322

# EXHIBIT 5

# LOEVY & LOEVY

Elizabeth Wang
elizabethw@loevy.com

2060 Broadway, Suite 460, Boulder, Colorado 80302                                      direct 720.328.5642

August 20, 2019

*Via E-mail*

Kathleen L Wieneke
Christina Retts
Wieneke Law Group
1095 W. Rio Salado Parkway, Suite 209
Tempe, AZ 85281
Cretts@wienekelawgroup.com
Kwieneke@wienekelawgroup.com

Lori V. Berke
Jody C. Corbett
Whitney Harvey
Berke Law Firm PLLC
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Lori@berkelawfirm.com
Jody@berkelawfirm.com
Whitney@berkelawfirm.com

Sally A. Odegard
Holloway Odegard & Kelly, P.C.
3020 E. Camelback Road, Suite 201
Phoenix, AZ 85016
sodegard@hoklaw.com

Artie Eaves
Robin E. Burgess
Sanders & Parks, P.C.
artie.eaves@sandersparks.com
robin.burgess@sandersparks.com
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Re: *Milke v. City of Phoenix*, 2:15-CV-462-ROS

Dear Counsel:

Pursuant to the Court's order dated July 19, 2019, we have produced on August 12, 15, and 16, 2019, the documents that the Court found was not protected by the work product doctrine. Although Frankie Aue was not a "journalist," we are complying with the Court's order. This production includes the emails between habeas counsel and Frankie Aue that were printed out in hard copy in Kimerer & Derrick's office, which had been on Plaintiff's privilege log of habeas counsel work product.

Furthermore, the Court ordered that communications and work product cannot be withheld as privileged or work product if Mr. Aue had access to them. *See* Dkt. 503 at 31, 33. After conferring with Mr. Kimerer's office, we have determined that Mr. Aue had access to the hard copy documents that were in the "Milke room" in Kimerer & Derrick's office as of April 2013. Thus, we will be producing the rest of the documents to which Mr. Aue had access at Kimerer & Derrick. This production will include habeas counsel communications with third parties, internal staff communications, legal research, notes and memos that would otherwise be privileged, if it were not for the Court's ruling that anything Mr. Aue had access to is not privileged or protected by work product. These are documents that were listed on Plaintiff's privilege log of habeas counsel work product.

With respect to habeas counsel communications with Mr. Aue, I have confirmed with Mr. Kimerer's office that at least as of January 23, 2012, attorney-client communications between Ms. Milke and her counsel  were kept in the separate office of Mr. Kimerer's

Defense counsel                                                                                    Page 2 of 2
August 20, 2019

assistant, Melissa Wallingsford. Thus, Mr. Aue had no access to attorney-client
communications in Mr. Kimerer's office dated on or after that date. Because we cannot
confirm that Mr. Aue did not have access to the attorney-client communications in Mr.
Kimerer's office before that date, we are producing those letters before that date that were
in hard copy at Kimerer & Derrick.

        Pursuant to our agreement to produce these documents on a rolling basis as they are
prepared for production, *see* documents Bates-stamped L&L 14605-14621, 15196-20028.

        We are working on updating our privilege logs accordingly.

        We have confirmed with Lori Voepel's office that Mr. Aue did not have access to the
files in her office, except for documents that he was given by Ms. Voepel's secretary in order
to assist them in creating binders in preparation for retrial. It is my understanding from
Ms. Voepel and prior counsel (NSB) that the retrial binders contain underlying documents
that have already been produced in this case, but we are working as quickly as we can to
verify this through another review of files at Ms. Voepel's office.

        And finally, although we have no obligation to produce nonresponsive documents or
materials, out of an abundance of caution and in advance of depositions, we are producing
the following nonresponsive audio recordings (listed on MILKE_NSB 24147-24150,
produced 4/7/17): a radio show about the criminal justice system; two recordings from Vince
Felix to Debra Milke discussing his feelings (no discussion of the case); a speech by Janet
Napolitano dated 4/20/01;[1] Anders Rosenquist's recording of phone calls to a court and the
AG's office about a court filing. *See* recordings Bates-stamped L&L 20029-20033. These
recordings were determined by both prior counsel (NSB) and current counsel to be not
responsive to any document request.

                                        Sincerely,

                                        Liz Wang

Cc: Josh Dubin, Michael Kimerer, Rhonda Neff, Rachel Brady, Jon Loevy, Danielle
Hamilton

---

[1] There is a duplicate recording of the Napolitano speech, which we have not produced.

# EXHIBIT 6

```
 1

 2                  UNITED STATES DISTRICT COURT

 3                      DISTRICT OF ARIZONA

 4
    Debra Jean Milke,                  )
 5                                     )
            Plaintiff,                 )
 6                                     )
    vs.                                ) No.
 7                                     ) 2:15-cv-00462-ROS
    City of Phoenix; Maricopa          )
 8  County; and Detective Armando      )
    Saldate, Jr.; and Sergeant         )
 9  Silverio Ontiveros, in their       )
    individual capacities,             )
10                                     )
            Defendants.                )
11  ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~     )

12

13              VOLUME III, PAGES 384 THROUGH 580

14

15                VIDEOTAPED DEPOSITION OF

16

17                    DEBRA JEAN MILKE

                     NOVEMBER 14, 2018

18                       9:40 A.M.

19

20

21                 3030 North Third Street

22                    Phoenix, Arizona

23

24        SOMMER E. GREENE, CSR, RPR, CR No. 50622

25
```



1     Q.    And that was prior to trial?

2     A.    Prior to trial, yes.

3     Q.    And after trial?

4     A.    I don't -- I don't remember after trial.

5     Q.    He remained involved in your criminal case

6   after your criminal trial.  Correct?

7     A.    Um --

8     Q.    During the post-conviction proceedings?

9     A.    I -- I believe so with Anders Rosenquist.

10    Q.    Right.  So do you believe that you probably did

11  correspond with him in writing after your criminal trial?

12              MR. BRUSTIN:  Objection to the form.

13              THE WITNESS:  It's possible.

14    Q.    BY MS. BERKE:  Now, you did not have any

15  communications with your mother prior to your conviction.

16  Correct?

17              MR. BRUSTIN:  Objection to the form.

18              THE WITNESS:  Correct.

19    Q.    BY MS. BERKE:  Let me -- let me rephrase my

20  question.  After your arrest and before your conviction,

21  you did not have any communications with your mom?

22    A.    Correct.

23    Q.    And so we know that this letter was written by

24  you no earlier than May 30th of 1990 -- or I'm sorry,

25  '91.  Right?



1    A.    Correct.

2    Q.    And then you say, referring to the mail you

3  received from Kirk that you read through, quote, Most of

4  it is accurate except for some minor corrections which I

5  made and have enclosed, end quote.

6           So does that refresh your recollection as to

7  what this is referring to?

8    A.    I have -- I don't know what I was -- I don't

9  know what this was referring to, no.

10    Q.    And it says, in small writing, "The e-mail

11  letters to Geraldine.  What is that referring to?

12    A.    I don't know.

13    Q.    Who's Geraldine?

14    A.    Um, from -- from what I recall -- I've never

15  met her.  I've never corresponded with her.  This was

16  during the time when they were trying to -- her and

17  Judith were trying to create a Web site.

18    Q.    What kind of a Web site?

19    A.    Um, I don't know.  This is when the internet

20  came out.  So I -- a Web site.  I -- I didn't -- at that

21  time, I didn't even know what a Web site was.

22    Q.    Who's Judith?  Because the next sentence reads,

23  "The section Judith prepared is good."

24    A.    I'd -- I'd never met Judith.  These are people

25  my mother knew.



1      Q.    So was your mother working with Geraldine and

2    Judith to set up a Web site?

3      A.    Um, to my understanding, yes.

4      Q.    And you prepared some kind of a rebuttal to put

5    on the Web site.  Correct?  A rebuttal of -- well, a

6    rebuttal.  You refer to it as a rebuttal.  Correct?

7              MR. BRUSTIN:  Objection to the form.

8              THE WITNESS:  Um, yeah, I probably did.  I

9    mean, I -- it looked -- I mean, according to this letter,

10   I did.

11     Q.    BY MS. BERKE:  Right.  It says, second

12   paragraph, "Beginning with the first page, I don't like

13   the implication of my rebuttal" -- I'm sorry.  "I don't

14   like the implication my rebuttal makes with reference to

15   my having taken a Valium and what effect it may have had

16   on the interview.  It almost sounds like we are conceding

17   with Saldate but using the Valium thing as an excuse."

18              So what is the rebuttal that you're talking

19   about?

20              MR. BRUSTIN:  Objection to the form.

21              THE WITNESS:  I -- you know, I -- I'm not

22   sure exactly what this was all about.  I just know that

23   my mom and these women wanted to create a Web site.  And

24   it's -- you know, I -- it just sounds like when -- when

25   they were preparing this Web site, they would send me



1  stuff to, like, proofread or -- or something and --

2      Q.    BY MS. BERKE:  To review for accuracy?

3      A.    Right.

4      Q.    And you would then write back to your mother

5  and tell her things that were not accurate, and -- and

6  you would provide her with the corrected information.

7  Correct?

8            MR. BRUSTIN:  Objection to the form.

9            THE WITNESS:  Correct.

10     Q.    BY MS. BERKE:  And so the next paragraph reads,

11  quote, That Valium had nothing to do with anything.  I

12  wasn't high, groggy or half asleep when I saw Saldate.

13  Yes, I was emotionally drained but not out of it.

14            Did I read that correctly?

15     A.    Yes.

16     Q.    And so the Valium you're referring to is a -- a

17  Valium pill that you claim Maureen gave you.  Correct?

18     A.    Yes.

19     Q.    And that was in Phoenix?

20     A.    Yes.

21     Q.    Do you know where that Valium came from?

22     A.    Maureen.

23     Q.    I mean, do you know if she had been prescribed

24  Valium?  Because she denies having given you a Valium.

25     A.    Oh, she gave me one.  She gave me one.



```
1              THE WITNESS:  Um, it -- it's very possible
2    that -- in this year or maybe a year later, I -- I --
3    this was a thought back then in 1991.  I may have written
4    six pads of -- of writing.  But I changed my mind about a
5    book, and so it's possible that I just threw the six pads
6    of -- of writing away.
7         Q.   BY MS. RETTS:  The six pads of writing would
8    have been related to your criminal case and your
9    experience in prison.  True?
10             MR. BRUSTIN:  Objection to the form.
11             THE WITNESS:  It -- it -- it's possible.
12        Q.   BY MS. RETTS:  What else could have been in
13   those legal pads other than those items?
14             MR. BRUSTIN:  Objection to the form.
15             THE WITNESS:  I don't know.  Feelings?  I
16   don't know.
17        Q.   BY MS. RETTS:  Have you ever written a journal?
18        A.   No, I don't -- I don't -- no.
19        Q.   Have you ever told anyone that you've written a
20   journal?
21        A.   No.  It was suggested to me to keep a journal.
22        Q.   Now, you stated that you changed your mind
23   about a book.  Is that correct?
24        A.   I -- it -- it went back and forth over the
25   years.  Over 22 years, I went back and forth.
```



1       Q.    Was the interview recorded?

2       A.    No.

3       Q.    In that binder of materials that's in front --

4    directly in front of you right --

5       A.    This.

6       Q.    The letters from Mr. Felix, from you to

7    Mr. Felix, if you could turn to MILKE_AZAG00 --

8             MR. BRUSTIN:  Sorry.  Give me the number

9    again.

10            THE WITNESS:  She's reading it.

11      Q.    BY MS. RETTS:  223.

12      A.    What -- I'm sorry.

13      Q.    It's -- yeah.

14      A.    Okay.

15      Q.    And it's 1752.

16      A.    Okay.

17      Q.    And it's the first full paragraph.  There's

18   kind of a partial paragraph there, and then there's a

19   first full paragraph that states, "I started to keep a

20   regular journal of all my angry feelings because I go to

21   bed feeling mad every night just thinking about my case."

22            Do you see that?

23      A.    Yeah, I see that.

24      Q.    Did you keep a journal at some point?

25      A.    Well, I must have at -- back then, in 1991.



1   mother had saved cause you any anxiety?

2       A.    Yes.

3       Q.    And do you still have some anxiety relating to

4   those materials you still have to get through for her

5   estate?

6       A.    Yes.

7       Q.    Did you read through Exhibit 338, the list of

8   questions sent from the defendants, before you went

9   through and destroyed materials at your mother's house?

10      A.    Are you asking me if I read this document?

11  If --

12      Q.    Or anything --

13      A.    -- I read this.

14      Q.    Or anything that listed the questions.

15           MR. BRUSTIN:  Objection to the form.

16           THE WITNESS:  I told you I -- I don't read

17  any of these legal documents.

18      Q.    BY MS. RETTS:  Your stepfather passed away, but

19  your father has also passed away in the last 20 years.

20  True?

21      A.    My father passed away in 1998.  My --

22      Q.    Was it more difficult when your stepfather

23  passed away than when your father passed away?

24      A.    Yes.

25      Q.    Do you still experience grief today about the



1      A.     No, I use that here.

2      Q.     Who do you communicate with in Europe?

3      A.     Franke, my friend.

4      Q.     What is Franke's last name?

5      A.     Aue, A-u-e.

6      Q.     Who owns the house that you live in?

7      A.     Franke.

8      Q.     Tell me how that came about.

9      A.     Um, he bought it.  It was a foreclosed home.

10  He bought it, I think, in 2010.

11     Q.     And he -- does he allow you to live in it for

12  free?

13     A.     No.

14     Q.     You pay rent?

15     A.     I do.

16     Q.     Do you communicate with anyone else in Germany

17  other than Franke?

18     A.     I Skype with Reinhard once in a while.  And I

19  try to communicate with my aunt and uncle and my cousin.

20     Q.     Did you communicate by letter with Franke while

21  you were incarcerated?

22     A.     Yes.

23     Q.     Do you still have any of the letters that he

24  wrote to you?

25     A.     I do not.



1    Q.    What did you do with them?

2    A.    Um, after I got out, um, in 2013, I -- he

3  bought a shredder and I shredded my copies of my legal

4  case and, um, all his letters.  Because our communication

5  was Skyping.

6    Q.    So you shredded his letters that you had

7  received.  Did you have letters that you wrote to him

8  that you shredded?

9    A.    No.  I didn't have letters that I wrote to him,

10 no.

11   Q.    Have you ever asked him whether he saved the

12 letters that you wrote to him?

13   A.    No.

14   Q.    Did he shred materials with you at the --

15   A.    No.

16   Q.    What else did you shred?

17   A.    It -- it was just my copy of my legal file.

18   Q.    Were there any of your notes in there, like

19 your handwritten notes?

20   A.    Oh, I don't know.  I mean, I don't -- I didn't

21 really -- I didn't really take notes.  I didn't journal.

22 I just had copies of my transcripts and briefs, all that

23 stuff.  I just -- I just got rid of it.

24   Q.    You got rid of Franke's letters?

25   A.    Yeah.  I didn't need them.



1    Q.    Who else's letters did you shred?

2    A.    Um, that was it.

3    Q.    Who is James?

4    A.    James -- James who?

5    Q.    On Exhibit 336, MILKE_NSB27127.

6    A.    27127.

7    Q.    The very bottom paragraph.

8    A.    Okay.

9    Q.    It says, "I got a letter from James today.

10   He's been in the hospital for two weeks."  Then it goes

11   on to describe what he wrote to you.

12   A.    Uh-huh.

13   Q.    Who is he?

14   A.    James.  He -- he -- he could have been a pen

15   pal.

16   Q.    What are the names of all the pen pals that you

17   had while incarcerated?

18   A.    I didn't -- I didn't really have pen pals

19   like -- you know, like, I got -- I got cards and notes

20   from people all over the country.  But I didn't -- and I

21   always made sure I sent a thank you note.  But I didn't

22   maintain a correspondence with -- with people.

23   Q.    You maintained correspondence with Vince Felix

24   for approximately a year.  True?

25   A.    In the very beg- -- when I -- yes, in the very



1      A.      Uh-huh.

2      Q.      Do you remember having -- was that a yes?

3   Sorry.

4      A.      I'm sorry.  Yes.

5      Q.      Do you remember having a phone call with

6   Dr. Bashah after being confronted with Joe Marino

7   letters?

8      A.      Yes.

9      Q.      And was that because you believed that those

10  letters had been destroyed?

11     A.      No.

12     Q.      And after learning of those letters, you were

13  overcome with emotion to the point where you were not

14  able to communicate anymore.  True?

15     A.      True.

16     Q.      And you started hyperventilating?

17     A.      Yes.

18     Q.      How long of a session did you have with

19  Dr. Bashah about the Joe Marino letters?

20     A.      Um, are you talking about June 26th?

21     Q.      Yes.

22     A.      We didn't have a session.  She called me on my

23  phone.

24     Q.      How long did you speak to her?

25     A.      I don't know.  Um, I -- I -- I can't tell you



1  how long I spoke to her, but she -- um, we talked, and

2  she told me to go back up to Joshua's office.

3      Q.    On the top of that note, it says "11:00 to

4  11:15 p.m."  Does that sound about right, that you had

5  about a 15-minute conversation?

6      A.    Well, it wasn't -- definitely wasn't at night.

7  It was in the morning.  Um, this must be the -- the

8  length of time he talked to Emily.

9      Q.    Have you talked to Dr. Bashah about the letters

10 on any other occasion, the Joe Marino letters?

11     A.    Um, not in detail.

12     Q.    Tell me what you've told her about the letters.

13     A.    Well, after this in June, this was very, um,

14 devastating when Joshua put a letter in front of me and I

15 read it.  Um, I -- I didn't recognize the person who

16 was -- who wrote these letters.  I didn't remember

17 writing them.  I mean, this was all very shocking and

18 devastating.  And, um, I ran out of his office, and I --

19 I just remember getting out of the building because I was

20 hyperventilating.

21            And I -- I just remember New York's a very

22 crowded place, and I was having a panic attack in the

23 street.  And I wandered away.  And then my phone rang and

24 it was Emily.  And she told me to get in a safe place.

25 There's no safe place in New York.  I just leaned up



1    against a wall in a build- -- on a building, and she told

2    me to calm down and -- and told me to get back -- just to

3    go up -- back up to Joshua's office.

4               And I was freaking out about what I had read

5    in the letter because I didn't -- I don't remember

6    writing it.  And I -- and I didn't recognize the person

7    who wrote these letters.  And it was very scary.

8        Q.    What letter did you read?  What was the letter?

9        A.    I don't know which one it was.

10       Q.    What was the content of it?

11       A.    I don't remember.  It was just crazy writing.

12       Q.    What was so scary and alarming about what you

13   read?

14       A.    Because I don't remember writing it.  I don't

15   know who Joe Marino is.  I couldn't put a face to a name.

16   And this writing is not me.  This -- this -- this is

17   insanity here, and I -- and this is not me.  And so I

18   don't recognize the person who wrote these letters.

19       Q.    There are hundreds of pages of letters that you

20   exchanged with Mr. Marino.

21       A.    I know.  I don't remember.

22            MR. BRUSTIN:  Do you need a minute, Debra?

23   Are you sure?

24       Q.    BY MS. RETTS:  Can you turn, please, to -- in

25   that same binder -- MILKE_NSB3812.



1   you -- strike that.

2              Kirk Fowler appeared also to speak about

3   your case?

4       A.    He may have.

5       Q.    Do you have a recollection of Kirk Fowler being

6   part of this interview process?

7       A.    No.

8       Q.    And if you look at page 3, on the top, page 3,

9   it says, "You need to get closer to the mic, Kirk, for

10  the benefit of the people who didn't catch you for the

11  first time on my program.  You became involved in this

12  case how?

13             "Answer:  I was the Court-appointed

14  investigator for Maricopa County Superior Court.  And it

15  was the luck of the draw that I got the Milke case."

16             Do you see that?

17      A.    I do.

18      Q.    Do you understand who Kirk Fowler is?

19      A.    Yes.

20      Q.    He was an investigator on your case?

21      A.    Yes.

22      Q.    So Mr. Fowler was appearing on this -- in this

23  interview to provide information about the case?

24      A.    Apparently he was, yes.

25      Q.    Did you have a conversation with Kirk Fowler



 1   prior to this interview to talk to him about the scope of

 2   what you were going to authorize him to say?

 3              MR. BRUSTIN:  Um, no.  I -- you can't answer

 4   that question.

 5              MS. RETTS:  Why not?  It's a public

 6   appearance so --

 7              MR. BRUSTIN:  You're -- you're not asking

 8   about the public appearance.  You're asking about a

 9   conversation they had before the public appearance.

10              MS. RETTS:  And the basis is what, privilege

11   or work product?  Because he's not an attorney.

12              MR. BRUSTIN:  Work product.

13      Q.    BY MS. RETTS:  Did you limit Mr. Fowler's

14   ability to speak about your case in any way?

15      A.    No.

16      Q.    Mr. Fowler had carte blanche to speak about his

17   investigative activities that were involved in the case

18   in this interview?

19              MR. BRUSTIN:  Don't -- don't answer that.

20              MS. RETTS:  The work product privilege is

21   owned by Kirk, not her.  If he had carte --

22              MR. BRUSTIN:  Well, that's not --

23              MS. RETTS:  -- blanche --

24              MR. BRUSTIN:  That's not --

25              MS. RETTS:  -- then this is --



 1              MR. BRUSTIN:  That's not --

 2              MS. RETTS:  -- a full waiver.

 3              MR. BRUSTIN:  That's not right.  That's --

 4    it's not -- it's not his privilege.

 5              MS. RETTS:  That's what the Court said in

 6    the hearing.

 7              MR. BRUSTIN:  Do we -- we do not -- look, we

 8    do not have an order on any waiver of work product that

 9    I'm aware of.  If I'm missing something, you tell me.

10    This is still being briefed.  We're still arguing it.

11    I'm not -- I'm not saying that she won't rule

12    specifically, but she hasn't.

13         Q.    BY MS. RETTS:  Have you looked through this

14    before today?

15         A.    No.

16         Q.    So you have taken any type of review to

17    determine the scope of what Kirk Fowler talked about

18    relative to your case?

19         A.    No.

20         Q.    Kirk Fowler was authorized by you to make all

21    the statements that he made in this interview.  True?

22              MR. BRUSTIN:  Don't answer that question.

23    Debra, don't answer.

24              THE WITNESS:  I'm not.

25              MS. BERKE:  What's the basis for that?



1              MR. BRUSTIN:  Work product.  The discussions

2     before -- the discussions before are work product.

3     She -- whatever she talked to him about is work product.

4              MS. RETTS:  Not if it's authorized.  Did she

5     authorize him her -- him or not is a yes-or-no question,

6     not about a conversation.  He can be authorized or he can

7     not be authorized.

8              MS. BURGESS:  Well, also, work product

9     applies to work that's done for the case.

10             MR. BRUSTIN:  That's not right.  The work --

11             MS. BURGESS:  This is an interview.

12             MR. BRUSTIN:  The work -- she's not talking

13    about the interview.  She's talking about the

14    conversation before the interview.  That's work product.

15             MS. BURGESS:  It's about conversation about

16    whether he can talk about things for the interview.

17    That's not --

18             MS. RETTS:  And whether he waived it.

19             MS. BURGESS:  -- part of the --

20             MS. RETTS:  If she authorized him to waive

21    it, then that is a waiver.

22             MR. BRUSTIN:  Yes.

23             MS. RETTS:  If she's -- she authorized him

24    to speak about all manners of the case, it's a waiver.

25             MR. BRUSTIN:  Look -- look.  You -- you are



1  not going to be asking her questions without a Court

2  order that -- that communications they had that -- that

3  are -- that are work product, she can get into.  If we

4  have a Court order that says that, she will answer.  We

5  don't have that.

6          The work product is jointly shared by the

7  client and the attorney or the agent of the attorney.

8  There's no question about that.

9          MS. RETTS:  So if we have to come back,

10 we're just going to ask for you guys to pay for it.

11         MR. BRUSTIN:  We've already -- we -- we

12 understand that we're -- that we're briefing work product

13 and privilege.

14         MS. RETTS:  Right.  But I'm saying if we

15 have to come back on this issue, we're specifically going

16 to ask you to pay for it.

17         MR. BRUSTIN:  Let me -- let -- let's -- let

18 me just double-check because I'm -- I'm not briefing this

19 issue.  Let me just double-check that's our position.  I

20 think it is.  But let me double-check.

21         MS. RETTS:  All right.  Well, let's --

22         MR. BRUSTIN:  Let's take a two-minute break.

23         MS. RETTS:  Yes.

24         THE VIDEOGRAPHER:  We're off the record at

25 3:47.



```
 1                  (A recess was held off the record.)

 2                  THE VIDEOGRAPHER:  We're back on the record

 3    at 3:51.

 4                  MR. BRUSTIN:  Okay.  So I will let her

 5    answer the two narrow questions you asked with the

 6    understanding that by letting her answer these questions,

 7    you're not going to be arguing that she's in any way

 8    waived work product or attorney/client.

 9                  MS. RETTS:  That's fine.  Subject to the

10    caveat, we still will challenge it.

11                  MR. BRUSTIN:  That's different.  Right.  Not

12    because she answered in this deposition.

13                  MS. RETTS:  Yes, exactly.  All right.

14                  Sommer, could you read back those two -- the

15    questions that...

16                  (The last question was read back by the

17    court reporter.)

18                  THE WITNESS:  I -- I don't recall.  I don't

19    recall any of that.

20                  MS. RETTS:  And then there was the second

21    question about carte blanche?

22                  (A portion of the transcript was read back

23    by the court reporter.)

24                  MR. BRUSTIN:  Objection.  You can answer

25    that limited question.
```



1              THE WITNESS:  I don't recall any

2     conversation I had with Kirk prior to this, um,

3     interview.

4          Q.    BY MS. RETTS:  During the interview, you didn't

5     object to anything Kirk said.  True?

6          A.    During this radio interview?

7          Q.    No.  Do you have a recollection of instructing

8     him not to speak about certain matters of the case?

9          A.    Um, if this is a transcript of the radio

10    interview --

11             MR. BRUSTIN:  She's just asking what you

12    remember.

13             THE WITNESS:  I don't remember.  No, I don't

14    remember.

15         Q.    BY MS. RETTS:  You have no basis to dispute

16    what appears in the transcript.  So if in the transcript

17    there is no objection to -- you telling Kirk Fowler to

18    stop talking, you would have no reason to dispute that

19    you did --

20         A.    I have not --

21         Q.    -- not tell him that?

22         A.    I have not read this.

23         Q.    Do you have a recollection of ever stopping

24    Kirk during the interview and telling him he couldn't

25    talk?



1    A.    No.  I have not -- no.  And I have not read

2   this.

3    Q.    If I represent to you that it doesn't say

4   anywhere that you stopped and told Kirk Fowler to stop

5   talking about certain aspects of your case, would you

6   have any reason to dispute that?

7    A.    I'd prefer to read this first.

8    Q.    Would you have any reason to dispute it,

9   though?

10    A.    Look, I have not read this and I don't want to

11   answer a question --

12         MR. BRUSTIN:  Do you mind if I talk to her

13   for one second?

14         (A discussion was held off the record.)

15    Q.    BY MS. RETTS:  If you want to take it home

16   tonight, you can read it tonight and we'll just ask you

17   tomorrow?

18         MR. BRUSTIN:  Would you prefer to do that?

19         THE WITNESS:  Yes.

20         MR. BRUSTIN:  Sure.  Then take it home.

21   That's fine.

22         THE WITNESS:  She's asking me a question.

23         MR. BRUSTIN:  Okay.  That's fine.

24         THE WITNESS:  I haven't read this.

25         MR. BRUSTIN:  I know.  But she's asking you



```
 1                     CERTIFICATE OF REPORTER

 2    STATE OF ARIZONA        )
                              )
 3    COUNTY OF MARICOPA      )

 4

 5         I, Sommer E. Greene, a Certified Reporter in the
      State of Arizona, do hereby certify that the foregoing
 6    deposition was taken before me in the County of Maricopa,
      State of Arizona; that an oath or affirmation was duly
 7    administered to the witness, DEBRA JEAN MILKE, pursuant
      to A.R.S. 41-324(B); that the questions propounded to the
 8    witness and the answers of the witness thereto were taken
      down by me in shorthand and thereafter reduced to
 9    typewriting; that the transcript is a full, true and
      accurate record of the proceeding, all done to the best
10    of my skill and ability; and that the preparation,
      production and distribution of the transcript and copies
11    of the transcript comply with the Arizona Revised
      Statutes and ACJA 7-206(j)(1)(g)(1) and (2).
12         The witness herein, DEBRA JEAN MILKE, has
      requested signature.
13         I FURTHER CERTIFY that I am in no way related
      to any of the parties nor am I in any way interested in
14    the outcome hereof.

15

16         IN WITNESS WHEREOF, I have set my hand in my
      office in the County of Maricopa, State of Arizona, this
17    24th of November, 2017.

18

19         --------------------------------
           Sommer E. Greene, RPR, CRR
20         Certified Reporter 50622

21

22         /S/
      _____
23    For Esquire Deposition Solutions
      Registered Reporting Firm No. R1048

24

25
```



# EXHIBIT 7

**REDACTED**

----- Forwarded Message -----
**From:** Frank Aue <frankie@execs.com>
**To:** "janabomm25@yahoo.com" <janabomm25@yahoo.com>
**Sent:** Wednesday, April 10, 2019, 7:43:10 AM MST
**Subject:** Re: Aw: Re: Frankie from Berlin

Hi Jana,

I received some photo and I'm arttaching them to you. In the meantime I'm back in Berlin. Do you need more photos? I can help you better from here.

Fr@nkie


**Sent:** Saturday, March 30, 2019 at 2:57 AM
**From:** "Jana Bommersbach" <janabomm25@yahoo.com>
**To:** "frankie@execs.com" <frankie@execs.com>
**Subject:** Re: Aw: Re: Frankie from Berlin

That's Ok. Don't worry, I should have plenty. Enjoy your holiday!!!

Sent from Yahoo Mail on Android

On Fri, Mar 29, 2019 at 5:49 PM, Frank Aue
<frankie@execs.com> wrote:

Dear Jana, at this point you are catching me on Tenerife in my holiday house. I will be going back to Berlin on April 10 but I don't have all the files of Debbie available anymore. I'm sorry but will be happy to look for what I still have.

Frankie
--
Diese Nachricht wurde von meinem Android Mobiltelefon mit mail.com Mail gesendet.
Am 30.03.19, 00:34, Jana Bommersbach <janabomm25@yahoo.com> schrieb:

Hi sweetie.  Hope you're well and happy and enjoying life.  I'm about to publish the english version of Debra's book, and could use a little help. I have the pictures that are in the german version--except for a pic of Saldate, which I still need--but wondered if you had a couple you thought should be included.  If so, please send them on.  And if you have anything on Saldate, that would be wonderful. I'm doing great, and will be so happy to finally get this book to the English speaking world.  Sorry Pat isnt here to see it.  What a loss.  Best to you and hope our paths cross again!!! jana

JB0001

On Sunday, December 30, 2018, 9:27:32 AM MST, Frank Aue <frankie@execs.com> wrote:

Thanks dear! It works now. Happy new year to you too!

Fr@nkie

**Sent:** Saturday, December 29, 2018 at 10:05 PM
**From:** "Jana Bommersbach" <janabomm25@yahoo.com>
**To:** "frankie@execs.com" <frankie@execs.com>
**Subject:** Re: Frankie from Berlin

Have a very happy New Year!!!

Sent from Yahoo Mail on Android

On Thu, Dec 27, 2018 at 11:37 AM, Frank Aue
<frankie@execs.com> wrote:

Hello dear Jana,
so, this is my usual private mail address. Deb just wanted to let you know that she cannot contact you directly.
I guess you probably heard what's going on.

Fr@nkie

JB0002

# EXHIBIT 8



 1095 W Rio Salado Parkway, Suite 209
Tempe, Arizona 85281

 602.715.1868

November 15, 2018

 www.wienekelawgroup.com

***VIA CERTIFIED MAIL***
***RETURN RECEIPT REQUESTED***

Jana A. Bommersbach
59 E. Hoover Avenue
Phoenix, Arizona 85004-1319

>       ***Re:***       ***Milke v. City of Phoenix, et al.***
>                  ***United States District Court***
>                  ***Case No.: 2:15-cv-00462-ROS***

Dear Ms. Bommersback:

This firm represents Defendant City of Phoenix in the above-mentioned matter. Enclosed is a Subpoena Duces Tecum for any and all records in your possession regarding related to Debra Milke and/or the book *Ein Geraubtes Leben*.

Pursuant to A.R.S. Sec. 12 351, payment will be made at the rate of 25¢ per page of photocopying and $25.00 per hour of clerical time necessary in locating and photocopying the records upon presentation of an itemized statement. If you will forward your statement for photocopying along with the records, we will send you our check by return mail.

In order to avoid the necessity of a personal appearance in this matter, it is imperative that the records be validated by the Custodian of Records of your office. I have enclosed a Declaration of Custodian of Records, and ask that you have it completed and return the signed original to me with the records.

Please contact us upon receipt of the subpoena so that we can discuss how best to arrange for production of the materials and to minimize the burden and expense of production. Time limits are applicable to the production. Please arrange for the records to be produced to us no later than Monday, November 30, 2018. If you have any questions, please do not hesitate to contact me. Your prompt attention is appreciated.

Very Truly Yours,

Lindsey M. Piasecki
Paralegal

Enclosures (as stated)
LMP/
Cc: All Counsel

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| Debra Jean Milke | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   2:15-cv-00462-ROS |
| City of Phoenix, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          Jana A. Bommersbach
                 59 East Hoover Avenue, Phoenix, Arizona 85004-1319
                          *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

### SEE ATTACHED DOCUMENT RIDER

| Place: Wieneke Law Group | Date and Time: |
|---|---|
| 1095 West Rio Salado Parkway, Suite 209 Tempe, Arizona 85281 | 11/30/2018 5:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   11/15/2018

                    *CLERK OF COURT*

                                              OR   *[signature]*   for Christine
                                                                           Retts
        _____              _____
        *Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   City of Phoenix
Defendants _____ , who issues or requests this subpoena, are:
Christina Retts / cretts@wienekelawgroup.com / (602) 715-1868/1095 W. Rio Salado Pkwy., St. 209, Tempe, AZ 85281

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   2:15-cv-00462-ROS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Jana A. Bommersbach

on *(date)*        11/15/2018        .

☑ I served the subpoena by delivering a copy to the named person as follows:     Jana A. Bommersbach via

certified mail, return receipt requested

on *(date)*        11/15/2018        ; or

☐ I returned the subpoena unexecuted because:                                                                                                                          .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                                   .

My fees are $                          for travel and $                          for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.

Date:        11/15/2018                              _____

*Server's signature*

Kim Penny, Legal Assistant

*Printed name and title*

Wieneke Law Group, PLC
1095 West Rio Salado Parkway, Suite 1095
Tempe, AZ 85281

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
   **(i)** is a party or a party's officer; or
   **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
   **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
   **(i)** fails to allow a reasonable time to comply;
   **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
   **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
   **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
   **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   **(i)** expressly make the claim; and
   **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

*Debra Milke v. City of Phoenix, et al.*

Case No.: 2:15-cv-00462-ROS

## <u>DOCUMENT RIDER</u>

The following documents request, wherever possible, are to be produced in native format, or .jpg format.

1. Any and all contract(s), agreements arrangements, deals, promise(s) executed between you and Debra Milke (including any of her agents, attorneys, and/or representatives) related in any way to any book, article, manuscript, article and/or publication about Debra Milke and/or the death of Christopher Milke.

2. Any and all correspondence, letters, emails, messages, memos, memorandum, voicemail messages, wave files, audio recordings, post cards, notes and/or any other type of communication between you, Debra Milke (including any of her agents, attorneys, and/or representatives), witnesses, publishers and/or any other communication with any person related in any way to your investigation of Debra Milke's criminal case, civil case, and/or any book, article, manuscript, article and/or publication about Debra Milke and/or the death of Christopher Milke.

3. Any and all materials in any format provided to you, for your review, relating to Debra Milke obtained from any source, including, but not limited to, Debra Milke, Debra Milke's legal counsel, Debra Milke's investigators, Debra Milke's legal team and/or any other person.

4.  Any and all payment ledgers, check registers, payment logs, receipts, checks, invoices and/or any other documentation identifying payments made to Debra Milke for any services rendered by her to you, your Publisher, or anyone associated with any book, article, manuscript, article and/or publication about Debra Milke and/or the death of Christopher Milke, or for any royalties paid to Debra Milke as a result of sales.

5.  Any and all notes, handwritten notes, memos, memorandums, audio tapes, letters, emails and/or any other material reflecting contacts with witnesses and/or documenting your investigation and research in writing any book, article, manuscript, article and/or publication about Debra Milke and/or the death of Christopher Milke, including any and all notes, handwritten notes, memos, memorandums, audio tapes, letters, emails and/or any other material received from Debra Milke, Debra Milke's legal counsel, Debra Milke's investigators, Debra Milke's legal team and/or any other person regarding witness contacts and statements.

## DECLARATION OF CUSTODIAN OF RECORDS

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief.  I am over the age of 18 and duly authorized custodian of records for:

**Jana A. Bommersbach**
**59 E. Hoover Avenue**
**Phoenix, Arizona 85004-1319**

and have the authority to certify that the records made available to WIENEKE LAW GROUP, PLC, or their representative are all of the records under my custody and control, described and called for in the SUBPOENA DUCES TECUM served with this declaration in the matter relating to said individual or the thing pertaining to:

**Debra Milke v. City of Phoenix, et al.**

Said records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event.  I have delivered _____ records/items with the following exception(s):                                              (number)

_____

_____

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE STATE OF ARIZONA THAT THE FOREGOING IS TRUE AND CORRECT.

_____          _____
CUSTODIAN NAME (PLEASE PRINT)              DEPARTMENT

_____          _____
SIGNATURE OF CUSTODIAN                     DATE

# EXHIBIT 9

na State Prison - Perryville
Maria Unit
ox 3400
ar, Az 85338

PM
20 APR
1991

Vince Felix
18809 N. 22nd Drive
Phoenix, Az
                    85027

1 of 2

MILKE_AZAG001599

4-18-91
Thursday night
11:00 pm

Dear Vince —

Hi! Wow! I just <u>loved</u> that tape of yours! We didn't get our mail until 9:30 tonight. I got the tape and the 2 of 2 letter with all of the legal stuff. I didn't get the 1 of 2 letter because the postage was short 23¢. <u>But</u> I gave the mail people a stamp and they will get my letter for me. So chill — I'll get it. ☺ Boy — you had a lot to say! I love your voice on the tape! You are so funny when you laugh — made me laugh too! You sounded like you got a cold. I miss you too. As the tape was playing, I took lots of notes. So — to answer your questions— I was sitting on my bed. I thoroughly enjoyed it to the max! OH! dear I wish I was out of here! I have <u>so</u> much to say! I'm in a great mood — compared to the last letter you got, you'd think I was crazy. Constantly switching my moods. But each day is different for me. Some days good, some days bad. Today happens to be good but after listening to your tape — I feel great! You are <u>extremely</u> special to me Vince. I just love you. I know — one day I say one thing, next time I say something else. I constantly fight my feelings but no matter how it goes — it always comes back to love. You came into my life when I needed someone the most. I'll never

MILKE_AZAG001600

let you go. You are a very sensitive and caring man. Your analogy of being paralyzed and being here totally makes sense to me. See - now I understand because you "spoke" the words, I can hear the meaning rather than read it. When you talked about that, it just made me cry and I was touched. I promise you I won't fight you anymore. I do, however, feel guilty about being in here but I won't fight these feelings! Ok? You are very very special to me. Your surprise is in the mail. I hope you like it. It's a music tape and I made a little list - as each song plays - I wrote down the meaning to me. You know - what I think about when I hear the song. I think you'll like it. It's a variety of music. Enjoy! ☺ I sure do miss you Vince. About visitation — yes I am ready to see you! BUT WAIT! now listen - ☺ ok? I had to turn in this list to visitation - it's called a 10 list, a list naming all of my perspective visitors. I don't know how long they take to process it or whatever but I'll find out. Also, I have to have my visits on certain days and time "I think"! I'll also find that out from our Sgt. Then the last thing - I am in the process of buying make-up a little at a time each week. I wasn't allowed to keep my make-up from Durango so I have to start all over. I want to look especially nice when you come. So, if you could just 'hang on' a few more weeks ( until I get my war paint) then I'll be all ready! ☺ SMILE! I will also find out how long my visits could last. See - I have to go when no one else is there. When Ms. Milke comes out of her room - the whole prison is locked down. So - I will honestly check out all the details! ok?! I want to see you too! I'm ready anyway!

MILKE_AZAG001601

x - that issue is covered. Good. Yes - I do have the headphone extension and its plenty! I walk around with them on. You were flirting with me - telling me to shake my ass! I was blushing! I felt the heat rise in my face! You flirt! Oh! I love it anyway! Ha! Vince, I didn't read the article Paul did on me but I heard it was bad. I am upset and need your opinion on how I should handle him. Do I thank him - tell him to fuck off or what? I was totally lost about the TV issue. I can tell you more once I read the article. ok? My interview from Channel 10 sounded ok. My voice sounds ok I guess. I sounded so young. I can't believe they (New Times) used my high school senior picture! Yuk! But thank you for the compliments! You are sweet! ☺ I was really popular in high school. Well - those days are gone. I sometimes wish I never met Mark but that's all the past - We go forward from here! ok?? I need to tell you about my atty, Mr. Kemper. He came out here the 17th - we talked for 2 hours. Vince - he is very bold and extremely aggressive. I am NOT allowed to discuss my case with anyone! And, if any of my friends call him - he won't tell them anything. So - it will be a waste of time to call him. He told me to tell all my friends that. Vince - this appeal may take a while. 3 yrs. at the worst! But a re-trial looks most likely to happen. In order for me to be completely and totally free of these charges, I will have to have a re-trial with a not guilty verdict. That's the ONLY way! But this is the best news - he said Hendrix is a bad judge, has been in trouble with the Supreme Court twice and always fucks up a case. He is glad my trial was held in her court. So, that's great. But please keep

MILKE_AZAG001602

this to yourself! Alright?! The reason I do so much legal research is because I want to be aware of legal Terms and understand what's going on so no one can pull the wool over my eyes. He will surely be busy, that's for sure! He only does appeals and has 27 yrs experience. He "asked" for my case! He wanted it. About my TV and Channel 3 - I already tried with those switches and everything but still, nothing. Our cable here is being worked on - I have no idea what's going on with that. But I did hear that soon it will be working. That bar scene you described on the tape sounded crazy! I bet her husband kicked her ass when they got home! What a fool! I didn't get violent - I'm a happy drunk! I laugh and love everyone! I don't get mean! I sure have noticed the weather in Tennessee - I think you are right - that's out! Ha! I'm not into Tornados are you? I still want to go East somewhere. But that's down the road. Hey! Thanks for letting me hear the environmental sounds - that was wonderful! I also heard a shopping cart and loose change! Boy do I miss all of that! Soon soon! You are so thoughtful Vince. Thank you! Are they finally putting in islands on 19th Ave, north of Union Hills? I understand it is supposed to be islands in the middle of the road with plants and trees. Something like that. Good luck to you in court - I am anxious to hear the result. I am aware of that park on 19th Ave - Deer Valley Park. I always took Chris there. I also used to work at that MeraBank there. That place was MeraBanks headquarters. I worked nights there as a second job, to supplement my income. In fact, my MeraBank ID card is in my purse that is in evidence. I worked there Monday - Friday nights from 5:30 - 11:30 pm. I had to because

**MILKE_AZAG001603**

lark wouldn't pay child support. Christopher's school cost $100 a week and he loved it so much so I took a second job to help pay for it. I have to go on to something else because that made me cry. Just thinking about it makes me cry. No – I don't think the ape is silly! I absolutely love it! Vince – please don't worry – I'll be out sometime and we can do all kinds of things together. I'm going to fight my hardest. New trial – not guilty verdict – that's it. Debbie goes home! Don't fret sweetheart! ☺ We'll get it! I feel really bad because I missed the dedication on the radio – damn! I don't think I heard that song by Alabama – but whatever it is – I'll love it. You are so so special Vince. This leads me to something I want to tell you. I'm going to say this because I care about your feelings – whenever you talk about me – please don't say my last name to anyone – reasons – there is so much prejudice towards me and I don't want to cause you any embarrassments. Another reason – my appeal may cause me to have a new trial and I can't afford to have more against me. So let's please please keep our relationship a secret. That's all I need – Oh Debbie has a man on the outside. Doesn't look too good with my legal shit. So we are good friends to anybody out there. You and I know how we feel about each other and that's enough. Ok? Make up a last name if you need to talk about me. Please Vince – it's really important. That singer you saw at Toolies is Vince Gill – he's good. I'm glad you are going out and having a good time. I wish I could be with you and I will too. Just wait! It will happen! We both have faith! I do! So – you want a blow by blow of my day? Ok. Well I always

MILKE_AZAG001604

get up around 8:00 and the first thing I do is go to the bathroom! Ha! Ha! Got ya! I always brush my teeth, get dressed make my bed and watch my favorite show at 9:00 AM - The Barbara De Angelis show. She's a psychologist and I've learned so much from her show. Then after that's over at 9:30, I put on the headphones and either record or just listen to the radio and flip through magazines. 11:00 am, my favorite soap comes on until 12:00, 12:00 Noon, I watch the news, 12:30 I watch Love Connection and always laugh. From 1:00 - 3:00 pm I listen to my favorite religious program on the radio. From 3:00 - 4:30, that's when the doctor comes or the chaplain or I'll read, take a nap, exercise, or write on my book. 4:30, I always watch the Golden Girls. I love them! 5:00, dinner comes. By the way, we eat in our rooms. 3 meals a day are served. They come on these big trays. So 5:00, dinner comes and I eat and watch Hunter - I love that show. 6:00 pm - 9:00 or 10:00 if nothing is on TV, I'll write letters. Then on Sunday, Tuesday and Friday at around 6:00 pm is when I go outside for about 1 hour. After that I take my shower. I'm usually in bed by 10:00 or 10:30 pm. May sound boring but I always stay busy and the time does fly by. Before you know it - it's the weekend again. Tonight - I'm way past my bedtime! It's now 1:00 am! I got the headphones on now as I write. I'm listening to a tape John made for me. All rock and roll! Heavy metal. So that's basically it. I'm currently waiting for a new tape recorder so I can start on the school stuff. The first thing I'm going to do is make you a voice letter. I can't wait! They serve breakfast here

MILKE_AZAG001605

about 6:30 AM but I don't eat – it's too early and I'm always too tired. I buy donuts from the store – so if I'm hungry before lunch, I eat a donut and milk, or coffee. Lunch comes around 12:00. Sometimes I eat lunch, depends on what it is. That's basically it. The reason the store sells food is because some people don't eat the meals they serve here. Some days, it's gross! Liver & onions! Gross! I never eat that. In this one part of your tape you asked "Are you listening or are you playing around?" I laughed because I was messing with this rubberband and it felt like you could see me and thought I wasn't listening. It was like you knew me! It was funny! Hey Vince – listen! If you put married & 10 dependents on your W-4 forms at your work then do your yearly taxes – don't they (IRS) check to see if you are married? On your tax forms – do you also put married & 10 deps? Isn't that illegal? Man – I'd be scared to do something like that. I am always totally honest on my taxes. About the insurance benefits thing at your job. Basically the same reason I said earlier – I don't want my name on anything like that as long as I am in this legal mess. I can't afford to jeopardize my case. If you really want me as a beneficiary – I trust Karen with my life. She is ultimately responsible – she would never fuck me. You could put her name down if you want. But I'd ask her first. Ok? A 60 minute tape is ok by me and so is the 90 minute tape. Whatever feels comfortable to you. And I like my hot tea with sugar & milk. Yes milk – I drink it like the English do. Cold tea – just plain

MILKE_AZAG001606

lemon. So you want me to teach you something? Well – what do you ~~will~~ want to learn there big boy? Huh? Tell me! I think I covered the whole tape in answering your questions. You do sound good over the tape and I love when you laugh! Made me laugh too! And parts ~~are~~ made me cry – only because you are a very sensitive and caring person. I love you – you are so good to me. I thank you from the bottom of my heart. I really want our relationship kept quiet too. It's important to my case. I would love to meet your friends Paul & Cathy. Hopefully someday. I miss you Vince. Remember what I said about the visitation. I'll find out all the details and get my make-up together so I look good for you! ok?

　　　　　Now I want to explain a little bit about the music tape I made for you. I know my last letter I wrote about commitment and all that. My feelings go up and down only because I feel awfully guilty about being here and you are out there. I feel bad and don't want to tie you down. But I did listen to your feelings on this issue. No matter what happens – I will always love you for who you are – there will always be a special place in my heart for you. We can remain best friends always and I decided I'm not going to fight anymore (that's my feelings) but it's vital we don't broadcast. Please! I don't need any more people to make mountains out of molehills regarding my case. Alright? OK – some songs remind me of you, others remind me of us bickering back and forth only because we both are so stubborn. Some songs will give you a message – if you listen to the words – I'm trying to tell you

MILKE_AZAG001607

something. Here are my explanations so you know what I mean
during each song as it plays. Ready? Hope you like it. ☺ I do!

SIDE A

1. You always know what to say. Besides, I like this guy!

2. If this happens, it will be you. You always pull me
through. I am scared but I'll come around. When
I hurt, it's hard to let someone inside. I don't
know when, so let's take it slow.

3. We're promising a lot but for now it's all we got.
I'll be your friend. I'll stand by you. In this
song — we are saying this to each other.

4. You bring joy to me. All the heartaches make me
love you more. You are always by my side.

5. I don't know where I'm going. I keep searching
for the answers. I'll find them.

6. I need you by my side to tell me it's alright. Am
I dreaming or is this for real? It's got a hold of
me and I can't shake the feeling inside.

7. This song is for you — it might take years. We can
wish for our future on a far away star.

MILKE_AZAG001608

3. If I saw you with another woman — would I be jealous? How deep do my feelings go?

1. This is all I could handle. Ha!

0. Will you remember me Vince?

1. This song reminds me of the stubbornness in me. If we got in an argument — I probably wouldn't tell you I missed you.

12. Great swinging song! You are the only one!

13. I want this simple lifestyle. The backwoods sounds good to me.

14. We always seem to be apologizing to each other for some-thing. But we never give up! You are a great friend!

SIDE B

1. I just like this song. No particular reason.

2. I think I drive you nuts sometimes! Do I get under your skin? ☺ SMILE!

MILKE_AZAG001609

3.   Just a pretty song.

4.   We have to have faith. The road we must travel is uncertain.   <u>So true</u>!

5.   I could definitely be persuaded! But there are no guarantees.

6.   I have been blind at times.

7.   I don't need anyone else. You are the only person I think of and see. It may be a chance we're taking.

8.   Again - getting to know one another is hard and it seems a struggle sometimes. Sometimes you get mad, sometimes I get mad. <u>Beautiful</u> song!

9.   Story of my life - "Why are they making those stories up?"

10.  I think of <u>you</u> telling me this. Would I be a fool to let you go?

11.  I don't know much - but I do know I love you as a dear dear friend!

MILKE_AZAG001610

2.    Meet me – but in Atlanta! I've had enough of this life!

3.    I can just hear you telling me this. Sounds appropriate?

14.    Life is scary. A lot goes on out there. Be careful Vince.

5.    I would answer this ad if you placed it! Ha!

6.    Do you??

7.    We always make up when we have spats. ☺

So – did you enjoy it? I hope so. I loved recording it. Anyhow – I did receive the dictionary & Thesaurus but they wouldn't let me keep the fan because the front is made of metal. The front cover part. It all has to be plastic. I'm sorry Vince. They are going to mail the fan back to you. Don't come down here to pick up the fan because I already signed for a money release to pay for the postage to mail back the fan. OK? I'm so sorry. These rules here are stupid. Oh! But I do appreciate you sending me one! Thanks for the books – they will be so helpful. You said in the tape you sent me $150!! God! That's so much $$ – I haven't gotten a receipt yet. You wanted to know my balance – Well – your $220 then one of my friends scraped up money for me & sent $100. That was so nice. She sent

MILKE_AZAG001611

hat a while back. As of today — I have a $218.00 balance. This isn't including the $150 you are sending. So I have plenty. I usually spend about $20 - 25 a week. God! Vince you are so so thoughtful and loving! I love you! God Bless you! Good luck with your new found employment at America West. Be careful! I hope you passed all your physicals! Don't over do it either! Take care! Write or talk back later.

I really enjoy the voice letters! Vince, its 4:00 AM and I'm beat! I'll write again!

Love Ya!
Debbie

P.S. Thanks MUCHO
for the legal stuff!
If I missed anything — please let me know.
Please don't cry sweetheart — I'll be
out — these appeals take time. I can't
help it — Just think — re-trial, not
guilty, Deb goes home! I can get a
not guilty! I'm hanging tough!
Please take care! I miss you!!

MILKE_AZAG001612

# EXHIBIT 10

1-25-06

Hi Pat,

I want to get a letter to you before you leave for Ohio. Sorry about the short call on Tuesday. I got a little distracted as I was watching about 25 officers walk towards my building, plus the canine vans pulling up. It was "shakedown" day for all of Lumley and lockdown got hit first.

I survived it and it wasn't that bad at all. I knew almost all of the officers (old-timers from other units).

I'm never out of compliance nor do I ever have contraband, so all they did was throw out my trash.

The only thing that bothers me with these shakes is that I become extremely anxious when there are so many people around (25+ officers in our area). I break out in a cold sweat, my chest tightens up and my heart feels like it's going in my throat. And this all happens when I'm still in my room and I see the people from my window. When

BOMMERSBACH005134

I'm brought outside and am/among them, the anxiety increases. But I tell myself to breathe slowly so I don't begin to panic. Once I'm in the cage, I just stand there almost frozen. Some officers who know about my anxiety try to be nice and engage in chit-chat with me so my mind is off of how anxious I'm feeling.

It's embarrassing but I think a lot of them understand.

I know one thing for sure and that is that I won't be going to a mall or restaurant anytime soon after my release!! We gotta take baby steps the first several weeks. Once I get comfortable being around you & Patti & my mom, and Marguette's clan, and whoever else may visit, then I might be ready to venture to the Circle K store.

Anyhow, I'm glad I got through it. The shakes are every 3 months, the next one in April. I would like to believe I will have heard from the

BOMMERSBACH005135

2

court by then.

Many of the old officers I know asked me when I'm going to hear something. It's so frustrating to say "I don't know." One even told me he's been keeping tabs on me.

Sunday is the day we sign up for the phone for the coming week, so 9:30 is good for both Tuesday and Saturday. I look forward to talking to Patti.

As for my book — I have my notes organized. I'm ready to meet with a potential ghostwriter to discuss it. I have a good idea in my head how I would like it to be written. I know where I want the focus to be, etc. I even revised my title to this —

Death to the Innocents
A mother's story of
love, loss and injustice

I like that better and I think it really captures everything. What do you & Patti think? Do you think the title will compel someone to want to read

BOMMERSBACH005136

the book?

I am very ready. Judge B just needs to get the show on the road!

Thank you for the M.O.s

Cheryl's favorite team is playing in the SuperBowl. She's a huge Steeler's fan. Her whole family is. I already can hear her how she'll be on Feb. 5.

Oh! Survivor starts again on Feb. 2. Don't forget to watch it. Ok?

When is the first race at Daytona? I'm wondering if it's Feb. 18 or 19.

I hope Jr. has a better year.

Tell Monica that I had a knee surgery - Arthroscopy. The incisions were tiny and I had to wear a leg brace for 6 weeks and use crutches. Physical therapy is a MUST. It won't be easy but tell her NOT to blow it off. She will heal and walk normal. The only down side is the

BOMMERSBACH005137

3

arthritis pain that will come when she gets older. It's not constant but when it's there, it hurts.

I was 19 when I had my surgery and I began to feel the arthritis at age 35 or so.

I hope it all goes well for her. If she listens to the doctor, she'll be fine.

By the way, how is your shoulder? Is it fixed properly now?

I look forward to the photos of Patrick. I can't wait to get to know him and Ken. I may not have my own children but I'll have two boys to spoil.

Well Pat, I must go for now. Thank you for everything and say hello to everyone. Have a safe trip to Ohio! Have fun too!

Love,
Debbie

BOMMERSBACH005138

# EXHIBIT 11

12-18-05

Hi Pat,

I hope you and Patti are doing well. I really enjoyed the pictures you sent of Susan's visit. Everyone looks great. Ken sure is growing like a weed. Patrick, of course, is adorable. I'm so glad you all had a good time together. It was nice to be able to talk to Susan, even though it was brief.

I've been eating so much junk. The food offered this year (for Dec.) is an improvement. Well, we do have a new store supplier that's not run by DOC, so it's a little better. I'm a chocolate junkie for sure! But I've also eaten smoked clams and some salmon "flakes" - it's like eating tuna but it's salmon. Yum! I tried yogurt covered pretzels but I don't like them. I'm addicted to the spicy beef sticks and jalapeño cheese. I just eat all day, non-stop. I'm such a pig and it's starting to show. Oh well, it's only once a year! HOPEFULLY,

BOMMERSBACH005144

last and final Christmas in here.
I think Cheryl's release date is
on Christmas day in 2012. I can't
remember.

     It was great to see that article
in the paper about the issue of
recording interrogations. When I first
saw it, I was relieved that others
see this as an important step too. I
didn't feel so alone. But then I
thought, what took so long for
people to wake up and realize such
a common sense thing?
     Well, it's about time that this
came to light. I hope my habeas
ruling comes soon because my pent up
anger is ready to explode. I feel it
surfacing and I think that's exactly
what will happen to me once I get
word that it's over — I'll be feeling
more anger than happiness. I wish
I could slap Saldate's face with all
my might. Levy's too!

BOMMERSBACH005145

2

A week or so ago I warned the counselor that I'd be asking my lawyer to call out here in January for a legal call. He said it was ok, and he even gave me a number where he can be reached. It is
623-853-0304 ext. 24612
If Mike doesn't have that number, please give it to him.

Thanks for sending Lori a birthday card. What a bummer to have a birthday right before Christmas.

I'm so happy that I can understand this algebra I've been practicing. I'm so excited at the thought of returning to school.

An officer found a Spanish workbook for me in our so-called library. It's a reading comprehension lesson book. Each lesson has its own questions and various types of exercises such as true-false, completion, and matching.

It's really great! I understand the reading part but this book allows me to practice the writing part. As for speaking — I read

BOMMERSBACH005146

out loud.

I'm going to enroll in Spanish at the college as well. I really want to become bilingual.

So many of these officers are so nosy, Pat. I can tell. I know that some of them will probably buy my book. That's how nosy they are.

Anyhow, the other night I was watching the Spanish news, waiting for my dramas to come on. An officer did a walk and he knocked on my window saying in a SURPRISED voice, "Hey Millie, you understand Spanish?!" I said yes. He said, "Wow! I didn't know that." I then said, "There's a lot you don't know about me."

He's always trying to initiate conversations but I don't fall for that crap. I only talk to these people when I absolutely have to. And even then I hate talking to them.

Marguritte & Cheryl know exactly what I mean. These people are idiots out here.

BOMMERSBACH005147

3

I was shocked and speechless after
reading my mom's letter about her
trip. It sounded like she got dumped
into the middle of a family feud.
How can someone have the nerve to
invite you somewhere and then
abandon you? I don't get that.
The lack of manners ... and what was
Astrid's explanation? Some people, huh?

The Survivor finale was good. Stephanie
sure is tough. I actually understand
her and how she pushes herself.
   I know what you mean regarding the
situation with her boyfriend but it
seems to be common these days.
   In all honesty Pat, I don't see
myself ever getting married again.
I highly, highly doubt I could
ever trust someone without reservation.
I think I'd be ok with just a
boyfriend, or not. I look more
forward to having a couple of cats
and maybe a dog. They will always
love you and not hurt you.
   Anyway, I thought Judd was a
sore loser. He got played and that's
part of the game.

BOMMERSBACH005148

I hope you and Patti have a lovely weekend over Christmas. God willing, we'll share christmas 06 together!

I've been meaning to ask you a question. Does Marguritte have any concept of just how serious Alzheimer's disease is, and does she know that it's not her father's fault for behaving oddly?

I ask because she said something disturbing to me the last time we talked. I asked how her dad was doing and she said so-so. She went on to say she had to "throw him in his room one time because he was acting up."

He isn't being abused or neglected, is he? I hope not! Alzheimer's is a brain disease and anyone caring for someone afflicted with it must have patience.

Pat, please make sure he's not being abused in any way.

BOMMERSBACH005149

4

ok, time to go for today. Thank you for everything. Say hello to everyone for me. I'll talk to you on Saturday around 8:30 Am or so.

Oh yeah! Sometime next week after Christmas, will you please send me $100 and the same to Cheryl? Thank you!!!

Has my mom ever told you about Arch Campbell of New York? I think he translated her book.

Anyway, he once told me he'd write my book for me. He said he'd not take a penny from me but he would charge a publisher a substantial fee.

Apparently, Arch knows my case inside and out. What do you know about him? If you know him, what do you think of him? Is he smart?

ok Pat, time to close! Stay warm. It's been cold lately. My arthritis in my knee has been flaring up. The delights of aging! Love, Debbie

BOMMERSBACH005150

# EXHIBIT 12

8-18-05

Hi Pat,
   Thanks so much for all of your mail.
I loved the jokes. These cartoon jokes
are funny. Will you please share them
with Cheryl?

   I got my first issue of Consumer
Reports magazine, which I really enjoy
reading. The address label must be
changed — you know how these idiots are.
My mom's name needs to be removed and
my number has to be by my name. And
   while they are at it, correct the
spelling on Lumley. Thanks!!

   Did I tell you how helpful it is
to have received the info from EMCC?
Thank you for all that. The tuition
sure is high! WOW!!
   The info on laptops is interesting
too. I'll really need lessons on the
whole computer/internet thing so I don't
feel so lost. I always see a commercial

BOMMERSBACH005633

on TV of a man trying to offer a learning CD of computers. It's called Video Professor and the CD apparently teaches someone how to use the computer and how to use various software.

He says the CD is free, you only pay the $6⁹⁵ S&H. There's got to be a **catch** somewhere. Anyhow, he claims he can teach people how to use a computer.

Well, I sure do look forward to it all!

Ok, I enclosed 14 more pages that go ← with the previous 10 pages I already sent to you regarding meeting Mark.

*Make a copy and send back to me (the copies)*

Please clip these pages together with the other 10. This wraps up 1983. I've already begun writing about 1984 and have around 20 pages or so.

While writing, I'm always mindful that my experienced co-author can dress up these pages to make the words come to life.

BOMMERSBACH005634

2

I have ZERO creativity. My imagination doesn't function like an author's.

So, I just write the gist of events as they happened.

Things are starting to get emotional for me. First of all, I can't believe how selfish I was regarding my mom! When I think back to that time, she really tried to do anything to help. My sister and I dumped on her. She didn't deserve to be treated that way.

I've always been a responsible person my whole life. I was simply emotionally immature at 19. I see that now.

I feel it's important that I point out my own flaws and admit to my own wrongdoing. If I don't and make myself appear to be an angel, I'll lose credibility. I have to be honest all the way around.

The thing is - I don't want people to think I was ALWAYS that selfish because I wasn't. I guess it will all come out and be sorted as I write more.

Pat, I just don't know what got me so distracted with Mark! Young & foolish I was, for sure!!!

BOMMERSBACH005635

This time, 20 some years later, I will NOT, absolutely NOT allow a man to distract me from school. I want that nursing degree and I'm aiming to get it.

I made some terrible mistakes but I do not, at all, regret Chris. He was actually the best part of my life. He brought so much joy to my heart, I can't even tell you how much.

I wish I knew why I was only allowed to have him for 4 short years. Only God knows.

I don't think of the "what ifs" any more. I used to, though. I almost didn't go to that bar where Robin was at. I had worked a long day and planned to go home but she talked me into saying yes.

Mark was deceitful. He lied about not being in trouble with the law, number 1, and then he lied about the drugs, saying he didn't get high.

Had I known he had 3 DWIs (he had 3 plus a hit & run charge) I would not have shown any interest. And most definitely, if

BOMMERSBACH005636

3

I knew he used drugs, like speed or cocaine, I would not have shown any interest. The drug scene was not my thing at all. But what I said about MJ is/was true. It wasn't a big deal. To me, it was like smoking a cigarette, only it smelled funny. But to be fair to Mark, he didn't smoke MJ every day. He usually only smoked a blunt (a MJ cigarette) 3-4 times a week. It was mostly after work.

Anyway, I'm getting into all that now as I write about 1984. Mark's habits were not like Cheech & Chong but they weren't reasonable either.

Ask Marguritte about Cheech & Chong if you don't know what that means. They were potheads! Funny, hilarious Mexicans.

Anyway Pat, in the future, I will not be ashamed or embarrassed to do a little background check on any man who comes into my life. You can't fully trust people these days to be honest, so I'll do what I need to do to help protect myself. I'm not repeating 1983 ever again.

BOMMERSBACH005637

The picture tube in my TV is starting to go out. It turns on in color but after a few hours all the channels turn to black & white and the picture shakes.

I don't want to buy a new TV so what I decided to do is to leave the TV off and only watch the few shows I like. In other words, I stopped watching CNN all day. I only turn on the TV at 11 for my soaps & shut it back off. I turn it on again at 5 for news and again at 8 for Spanish.

It's ok this way because I'm mostly writing anyway. Hopefully I won't be here much longer!

But I do need to buy some sweats in Sept. before everyone else does, so will you please send me $125 for Sept.?

Thank you so much!! I'm so glad the air is much less humid. I can exercise again. So I'm picking that back up. I got through the summer ok and thanked God for it because I sure did dread it.

BOMMERSBACH005638

4

I hope all is well with you and Patti. How is Charlie? I hope his surgery went well.

You may think I'm silly but I watch these medical shows on the TLC channel so I can teach myself not to be queasy looking at bloody wounds and things like that.

I mean, even though I would like to work as a nurse in a nursing home, what would I do if I had to work as a staff nurse in a hospital? I better get used to blood and open wounds is what I have to do!! ha! ha!

So, I watch TLC and it's helpful. Cheryl loves that blood and surgery stuff. She would watch TLC and eat at the same time.

I'll never forget the time she wanted me to watch a lipo suction surgery with her at dinner time. I told her she was NUTS!

I sure do miss her, Pat. I laughed every day. She has a wild sense of humor.

I better get back to my writing. I decided to be a co-author of my book. This is a challenge - to write - so I want to see my

BOMMERSBACH005639

name on the book jacket too! You know
what I mean?

I may split up 1984 - & write the
first 6 months and send the pages, and
then the last 6 months. Or I may
write the entire year and then send the
pages. Either way, I'll keep you posted.

But it's all starting to shape up some.
I still would like feedback if you
have any.

Please keep in mind as you & my mom
read my words — I don't think or write
in depth like a real writer does. I
don't have a creative mind. Please let
my mom know that too.

Say hello to everyone! I love you all
so much. Until again ...
                              Love, Debbie

BOMMERSBACH005640

# EXHIBIT 13

8-10-05

Hi Pat,

Enclosed are a few more pages of some writing. It's way too humid to write a lot. I'll be so relieved when Sept. finally arrives!

Please copy these pages and paper clip the originals to keep them separate. Send the copies back to me. Thanks!!

On page 2 of the subject of Mark, the "wild one of the 3 of us" refers to my friends Robin & Patty. I'll introduce them when I write about that time period involving them. I'll be writing about all that soon. Robin, Patty and I were friends since age 14. We all lived together when my mom returned to Germany.

I already wrote to my mom and asked her the questions I needed to ask. Let her know that a letter is on its way.

It's easier for me to write in sections (or blocks). I just don't know how to weave in all the feelings into everything. I'll leave all BOMMERSBACH005658 the

experienced writer to help me with.

I know I have more to add to the healing victimization part. I just don't know how to word it yet. It applies to the players in the legal tragedy and to my sister and Mark.

One day all of this will come together!

Thank you for enclosing some pages from the Estrella Mountain CC catalog on health care. It was helpful.

I now have a good idea of what needs to be done before applying to the nursing program.

By the way, what does a credit hour cost these days? Is it about $60? It should say somewhere in that book.

Is Estrella Mountain CC a separate campus, like Glendale CC or Phx College?

What is the Southwest Skill Center? I ask because it says that place is at Estrella Mountain CC.

I look forward to receiving the algebra book! I'll let you know when that happens.

BOMMERSBACH005659

2

I hope Patti is feeling better.

I was saddened by the death of Peter Jennings. I liked to watch him when he did the news. Of the big 3 (Jennings, Brokaw, Rather) I preferred Jennings.

He passed away quickly after his diagnosis! He said he was a smoker but quit 20 years ago and started up again around 9/11. But he stopped again.

I smoked on and off in my teen years, smoked some in my 20s and really smoked a lot when this tragedy happened. I quit in 1998 at age 34 when my dad died of lung cancer.

I haven't smoked in 7 years. I don't think about it or crave it and I hope I don't start when I get out. I don't want to. I want to live a clean life. But, I remember how relaxing it was at times to just "have a smoke."

I heard some doctors say that tumors in the lungs will appear in the 40s of people ● who smoked when they were younger. In other words, if you are predisposed to getting cancer, tumors could begin to appear in

BOMMERSBACH005660

While there is no diagnostic test for lung cancer, one can get a CT scan or a chest x-ray. Maybe I ought to add one of those to my list of tests at the doctor's office.

Since my dad got cancer in his mid-50s and had a heart attack, I should get checked.

I'm so glad that you & Marguritte were able to talk. I hope things improve.

Survivor is supposed to start up again next month on the 15th or 16th. I'm not sure of the exact date. It's in Guatemala this season, if I remember correctly. Or maybe it's in southern Mexico at the Mayan ruins. I think it's Guatemala.   AGE, you know!!

Well, it's mighty sticky and I must stop writing for today. I'll be back again soon. Say hello to everyone! Fax these pages to my mom. Am I getting the ████ gist of writing? I hope so.   Love You All-

Debbie

BOMMERSBACH005661

# EXHIBIT 14

7-20-05

Hi Pat,

I hope you had a wonderful time in Ohio visiting Susan & family. I'm sure it was extra special to see little Patrick. I look forward to the photos.

I enclosed some revised pages for you & my mom to look at. I followed your advice, which was very helpful, and tried my best to be as detailed as I could. I'm still not finished with some things you pointed out but I will get back to them. I mainly wanted to concentrate on Perryville and break it down from there to give the reader a visual. Well, I tried to.

This was hard work! I am not experienced or creative at all. I decided to just be as precise and detailed as I could. If this section needs more, I'll let the author do that. He can ask me anything about this place because I do have a photographic memory of it.

So, these pages are my work and my submission. I'm not going to tweak them

BOMMERSBACH005666

anymore.

After describing the prison, the rooms and living conditions during summer & winter, I decided to then take the reader to the <u>area</u> in which I lived.

There isn't much to say about that. But, I'm stuck here (which is why I ended it on pg. 12). The reason why I'm stuck is because life was different at Santa Maria. I had more privileges and more freedom there. It's the opposite at Lumley.

My question — how do I continue on the tour with the reader? The possessions I have in my room & the procedures here are different than when I was at Santa Maria. How do I fit this in without going into life at Santa Maria?

Do I finish the tour first and then take the reader to Santa Maria from 1991-2000? I'm confused.

These 12 pages took me 6 days. It was not easy but I'm glad it's done. ☺ Please keep the original pages and send the photocopied ones to me. Any feedback, advice, etc. is welcomed!

BOMMERSBACH005667

2

I'm tired of writing about Perryville so I'll start on another subject.

If you recall, I asked you to get Mike to send me Sandy's trial testimony and Mark's record. I also need the police report from the drug raid of <u>1984</u>. I'm sure that's on file in the public record somewhere. I believe it happened in May or June 1984. Mark got arrested during that incident, not me.

I left for Colorado right after that.

Thanks so much for the M.O. I had to buy a new pair of shoes. I'll tell you what happened.

I've had a pair of tennis shoes for years here that I have hardly worn because I don't go anywhere. So, they are essentially new, even though they are 4 years old.

Back in early May I started my disciplined routine of exercising 5 days a week. I walk briskly for 1 hour and break out a good sweat. (If you notice from my writing, the amount of space in the center of my room allows me to walk at a brisk pace in the figure 8 symbol)

Because of the high humidity, as I walk

BOMMERSBACH005668

as often or as long. It's just too hot.
Anyway, my shoes are a normal width — B, which I've always worn. Well, since I haven't worn shoes for so many years, my feet have widened, I guess. I didn't notice that until my feet, the bones actually, started hurting real bad. from my shoes One bone in my foot started protruding out. It looks abnormal and I figured that it had to be from the narrow shoes.
I don't want to make the problem worse and cause irreversible damage, so I decided to buy a new pair with a EE width.
When I get them I'll let you know so you can pick up my other ones. These I have now are New Balance, midtop, size 8 1/2 B. They look new. Maybe they'll fit Monica or Jessica, or even Marguritte. They are $40 shoes and I don't want to throw them out.
So anyway, my Fred Flintstone feet and its problems was an unexpected issue.
I can't really exercise in this muggy weather. Yesterday I walked for 30 min. which is better than nothing.

BOMMERSBACH005669

3

Aside from my writing, I started tinkering with some algebra. Can you believe it?!

I'm really serious about the RN degree and I really want it, so I must learn algebra and pass it.

My neighbor has some study lessons of it from her GED classes she took and I've been reading through all that. Some things are familiar to me and some things aren't. I got an idea as I was looking through these worksheets.

Can you find a paperback workbook on Beginning Algebra? You know, a study guide / workbook? I would like to learn algebra from the beginning.

The class I'll have to take in college is called Intermediate algebra, so I should learn the beginning level first.

I think the property officer will let me have it. It's a book, it's paperback. Who cares if it's algebra, I want to stimulate my brain. He should say it's ok. I hope you can find something. Thanks!

I guess Cheryl is trying to take it easy. I understand. Will you share the

BOMMERSBACH005670

enclosed jokes with her? Tell her
about my book project and that I've
been busy with that. Did she see
   the photos of my mom's trip to Portugal?
Just let her know that I totally
   understand all she's going through
and that I'll never forget her. We
will always be in touch.
      Let her know that after I hear
from JB (she knows who that is) - Judge B
I'll be marrying into the Victor Newman
family and I'll send her lots of
pictures and cards, without hassles.
      I hope she's doing well.

   Let's see - August is approaching.
Will you please send me $125 and
Cheryl $75 ??  Thank you!!
      I'm using a bag of ice a day. It's
so hot out. But that's my drinking water.
It's $6.65 per week for 7 bags of ice.
We are only allowed 7 bags until Sept. 30
   It's from June 1 - Sept. 30
   The remainder of the year I'm only allowed
to buy 2 bags a week.

BOMMERSBACH005671

4

Some day I'd love to take a trip up to Washington state and meet Charlie and Joyce & family. I can understand why they moved back up there.

My mom made a comment in a letter that had me feeling excited. I had told her that I really would like to live and work in Calif. I don't want to remain in AZ but I also don't want to be too far away from you & Patti, Marguritte or Cheryl.

Anyhow, so I pretty much said that I would like to live in CA. She knows about my desire to become an RN and work with the elderly.

She said she'd probably be the first elderly person I'd have to care for. She was joking around.

Well, she went on to say that S. Calif. is nice, etc., etc., and then she said she has been contemplating lately what to do with herself in years to come.

Reading that, it made me wonder if she'd consider living over here near me. I would love that so much.

For myself, I must earn a living. I can't really do that in a

BOMMERSBACH005672

where I don't speak the language or know the laws. It's just not feasible.

It makes sense for me to stay in the U.S.

If my mom lived near me, we could spend time together more often than a couple of trips back & forth from Europe & the U.S. I would be able to look out for her as she ages, and take care of her if she became ill. It's not only my duty but it's something I'd want to do.

So, I'd love it if she could live near me somewhere. I had asked her if staying in Emmetten was set in stone. Patti doesn't think it is.

Well, if that's true, then maybe I can bring my mom back to America with me when I return from my visit there! That would be fantastic!

Oh, well, I had sent Patti a large envelope of some drawings I've received, plus some other items.

Enclosed is another drawing. Will you please put it with the rest? Amazing talent!

BOMMERSBACH005673

# EXHIBIT 15

7-13-05

Hi Patti,

I'm sending home some stuff to be put in my storage.

Do you recall in my 22 page writing when I talked about the art talent I've seen over the years? Enclosed are some drawings I've received.

Pretty amazing, huh? These gifts mean a lot to me. Some day I want to go to that store, Michael's, and find some things that will help to preserve these drawings. I'd like to put together a scrapbook of sorts.

The photo of the painting is another gift to me. A lady in Germany offered it to me. She's a "Broadway-type" actress in Germany and paints as a hobby. Her work is being exhibited in Hamburg and I fell for this painting. She had sent me a bunch of photos of her work. This picture is my favorite. I don't know yet how I'll get it home to the U.S. but I will somehow.

The two small pictures in the envelope from my mom are pictures

BOMMERSBACH005676

in small frames. I like the pictures
and want to display them on a book-
shelf or something.
     Some things just catch my eye.
I'm weird like that, I guess.

Did you see the wolf card Pat had
sent to me? I love this picture! I
want to frame it too.

     The other cards I plan to re-use to
send to Cheryl.

     I'm really bummed out about Marguritte
and how she deals with her stress.
A few drinks is not ~~going~~ the answer.
What will she do when the alcohol isn't
enough? I shudder to think about it.
     She may think she can handle it
but she won't be able to in the long
run. She is definitely setting herself up
for a huge fall and the loss of every-
thing. She must stop before it's too
     late. She needs to get a grip on herself.
If she doesn't, the booze definitely will.

BOMMERSBACH005678

2

Her behavior when she's under the influence already speaks volumes.
Big red flag — big red truck!!! Alcoholics/addicts cannot have just a little bit. One drink leads to 1,000.

As MUCH as I care about Marguritte, I refuse to ~~be a part of~~ watch her downfall. If she chooses to mess up her life with booze, she forfeits our friendship. It sounds harsh and conditional, I know, but I don't want that dysfunction around me, period. I've had my share of that with my ex.

Marguritte needs to take a good, long inventory of herself. If she's too stressed out, knock a few things off the list, don't resort to booze. I'll be praying for her like crazy.

You can let her read this if you want, but only when she's sober.


The article on embracing illegals was interesting to read. After reading it, I was thinking that if those people can get credit, loans, homes, etc., then I should be able to build up my credit history too! I don't want a ~~~~ to

BOMMERSBACH005679

use on shopping sprees. I merely want one to help me build my credit score.

I'd use it to buy things needed for my home. For example, I'd buy something for $50, then pay it off, buy something for $100, then pay it off, and so on.

I want to have enough credit built up so that when I return from Europe I can rent an apartment on my own and begin to get things on my own, like, phone service and all that. Do you think a bank would eagerly accept me like they do the illegals? They better!

Patti, as the months go by and it gets closer and closer to the end of the year, I'll become more and more anxious. I truly can't wait for this to all happen. I'm excited at the thought of being there at your house and with all of you.

I told Susan in a joking way that I'd like to meet some of Steve's single friends, if he has any. Since he's an upstanding guy, I doubt he has creepy friends.

BOMMERSBACH005680

3

I'm noticing that with this writing I've been working on, a lot of emotions are surfacing. I feel a lot of anger.

Once this project is completed, I believe it will be cathartic for me. I can then put it all behind me and really move forward.

Being descriptive, like in novels, is very difficult for me. So I decided to just do my very best at writing descriptively and if it needs improvement, I'll let the ghostwriter fix it up. I can't worry about perfection now. I need to get as much down on paper as I possibly can.

I am not an experienced writer at all. But this is a great challenge. I do like that.

Did Pat tell you that I'd like to enroll at Estrella Mountain College either next summer or fall? That's if I can get out on bond at the beginning of 06, when we're supposed to hear from Judge B.

Mike said the state would most likely appeal my win to the 9th Circuit. I don't care if they do, as long as I can be free. If I can be free during

BOMMERSBACH005681

that process, then I don't want to sit around. I'd like to get started on that nursing degree I want so badly.

I'd only be able to take the General Education classes at first. The nursing classes have to wait until my case is completely resolved, when I can say legally that I have no felonies.

But, hey! Chemistry, algebra and microbiology sounds like fun, doesn't it? Those are some of the gen. ed. classes towards the nursing degree.

I can do it. Pay attention and study, study, study.

I really, really want to work with the elderly.

Well, I've rambled on enough for one day. I can't wait to enjoy real conversations with you! Hopefully Judge B will make that possible in the coming months.

Do you or Pat have a subscription to the magazine, CONSUMER REPORTS? I would like a subscription to that, please! Thank you!!

Say hello to everyone. I love you all!

Love,
Debbie

BOMMERSBACH005682

# EXHIBIT 16

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Debra Jean Milke,                )
                                 )
        Plaintiff,               )
                                 )
vs.                              ) No.
                                 ) 2:15-cv-00462-ROS
City of Phoenix; Maricopa        )
County; and Detective Armando    )
Saldate, Jr.; and Sergeant       )
Silverio Ontiveros, in their     )
individual capacities,           )
                                 )
        Defendants.              )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~    )

VOLUME IV, PAGES 581 THROUGH 720

VIDEOTAPED DEPOSITION OF

DEBRA JEAN MILKE

NOVEMBER 15, 2018

9:40 A.M.

3030 North Third Street

Phoenix, Arizona

SOMMER E. GREENE, CSR, RPR, CR No. 50622



1      A.    Um, I didn't know anything about a Web site.  I

2   didn't know what the internet was.  I didn't know what a

3   Web site was.  That was her thing.  I had nothing to do

4   with that.

5      Q.    You knew she was doing it, though?

6      A.    I -- I knew -- well, yeah, that she was

7   creating that, yes.

8      Q.    And you helped provide content for that Web

9   site?

10     A.    Well, yeah.  If -- if she wrote and asked

11  questions and then I would respond.

12     Q.    And in that letter we looked at yesterday where

13  you were commenting on materials that Kirk Fowler had

14  submitted and you wrote a rebuttal, do you remember

15  looking at that?

16     A.    Um, show me again.  Oh, Exhibit 336.

17          MR. BRUSTIN:  Let's make sure we have the

18  right one.

19          THE WITNESS:  Yeah, 336.

20     Q.    BY MS. RETTS:  Exhibit 336.

21     A.    Yes.

22     Q.    And this is a letter where you were putting

23  direct input into the Web site.  True?

24     A.    I was -- I was not putting direct input.

25     Q.    You were revising content that you knew would



 1  ultimately end up on the Web site?

 2              MR. BRUSTIN:  Objection to form.

 3              THE WITNESS:  I was -- I was revising

 4  content that was inaccurate, yes, for them to put up

 5  there, yes.

 6      Q.   BY MS. RETTS:  The -- the initial material from

 7  Kirk Fowler that you were revising, the material in there

 8  was based upon his knowledge gained through working as an

 9  investigator in your case.  True?

10      A.   I don't -- I -- I don't know.  I don't know

11  what material I was, um, reading from Kirk.  I don't

12  remember.

13      Q.   Kirk was your investigator on the case.  True?

14      A.   Yes.

15      Q.   And he learned the information about your case

16  from his capacity as an investigator.  True?

17              MR. BRUSTIN:  Objection to form.

18              THE WITNESS:  Yes.

19      Q.   BY MS. RETTS:  The man we spoke about

20  yesterday, James, who you also wrote about in Exhibit

21  336 --

22      A.   Yes.

23      Q.   -- did you have plans to marry James?

24      A.   James?

25      Q.   Yes.



1    Q.    So you had been off work for somewhere around
2   three or so weeks that -- when you were applying to get
3   the job at John Alden?
4    A.    I don't recall how many weeks.  I just -- I --
5   I don't recall how many weeks.
6    Q.    What were you doing to support yourself
7   financially during the time you were laid off?
8    A.    You know, I -- I -- I just can't remember from
9   that long time ago.  I don't know.
10    Q.    When you were living with Jim Styers, were you
11   paying any rent?
12    A.    Uh, no.
13    Q.    Were you paying him to watch Christopher?
14    A.    No.
15    Q.    When Christopher was in daycare during the
16   period of time he was in daycare at Mary Moppets -- is
17   that right?
18    A.    That was one of them, yes.
19    Q.    How long was he at Mary Moppets?
20    A.    Okay.  That was in Peoria.  So from 1988 up
21   until I moved into Jim's apartment.
22    Q.    And how much were you paying per week at Mary
23   Moppets?
24    A.    I can't remember.
25    Q.    If you have written in places that it was



 1  somewhere around 80 to a hundred dollars, do you have any

 2  reason to dispute that?

 3      A.    No.

 4      Q.    You testified earlier that Christopher was your

 5  responsibility and no one else's.  True?

 6              MR. BRUSTIN:  Objection to form.

 7              THE WITNESS:  I had sole custody of him.

 8      Q.    BY MS. RETTS:  And you would agree that it was

 9  part of your parental responsibility to provide his

10  dental care?

11      A.    Yes.

12      Q.    And that purchasing life insurance on

13  Christopher's life doesn't fulfill any parental

14  responsibility during the time he's alive?

15              MR. BRUSTIN:  Objection to form.

16              THE WITNESS:  What are you asking?

17      Q.    BY MS. RETTS:  Well, life insurance on

18  Christopher is not a benefit to Christopher; it's a

19  benefit to you.

20              MR. BRUSTIN:  Objection to form.

21              THE WITNESS:  When I started working

22  full-time at age 20, my mother told me, When you get

23  benefits offered to you, get all of them.  She said

24  health and life and dental.  And so this is what I've

25  always done ever since I've been working full-time and



1  ever since Christopher was born.

2      Q.    BY MS. RETTS:  Despite your mother's advice to

3  get health, life and dental, you chose only health and

4  life insurance and not dental?

5      A.    In this -- with this job, yes.

6      Q.    And the life insurance on Christopher, that's

7  not something that ever would have benefitted him

8  personally during the course of his life?

9      A.    I don't know that.  I just chose health

10 insurance and life insurance.  This is a -- just a basic

11 employee benefits application.

12     Q.    You understand that life insurance would only

13 be paid if Christopher died.  True?

14     A.    Of -- yes.

15     Q.    And so life insurance, by its very nature, on

16 Christopher could never be a benefit to him while he was

17 a living person?

18     A.    Right.

19     Q.    Dental insurance could be a benefit to him

20 while he was a living person?

21     A.    Yes.

22     Q.    Have you ever seen or received an English

23 translation of the version of Jana Bommersbach's book?

24     A.    Um, I -- I may have it, but I've never read it.

25     Q.    Who would have sent it to you?



1      A.    I don't -- maybe Jana herself.  I don't know.

2      Q.    When you went through to look for documents

3  responsive to defendant's discovery requests, did you

4  look for the transcript of that manuscript?

5      A.    I -- I turned over everything I was told to

6  turn over.

7      Q.    Did you turn over an English version of a

8  transcript of the manuscript of the book to your

9  attorney?

10     A.    I don't -- I don't -- I turned what all I was

11  supposed to turn over.  I don't recall.

12     Q.    So you don't have a specific recollection,

13  sitting here today, whether or not you turned over the

14  English version of the manuscript to your lawyers?

15     A.    I don't, no.

16     Q.    You --

17     A.    I don't know.

18     Q.    You may still possess that English version of

19  the manuscript and have not turned it over to your

20  lawyers?

21     A.    I -- I don't even -- I don't know.  I -- I

22  don't know -- I just don't know.  I -- I remember

23  receiving one, and I just -- I never read it.

24            MR. BRUSTIN:  Could we take a minute?

25            MS. RETTS:  Yeah.



```
1              THE VIDEOGRAPHER:  We're off the record at
2    10:27.
3              (A recess was held off the record.)
4              THE VIDEOGRAPHER:  We're back on the record
5    at 10:31.
6              MS. RETTS:  Mark that next.
7              (Exhibit 345 was marked for identification.)
8              THE WITNESS:  Thank you.
9              MR. BRUSTIN:  What number is this?
10             MS. BERKE:  345.
11        Q.   BY MS. RETTS:  Ms. Milke, I've handed you
12   what's been marked Exhibit 345.  This is a letter from
13   Judith Radulovich to James Styers.  Do you --
14        A.   Yes.
15        Q.   -- see that?
16             And you know who Judith Radulovich is?  She
17   was working on the Web site for you?
18        A.   Um, I've never met her, I've never spoken to
19   her.  So it's someone my mother knew.
20        Q.   Did you know that she was corresponding with
21   Jim Styers?
22        A.   No.
23        Q.   Did you ever review any letters between her and
24   Jim Styers?
25        A.   No.
```



```
 1        A.    Yes.
 2        Q.    For a doctor's appointment?
 3        A.    I mean, it says office visit, but I don't
 4   recall what that was for.
 5        Q.    You don't have a recollection of going to the
 6   doctor?
 7        A.    Um, November 22nd, um, I don't remember going
 8   to the doctor, no.
 9        Q.    Did you have a problem with high blood pressure
10   before your arrest?
11        A.    High blood pressure?  I -- I don't think I had
12   a problem with it, no.
13        Q.    Were you seeing a doctor for that?
14        A.    No.
15        Q.    Had anyone ever told you that you had
16   congenital heart failure?
17        A.    No.
18        Q.    Was this a female doctor's appointment
19   possibly?
20             MR. BRUSTIN:  Objection to form.
21             THE WITNESS:  I really don't know what
22   this -- what this office visit was.
23             (Exhibit 350 was marked for identification.)
24             THE WITNESS:  Thank you.
25             MS. NEFF:  Which exhibit is this?
```



1              MS. BERKE:  350.

2              MR. BRUSTIN:  I can short-circuit this.  I

3    think we do have this.

4              MS. RETTS:  Can you tell me what the Bates

5    are number -- the Bates numbers are that were produced?

6              MR. BRUSTIN:  I don't think we produced it.

7    I don't think you requested it.

8              MS. WIENEKE:  Oh, it's in our --

9              MS. RETTS:  Oh, it is.

10             MS. WIENEKE:  -- request for production.

11             MR. BRUSTIN:  I don't think it is.  You can

12   talk to -- you can talk to -- well, we'll fig- -- let's

13   figure this out.  I think -- I think we do have this,

14   though.

15             MS. RETTS:  Okay.

16        Q.   BY MS. RETTS:  Ms. Milke, I've handled you --

17   handed you what's Exhibit 350.

18        A.   Yes.

19        Q.   And the -- this is an e-mail that first is

20   between Franke, who is Frank Aue --

21        A.   Uh-huh.

22        Q.   -- and you?

23        A.   Yes.

24        Q.   And he says, "Hi, Debchen.  This is the

25   original English version of Jana's book to forward to



1   your attorneys.  You should be able to open it with Word.

2   I don't think I have to ask Jana for permission if used

3   among your legal staff."

4            Do you see that?

5        A.    I do.

6        Q.    And then you forwarded that to Josh Dubin, who

7   is one of your attorneys, on March 10th, 2017.  True?

8        A.    Yes.

9        Q.    Did you review that transcript or that book at

10  all in preparation for your deposition?

11       A.    No.  I have never read her book.

12       Q.    Ms. Milke, when you -- before your criminal

13  trial, you had testified in court before.  True?

14       A.    Um, yes.

15       Q.    And you testified at a criminal case involving

16  Mark Milke in a domestic violence issue?

17       A.    Yes.

18       Q.    And that involved an incident where, when the

19  police showed up at the house, you told them that Mark

20  Milke struck you?

21       A.    Uh, no, I don't believe I said that he struck

22  me.  He -- he -- he woke me up, he was -- he became

23  violent.  He -- I remember he ripped the screen door off

24  the hinges, and he -- I was going to call 9-1-1, and he

25  pulled the phone out of the wall.



1                      CERTIFICATE OF REPORTER

2   STATE OF ARIZONA        )
                            )
3   COUNTY OF MARICOPA      )

4

5          I, Sommer E. Greene, a Certified Reporter in the
    State of Arizona, do hereby certify that the foregoing
6   deposition was taken before me in the County of Maricopa,
    State of Arizona; that an oath or affirmation was duly
7   administered to the witness, DEBRA JEAN MILKE, pursuant
    to A.R.S. 41-324(B); that the questions propounded to the
8   witness and the answers of the witness thereto were taken
    down by me in shorthand and thereafter reduced to
9   typewriting; that the transcript is a full, true and
    accurate record of the proceeding, all done to the best
10  of my skill and ability; and that the preparation,
    production and distribution of the transcript and copies
11  of the transcript comply with the Arizona Revised
    Statutes and ACJA 7-206(j)(1)(g)(1) and (2).
12         The witness herein, DEBRA JEAN MILKE, has
    requested signature.
13         I FURTHER CERTIFY that I am in no way related
    to any of the parties nor am I in any way interested in
14  the outcome hereof.

15

16         IN WITNESS WHEREOF, I have set my hand in my
    office in the County of Maricopa, State of Arizona, this
    5th of December, 2018.
17
                         _Sommer E. Greene_

18

19                      --------------------------------
                        Sommer E. Greene, RPR, CRR
20                      Certified Reporter 50622

21

            /S/
22  _____
    For Esquire Deposition Solutions
23  Registered Reporting Firm No. R1048

24

25



800.211.DEPO (3376)
EsquireSolutions.com

# EXHIBIT 17

mail.com - Fw: English version of Jana's book

# mail.com

EXHIBIT 350

Debra Milke

11/15/2018

Reported by: Sommer E. Greene, RPR, CRR

# Fw: English version of Jana's book

| | |
|---|---|
| **From:** | "Debra " <debj@post.com> |
| **To:** | "Joshua Dubin" <jdubin@dubinconsulting.com> |
| **Date:** | Mar 10, 2017 7:19:28 AM |

**Sent:** Thursday, March 09, 2017 at 9:02 AM
**From:** "Frankie A." <frankie@arizona.usa.com>
**To:** "Debra Jean" <debj@post.com>
**Subject:** English version of Jana's book

Hi Debchen,
this is the (original) English version of Jana's book to foward to your attys. You should be able to open it with Word. I don't think I'd have to ask Jana for permission if used among your legal staff.

## Attachments

- DMBIOMASTER.doc

**MILKE_NSB030374**

# EXHIBIT 18

Nov. 23, 1998

TO: Terri
From: Renate

Hi,
thought you might find the following interesting.

I just spent 1½ days reconstructing and
again copying Debbie's journals for Elizabeth.
I know, I have given you and/or Kirk everything
I had. Somewhere, things seem to get lost in
the shuffle. Elizabeth will get now by mail
everything I have left. I think it will help her
put the pieces together. I have given away many
originals and they must be there somewhere between
all of you, especially all Sandy's letters to me and
all the type-written accounts from Debbie and
myself. Please do not misplace it (or Anders or Kirk
most likely). I could not possibly have copied all
of that. We cannot afford to lose things.
Please don't mind my German "orderliness", but
judging by Kirk's office, I'd go beserk, smile.
No offense meant, ok?
Take care and talk to you soon.

        Renate

                        2 pages follow

KIMERER010988

# EXHIBIT 19

*Kirk Fowler File*

## MILKE - FRIENDS, ETC.

1.  Jones, Donald & Josephine
    3925 West Rancho Dr.
    Phoenix, AZ
    841-6018

    Son - Charles dated Debbie for 4 yrs. Haver interviewed & will sign affidavit.

2.  Rick Scavone

    High School Friend - will not allow interview. Wife hates Debbie & he's afraid the Fire Dept. won't hire if he allows interview.

3.  Lori Hoover

    High School friend at Cortez and Phx. Col. Use to work in accounting for either the county or the state.

4.  Robin Ziluck

    Friends since the 9th grade. Roomates in 1983. She got married in 1984. Moved to N.Y. Children were 8 days apart. Last contact 1990. She wrote Debbie. No Ziluck listing found.

5.  John & Karen Cuilla
    11628 N. 49th Dr.
    Glendale, AZ
    978-3845

    Testified for Debbie during trial. Phone number no goood. No listing with or without given address found.

6.  Mr. Brockel
    993-2387

    DECA teacher at Cortez and taught a GCC. 3421 W. Juniper, Phx., AZ, DOB: 11-21-49. Unable to contact.

7.  Mary Moppets Pre-School

    Took Christopher there.

8.  Day Bridge Learning Center
    23rd Avenue between T-Bird & Bell
    75th Ave. between Peoria & Dunlap

    Took Christopher there.

9.  Dr. Tefteller

    Chirstopher's doctor
    Christopher had surgery 1989 at County Hospital for cyst on thyroid gland.

10. CIGNA

    Christopher's insurance provider.

11. Sadeik, Richard

    D's father. Testified against her. No longer works for DOC. Home Phone (520) 868-4923. Will not talk to me until I read

**MILKE  -  FRIENDS, ETC.**
**Page -2-**

the transcript.

12.    Christopher's SSN:  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

13.    Carolyn Imhoff        839-6261          Met Debbie through Prison Ministeries
                                              while at Druango. Still writes, visits, calls,
                                              etc. She is a hairdresser and husband is
                                              Phoenix Firefighter.  She has some
                                              children, I don't know how many.

L&L010775

# EXHIBIT 20

9-10-92

Dear Carolyn,                          Thursday AM

Hi! I got your cute Ziggy card.
Karen hasn't come yet. Her forms are
being approved. My mom already paid
her in advance so I don't think Karen
will miss a session. I'm not really
sure at this point how it will all work
out. I'll let you know after her first
visit. Yes I did get the lime green
page of the money balance. Thank you.
I thought I already told you. My
mind goes blank from time to time. ☺
Now I know what perfume you are
talking about. Yes, I love the smell
of Sand and Sable. I sure hope I can
wear it soon too.

I signed all the necessary papers
to have the blow dryer sent back. They
will deduct the postage from my acct
and then send it out. They are slow
around here. A few letters ago I
asked you to send my mom some blank
tapes. There's no need to now because
she went to Germany and bought a
bunch of them. She said not to send
her any.

I am shocked that Sharon returned
part of the $3,000 to Ruth! I was real
surprised and that the check was good
too! Can they track her down? Have
any idea where she's staying? It amazes
me how people like her can commit
crimes over and over and not get

IMHOFF000319

caught. And here I am trying to prove my innocence and I can't get out of this system! What's wrong with this picture?

Boy, your sister doesn't waste any time. If she just got divorced and didn't date until after the divorce, she sure fell in love fast. That was quick. I guess some people know what they are doing and think its right. Love is blind sometimes I suppose. I think she needs to spend some time with herself and not rush into things. But, people will do their own things. 3 divorces is a lot at 43.

My sister told my mom that she will do whatever it takes to help me. I'm so happy because she could have kept her secret for years. I don't know if I'd go that far to say our relationship will heal. You don't know my sister. ☺ She has these terrible insecurities and she has always been so damn jealous of me for years. I won't force myself into her life. Once I'm out, I'll go from there. Even though I can forgive her, that doesn't mean I'd want a relationship with her. I don't trust her. But we'll see. I'd love to share with her someday how God was with me during all of this. Maybe I could shed some insight or whatever. Who knows.

And as for J. Well, I only hope she's getting it together out there. I wish she'd write again and give me an address. She does need new friends but no one can make her. I often think of her. I'm glad you like that haircut. I never heard of a slide cut. I'll save the picture and once I get out, hopefully I can get my hair

comes to the states. I told her how
much you and I _love_ chocolate. ☺
Switzerland is known for their chocolate.
Yum!! She'll send all kinds I'm sure.
   There goes the diet! Oh well, we can
diet later!
                          Love
                          Deb

IMHOFF000321

2

done like that. I want to color it too. or maybe highlight it.

I don't mind telling you about my legal stuff. Its just that some things are too complicated and hard to explain. I can sometimes feel the freedom and then I start to feel scared. I'm so scared of being screwed over again. All it will take is one person to let me go and that is a judge. My lawyer told me that the 5 judges on the Supreme court do not tolerate political corruption at all. He said he knows 2 of those judges personally. Plus he knows other people within the system. I have some comfort knowing that. Thanks for writing to Walter Drake. I'll just use these labels until they tell me otherwise. I'd like to get some labels for my mom. She might like that. In Walter Drake, I saw some labels of tiny purple hearts, tiny tulips etc. They were real cute.

I got the latest Avon catalog. I saw so many cute dresses and the coolest pair of shoes too! I cut out the picture. Don't send it back to me because they may not let it in. But please keep the picture for now. Once I find out for sure a date on my court stuff, I may order these shoes. Please don't order these shoes. Do you like? I like odd looking shoes. I always have. ☺ I'll be writing again soon. I love your cute cards. Oh yea! My mom said she will either send a package of Swiss chocolate to you or bring some with her when she

IMHOFF000322

# EXHIBIT 21

Hi Carolyn,

    I hope you had a nice Thanksgiving. Don't worry – you can diet after the new year! ☺ Everyone's famous last words! Do you like the cartoon I enclosed? As soon as I saw it – I thought of myself and of you. I thought it was so funny. The other clipping I enclosed is of a hairstyle. I like this style – do you? I just don't like my hair long. It is down to my bra strap but I just don't like it long. I guess I won't really know for sure until I get out of here. Out there I have access to blow dryers and spritz products, etc. We will see. Plus I'd like for you to lighten and highlight my hair.

    We got the memo on the food boxes and it is just like last year. Only people on our visitation list are permitted to send food boxes. The date is from Dec 10 – Dec 31. Not before the 10th or after the 31st. I really had hoped I wouldn't be here for Christmas but it didn't work out that way. My lawyer told me the first of the year is when he'll be ready. (Hopefully) I think I told you how a certain witness is avoiding my lawyer and she's hiding out somewhere. But, my sister is trying to find her. I'm not worried – my lawyer will find that girl. Next week it will be exactly 3 years. These anniversary

IMHOFF000343

dates are extremely hard on me but I'll make it through alright.

Do you remember saying that you might send I some money for Christmas if you did well at work? Well I do know that she's been dying for an Expose tape. Maybe you might want to get her one of their tapes? It is only a suggestion. Hope you don't mind my saying. I went ahead and filled out the order form. All you need to do is fill out her name, #, and address so it is mailed directly to her. Thats the only way we can receive tapes. Also, Music By Mail processes orders within 24 hours if a money order is sent. They hold the order for 21 days if a check is sent. Just thought I'd let you know. ☺ I hope you don't mind me prying.

The Chaplain came to see me the other day. He's been gone for 3 weeks and he just came back. He gave me a book called Balcony People. It is really good and when I finish it, I'll send it to you so you can check it out if you wish. I have been reading the book you had sent to me. I do enjoy the reading and the inspiration it brings me. It never fails — I feel good when reading these types of books and I get a lot out of them but the pain never seems to leave me. I often wonder if I'll ever get better and emotionally healed. I guess time is the answer. And God too.

Did you like my tape? Why don't you make me one. ☺ Maybe when you take a bubble bath?? You don't have to — I know

IMHOFF000344

2

you are busy and that you have a life out there. How's work going? Whenever you have any spare time, could you please call the Social Security Administration and ask them if it is possible for a person to get a new social security number? Ask them what could be done if a person is trying to protect themselves and has to have a new identity. Is a new number possible and if so, does a lawyer have to be involved? Here's the 800 number. 1-800-772-1213 Social Security Info. or the local SS office might have the answers too.

I'm just so terrified of Mark finding me. He knows my SS number because we did our taxes together etc etc. These fears consume me and I am extremely afraid of Mark. God only knows what he's like high on drugs and I don't want him to ever find me. Anyway, I'd appreciate it. I already found out that I have to obtain a copy of my birth certificate from Washington DC because the army base and hospital in Germany where I was born no longer exists. I want to gather as much info as I can while in here so I won't have to go all over town or spend so much time on the phone. The quicker I get my stuff done — the better. Well, I thank you for all your help. Write soon! I'll write again. Remember — my mom sent you goodies too in that package! Hope you like it! Love Deb

IMHOFF000345

# EXHIBIT 22

Hi Carolyn,                                          7-12-92

I finally got the scoop from chaplain Linderman yesterday. We can't mail out letters to J anymore. I think the ministry is still allowed. I'm sorry you had to take the heat for this. The chaplain came to see me yesterday and we talked for a little bit. If you can, come for a visit on the 22nd. I look forward to seeing you. I did get the money. Thanks. I talked to Danny last night. I told him not to do that again (leaving me hanging). I don't have to make an appointment to make personal calls. Only my visits have to be scheduled in advance. It was great talking to him. My heart went pitter-patter. ☺ I care a great deal for him. Thanks for mailing off the school payment. I just received my last set of lessons and then after that I'll be starting the specialized area of law, which will be corporate law. Should be interesting. I wish this humidity would go away. I buy big bags of ice and I get one everyday. My ice melts and I drink lots of ice cold water. That tastes so much better than that yucky tap water. I could wet a sheet and wrap it around me but I don't like a mess. I do fine. I take my showers after dark which feels good. No, my bowels aren't messed up. I don't eat the greasy, fried stuff because I seem to get heartburn and I gross out. I'm going to buy cottage cheese and some yogurt this week from the store. I have put on some serious pounds and I look and feel gross. Yes I have heard from John & Karen. She sent me

IMHOFF000437

pictures of their new baby and the rest of her little baseball team. ☺ They are doing well. They have been married 10 yrs and next weekend they are going to have their marriage blessed in a church. I wish I could go and see it. I liked the scripture you wrote out. I stumbled across a scripture in my Bible and it blew me away. I don't know what to think anymore. Its 1 Thessalonians 4:13-18. I cried as I read it but I'm really confused. I like the Ziggy cartoons, especially the court one. Thanks for the paper. In your next letter will you enclose 5-10 sheets? Our store is still out of paper and they expect the shipment this week. They've been out for over a month! My store days are Monday's and I won't be able to buy paper tomorrow because they're still out. I bought some new nail polish called Mocha Rose ▬▬ and it looks so nice on my nails. I'll show you on your visit. Out there I always used L'oreal nail polish. I got some news from my lawyer but I won't write it in this letter because I know these cops will scan through my mail. I'll tell you all about it when you come on the 22⁰ᵈ. Its great stuff maynard! ☺ I can't wait to talk to my mom on Thursday. I have a lot to tell her. Thanks for calling Danny for me. I know I must be a pest, huh? He sounds so wonderful over the phone. I saw the movie "Ghost" last night with Patrick Swayzee & Whoopi Goldberg. I enjoyed it. Whoopi is so funny to me. This week I plan to watch the Democratic convention. I like to listen to debates. Did you see the first show of Melrose Place? I could relate so well to it. I really liked it. I'm glad that show and 90210 will be back to back on the same night. I got that Simply Whispers catalog and there are so many cute earrings in there! They sent me a free pair of gold ball earrings with the catalog. I'll write again soon and I'll see you on the 22⁰ᵈ.

Love Debbie

IMHOFF000438

# EXHIBIT 23

10-29-92

Hi Carolyn!

Your card was so cute!! You write all over the place — I was dizzy! ☺ Thanks for calling my mom. I guess I mis-understood her. I'll drop her a line. Oh yea! She asked me to ask you to please not send those aerograms. By the time they get to her, they are ripped and difficult to open and read. They are basically folded paper, which tends to tear.

Yes, I feel very comfortable with Karen. I have a long way to go before I heal and I know part of my settlement money will go to mental health therapy. I have so much to work on and it isn't fun at all. In fact, I hate it. I appreciate you keeping my stuff confidential. J is a great person but.... she runs with a different crowd than I do. I must be careful. I only tell J what I want her to know. I made a vow to myself that I'll do that with everyone who comes into my life because I can't risk another "Jim" in my life. I have to be very cautious about everyone. The less people know, the better.

Its about time Sharon got caught. She needs help badly. Hopefully

IMHOFF000481

this time around she'll "rehabilitate."

The rules are different in county jail than here. You can send MO's and property etc. Please don't put my mom's address on a MO. Knowing these people – they will question a U.S. MO and overseas address. I can't wait to get out of here because everything is so petty and retarded around here.

I have a question I've been meaning to ask but always forgot – if you get stuck on the spelling of a word, why not look it up in a dictionary? I just wondered because sometimes I can't figure out exactly what you mean. Example – voleentens? I just can't figure out what you are trying to say.

I got my relaxation tapes today and I love them. I need them badly. I am very stressed these days. It feels like a psych ward back here because of the noise. And because of everything else, I can't concentrate too well. I'm too stressed to even do my school work. You want to hear how stupid these people are? I've been enrolled in my course since Jan 92 – I'm almost finished and now 10 months later they tell me I need authorization to take the course! What kind of sense does that make?! So now my course is being checked on so it can be approved. Nothing is on hold though. I can still do my tests and stuff.

2

I haven't talked to my lawyer lately so I don't know anything new. I'll probably talk to him next week. I'll keep you posted but now that I know they open my letters to you, I'll have to be real careful. I'll write more later.

Love Ya!
Debbie

P.S. Did any tortoise-shell sunglasses arrive at your house and a large make-up bag? They should be there soon. Also another pair of black jeans should arrive. I love black — makes me look skinny. ☺

IMHOFF000483

# EXHIBIT 24

2-14-92

Dear Carolyn,

Hi! Thank you for the cute Valentine card. I loved it. I am not in the best of moods these days. The day I got your card, I also got a letter from my lawyer. He asked for another extension and he promised me my brief would be done on the 13th of March. Back in December he noticed a transcript was missing and so he couldn't finish my brief until the court reporter typed out the missing transcript. The court gave the court reporter until January 20 to do the transcript and they gave my lawyer until Feb 11 to submit my brief. Well, apparently my stupid lawyer reread 1730 pages of transcript and had to rewrite my brief. He couldn't meet the Feb 11 deadline and this is why he asked for 30 more days. I was so angry and frustrated. I then opened your card and smiled. And that scripture you wrote from Proverbs couldn't have come at a better time! It said "God is perfecting everything that concerns you." It was weird how I read that after I got the news about my brief. Bless your heart Carolyn! You are so great! I slept on my frustrations and today I spent 4 hours preparing a letter to my lawyer. I want you to read what I wrote to him.

Mr. Kemper,

I received a copy of the motion requesting another extension of time. This is the 3rd request since the original due date of my opening brief. I understand one request for an extension was due to the incompetence of a court reporter. Had it not been for his or her incompetence, I believe my opening brief would have been completed by Dec 13, 1991 as you have stated previously.

IMHOFF000538

I am aware that you are working on other cases as well as mine and that reading transcripts take time, however, my patience is wearing thin. I have put up with enough already from this state and it is time this appeal gets going. I also realize the record is truly colossal and I trust you are working diligently on my case to insure I receive the best representation possible.

I believe your intention is to seek a new trial, which I do deserve. However, I also ask you to please bring to the courts' attention first the consideration of completely overturning my conviction _and_ my sentence due to insufficient evidence. I know that the government must prove a crime has been committed through presentation of the corpus delicti, which is tangible evidence that a crime has been committed and that I was the person who committed the crime. It was already established that I was not at the scene of the crime nor was I the one to kill my son, Christopher. Therefore, the corpus delicti in my case is not Christopher.

The government must prove a conspiracy to commit murder was committed by me and there is no independent proof that conspiracy was committed by me; that is, proof of the corpus delicti. The existence of the crime of conspiracy never has been established. There is no tangible evidence of the alleged confession either. Standing alone, an uncorroborated confession does not serve as a sufficient basis to support a conviction. If the government thinks the corpus delicti, being Christopher, corroborates the "confession", this is wrong in my opinion.

In Mallot v. State (Alaska 1980) 608 P.2d 737, the court said that it is appropriate to advise law enforcement agencies that as part of their