1. Elizabeth C. Wang (admitted *pro hac vice*)
   LOEVY & LOEVY
2. 2060 Broadway, Ste. 460, Boulder, CO 80302
   O: 720.328.5642; F: 312.243.5902
3. elizabethw@loevy.com

4.

5. Jon Loevy (admitted *pro hac vice*)
   Rachel Brady (admitted *pro hac vice*)
6. Danielle Hamilton (admitted *pro hac vice*)
   LOEVY & LOEVY
7. 311 N. Aberdeen St., 3rd Fl., Chicago, IL 60607
   O: 312.243.5900; F: 312.243.5902
8. jon@loevy.com
   brady@loevy.com
9. hamilton@loevy.com

10.

11. Michael D. Kimerer (Bar # 002492)
    Rhonda Elaine Neff (Bar # 029773)
12. KIMERER & DERRICK, P.C.
    1313 E. Osborn Rd., Suite 100, Phoenix, AZ 85014
13. Tel: 602.279.5900; Fax: 602.264.5566
    mdk@kimerer.com
14. rneff@kimerer.com

15. Joshua E. Dubin, Esq. PA. (admitted *pro hac vice*)
    7413 Fairfax Dr., Bldg. F, Tarmac, FL 33321
16. jdubin@dubinconsulting.com

17.
    *Counsel for Plaintiff Debra Jean Milke*

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Debra Jean Milke, | ) |
| | ) |
| Plaintiff, | ) No. 2:15-cv-00462-ROS |
| v. | ) |
| | ) |
| City of Phoenix; | ) |
| Maricopa County; | ) **PLAINTIFF'S NOTICE OF SERVICE** |
| Detective Armando Saldate, Jr.; and | ) **OF DISCOVERY** |
| Sergeant Silverio Ontiveros, in their | ) |
| individual capacities. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, Debra Jean Milke, through her counsel, hereby gives notice that Plaintiff served all Defendants via electronic mail to their counsel of record, with copies of the following discovery:

- On August 28, 2019, files Bates-stamped L&L 22853-23079 (habeas counsel's emails with journalists, which Plaintiff agreed to produce after meet and confer with Defendants).


By: /s/ Elizabeth C. Wang

Elizabeth C. Wang (admitted *pro hac vice*)
LOEVY & LOEVY
2060 Broadway, Ste. 460, Boulder, CO 80302
O: 720.328.5642; F: 312.243.5902
elizabethw@loevy.com

Jon Loevy (admitted *pro hac vice*)
Rachel Brady (admitted *pro hac vice*)
Danielle Hamilton (admitted *pro hac vice*)
LOEVY & LOEVY

2

1  311 N. Aberdeen St., 3rd Fl., Chicago, IL 60607
   O: 312.243.5900; F: 312.243.5902
2  jon@loevy.com
   brady@loevy.com
3

4  Michael D. Kimerer (Bar # 002492)
   Rhonda Elaine Neff (Bar # 029773)
5  KIMERER & DERRICK, P.C.
   1313 E. Osborn Rd., Suite 100, Phoenix, AZ 85014
6  Tel: 602.279.5900; Fax: 602.264.5566
7  mdk@kimerer.com
   rneff@kimerer.com
8
   Joshua E. Dubin, Esq. PA. (admitted *pro hac vice*)
9  7413 Fairfax Dr., Bldg. F, Tarmac, FL 33321
   jdubin@dubinconsulting.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

 I, Elizabeth Wang, hereby certify that on August 28, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record, including:

| | |
|---|---|
| Christina G. Retts | cretts@wienekelawgroup.com |
| James A. Eaves | artie.eaves@sandersparks.com |
| | michele.logan@sandersparks.com |
| Jody C. Corbett | jody@berkelawfirm.com |
| | laine@berkelawfirm.com |
| Josh Dubin | jdubin@dubinconsulting.com |
| Kathleen L. Wieneke | kwieneke@wienekelawgroup.com |
| | kpenny@wienekelawgroup.com |
| | lpiasecki@wienekelawgroup.com |
| Lori V. Berke | lori@berkelawfirm.com |
| Whitney Harvey | whitney@berkelawfirm.com |
| Michael D. Kimerer | mdk@kimerer.com |
| | mwallingsford@kimerer.com |
| Rhonda E. Neff | rneff@kimerer.com |
| Robin E. Burgess | robin.burgess@sanderspark.com |
| Sally A. Odegard | sodegard@hoklaw.com |
| | gzappia@hoklaw.com |
| Jon Loevy | jon@loevy.com |
| Rachel Brady | brady@loevy.com |
| Danielle Hamilton | hamilton@loevy.com |

            /s/ Elizabeth C. Wang
            Counsel for Plaintiff

4