J. Arthur Eaves/Bar No. 019748
Robin E. Burgess/Bar No. 015330
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099

J. Arthur Eaves
Direct Phone:  (602) 532-5730
Direct Fax:  (602) 230-5034
E-Mail: Artie.Eaves@SandersParks.com

Robin E. Burgess
Direct Phone:  (602) 532-5783
Direct Fax:  (602) 230-5048
E-mail:  Robin.Burgess@SandersParks.com

Attorneys for Maricopa County Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix; Maricopa County; Maricopa County Attorney William Montgomery, in his official capacity; and Detective Armando Saldate, Jr.; Detective Robert Mills; Detective Jim House; Detective Russell Davis; Detective Charles Masino;  Detective Judy Townsend; Detective Harvey Ernie Hamrick; Detective Frank DiModica; Sergeant Silverado Ontiveros; Lieutenant Michael John; Walter E. Barky; Phillip Wolslagel; and George  Bolduc, in their individual capacities,<br><br>　　　　　Defendants. | No. 2:15-cv-00462-ROS<br><br>**MARICOPA COUNTY'S JOINDER TO CITY OF PHOENIX, ARMANDO SALDATE AND SILVERIO ONTIVEROS' REPLY TO MOTION TO SUPPLEMENT THE RECORD WITH INFORMATION PRODUCED BY PLAINTIFF ON SEPTEMBER 10, 2019, REGARDING THE ALESHIRE TAPES AND MOTION FOR PERMISSION TO FILE A SURREPLY TO NSB'S FILING AFTER THE CLOSE OF PRODUCTION OF DOCUMENTS (Doc. 595)** |

　　　　The Maricopa County Defendants hereby join in the City Defendants' Reply to Motion to Supplement the Record with Information Produced by Plaintiff on September

10, 2019, Regarding the Aleshire Tapes and Motion for Permission to File a Surreply to NSB's Filing After Close of Production of Documents (Dkt. 595) as if fully set forth herein.

**RESPECTFULLY SUBMITTED** this 9th day of October, 2019.

**SANDERS & PARKS, P.C.**

By /s/ J. Arthur Eaves
J. Arthur Eaves
Robin E. Burgess
3030 North Third Street
Phoenix, Arizona  85012-3099
Attorneys for Maricopa County Defendants

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

A courtesy copy with a copy of the Notice of Electronic filing was also **mailed** to HONORABLE ROSLYN O. SILVER on this same date at the following address:

HONORABLE ROSLYN O. SILVER
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 West Washington Street, SPC 56
Phoenix, AZ  85003

/s/ Michele Logan