# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke, | No. CV-15-00462-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

On July 19, 2019, the Court ordered Defendants to "file a motion for costs and fees caused by Plaintiff's misconduct" during discovery. (Doc. 503 at 34). At that time, the Court anticipated an award of costs and fees would address Plaintiff's misconduct but still allow the case to proceed to resolution on the merits. In August 2019, Defendants filed their motions requesting Plaintiff be ordered to pay approximately $800,000 in costs and fees. (Doc. 537, 538). That total included amounts that had not yet been incurred but Defendants believed would be incurred during the completion of discovery. Plaintiff responded that the amount requested was excessive and the Court should wait to determine what amounts were *actually* incurred before making any award. (Doc. 563).

Before the motion regarding costs and fees was fully briefed, the parties filed a stipulated motion to extend the discovery deadline. As part of that motion, Defendants proposed filing a second motion for sanctions regarding additional alleged instances of discovery misconduct. (Doc. 562). The Court granted that motion and required the second motion for sanctions be filed by October 11, 2019, a deadline subsequently extended to

January 15, 2020. (Doc. 568, 609). On January 15, 2020, Defendants filed their second motion for sanctions. (Doc. 631). Plaintiff filed her opposition on March 10 but Defendants' reply is not due until April 17. (Doc. 635, 642).

If the Court concludes additional monetary sanctions are merited, Defendants will be required to update the motions for costs and fees they filed in August 2019. Therefore, the currently pending motions regarding costs and fees will be denied without prejudice. The Court will also consider the merits of Defendants' "Motion to Supplement the Record" in the context of evaluating the second motion for sanctions.[1] Therefore, that motion will also be denied without prejudice.

Accordingly,

**IT IS ORDERED** the Motions for Attorney Fees (Doc. 537, 538) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the Motion to Supplement the Record (Doc. 571) is **DENIED WITHOUT PREJUDICE**.

Dated this 18th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge

---

[1] Before filing their second motion for sanctions, Defendants filed a "Motion to Supplement the Record" with additional alleged instances of discovery misconduct involving audio recordings. (Doc. 571). Plaintiff responded to that motion by arguing Defendants were mixing up two different audio recordings Plaintiff had sent to journalists. (Doc. 586). Defendants then replied, arguing Plaintiff's opposition established yet more instances of misconduct.