Page - 1

| TYPE OF REPORT | SUPPLEMENT DATE | DR # |
|---|---|---|
| HOMICIDE | 11-21-89 | 89-151126 |
| VICTIM'S NAME | LOCATION OF OCCURRENCE | |
| LASTRA, MICHAEL | 601 W. VAN BUREN | |
| OFFICER WRITING REPORT'S # | | SUPPLEMENT # |
| DET. MARTINSEN #1336 | | 89-151126.07A |
| DATE & TIME TYPED | BUREAU | CLERK |
| NOVEMBER 22, 1989 7:55 AM | GIB | A1724 |

On 11-3-89 this case was reviewed by Deputy County Attorney LOU STALZER. He declined prosecution because there is no likelihood of conviction, citing eight reasons on the turndown. See attached charging transmittal form for further details.

Previously Cleared by Arrest


EXHIBIT 62
WIT: Saldate
DATE: 11-15-17
Sommer Greene, RPR, CRR

S 89-23494

PRESENT DATE 11-3-89

P.P.D.

DR NO. 89-151126

**CHARGING TRANSMITTAL FORM — CTF**

STATE OF ARIZONA vs. Roland Steve Sherman  I/M  DOB ▉▉▉▉

OFFENSE(S) Murder 2°

(FELONY/MISDEMEANOR)

DATE OF COMMISSION OF OFFENSE  10/12/89

PRECINCT WHERE OFFENSE OCCURRED  601 W. Van Buren

LEJIS CODE NO. CT 1 ____  CT 2 ____  CT 3 ____  CT 4 ____

(6113)  no likelihood of conviction

1. Δ said he did not understand his Miranda rights.
2. Δ highly intoxicated when interviewed — BAC .42
3. Δ crawled under table to get out of the light
4. V's BAC .27
5. Δ's statements are inconsistent re: how crime occurred. Δ says he was attacked first, then 3rd person attacked V, etc.
6. no likelihood of conviction
7. good possibility that Δ's [statements are] inadmissible
8. insufficient evidence to prove Δ's guilt beyond reasonable doubt

SUBPOENAS
NAMES OF WITNESSES

| Res | Bus |
|---|---|

Name of Attorney making report  Stalzer

WARRANT _____
SUMMONS _____
C/J _____

EXTRADITE  YES/NO (CIRCLE ONE)
SPECIAL HANDLING  YES/NO (CIRCLE ONE)
DOMESTIC VIOLENCE  YES/NO (CIRCLE ONE)

1000-056 R12-85

A3067

PROSECUTORIAL CASE REVIEW AT SCREENING

CHECK ONE ONLY

A.
1. Limited Resources/Offense does not Warrant Prosecution/Extradition (6101)
2. Defendant Sentenced in Other Case. No Need to Prosecute this Matter (6102)
3. Refer to Parole/Probation Officer for Consideration (6103)
4. This Case Should be Submitted to the City Prosecutor (6104)
5. This Case to be Referred to Other Criminal Prosecuting Agency (Not City) (6105)
6. This Case to be Used as Aid to Prosecution of Other Case(s) (6106)
7. Civil Matter, Not Criminal (6107)
8. Defendant is Juvenile (6108)

B.
1. Self Defense/Mutual Combat (6109)      4. Intoxication (6112)
2. Mens Rea (6110)                        5. No Reasonable Likelihood of Conviction (6113)
3. Alibi (6111)                           6. No Crime Committed (6114)

C.
1. Domestic Violence, Allow for Cooling Off Period (6115)   4. V/W Unavailable (6118)
2. V/W Reluctance/Refusal to Prosecute (6116)               5. Informant Problems (6119)
3. V/W Credibility Problems (6117)                          6. U.S. v. Bruton (6120)

D.
1. No Handwriting Analysis (6121)         5. Handwriting Analysis Negative (6125)
2. No Laboratory Analysis (6122)          6. Laboratory Analysis Negative (6126)
3. No Fingerprint Analysis (6123)         7. Fingerprint Analysis Negative (6127)
4. No Photo Lineup (6124)                 8. Double Jeopardy Would Result (6128)

E.
1. Illegal Search and Seizure (6129)      3. Inadmissibility of Confession (6131)
2. Search Warrant/Affidavit Defective (6130)  4. Inadmissibility of Identification (6132)

F.
1. Obtain Relative MVD Records (6133)
2. Submit Intoxalyzer Printout (6134)
3. Submit Alcohol and Influence Reports (6135)

G.
1. Locate and Interview V/W (6136)
2. Interview Suspect (6137)
3. Obtain Positive ID of Property (6138)
4. Contact Victim's Parents/Confirm Willingness to Prosecute (6139)

H.
1. Obtain Relative Medical Records (6140)     5. Verification of Value/Damage Estimate (6144)
2. Obtain Relative Bank Records (6141)        6. Obtain Relative Records (Not Previously Identified) (6145)
3. Obtain Court Records (6142)                7. Send Copy of Order of Protection (6146)
4. Submit Copy of Prescription (6143)

I. Inadequate Evidence of:
1. Corpus (6147)                          5. Intent (6151)
2. Corroboration (6148)                   6. Participation (6152)
3. Identification (6149)                  7. Fraudulent Prescription (6153)
4. Dominion/Control/Instrumentality (6150)  8. Violation Visitation Rights (6154)

J.
1. Departmental Report Needs Clarification (6155)
2. Departmental Report Incomplete (6156)
3. Old Case/Stale (6157)

K.
1. To City Prosecutor In Accordance with Office Policy Delegating Specific Class 6 Felony Offenses to Local Level for Prosecution (6158)

EXHIBIT 1i                                    C_026026