| TYPE OF REPORT | SUPPLEMENT DATE | DR # |
|---|---|---|
| HOMICIDE | 6-29-89 | 89-090702 |

| VICTIM'S NAME | LOCATION OF OCCURRENCE |
|---|---|
| HENDERSON, KATHLEEN | 5726 W. JEFFERSON |

| OFFICER WRITING REPORT'S # | SUPPLEMENT # |
|---|---|
| DET. FRAGOSO #2281 | 89-090702.08A |

| DATE & TIME TYPED | BUREAU | CLERK |
|---|---|---|
| June 30, 1989    15:34 | GIB | A1724 |

IL #1: OFF. J.M. SMITH #2873
South Mountain Precinct, 262-7439
Secured vehicle of KATHLEEN HENDERSON,
Also took missing person report 89-090607

EXHIBIT 105
WIT: Saldate
DATE: 11-16-17
Sommer Greene, RPR, CRR

IL #2: RANGEL, MICHAEL SCOTT
W/M,          5'10", 190#, blk, bro
514-7
5706 W. Folley, Chandler, AZ  961-4050
Emp: Rite-Way Sweeping
     224 E. Shilton, suite 7, Chandler, AZ  892-6448
(Fiancee of victim, reported her missing DR 89-090607)

IL #3: HENDERSON, BOBBI
W/F
2020 E. Broadway #249, 968-4924
Tempe, AZ
Emp: Lincoln Properties, 248-0112

IL #4: PROEHL, JANICE I.
W/F,
186 E. Lavieve Lane, 345-8683
Tempe, AZ  85284
Emp: Rite-Way Sweeping
     224 E. Shilton, Suite 7, Chandler, AZ  892-6448

IL #5: PROEHL, CARL E.
W/M,
186 E. Lavieve Lane, 345-8683
Tempe, AZ  85284
Emp: Rite-Way Sweeping
     224 E. Shilton, suite 7, Chandler, AZ 892-6448

Victim's Vehicle:   1987 Chrysler LeBaron, 2-door, white, EYF-320

RANGEL 001

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | FRAGOSO #2281 | 89-090702 |

Detectives:     J. HOUSE #2250
                J. PETROSINO  #2529
                E. G. FRAGOSO #2281

(All detectives interviewed various Investigative Leads.)


Latent Print Examiner:   E. WOLLERT
                         (Photographed and fingerprinted victim's vehicle
                         at 620 W. Washington.)

---

On 6-25-89 at approximately 1600 hrs, I contacted DET. JOE PETROSINO at
620 W. Washington and he advised me that the vehicle of KATHLEEN
HENDERSON, was parked at the Rustlers Roost parking lot at the Pointe
South. DET. PETROSINO advised me that an officer was standing by the
vehicle as were relatives and friends of the victim.

DET. PETROSINO and I then proceeded to the Rustlers Roost located at
7777 Pointe Parkway West. DET. PETROSINO and I then contacted OFF. SMITH
who was with the victim's vehicle which was parked in the parking lot
directly behind Rustlers Roost. The vehicle was on the northeast corner of
the parking lot and it was secured with crime scene tape. The parking lot
of Rustlers Roost is just east of the restaurant and upon contacting OFF.
SMITH, he advised us that the victim's family and friends were present. We
then noticed that there was at least 30 people in the area, many of them
employees of Rustlers Roost.

OFF. SMITH stated that he had dusted the vehicle for fingerprints. He then
advised me that the victim's fiancee was sitting in a golf cart as was the
victim's sister, BOBBI HENDERSON. I then contacted the victim's fiancee,
MICHAEL RANGEL, who appeared to be very upset regarding the disappearance
of his fiancee KATHY HENDERSON. I then separated him from the rest of the
group and we walked over to the east portion of the parking lot where we
would have some privacy.

I then asked MR. RANGEL to give me some details about his fiancee's
disappearance. He then advised me that he did not know why she had not
returned home last night after work. He further advised me that he had no
idea as to her whereabouts. MR. RANGEL was still pretty upset emotionally
and after a few minutes, he calmed down. I then asked him to tell me what
he and his fiancee KATHY had done the previous day prior to her
disappearance.

EXHIBIT 1k

001859
MILKE_NSB002022

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | FRAGOSO #2281 | 89-090702 |

RANGEL advised me that he had taken KATHY out to lunch at noontime on 6-24-89 and that they had gone to the Sizzlers Restaurant that is located just off Chandler Blvd. and the freeway. He stated that after approximately an hour, they left and they went to the Coffin Trout Jewelry Store located at Guadalupe and Dobson to pick up a pinkie ring that he had purchased for her. He related that after they had picked up the pinkie ring, that they left the store sometime around 1330 hrs. He advised that he and KATHY then drove over to JAN and CARL's residence and that they stayed there until approximately 1610 hrs. At that time, they left and they went home. MICHAEL related that KATHY had to be at work by 5:00 PM.

MICHAEL stated that they arrived at home at approximately 1620 hrs and that KATHY immediately got into the shower and subsequently got dressed for work. I then asked MICHAEL to describe what KATHY was wearing. MICHAEL advised me that she had put on a pair of Wrangler jeans that were blue in color, a white blouse with ruffles down the front of it that buttoned in the front. He also stated that she put on her gray boots and that she wore white tube socks under her boots as the boots would pinch her feet. I asked MICHAEL to describe the gray boots and he stated that they were cowboy style and that they appeared to be snakeskin texture but that they were not snakeskin. He stated they were leather. He stated that KATHY left the house at approximately 1645 hrs for Rustlers Roost and that is the last time that he saw and talked to her.

I then asked MICHAEL if he could give me any further information on KATHY regarding her employer and what duties she did at the Rustlers Roost. He then advised me that she had been employed by the Pointe South for over a year and that she had been working at the gift shop inside of Rustlers Roost. He stated that she either worked as a clerk in the gift shop or that she shined boots for patrons. MICHAEL then advised me that she also was a waitress at the Sports Club, a restaurant bar that is located just north and east of Rustlers Roost. I asked MICHAEL if he could give me the times that KATHY worked. He then informed me that she worked as a waitress on various days between 1100 hrs and 1630 hrs. He also advised me that she worked at Rustlers Roost between 1800 hrs and 2300 hrs. He said that she had various days off and that they were not consistent.

I then asked MICHAEL to give me a little more background on KATHY and he then advised me that he had known her for approximately 8 to 9 years and that both he and KATHY had moved to Arizona from Topeka, Kansas, approximately 4 years ago and that once living here in Arizona, that they had shared a residence together for the last 4 years. He further advised me that they had become engaged approximately 1 year ago and that she had received an engagement ring from him. MICHAEL further went on to state that today was to be KATHY's wedding shower as they were going to get married next month and that they were going to Maui in Hawaii for their honeymoon and that they were going to subsequently return to Topeka, Kansas, for the remainder of their honeymoon.

Page - 4

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | FRAGOSO #2281 | 89-090702 |

I then asked MICHAEL if he had any idea as to why KATHY had not shown up last night and he stated he did not. He advised me that they did not argue and that they were very happy with each other and further informed me that it was not unusual for KATHY to come home between 11:30 and 1:30 in the morning. He stated that there were times that she would stick around with the girls and every now and then she would attend a staff party. I asked him to describe these staff parties and he then informed me that every now and then the Pointe would have parties for their employees at various dates and times, usually after work and that KATHY would at times attend these parties. I asked MICHAEL if he had ever attended any of these staff parties and he advised me that he had not. MICHAEL informed me that the staff parties were primarily for the staff and that spouses and other relatives were not permitted to attend. MICHAEL further informed me that he did not know anyone at the Pointe on a personal basis, that he only knew the names of some of the employees as KATHY had told him about these different employees. I asked MICHAEL if any of these employees had been giving KATHY a hard time and he stated that not to his knowledge, that she was very happy with her jobs and was looking forward to the wedding.

I then asked MICHAEL why it had taken him so long to contact the police department. He then informed me that he had gone to bed last night, 6-24-89, at approximately 2320 hrs and that he had not awakened until 0545 hrs on 6-25-89. He advised me that when he noticed that KATHY was not in bed with him, he then assumed that she had gone to Park and Swap which is located at 4000 E. Washington. MICHAEL stated that KATHY and her sister BOBBI had been talking about going to Park and Swap this weekend and so he assumed that they had gotten an early start as they had gone to Park and Swap together in the past. MICHAEL stated that he then exited his bedroom and then went into the living room, expecting to see KATHY's boots next to the front door but the boots were not there. He then checked outside and noticed that her vehicle was not in the driveway and became concerned and at that point, he decided to call JAN and CARL PROEHL at their residence. MICHAEL stated that he spoke to JAN and she informed him that KATHY was not with them. He related that he then remained at the house waiting to receive a phone call from KATHY. At approximately 0700 hrs, 6-25-89, he received a phone call from BOBBI HENDERSON, KATHY's sister. BOBBI asked him for KATHY and he then told BOBBI that KATHY was not at home, that he thought that KATHY was with her. BOBBI then informed him that she had not seen KATHY at all. He related that BOBBI then told him that she would go to his house and that she would stop by the Pointe before-hand to see whether or not KATHY was not still working.

MICHAEL stated that BOBBI eventually showed up at his residence and she informed him that KATHY's vehicle was in the parking lot directly behind Rustlers Roost and that she had checked with some of the employees but that no one had seen KATHY. It was at that time that both he and BOBBI then decided to go back to the Pointe in an attempt to locate KATHY. He further advised that both he and BOBBI notified the PROEHLS and that the four of them went together in one vehicle to the Pointe on the morning of 6-25-89.

RANGEL 004

EXHIBIT 1k

**001861**
**MILKE_NSB002024**

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | FRANOSO #2281 | 89-090702 |

MICHAEL related that after checking around with some of the employees and not being able to find KATHY, they decided to make a police report. He stated that they called the police department and that eventually a police officer arrived. He stated that in the interim, that they had called other people when they were trying to locate KATHY And that some of these other friends showed up at Rustlers Roost. He further advised that they then began numerous search parties as it was very suspicious that they could not locate KATHY and because her vehicle was parked in the parking lot. MICHAEL then stated that he had brought an extra car key with him and that they unlocked KATHY's vehicle but nothing seemed to be out of place inside the vehicle. He stated that the search parties then began to search for KATHY throughout the Pointe South property and back into the mountains both south and southwest of their location. There was nothing further that MICHAEL could add to this report at this time. He then asked me if the female that had been found on the west side of the city was KATHY. I then informed him that I was not absolutely sure but that the clothing did match the same clothing description of the homicide victim.

I asked MICHAEL to describe the diamond rings that had been listed on the missing person report. He then described the rings as being two diamond rings, both with yellow gold bands, with a diamond on each ring. He stated that KATHY was wearing the engagement ring on the ring finger of her left hand and that she was wearing the new ring that he had purchased her yesterday on the pinkie finger of her left hand.

I then told MICHAEL that there was a possibility that the homicide victim from the west side may be KATHY but that I was not absolutely certain until a positive identification was made of her.

MICHAEL at this point became very emotionally upset again and went back to the golf cart that was in the parking lot. I was then contacted by BOBBI HENDERSON, the victim's sister, who began asking me more questions about the body that was found on the west side of Phoenix. I then informed her basically the same information that the clothing description found on the body matched that of the clothing description that KATHY was wearing the previous night. But as indicated earlier, I also informed her until we made positive identification, that we would not at this point say that it was KATHY who was the homicide victim at 5726 W. Jefferson.

I was then contacted by IL #4 JANICE PROEHL who advised me that her and her husband CARL had moved to the state of Arizona several years ago from Topeka, Kansas, and that KATHY had followed them down here and that eventually MICHAEL followed KATHY. JANICE advised me that her husband CARL had become partners with MICHAEL and that they owned a sweeping service that maintained and swept parking lots in various shopping centers and malls throughout the valley. JANICE was very upset and advised that the victim KATHY was like a daughter to her and that she did not understand why KATHY had not returned home last night.

EXHIBIT 1k

Page - 6

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | FRACOSO #2281 | 89-090702 |

JANICE then described KATHY, as being a very conscientious, responsible and hard worker. She stated that KATHY worked all the time trying to get enough money together so that her (KATHY) and MICHAEL could have a big wedding and a great honeymoon in Hawaii.

I was then contacted on radio by DET. HOUSE who informed me that he was enroute to my location with a photograph of the homicide victim for the purpose of identification. I then informed BOBBI HENDERSON that DET. HOUSE was enroute with a photograph of the homicide victim from the west side of Phoenix and that I wanted her to look at the photo.

BOBBI then informed me that KATHY had a very good relationship with her supervisor, a woman by the name of BETTY TREADWAY. She told me that BETTY was not at the resort and asked me if I could check to see if BETTY was available at home or otherwise. I then informed her that I would contact BETTY TREADWAY as soon as possible.

At approximately 1755 hrs, 6-25-89, DET. HOUSE arrived at Rustlers Roost. He then informed me that he had a couple of photographs of the victim that were taken at the Medical Examiner's Office. He then asked me if I had anyone in mind to show the pictures to so that the victim could be positively identified. I then called BOBBI HENDERSON over and she looked at the photographs, which were black and white photos, of the victim at approximately 1800 hrs, 6-25-89. BOBBI then advised that it was her sister KATHY HENDERSON. With the positive identification being made of the victim, we then notified the other friends and the fiancee MICHAEL RANGEL. At this time, DET. PETROSINO requested a tow truck to tow KATHY HENDERSON's vehicle from Rustlers Roost to 620 W. Washington for processing.

While I was talking to BOBBI HENDERSON, she then asked me to check into a male by the name of STEVE who is apparently a regular customer who knew KATHY and BETTY on a very personal basis. I then informed her that I would then contact BETTY.

I then proceeded into the Rustlers Roost and contacted the manager who informed me that she would give me BETTY TREADWAY's home phone number and that I could use her office to talk to BETTY.

Please refer to the other supplement for BETTY TREADWAY's interview.

Investigation will be continuing.

RANGEL 006

EXHIBIT 1k

001863
MILKE_NSB002026

Page - 1

| TYPE OF REPORT HOMICIDE | SUPPLEMENT DATE 8-4-89 | DR # 89-090702 |
|---|---|---|
| VICTIM'S NAME HENDERSON, KATHLEEN | LOCATION OF OCCURRENCE 5726 W. JEFFERSON | |
| OFFICER WRITING REPORT'S # DET. SALDATE #1875 | SUPPLEMENT # 89-090702.10B | |
| DATE & TIME TYPED August 8, 1989   10:11 | BUREAU GIB | CLERK A1724 |

CLEARED BY ARREST

Index Suspect:       RANGEL, MICHAEL SCOTT
                     W/M,            5'10", 180#, bro, bro
                     SS#
                     5706 W. Polley, Chandler, AZ  961-4050
                     Emp:  Rite-Way Sweeping, 892-6448
                           224 E. Chilton, suite #7, Chandler, AZ

Miranda Rights:      Advised at 1840 hrs, 8-3-89, by DET. SALDATE from a
                     standard rights card. MICHAEL replied yeah to
                     understanding them.

------------------------------------------------------------------------

On 8-3-89 at approximately 1840 hrs, MICHAEL RANGEL was interviewed by
DET. FRAGOSO and myself at the main police station at 620 W. Washington.
MICHAEL had his Miranda rights read to him and later admitted to killing
his fiancee KATHLEEN HENDERSON. MICHAEL was then booked into the County
Jail for 1st Degree Murder.

On 8-3-89 at approximately 1750 hrs, MICHAEL was stopped by uniformed
officer CRUMP at Kyrene and Chandler Blvd. MICHAEL had been under
surveillance that day to monitor his activities. MICHAEL was then asked if
he would voluntarily go back to Phoenix to be interviewed by detectives
and he agreed.

On 7-30-89, MICHAEL arrived from Topeka with his mother and grandmother.
It was our understanding that he was here to sell his home, business and
vehicles and had intentions of returning to Topeka, Kansas, as soon as
possible.

At approximately 1840 hrs, DET. FRAGOSO and I entered an interview room
where MICHAEL was seated. I explained to MICHAEL that there were certain
issues involving the case that I felt needed clarifying and that was the
reason for this interview. I then told MICHAEL that DET. FRAGOSO and I
didn't believe that he killed his fiancee, however, there were certain
things that we knew he had lied about that we needed to get straightened
out. MICHAEL then said that he thought he hadn't lied about anything and
would try to cooperate.

RANGEL 007

EXHIBIT 1k

001910
MILKE_NSB002073

Page - 2

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

I first told MICHAEL that I needed to review where he had gone after the ballgame and he immediately said that he had gone home. I then explained to him that I knew he was lying because I had witnesses to prove that his truck was at the Pointe Resort Saturday and that he had been seen talking to a female who we thought was KATHY. MICHAEL then said that he had been at the Pointe on Friday night but denied being there on Saturday. I again told him that there was no reason for these witnesses to lie and that they were positive that he was there at the Pointe Saturday night. MICHAEL again said that he was not there and again said that he had been there Friday and they could be mistaken. I then told MIKE that I thought he was possibly lying because it would make him look bad and possibly make it seem as though he was involved in the murder. I suggested to MIKE that sometimes persons lie when the truth fits and all it does is make them look bad. MICHAEL then said that he did go to the Pointe on Saturday the night that KATHY disappeared but that he had not told us because he thought he might get blamed with her murder.

MICHAEL then said that after the baseball game, he knew that he had to go check some of his centers to assure that his employees were doing the work they were supposed to do. He explained that his centers were commercial properties and/or shopping malls that his business, Rite-Way Sweeping, contracts to. Because of this, he decided to stop by the Pointe and see if KATHY would like to go with him to check on the centers.

When he arrived at the Pointe, he noticed that KATHY's car was parked unoccupied at the bottom parking lot. He said he waited several minutes to see if KATHY would arrive but he didn't see her. He then decided to drive up to Rustlers Roost to look for her but again couldn't find her. He drove back down to the bottom parking lot and noticed KATHY's car still had not been moved so he decided to go back up to Rustlers Roost. Just before reaching the top, he noticed a vehicle was following him. After he reached the top parking lot, he noticed that it was KATHY's car. He now believes because of what detectives have told him that KATHY was probably in BETTY TREADWAY's car and that they passed him and that KATHY must have seen him and followed him back up the hill. Once in the parking lot, he parked his truck and KATHY parked alongside him. KATHY then got out of the vehicle and came up to his driver's window and immediately asked him "where the hell have you been." He then explained to her that he had gone to a baseball game and was now enroute to check some centers. He said KATHY appeared to be angry with him beyond the fact that she wanted to know where he was, however, he had no idea why.

He said that KATHY told him that she didn't want to go with him but he tried to explain to her that he was tired and would like her company. Again KATHY refused to go with him and for that reason, he left the Pointe. He assumes that KATHY also left because he remembers seeing her car leaving and he believes that she exited on the south area of the Pointe.

RANGEL 008

EXHIBIT 1k

001911
MILKE_NSB002074

Page - 3

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

He said he then went to the South Pointe Center at 48 Street and Baseline because that was one of his accounts. He said after checking the center, he decided that he was too tired to continue and said that he then drove home. He was surprised when he arrived home and found that KATHY's car was not there. He just assumed that KATHY was still upset and would arrive later. He then went inside his home, showered and then went to bed. He believes the time was approximately 11:35 PM when he finally got into bed.

At this point, I explained to MICHAEL that he again was not telling us the entire truth because I knew that KATHY had left the Pointe with him. He then told me that she had not and that the last time he saw KATHY, she was driving towards the south end of the Pointe. I again explained to him that it was my belief that he was only lying because he thought the truth may make him look bad. MICHAEL assured me that he was not lying and that KATHY did not go with him. I then told him that the same witnesses that had seen him at the Pointe were ready to testify that KATHY did indeed enter the truck with him and that they did leave the Pointe together. MICHAEL then just kept shaking his head in a negative manner but I kept telling him that we needed him to tell us the truth.

Finally MICHAEL said that I was right in that KATHY did get into the truck with him and that they did leave the Pointe for a short period of time. He then explained that he ultimately convinced KATHY to go with him to check on different centers but he said that she was still pissed off at him. They then drove onto Baseline and KATHY told him that she was very tired and thirsty. He then drove into the Carl Jr's, and he believes he ordered a hamburger, fries and a soda pop for KATHY. He recalled at this time that KATHY had removed her boots and had told him that she was very tired. He then drove to the South Pointe at 48 Street and Baseline and checked the center. KATHY then told him that she was tired and had decided not to go with him. He then told her that he was also tired and would like her to come along but she asked him to take her back to her car.

MICHAEL said that he was angry because he had made an extra effort to stop at the Pointe after the ballgame and in fact wait for her so she could go with him. He said he then drove back to the Pointe where KATHY's car was and dropped KATHY off. He then drove onto Baseline and again he said that KATHY drove south of the Pointe towards Guadalupe Road.

He said after he dropped off KATHY, he decided that he was too tired to continue and he drove home. He then said the rest of the information that he had told us was true.

I then asked MICHAEL about his upcoming marriage and told him that while we were in Topeka, persons had told us that he in fact did not want to marry KATHY and that possibly he was thinking of breaking off the engagement. MICHAEL then said that that wasn't totally true because he still intended to get married, however, he just wasn't very sure about it. He then made a comment about having to be taken to the jewelry store by a friend he identified as CARL to pick up the rings. He then said that he couldn't understand the feelings he was having about certain females he

RANGEL 009

EXHIBIT 1k

001912
MILKE_NSB002075

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

would see. I then asked MICHAEL if there was a particular female he was
interested in and he said there was not. I explained to him that while we
were in Topeka, we were told that he had been attracted to a girl there in
Topeka who he may have dated. MICHAEL then asked if we were speaking about
JANET and I asked him JANET who. He then responded that JANET's name was
JANET LEWIS and that she lived in Topeka but she was only 19 years old. He
said he had only talked to her and had only seen her several times.

MICHAEL then said that he had known another girl by the name of CHERYL who
lived in Kansas City and another girl by the name of LORI HANEY from
Topeka. He then said that he was questioning himself about his wedding
plans because he knew he shouldn't feel about girls like he did since he
had KATHY. He said he couldn't understand nor explain why he was having
these feelings but these feelings caused him to have second thoughts about
his marriage plans.

I then asked MICHAEL if he had any other feelings about his upcoming
marriage and he told me that it had taken him 8 years to get to this point
and that he already felt married but that it was an issue he had to deal
with.

I then asked MICHAEL if he and KATHY broke up, would it have caused a
problem and he said it definitely would. He explained that his parents
really liked KATHY and in fact his mother would always take KATHY's side.
He then recalled an incident that happened several years ago when he and
KATHY broke up. He said he started dating a girl by the name of LORI and
that his parents would not allow her inside their home. He also said that
his mother refused to talk to him for approximately one month, other than
to say necessities to him. He then told me that was one of the main
reasons he decided to move to Phoenix because he had certain goals and one
of these goals was to start over, get married and start a business, but
every time he would see another woman, he would have these strange
feelings about her which he knew were wrong because of his situation.

MICHAEL then told me that he recalled one New Year's Eve that he had gone
to an office party and had gotten drunk. He said a girl decided to take
him home because of his intoxication and when he arrived home, KATHY was
very angry. He said this happened several years ago, however, KATHY and
their friends, JAN and CARL, seemed to always bring it up and make fun of
him. I then explained to MICHAEL that I couldn't understand his mother and
father's attitude and he told me that he could not talk to his mother but
he could talk to his father.

I then told MICHAEL that there was another situation which we needed to
clarify and that was about JANET LEWIS. MIKE then told me that he had only
seen her a couple of times and that she was his sister-in-law PATTY's best
friend. I then told him that we had found out that he had visited Kansas
City in June and that a person had told us that he had gone out with a
girl while in Kansas City. MICHAEL said that he in fact had gone to Kansas
City in June but that he had gone there because his brother TIM and PATTY
were having marital problems. He said he flew into Kansas City and drove

RANGEL 010

001913
MILKE_NSB002076

Page - 5

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

to Topeka to help his brother and sister-in-law. I then asked him if he hadn't gone to Kansas to see JANET and he told me that she was a very nice, attractive female, but that was not the reason he went to Kansas.

I then asked MICHAEL about his relationship with his sister-in-law PATTY and MICHAEL said that their relationship was very good. He said at first they hadn't gotten along but since he had moved to Arizona, he and PATTY were getting very close. He said that PATTY confides in him about her marital problems and that he usually tries to help with advice. I asked MICHAEL if JANET spent a lot of time with him while he was back there in June and MICHAEL responded that she did not. He then told me that JANET was actually PATTY's sister's best friend but that JANET and PATTY played softball together. He said that JANET worked at a card shop and that they did have that in common because he helped his friends JAN and CARL in Phoenix set up card shops and then later sell them.

At this point, I asked MICHAEL if he owned or possessed a handgun or rifle of any kind and he said that he did not. MICHAEL said he had never owned a weapon in his life but that he knew his employee AL SIES carried a gun. MICHAEL then said that he had once thought about owning a gun and talked to his neighbor JAVIER about it. He said the reason he thought about getting one was because his employees had been shot at on several occasions. He said after two incidents at a K-Mart Store on 16 Street and Roosevelt, he went to speak with the manager about the danger that his crew was in, however, he did not seem concerned.

I then told MICHAEL that I was going to check to see if he had ever registered a gun but that I was also going to check to see if he had ever purchased one. He then told me that I would not locate anything about him buying a gun. I then told him that KATHY may have bought the gun for him and that I was going to check that also.

MICHAEL again began to tell me about the K-Mart at 16 Street and Roosevelt and then told me that a man had been killed there approximately a week after his employees were shot at. He said at that time, he seriously thought about purchasing a gun for protection but that he did not. MICHAEL then began to get somewhat nervous about this line of questioning and wanted to know why we kept asking him. I explained to him that he had lied on several other areas and that I just wanted to insure that he was telling us the truth. At 2027 hrs., MICHAEL then said "I think I may need an attorney." I then told him that was up to him but that we still needed to talk and clarify these points. MICHAEL again told me that he didn't own a gun and that the only time he ever shot a gun was when he was in Topeka and that he and KATHY both went out with her father and brother SCOTT to shoot.

At this point, I told MICHAEL that after reviewing all of the evidence that we had compiled in the case, and also his statements today, I seriously felt that he was responsible for KATHY's death. At 2032 hrs, MICHAEL again said "I think I may need an attorney." I then responded by telling him that it was up to him if he wanted an attorney but that I was

EXHIBIT 1k

001914
MILKE_NSB002077

Page - 6

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

still convinced that he had killed KATHY. MICHAEL then began to shake his head and said he couldn't understand why I was telling him this and I told him that there was a possibility that I would charge him with murder. MICHAEL continued to shake his head and was crying. I told MICHAEL that I didn't believe that he was a cold blooded killer but instead it probably happened accidentally. MICHAEL continued shaking his head and began rubbing the sides of his head with his hands.

I then told MICHAEL that I probably knew what happened that night. I began by telling MICHAEL that after he picked up KATHY at the Pointe, they went to the Carl Jr's and probably immediately after that, they began to argue. I said he probably drove the truck around, continuing to argue with KATHY and at one point they stopped where she was found. I told him that I believed that he either removed the gun and may have pointed it at her to scare her and that she probably reached out and the gun went off, or that she may have reached for the gun herself and threatened him and that he may have taken it away from her and shot her. Again MICHAEL said I think I may need an attorney, and I told him that that was up to him, but I still wanted to know whether it had been an accident. At this point, DET. FRAGOSO interjected that we knew KATHY had a short temper and he asked if he had done something to her. MICHAEL kept shaking his head from side to side, indicating no, and then finally broke down and cried. I then asked MICHAEL for the final time if it could have been an accident and then MICHAEL shook his head in an up and down motion, indicating yes. I told MICHAEL I couldn't hear him, then he responded out loud "yes".

I then allowed MICHAEL several seconds to compose himself and I placed my arm around him as he began to make the sign of the cross and strike his heart area with his palm. I then noticed that MICHAEL began to pray and I asked him if he was praying for strength and he nodded his head in an up and down motion. I then told MICHAEL that we needed to go over what had happened that night and why he shot KATHY. MICHAEL then remained quiet for a few seconds and then gave me the following information.

MICHAEL said that he had gone to the Pointe and when KATHY began to question him about where he had been, he got mad. He then explained that he had been up all day, was tired and knew that he had to work most of the night. He said that KATHY did agree to go with him but she was mad. He said this made him angry and irritated him somewhat because he had made a special trip to the Pointe to pick her up.

I then asked him if the shooting occurred in the truck and MICHAEL said that it had not, and that it happened right there. I asked him if he meant right there by the location where we found her and he said he did.

RANGEL 012

EXHIBIT 1k

001915
MILKE_NSB002078

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | SALDATE #1875 | 89-090702 |

MICHAEL then said that he had left the South Pointe at 48 Street and
Baseline after checking it and was headed to 67 Avenue and Thomas. He said
KATHY began to argue with him and said she thought he had another
girlfriend. He said he couldn't understand why she thought this other than
to believe that he was possibly messing around with some of the complex
managers who he has contracts with. He said that KATHY never mentioned a
name of the girl she believed he was messing with. MICHAEL then commented
that it appeared that KATHY was going to steam all night.

He then recalled being on the freeway and traveling very fast because he
was angry. He said KATHY told him to slow down and was complaining about
his driving. He believes he exited the freeway at 59 Avenue but that it
could possibly have been 55 Avenue. After leaving the freeway, he began to
just drive around and KATHY kept arguing with him. MICHAEL then admitted
that lately he was always carrying a large caliber revolver which he
described as a .44 caliber, underneath the driver's seat of the truck. He
told me that he had kept the gun under his seat because of what happened
at the K-Mart at 16 Street and Roosevelt. I asked him if he in fact had
purchased the gun but he denied it at first, and said he borrowed it but
later changed his mind and said he bought it from a private party who
lives somewhere in the area of 55 Avenue. He said he believed he paid $200
for the gun.

MICHAEL continued and said that KATHY kept yelling about him driving too
fast when they were on the freeway and she claimed that he had been
drinking at the game. He said that other guys had been drinking beer and
that they had offered him some but that he had refused.

MICHAEL said that he was knew he was driving too fast but that he was
doing that because he was angry. He said he hadn't thought about the gun
until it slid forward from underneath the seat. He said KATHY saw the gun
and immediately started to complain about him having one. She then
reminded him that she had never wanted him to own a gun and that she
thought it was stupid for him to have one. He said he tried to tell her
about his problems that he was having but she wouldn't listen. MICHAEL
then commented "it was loaded, yeah, it always was loaded. I kept it that
way." He then said that she was lying back on the seat, still complaining
that she was tired.

At one point, he said that KATHY grabbed the gun and when she did this, he
then pulled over and stopped the truck. He said he grabbed the gun from
her and placed it on the seat and continued to drive. He told her that
they needed to talk out their problems but she said she wanted to go home.
He then saw this industrial area and drove into it. He said he stopped the
truck, got out of the driver's side and then walked to the back bumper and
sat down. He said he left KATHY and the gun inside the cab of the truck.
He said he waited outside knowing that KATHY would probably think that he
would give up because he always gave up to her, but he re-emphasized that
he was real mad.

RANGEL 013
EXHIBIT 1k

001916
MILKE_NSB002079

| TYPE OF REPORT HOMICIDE | VICTIM HENDERSON, KATHLEEN | OFFICER SALDATE #1875 | Page - 8 DR # 89-090702 |
| --- | --- | --- | --- |

MICHAEL then said that KATHY got out of the cab of the truck and was walking from the cab towards him. He said he then noticed the gun in her hand and she again began to complain why he needed to carry the gun. MICHAEL said "I blew up, I just blew up." He said he grabbed the gun from her and then shot her. I asked MICHAEL how many times he had shot her and he said he only heard the first shot. He said he realized he shot her several more times but he said he wasn't even aiming at her when he did. After shooting her, he said he remained in his truck next to her for quite a while and then decided to leave.

MICHAEL then realized that he still had to go check on several of his job sites which he did. He said one of the last job sites was at the Camelview Mall where he said he threw her purse inside a dumpster. I then asked him about KATHY's belt and boots and he said that KATHY had taken them off while she was inside the truck and he threw them in the same dumpster as he had her purse. After doing this, he said he then drove south on Scottsdale Road which becomes a Rural road and as he passed Guadalupe Road and the canal just south of Elliott Road, he threw the gun into it and then went home. When he arrived home, he knew that AL, his sub-contractor, would be coming for the truck the next morning so he wrote out a message to him about what needed to be done and then left the keys for the truck in the ash tray. MICHAEL said that he then went inside and went to sleep. MICHAEL then said "I had a lot of pressure, I was doing a lot of work and I was tired."

I told MICHAEL that I was glad that he finally explained to me what had had happened and that it was important for me to know what occurred. MICHAEL then told me that he knew we had a lot of evidence against him and then asked me what was going to happen to him. I then explained to him that he would be booked into jail for murder and that a bond may or may not be placed against him.

I asked MICHAEL if he wanted me to tell his family anything because I felt obligated to tell his mother that he had been arrested. MICHAEL only responded by asking me to tell his mother that he loved her. The interview with MICHAEL was then terminated.

DET. FRAGOSO and myself later proceeded to MICHAEL's residence where we contacted his mother ALICE and grandmother. I then explained to MICHAEL's mother what had happened and then gave her the message that MICHAEL had wanted me to give her.

Investigation Continuing.

RANGEL 014

EXHIBIT 1k

001917
MILKE_NSB002080

| TYPE OF REPORT | SUPPLEMENT DATE | DR # |
|---|---|---|
| HOMICIDE | 7-13-89 | 89-090702 |

| VICTIM'S NAME | LOCATION OF OCCURRENCE |
|---|---|
| HENDERSON, KATHLEEN | 5726 W. JEFFERSON |

| OFFICER WRITING REPORT'S # | SUPPLEMENT # |
|---|---|
| DET. E. FRACOSO 2281 | 89-090702.08E |

| DATE & TIME TYPED | BUREAU | CLERK |
|---|---|---|
| August 1, 1989    7:52 AM | CIB | A2845 |

INVESTIGATIVE LEAD # 1:

RANGEL   MICHAEL SCOTT
W/M,
5706 W. Folley, Chandler, Az.

Emp.:   Rite-Way Sweeping
        224 E. Chilton, suite 7,
        Chandler, Az., 892-6443.

INVESTIGATIVE LEAD # 2:

HENDERSON, BOBBI
W/F,
2020 E. Broadway # 249, Tempe, Az.

Emp.:   Lincoln Property

(VICTIM'S sister).

INVESTIGATIVE LEAD # 3:

HENDERSON   ROBERT
W/M,
3425 S. E. 45th St., Topeka, Kansas.

(VICTIM'S father).

INVESTIGATIVE LEAD # 4:

HENDERSON, JANIS
W/F,
3425 S. E. 45th St., Topeka, Kansas.

RANGEL 045

001891
MILKE_NSB002054

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | DET. FRAGOSO | 89-090702 |

INVESTIGATIVE LEAD # 5:

RANGEL, ALICE
W/F,
916 S. E. 36th St., (913) 267-2089.

(MICHAEL'S mother).

INVESTIGATIVE LEAD # 6:

RANGEL, JOHN
W/M,
916 S. E. 36th St., (913) 267-2089.

(MICHAEL'S father).

INVESTIGATIVE LEAD # 7:

DET. A. SALDATE 1875
Homicide Detail, 262-6141.

Upon concluding the interview with the Confidential Informant, DET.
SALDATE and I then proceeded to the Topeka Sheriff's Office and while
there, I called MIKE RANGEL'S residence and I asked for him. I was
informed by one of his cousins that MIKE was not available, but that he
was over at KATHY'S parent's home, waiting for us. He then gave me
KATHY'S home number and I then called the HENDERSON residence. I spoke to
BOBBIE HENDERSON and I informed her that I was in Topeka. She then told
me that she knew that I had come in and that both she and MIKE were
waiting for us at her parent's home to be interviewed. With that, she
gave me directions on how to get to her parent's home. DET. SALDATE and I
then drove over to the HENDERSON residence and got there at approximately
1450 hrs., July 13th, 1989. We were greeted by BOBBIE HENDERSON and her
parents, ROBERT and JANIS HENDERSON. MICHAEL RANGEL was in the residence.
We then walked inside and I introduced DET. SALDATE to all of the
individuals. Approximately 5 minutes later, MICHAEL'S mother, ALICE,
showed up and we all sat in the living room of the HENDERSON residence.
We started telling them about our flight and we made small talk about
Topeka and Kansas City. At about that time, MICHAEL'S father, JOHN,
showed up and we began the interview.

DET. SALDATE informed them that he was a new investigator on this case and
that he wanted to get as much information as possible, as he had not gone
through all the reports entirely. With that, he spoke with MICHAEL, but a
lot of the feedback and answers were provided by the other family members.

001892
MILKE_NSB002055

Page - 3

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | DET. FRAGOSO | 89-090702 |

We learned that KATHY HENDERSON had been in Topeka on April 17th, preparing some of her wedding accessories and making some of the major purchases. We also learned that she had subsequently returned to Phoenix at or about April 27th or 28th, but that MIKE had remained in Topeka, as KATHY had flown to Topeka prior to April 17th, and was there for approximately a week before MIKE showed up. MIKE had driven his personal vehicle from Phoenix to Topeka. We also learned that MIKE subsequently returned to Phoenix with his grandmother in his vehicle.

DET. SALDATE then asked MICHAEL if he could relate to him what had occurred on June 24th, the day before the murder. MICHAEL advised DET. SALDATE that both he and KATHY had gone out at about noon and had lunch at a Sizzlers, at the Freeway and Warner Rd. He then informed DET. SALDATE that subsequent to lunch, they then proceeded to the Coffin and Trout Jewelry Store, where they then picked up KATHY'S pinky ring. He then went on to say that they subsequently went to the residence of the PROEHLS and were there visiting with them for awhile until they had to leave because KATHY had to go to work. MICHAEL stated that KATHY wanted to show JANIS her new ring and that they left the PROEHL residence at around 4 or 4:30 p.m., that afternoon. He stated that upon their arrival at home, that he then started to talk with his neighbor, MR. JOHNSON, and that KATHY showed MRS. JOHNSON her new pinky ring and that they were out on the front lawn for a few minutes. Eventually KATHY told him that she had to go inside and get ready for work. MICHAEL stated that 15 or 20 minutes later, she exited the house and she left for work. DET. SALDATE asked MICHAEL if he had called KATHY later on during the evening or whether she had called him, and he stated that she hadn't, and he further advised that he had not called her either. He related that he then subsequently went to a ballgame, as he assists in coaching a little league team over in the west side of Phoenix, in the area of 1000 W. Vineyard. MICHAEL stated that he coaches there with the assistance of his sub-contractor, AL SAIZ! MICHAEL further advised that upon the conclusion of the game at about 10 p.m., on June 24th, that they then took team pictures, as that was the final game of the season for the ball team. MICHAEL stated that he then got into his truck, the 1989 white Chevy pick-up, and he left the ballfield and drove directly home. He stated that he got home at around 11 p.m. and that he subsequently went to bed at 11:20 p.m., that night. He related that he subsequently woke up at 5:45 a.m. and discovered that KATHY was not in bed, and when he exited the bedroom, he checked the living room next to the front door to see whether or not her boots were there. When he noticed that her boots were not there as was her customary way of leaving them there when she came home from work, he then looked out the window to the driveway, and then noticed that her vehicle was not in the driveway either. He then stated that he waited to see if she would come home.

MICHAEL stated that he then called the PROEHL'S house to see if KATHY was there, as he remembered that she was suppose to go to Park 'N Swap that same morning, but he was not certain. He did talk to JANICE and she informed him that she had not seen KATHY at all. He then told her that she had not returned home. He then waited around at the house by himself and at 7 a.m., BOBBI HENDERSON called, asking for KATHY. He then told

RANGEL 017

EXHIBIT 1k

001893
MILKE_NSB002056

Page - 4

| TYPE OF REPORT | VICTIM | OFFICER | DR # |
|---|---|---|---|
| HOMICIDE | HENDERSON, KATHLEEN | DET. FRAGOSO | 89-090702 |

BOBBI that KATHY had not returned home from work.  BOBBI then informed him
that she would stop by the Pointe to see if she was still there, to check
on her whereabouts.  He related that eventually BOBBI showed up at his
house and BOBBI informed him that KATHY'S car was parked in the upper
parking lot at Rustler's Roost, but that no one had seen her.  At that
time they contacted that PROEHLS and the PROEHLS subsequently showed up at
MICHAEL'S residence, and the four of them drove over to the Pointe in one
vehicle.  They then checked around with employees, but they could not
locate anyone that had seen KATHY at all.  He stated that they
subsequently called the police department, but that the officer that they
spoke to informed them that they would have to wait the 24 hours to file a
missing persons report.  With that, they subsequently called other friends
and they began a search of the Pointe, looking for KATHY.  Eventually the
media was informed and the media brought a helicopter and they also
assisted in the search for KATHY, but with negative results.

MICHAEL stated that he stayed in the area until the officers finally
responded to the missing persons report, at which time he then made one.

DET. SALDATE asked MICHAEL if KATHY had a habit of staying out late or
whether she partied with any of her other friends and he stated that she
didn't.  We then asked him if KATHY had any other boyfriends or any other
male friends that he was not aware of, and he stated that she did not.

With that, MICHAEL started to get emotional and stated that he could not
return to Phoenix because everytime he would look at the Pointe, he would
think of KATHY, and it had too many bad memories.

I then asked MICHAEL if he had buried KATHY with her rings and he stated
that he had.  With that, BOBBI then informed us that KATHY had been buried
in her wedding dress.

DET. SALDATE then asked MICHAEL if he had been back in Topeka anytime
after April 27th or 28th, at about the time that KATHY returned home on
her own.  He stated that he had not.  He then backed up and stated that he
had, that he had been in Topeka in June, but wasn't sure about the date.
He then advised us that he had gone to Dallas on a business meeting and
that on his way back from Dallas, he had stopped in Kansas to visit his
parents.  We then asked him if he could recall what dates in June he had
been in Topeka and in Dallas.  He then informed us that he was in Dallas,
Texas, from June 10th through June 11th, and that he then flew into Topeka
to visit his parents on June 11th, which was a Sunday, and that he
remained in Topeka until June 12th, at which he returned home on America
West.  He stated that he recalls that he returned to Phoenix at 8:50 p.m.,
on the 12th.

I then asked the HENDERSON'S if their daughter, KATHY, liked hamburgers.
I then told them that we had found a receipt in her purse which indicated
that she had made a purchase of two hamburgers and a soda pop at the
Carl's Jr., on June 24th, 1989, 2330 hrs.  With that, BOBBI HENDERSON and
her parents told me that KATHY did not like hamburgers and would not go

EXHIBIT 1k

001894
MILKE_NSB002057

| TYPE OF REPORT HOMICIDE | VICTIM HENDERSON, KATHLEEN | OFFICER DET. FRAGOSO | DR # 89-090702 |
| --- | --- | --- | --- |

out of her way to eat one, much less purchase one. They could not
understand why she had made a purchase of any hamburgers.

I then asked MIKE if he was the only person that drove his white pick-up
truck and he stated that he was, that he drove his pick-up truck 90% of
the time, and that every now and then maybe CARL would drive it or maybe
one of the other employees if he had to loan it out. I then asked him if
the pick-up truck was there at his house on Sunday morning, on June 25th,
and he stated that it wasn't. He advised me that he had made arrangements
with the sub-contractor and his assistant coach, AL SAIZ, to pick up the
truck at 4:30 a.m., on June 25th, for two jobs that he had for him.
MICHAEL could not recall exactly where those jobs were at, but he did say
that the keys for the pick-up truck were left in the ashtray, and that it
was not unusual for AL to come by and pick it up on pre-arranged job
contracts.

MICHAEL asked me about KATHY's vehicle. He wanted to know where it was
at and I informed him that KATHY's vehicle was still in the impound lot
and that it would be there until he returned back home to Phoenix. I then
asked him if he was planning on returning and he then informed me
that he should be back on either the 17th or the 18th of July and that at
that time I could release the vehicle to him.

DET. SALDATE then asked MICHAEL who was minding his business while he was
here in Topeka and MICHAEL stated that CARL was running the business.
MICHAEL stated that CARL had called him numerous times to return to
Phoenix to take over but that he (MICHAEL) did not feel up to it. He
stated that he did 80 percent of the work for the sweeping service
business and that CARL was really pressing him to return back to work and
continue with his life, but he did not want to return as he had too much
work to do and felt a lot of pressure from CARL to return back to Phoenix.
DET. SALDATE then asked him again if there was any other information that
he could provide regarding this investigation and MICHAEL stated that he
didn't know why his (babe) had been killed and with that he got very
emotional and began to cry. We then informed him that we had nothing new
to offer as far as our investigation and that the investigation was still
open and pending and that we would get back with him as soon as we got
some information. With that DET. SALDATE and I then drove back to the
airport and subsequently flew back into Phoenix.

EXHIBIT 1k

| TYPE OF REPORT HOMICIDE | SUPPLEMENT DATE 10-20-89 | DR # 89-090702 |
|---|---|---|
| VICTIM'S NAME HENDERSON, KATHLEEN | LOCATION OF OCCURRENCE 5726 WEST JEFFERSON | |
| OFFICER WRITING REPORT'S # OFF. T. CRUMP #4572 | SUPPLEMENT # 89-090702.A | |
| DATE & TIME TYPED 10-21-89, 1206 HRS. | BUREAU GIB | CLERK A2651 |

On 8-3-89 at 1750 hours, I responded to South 56th Street and Chandler Blvd. to meet with S.A.U., upon arrival I contacted SGT. REED. SGT. REED gave me a description of a person and his vehicle and he told me that Homicide Detectives needed to talk to him.

I was given information on a MICHEAL RANGEL, W/M, 4-5-63 and I was told his vehicle was a small red sports car. I believe it was a Pontiac Fiero. I was told he was at a business just north of Chandler Blvd. on south 56th Street and that he was possibly leaving soon.

I was told that MR. RANGEL was not to be arrested, that I was to make a traffic stop and see if he would come in and talk to the DETECTIVES.

When I saw the vehicle leave the business I began to follow it. I followed it south on 56th Street to Chandler Blvd. and then east on Chandler Blvd.

Once at Chandler Blvd. and Kyrene I observed a violation of Title 28. The driver of the vehicle failed to use his turn signal while changing lanes. I stopped the vehicle just south of Chandler Blvd. on Kyrene.

I contacted the driver of the vehicle and he was identified as MICHEAL RANGEL, from his Arizona Drivers License. I then informed MR. RANGEL that some Homicide Detectives downtown needed to talk to him. MR. RANGEL then began telling me how his girlfriend was killed a few weeks ago and that it was probably about that. I told him I didn't know what it was, only that they wanted to talk to him.

I asked MR. RANGEL if he would come down and he said, "sure" he then asked if he should follow me in. I asked him if he would park his car in the shopping center lot and ride down with me. I told him we could make better time in the patrol car in the busy traffic. I also told RANGEL that I would return him if need be.

MR. RANGEL took his car over to the shop, Ping Center and locked it up. He then met me back by my car and we drove to 620 W. Washington. MR. RANGEL was not searched or cuffed and he voluntarily got into my car, and went in for questioning.

During the ride to 620 W. Washington, MR. RANGEL didn't ask any questions of me nor did he make any request.

Page - 2

| TYPE OF REPORT | VICTIM | ! | OFFICER | ! | DR.# |
|---|---|---|---|---|---|
| HOMICIDE | , HENDERSON, KATHLEEN | ! | CHUMP #4572 | ! | 89-090702 |

MR. RANGEL was stopped only to see if he would come in for questioning.
MR. RANGEL never questioned why the stop was made.

All of MR. RANGEL'S actions were made voluntarily and he was very
cooperative with me.

Released 4572 400
1·17·90

PHOENIX POLICE DEPARTMENT
UNDERWATER RECOVERY
SUMMARY

Date: __August 5, 1989__                        D.R. # __89-090702__

Location: __Rural and Elliot Road, Tempe_____ Mission #_____

Mission Objective: __Locate and recover .44 caliber revolver discarded in__

__canal by murder suspect_____

_____

_____

_____

_____

Problems Encountered/Technique Utilized:_____

__Line search, could have used at least (2) additional divers to facilitate search.__

__Depth 4 1/2 to 5 feet deep, no visibility_____

_____

Mission Summary:_____

__Search sight was the Western Canal, flowing 200 CFS, westbound flow. The area__

__to be searched was west of the bridge, within 100 feet of the bridge. Suspect__

__traveling southbound on Rural, tossed the weapon into the canal.__

__Search conducted, recovering golf balls, racquet ball paddles, traffic cones, etc.__

__However, no weapon was recovered._____

_____

_____

_____

_____

_____

_____

PAGE # __1__

RANGEL 022                    EXHIBIT 1k                    001958
MILKE_NSB002121

ATTACHMENT ..

Date: __August 5, 1989__                          Report # __89-090702__

Time: __0700 hrs__

### PHOENIX POLICE DIVE LOG

Location: __Rural Road, north of Elliot in Tempe_____

Reference Points Searched: ___100 feet west of bridge_____

Mission: __Search and recover murder weapon (.44 caliber revolver)_____

Results of Mission: __Unable to locate weapon_____

_____ __Mission 6__

Evidence:_____

Photographed By: __Sgt. Tim Bryant #1726_____

Dive Master: __Sgt. Tim Bryant__

| DIVER | VIRG | MARCO | PERRY | RICK | | |
|-------|------|-------|-------|------|------|------|
| TIME  | DIVER #1 | DIVER #2 | DIVER #3 | DIVER #4 | DIVER #5 | DIVER #6 |
| DOWN | 0739 | 0750 | | | | |
| SURFACE | 0744 | 0752 | | | | |
| DOWN | 0810 | 0810 | 0810 | 0810 | | |
| SURFACE | 0840 | 0840 | 0840 | 0840 | | |
| DOWN | 0920 | 0920 | 0920 | 0920 | | |
| SURFACE | 0957 | 0957 | 0957 | 0957 | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |
| DOWN | | | | | | |
| SURFACE | | | | | | |

PAGE # __2__

1

1      IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2         IN AND FOR THE COUNTY OF MARICOPA

3

# GRAND JURY

4

5    PROCEEDINGS BEFORE THE     )
6    112TH MARICOPA COUNTY      )
     GRAND JURY IN RE.         )    CR 89-08086
7                          )
     MICHAEL RANGEL           )
8                          )
                         )
9    -------------------------)

10

11

12

13                 PHOENIX, ARIZONA
                 AUGUST 9, 1989
14                  1:10 P.M.

15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS

18

19

20

21

22

23

24                         FREDRICK SATO III
                        COURT REPORTER
25

EXHIBIT A

RANGEL 024

MILKE_NSB030079

EXHIBIT 1k

2

```
 1                      A_P_P_E_A_R_A_N_C_E_S

 2

 3      DEPUTY COUNTY ATTORNEY:

 4               CHARLES DONOFRIO

 5               LAWRENCE TUROFF

 6

 7      GRAND JURORS:

 8

 9               DEREK CARLSON (FOREMAN)

10               DANIEL MARRA

11               DONALD DUMLER

12               BERTHA ROSS

13               IOLA WILLIAMS

14               DANA MCBRIDE

15               SANDRA CORNFORTH

16               ERIC DAVIS

17               CHERYL SCOTT

18               SHARON VOSE

19               SAMUEL MILLER

20               LANCE LANE

21               RICKY SMITH

22

23

24

25
```

3

1           MR. DONOFRIO.   THIS IS 112 GRAND JURY 87, THE

2      INVESTIGATION OF MICHAEL SCOTT RANGEL, R A N G E L.

3      THIS INVESTIGATION INVOLVES AN ALLEGED HOMICIDE WHICH

4      OCCURRED ON OR ABOUT, ON OR BETWEEN THE 24TH AND THE

5      25TH DAYS OF JUNE OF 1989, IN MARICOPA COUNTY, ARIZONA.

6                TO ASSIST YOU IN DETERMINING WHETHER OR NOT

7      PROBABLE CAUSE EXISTS IN THIS MATTER THE FOLLOWING

8      STATUTES MAY BE APPLICABLE.   ARIZONA REVISED STATUTE 13-105

9      (6), THE CULPABLE MENTAL STATE SECTION.   MY RECORDS

10      INDICATE THAT STATUTE WAS READ TO THE GRAND JURY ON JULY

11      17TH, WITH ALL PRESENT, AND AGAIN ON JULY 19TH, ALL

12      GRAND BUT MILLER.

13                13-1101, THE DEFINITION SECTION FOR THE

14      HOMICIDE STATUTES, WHICH MY RECORDS INDICATE THAT WAS

15      READ TO THE GRAND JURY ON JULY 24TH, ALL PRESENT BUT

16      OWENS AND MILLER, AND AGAIN ON JULY 31ST, WITH ALL

17      PRESENT BUT CURL AND SMITH.

18                13-1105, THE MURDER IN THE FIRST DEGREE

19      STATUTE, WHICH MY RECORDS INDICATE WERE READ TO THE

20      GRAND JURY, THAT STATUTE WAS READ ON JULY 24TH, WITH ALL

21      PRESENT BUT OWENS AND MILLER.

22                AT THIS TIME LET ME READ 13-1105 TO THE

23      GRAND JURY.

24                13-1105 IS ENTITLED FIRST DEGREE MURDER.

25                A.   A PERSON COMMITS FIRST DEGREE MURDER IF

**RANGEL 026**                                    **MILKE_NSB030081**

EXHIBIT 1k

4

1          1.  INTENDING OR KNOWING THAT HIS CONDUCT

2    WILL CAUSE DEATH SUCH PERSON CAUSES THE DEATH OF ANOTHER

3    WITH PREMEDITATION.

4          ARE THERE ANY MEMBERS OF THE GRAND JURY

5    PANEL THAT WOULD LIKE TO HAVE ANY OF THE STATUTES REREAD

6    OR CLARIFIED AT THIS TIME?  I TAKE IT BY YOUR SILENCE

7    THERE ARE NONE.

8          THE NAME OF THE ALLEGED VICTIM OF THIS

9    INVESTIGATION IS KATHLEEN HENDERSON, H E N D E R S O N.

10         THE WITNESS WHO WILL BE TESTIFYING BEFORE

11   YOU TODAY IS DETECTIVE ARMANDO SALDATE, S.A.L.D.A.T.E,

12   PHOENIX POLICE DEPARTMENT.

13         LET THE RECORD REFLECT THAT THE ENTIRE GRAND

14   JURY PANEL IS PRESENT WITH THE EXCEPTION OF BRODINE,

15   CURL AND OWENS.

16         ALSO PRESENT IS DEPUTY COUNTY ATTORNEY LARRY

17   TUROFF, A DULY APPOINTED DEPUTY COUNTY ATTORNEY FOR

18   MARICOPA COUNTY AUTHORIZED BY ARIZONA STATE LAW TO

19   PRESENT EVIDENCE BEFORE THIS GRAND JURY PANEL.

20         THOSE ADMONITIONS READ TO YOU THIS MORNING

21   CONCERNING PERSONS WHO ARE DISQUALIFIED FROM SERVING AS

22   GRAND JURORS ARE APPLICABLE.  I TAKE IT BY YOUR SILENCE

23   THESE ADMONITIONS DO NOT APPLY TO YOU.

24         WE WE ARE ABOUT TO CONSIDER THE MATTER OF

25   OF 112 GRAND JURY ST AND THE INVESTIGATION INVOLVING THE

6

1    NAVARRO, WHO WERE PICKING CANS IN THE 5626 WEST
2    JEFFERSON AREA, CAME ACROSS A BODY THAT WAS LYING IN THE
3    DRIVEWAY OF A FORKLIFT COMPANY THERE AT 5726 WEST
4    JEFFERSON, THAT'S IN PHOENIX.  THEY THEN CALLED THE
5    POLICE, AND UNIFORMED OFFICERS FIRST RESPONDED, THEN
6    HOMICIDE RESPONDED.
7              Q.   WHAT AGE WAS THE VICTIM KATHLEEN HENDERSON?
8         A.   APPROXIMATELY 25 YEARS OLD.
9         Q.   DETECTIVE SALDATE, DURING THE COURSE OF THE
10   INVESTIGATION OF THE POLICE DEPARTMENT DID THERE COME A
11   TIME WHEN YOU HAD ARRESTED A SUSPECT?
12        A.   YES.
13        Q.   WHAT IS THAT PERSON'S NAME?
14        A.   MICHAEL RANGEL.
15        O.   WAS THERE DURING THE COURSE OF THE
16   INVESTIGATION ANY EVIDENCE OR ANY DISCOVERY AS TO
17   WHETHER OR NOT RANGEL WAS IN ANY WAY ASSOCIATED WITH THE
18   VICTIM?
19        A.   YES, HE WAS, HE WAS THE FIANCEE TO THE
20   VICTIM.
21        O.   DURING THE COURSE OF THE INVESTIGATION,
22   DETECTIVE SALDATE, WAS THE PHOENIX POLICE DEPARTMENT
23   ABLE TO DETERMINE WHERE THE VICTIM KATHLEEN HENDERSON
24   WORKED?
25        A.   YES, SHE HAD WORKED AT THE WISTLE'S ROOSTE

7

1   AT 7777 SOUTH POINTE PARKWAY, CLOSE THE SOUTH POINTE.

2   Q.   NOW CALLING YOUR ATTENTION TO JUNE 24, 1989,

3   WHAT DID YOUR INVESTIGATION REVEAL WAS THE ACTIVITIES OF

4   KATHLEEN HENDERSON THAT EVENING?

5   A.   KATHLEEN HENDERSON WENT TO WORK AT

6   APPROXIMATELY 5.00 P.M. AT THE POINTE. SHE THEN GOT OFF

7   AT APPROXIMATELY A LITTLE BIT AFTER 11:00 P.M. SHE WAS

8   WALKING OUTSIDE WITH HER MANAGER BY THE NAME OF BETTY

9   TREADAWAY. THEY SPOKE VERY LITTLE. KATHY SAID THAT SHE

10   WAS HAVING SOME STOMACH PAINS AND WAS TIRED.

11   KATHY HAD PARKED HER VEHICLE AT THE LOWER

12   PARKING LOT, WHICH IS A DIRT PARKING LOT FOR EMPLOYEES.

13   BETTY TOLD HER SHE WOULD GIVE HER A RIDE DOWN TO HER CAR,

14   WHICH SHE AGREED. THEY BOTH GOT INTO BETTY'S CAR AND

15   BETTY DROVE FROM THE RUSTLER'S ROOSTE WHICH IS ON TOP OF

16   THE HILL, SOUTH MOUNTAIN POINTE, TO THE BOTTOM PART TO

17   THE EMPLOYEE PARKING LOT.

18   BETTY MADE SURE THAT KATHY GOT INTO HER CAR,

19   STARTED HER CAR, AND THEN BETTY DROVE AWAY. SHE LAST

20   SAW KATHY DRIVING AWAY SOUTH TOWARDS THE SOUTH PORTION

21   OF THE POINTE AND THE SOUTH EXIT.

22   Q.   THIS IS ABOUT WHAT TIME?

23   A.   THIS IS JUST A LITTLE BIT AFTER 11.00,

24   APPROXIMATELY 11 02 OR 11 03.

25   Q.   DID YOU DURING THE COURSE OF THE

MILKE NSB030084

8

1    INVESTIGATION RECOVER OR OBTAIN, RATHER, WORK RECORDS

2    AND TIMECLOCK RECORDS OF THE DECEASED?

3         A.    YES.  THE DECEASED CLOCKED OUT FROM

4    RUSTLER'S ROOSTE AT 11:11.

5         Q.    SO SOMETIME AFTER 11.11 SHE ARRIVED AT HER

6    VEHICLE?

7         A.    THAT IS CORRECT, SEVERAL MINUTES LATER.

8         Q.    DID YOU HAVE AN OCCASION TO SPEAK TO A

9    SECURITY, OR AN OFFICER OF THE PHOENIX POLICE DEPARTMENT,

10   SECURITY GUARD AT THE POINTE?

11        A.    I SPOKE TO A NORM INGSTROM, WHO IS A

12   SECURITY OFFICER THERE AT THE POINTE.  AND HE SAID THAT

13   AFTER 11:00 P.M. HE WAS MAKING HIS ROUNDS AT THE POINTE

14   AND HAD DRIVEN, WAS GOING, INTENDING TO DRIVE ON UP TO

15   THE RUSTLER'S ROOSTE WHEN HE HAD SEEN A NEWER WHITE

16   MODEL VEHICLE DRIVING UP THE HILL FOLLOWED BY AN '88 OR '89

17   CHEVROLET PICKUP, WHITE IN COLOR, AND HE THEN LOST SIGHT

18   OF THE WHITE VEHICLE MOMENTARILY, BUT THEN SAW THE WHITE

19   PICKUP PULL INTO A PARKING LOT AT THE TOP OF THE

20   RUSTLER'S ROOSTE.

21        HE THEN CONTINUED UP AND SAW KATHY, WHO HE

22   KNOWS, STANDING AT THE BACK OF THE WHITE VEHICLE.  HE

     THEN RECOGNIZED KATHY S WALK AS SHE WALKED AWAY FROM

     THAT VEHICLE AND WALKED TOWARD  THAT WHITE PICK T TRUCK.

     HE THEN  LENT HER WALK OUT TO THE DRIVER S

RANGEL 030                              MILKE NSB030085

EXHIBIT 1k

9

1    SIDE, BUT INSTEAD TO THE PASSENGER'S SIDE OF THE PICKUP

2    TRUCK, AND IT APPEARED TO HIM THAT SHE WAS GOING TO GET

3    INTO THE PICKUP TRUCK AND OBVIOUS SHE KNEW THIS PERSON

4    IN THE PICKUP TRUCK.

5            HE THEN CONTINUED HIS ROUNDS, WENT BACK DOWN

6    TO THE RUSTLER'S OR TO THE LOWER PORTION OF THE

7    RUSTLER'S ROOSTE, MADE HIS ROUNDS THERE, AND NEVER SAW

8    THE TRUCK AGAIN.

9            Q.   WHERE WAS THE VEHICLE, KATHY'S VEHICLE FOUND?

10           A.   KATHY'S VEHICLE WAS FOUND ON TOP OF THE

11   RUSTLER'S ROOSTE.

12           Q.   IN THE AREA WHERE THE SECURITY GUARD

13   INDICATED HE SAW HER PARKED?

14           A.   THAT IS CORRECT.

15           Q.   COULD YOU TELL US WHERE KATHY LIVED?

16           A.   KATHY LIVED ON 5607 WEST FOLLEY IN CHANDLER.

17           Q.   DID SHE LIVE THERE WITH ANYBODY?

18           A.   YES, SHE DID.

19           Q.   WITH WHOM?

20           A.   MICHAEL RANGEL, HER FIANCEE.

21           Q.   WERE YOU ABLE TO DETERMINE, BY YOU I MEAN

22   THE PHOENIX POLICE DEPARTMENT, DETERMINE THE TYPE OF

23   VEHICLE OF VEHICLES MICHAEL RANGEL EITHER OWNED OR HAD

     ACCE. TO?

             Q.   MICHAEL RANGEL HAVE ANY VEHICLE IN PARTICULAR

1    TO A 1989 CHEVROLET WHITE PICKUP.

2           Q.   WHAT BUSINESS IS MICHAEL RANGEL OR WAS HE

3    ENGAGED IN?

4           A.   MICHAEL RANGEL IS ENGAGED IN THE RIGHT WAY

5    SWEEPING.  HE HAS ANOTHER PARTNER BY THE NAME OF CARL

6    PROEHL WHO OWNS THE MAJORITY OF THE BUSINESS.

7           Q.   WHAT KIND OF BUSINESS IS THAT?

8           A.   IT'S SWEEPS PARKING LOTS, INDUSTRIAL

9    COMPLEXES, SHOPPING MALLS, BASICALLY SWEEPS THE PARKING

10   LOTS.

11          Q.   DURING THE COURSE OF THE INVESTIGATION INTO

12   THAT MATTER WERE THE PHOENIX POLICE DEPARTMENT ABLE TO

13   DETERMINE WHETHER OR NOT RANGEL OR HIS BUSINESS THROUGH

14   RANGEL HAD ANY CONNECTION WITH THE AREA OF 5726 WEST

15   JEFFERSON WHERE THE BODY WAS FOUND?

16          A.   YES.

17          Q.   WHAT IS THAT?

18          A.   DURING THE INVESTIGATION WE CONTACTED AN ANN

19   BURICH.  ANN BURICH WORKS AT TURKEN PROPERTIES.  ANN

20   KNEW MICHAEL AND CARL, THE BUSINESS PARTNERS, KNEW THEM

21   BECAUSE SHE RENTED SOME PROPERTY TO THEM IN CHANDLER

22   WHERE THEY WERE STORING THEIR EQUIPMENT.  THEY CAME TO

23   ANN AND ASKED HER IF SHE MAY HAVE HAD ANY PROPERTY ON

24   THE WEST SIDE THAT THEY COULD RENT FROM HER.

25          Q.   WEST SIDE OF WHAT DEPENDING

RANGEL 032                                    MILKE NSB030087

1     A.   PHOENIX.  AND SHE SAID SHE DID, AND THEN

2   SUPPLIED THEM WITH A MAP INDICATING THE AREA OF 59TH

3   AVENUE AND JEFFERSON, WASHINGTON, VAN BUREN, WHICH IS AN

4   INDUSTRIAL PARK AREA, AND SHE RENTS OUT SEVERAL

5   BUSINESSES IN THAT LOCATION.

6     Q.  THAT IS THE LOCATION OR IN THAT LOCATION IS

7   5726 WEST JEFFERSON LOCATED?

8     A.   YES.  WHEN I SAID 59TH AVENUE, THAT IS THE

9   OUTER EDGE OF THAT INDUSTRIAL PARK AREA AND 5726 WEST

10   JEFFERSON WOULD BE THE INNER PART OF THAT BUSINESS AREA.

11     Q.  THAT'S IN MARICOPA COUNTY, IS IT NOT?

12     A.  YES, IT IS.

13     Q.  NOW WHEN THE BODY OF KATHLEEN HENDERSON WAS

14   FOUND WERE THERE ANY ITEMS OF JEWELRY STILL ON THE BODY?

15     A.   YES.  THERE WERE SEVERAL RINGS, HER

16   ENGAGEMENT RING, OF COURSE, AND SEVERAL OTHER RINGS THAT

17   WERE ON HER BODY STILL.

18     Q.  ANY ITEMS OF CLOTHING MISSING?

19     A.  HER BOOTS AND HER BELT WAS MISSING.

20     Q.  DID SHE HAVE A PURSE WITH HER, WITH THE BODY

21   WHEN THE BODY WAS DISCOVERED?

22     A.   THERE WAS NO PURSE THERE.

23     Q.  SUBSEQUENT TO THE DISCOVERY OF THE BODY WAS

24   THAT PURSE LOCATED?

25     A.   YES, IT WAS.

RANGEL 033       EXHIBIT 1k      MILKE_NSB030088

1        Q.    WHEN WAS IT LOCATED?

2        A.    THE PURSE WAS LOCATED THAT SAME DAY AT

3    APPROXIMATELY 1.00 P.M. AT THE CAMELBACK MALL AT 7033

4    EAST CAMELBACK ROAD.

5        Q.    DURING THE COURSE OF THE INVESTIGATION BY

6    THE PHOENIX POLICE DEPARTMENT WERE YOU ABLE TO DETERMINE

7    WHETHER OR NOT THE SUSPECT MICHAEL RANGEL HAD ANY

8    CONNECTION WITH THAT AREA?

9        A.    YES, THAT IS ONE OF HIS SWEEPING CONTRACTS,

10    AND HE DOES SWEEP THAT MALL.

11        Q.    ARE THERE ANY DUMPSTERS IN THAT MALL?

12        A.    YES.

13        Q.    NOW, YOU HAVE TOLD US THAT MICHAEL RANGEL

14    AND THE VICTIM KATHLEEN HENDERSON WERE ENGAGED TO BE

15    MARRIED?

16        A.    THAT IS CORRECT.

17        Q.    DURING THE COURSE OF THE INVESTIGATION INTO

18    THIS MATTER HAVE YOU DISCOVERED THE STATE OF THEIR

19    RELATIONSHIP, VIS-A-VIS THE COMING MARRIAGE?

20        A.    YES.  I HAVE SPOKEN TO THREE SEPARATE

21    PERSONS WHO TOLD ME THAT MICHAEL RANGEL DID NOT WISH TO

22    GET MARRIED AND WAS HAVING A HARD TIME TELLING HER, AND

23    MORE IMPORTANT, WAS HAVING A VERY DIFFICULT TIME HAVING

24    OR THINKING OF HAVING TO TELL HIS PARENTS.

25        Q.    NOW, IN PARTICULAR, DID YOU SPEAK TO --

MILKE_NSB030089

1    FIRST WHERE DID THEY COME FROM ORIGINALLY BEFORE COMING

2    TO ARIZONA?

3          A.   BOTH OF THEM HAD LIVED AND WERE RAISED IN

4    TOPEKA, KANSAS.  SHE JUST RECENTLY MOVED OUT HERE.

5    KATHY MOVED OUT HERE APPROXIMATELY FOUR YEARS AGO AND

6    WAS FOLLOWED BY MICHAEL, AND THEY THEN GOT INTO BUSINESS

7    AND PURCHASED A HOUSE.

8          Q.   NOW, YOU TOLD US THAT THE BODY HAD BEEN

9    DISCOVERED AT 12:55 P.M. ON THE 25TH, SUNDAY THE 25TH.

10   PRIOR TO THAT WAS THERE ANY -- HAD MICHAEL RANGEL MADE

11   ANY CONTACT WITH THE POLICE DEPARTMENT TO REPORT HER

12   MISSING?

13         A.   YES.  AT 9:45 THAT MORNING HE HAD GONE TO

14   THE POINTE WITH THE VICTIM'S SISTER, BOBBI HENDERSON,

15   AND THE CO-OWNERS OF HIS BUSINESS, JAN AND CARL PROEHL,

16   AND TO LOOK FOR KATHY'S CAR, AND AT THAT TIME THEY

17   CONTACTED THE POLICE.

18         Q.   HAD -- UPON THE IDENTIFICATION OF THE BODY

19   DID ANY POLICE OFFICERS SPEAK TO MICHAEL RANGEL ABOUT

20   HIS ACTIVITIES THAT EVENING, THE EVENING OF THE 24TH OR

21   THE MORNING OF THE 25TH?

22         A.   THEY SPOKE TO HIM BOTH AT THE TIME THAT THEY

23   TOOK THE MISSING PERSONS REPORT, AND AFTER THE

24   IDENTIFICATION OF THE BODY WAS MADE BY BOBBI HENDERSON,

25   THE VICTIM'S SISTER, WHO IDENTIFIED THE BODY BY A

14

1     PHOTOGRAPH, THEY THEN SPOKE TO MICHAEL RANGEL AS TO HIS

2     WHEREABOUTS THAT NIGHT BEFORE.

3          Q.   WHAT DID HE TELL YOU?

4          A.   HE SAID HE HAD GONE TO A BASEBALL GAME, A

5     LITTLE LEAGUE BASEBALL GAME IN SOUTH PHOENIX IN THE AREA

6     OF 7TH AVENUE AND BASELINE; HE HAD GONE THERE, WAS THERE

7     UNTIL APPROXIMATELY 10:30 P.M.

8               AT THAT POINT HE LEFT AND WENT DIRECTLY HOME.

9     HE SAID HE NEVER STOPPED AT THE POINTE, NEVER SEEN KATHY

10    THAT NIGHT, AND THE LAST TIME HE SAW HER WAS

11    APPROXIMATELY 5:00 P.M. EARLIER THAT EVENING.

12              HE SAID HE WENT DIRECTLY HOME, ASSUMED THAT

13    KATHY WAS GOING TO COME HOME.  BUT HE SHOWERED, WENT TO

14    SLEEP, WENT TO BED AND FELL ASLEEP.

15              AND AT APPROXIMATELY 5:00 O'CLOCK, 5:45 IN

16    THE MORNING THAT HE WOKE UP, DIDN'T FIND HER THERE.  HE

17    THEN BEGAN TO WORRY, BUT THEN ASSUMED THAT SHE MAY HAVE

18    GONE OUT EARLY WITH HER SISTER AND MAYBE JUST DIDN'T

19    NOTICE THAT SHE HAD GOTTEN INTO BED, FELL ASLEEP, AND

20    THEN WOKE UP EARLY.

21              AND WHEN HIS SISTER OR HER SISTER CALLED THE

22    HOUSE, THAT WAS SHORTLY AFTER 7:00 A.M., THAT BEING

23    ROBBI HENDERSON, SHE ASKED FOR HER SISTER KATHY.  AND HE

24    THOUGHT SHE WAS WITH HER, AND AT THAT POINT HE TOLD HER

25    HE DIDN'T KNOW WHERE SHE WAS AT.

15

1        Q.   NOW, DURING THE COURSE OF THE INVESTIGATION

2    OF THIS MATTER WAS IT LEARNED WHETHER OR NOT MR. RANGEL

3    HAD RETURNED TO TOPEKA PRIOR TO THE, PRIOR TO JUNE 25TH

4    AND 24TH OF 1989?

5        A.   YES, THAT'S CORRECT.

6        Q.   ABOUT HOW MUCH PRIOR TO THAT?

7        A.   HE HAD RETURNED THE 8TH AND 9TH OF JUNE AND

8    ALSO IN APRIL.

9        Q.   DID HE MEET ANYBODY THERE THAT YOU HAVE

10   SPOKEN TO?

11       A.   YES.  HE MET A PERSON WHO HAS SINCE

12   CONTACTED US AND IDENTIFIED HERSELF AS JANET LEWIS.

13   JANET TOLD US THAT SHE HAD MET MICHAEL EARLIER IN APRIL

14   AND HAD JUST SEEN HIM BECAUSE HE WAS THERE WITH KATHY.

15   LATER ON SHE HAD RECEIVED SOME MAIL FROM HIM.

16            AND IN JUNE MICHAEL MADE A SPECIAL TRIP TO

17   KANSAS CITY AND CONTACTED HIS SISTER-IN-LAW, WHO THEN

18   MADE ARRANGEMENTS FOR HIM TO SEE JANET.  HE THEN SAW

19   JANET AND WANTED TO SPEND THE NIGHT WITH JANET THAT

20   NIGHT, BUT JANET REFUSED BECAUSE OF THE SITUATION THAT

21   HE WAS ENGAGED, AND THAT WAS THE FIRST TIME JANET SAW

22   HIM.

23       Q.   NOW HAVE YOU SPOKEN TO HIS SISTER-IN-LAW AND

24   BROTHER?

          A.   YES, I HAVE.

EXHIBIT 1k

16

1          Q.    DID THEY INDICATE TO YOU THE RELATIONSHIP OF

2    MICHAEL RANGEL AND KATHLEEN HENDERSON IN -- VIS-A-VIS

3    AGAIN THE COMING MARRIAGE?

4          A.    YES.  I SPOKE TO TIM RANGEL, HIS YOUNGER

5    BROTHER, AND HIS WIFE PATTY RANGEL.  THEY BOTH TOLD ME

6    THAT MICHAEL RANGEL DID NOT WISH TO GET MARRIED, DID NOT

7    WANT TO GET MARRIED, BUT WAS BEING PUSHED INTO IT BY HIS

8    PARENTS AND KATHY.

9          THEY TOLD ME THAT HE HAD NOT TOLD KATHY, HE

10   WAS AFRAID TO TELL KATHY, HOW SHE WOULD REACT, BECAUSE

11   ON SEVERAL OTHER OCCASIONS WHEN HE HAS TRIED TO BREAK UP

12   WITH HER, THAT KATHY HAD GONE BACK TO HIS PARENTS, AND

13   THEN HIS PARENTS WOULD MAKE HIM GO BACK WITH HER AND GET

14   BACK TOGETHER AS BOYFRIEND AND GIRLFRIEND SINCE THEY HAD

15   BEEN GOING OUT FOR APPROXIMATELY NINE YEARS BEFORE

16   THAT.

17          HE SAID HE WAS HAVING -- THAT HIS BROTHER

18   MICHAEL HAD A VERY DIFFICULT TIME IN SPEAKING WITH HIS

19   PARENTS, AND THAT THEY WOULD USUALLY PUSH HIM AROUND.

20          Q.    NOW IN TALKING TO JANET LEWIS DID YOU LEARN

21   WHETHER OR NOT SHE HAD BEEN IN CONTACT BY TELEPHONE WITH

22   MICHAEL RANGEL PRIOR TO THE JUNE 24TH, 1989 DATE?

23          A.    YES.

24          A.    OR ON THAT DATE.

25          A.    YEAH, WE DISCOVERED THE BODY ON JUNE 25TH AT

RANGEL 038                              MILKE NSB030093

EXHIBIT 1k

1   12:55 P.M. ON JUNE 24TH AT 11:00 P.M. PHOENIX TIME SHE

2   WAS AT HOME, IT WAS APPROXIMATELY 1:00 A.M. TOPEKA TIME,

3   AND SHE RECEIVED A CALL FROM MICHAEL, WHO IDENTIFIED

4   HIMSELF AS MICHAEL RANGEL, AND HE ASKED HER IF SHE HAD

5   RECEIVED A LETTER FROM HIM. AND SHE SAID YES.

6            AND THEN HE ASKED HER WHAT SHE FELT ABOUT

7   THE LETTER.  SAID SHE DIDN'T REALLY FEEL THAT MUCH ABOUT

8   THE LETTER.  THEN HE ABRUPTLY ENDED THE CALL.  AT THAT

9   POINT SHE SAID SHE COULDN'T REALIZE WHY HE HAD EVEN

10   CALLED.

11            Q.   DID SHE TELL YOU SHE RECEIVED ANOTHER CALL

12   OR PHONE CONTACT FROM HIM THE FOLLOWING DAY?

13            A.   THE FOLLOWING DAY ON JUNE 25TH AT 12:00 P.M.

14   OUR TIME, 2:00 P.M. TOPEKA TIME, SHE RECEIVED ANOTHER

15   CALL FROM HIM.  HE AGAIN IDENTIFIED HIMSELF AS MICHAEL.

16            HE THEN TOLD HER THAT KATHY WAS MISSING AND

17   WAS GONE.  SHE SAID SHE DIDN'T UNDERSTAND THE

18   CONVERSATION SHE WAS HAVING WITH HIM OR WHY HE WOULD

19   EVEN CALL HER.

20            SHE THEN -- HE THEN TOLD HER THAT IF SHE

21   REMEMBERED HIM CALLING HER UP AT 11:00 P.M. THE NIGHT

22   BEFORE.  AND SHE SAID THAT SHE DID.  HE THEN TOLD HER HE

23   MAY NEED AN ALIBI AND DIDN'T ELABORATE ANYMORE.  TOLD

24   HIM WHAT DID HE MEAN BY THAT.  HE ASKED HER TO REMEMBER

25   THAT HE HAD CALLED HER AT 11:00 P.M. LAST NIGHT.  SHE

1    SAID THAT SHE WOULD.

2         AND SHE THEN ASKED MICHAEL IF SHE WAS, IF

3    KATHY WAS MISSING OR DEAD, AND MICHAEL SAID SHE MIGHT BE.

4         Q.   THIS IS AT 12:00 P.M. PHOENIX TIME?

5         A.   THAT IS CORRECT.

6         Q.   THE BODY WAS FOUND WHAT TIME?

7         A.   FIFTY-FIVE MINUTES LATER.

8         Q.   HAVE YOU HAD AN OCCASION TO AGAIN SPEAK TO

9    MICHAEL RANGEL TO FIND OUT, TO GO INTO MORE DEEPLY HIS

10   ACTIVITY THAT EVENING, THE EVENING OF THE 24TH OR THE

11   MORNING OF THE 25TH?

12        A.   YES.

13        Q.   WHEN DID THIS CONVERSATION TAKE PLACE?

14        A.   I BELIEVE IT WAS AUGUST 4TH THAT THIS

15   CONVERSATION TOOK PLACE.  TOOK PLACE AT THE MAIN POLICE

16   STATION, AND APPROXIMATELY 6:40 P.M.

17        Q.   AT THAT TIME DID YOU DISCUSS WITH MICHAEL

18   RANGEL HIS ACTIVITIES THE EVENING OF THE 24TH AND EARLY

19   MORNING OF THE 25TH?

20        A.   YES.  I WANTED TO REVIEW THE ACTIVITIES THAT

21   HE HAD TOLD ME BEFORE, ALREADY TOLD DETECTIVE FRAGOSO

22   WHERE HE HAD BEEN.

23        HE THEN TOLD ME AGAIN THAT HE HAD GONE TO

24   THE BALL GAME, LEFT APPROXIMATELY 10:30 P.M., HAD GONE

25   DIRECTLY HOME AND SHOWERED, FELT TIRED, WENT TO SLEEP.

19

1    AND REALIZED THAT KATHY WAS MISSING THE NEXT MORNING AT

2    APPROXIMATELY 5.45 A.M.

3         I THEN TOLD HIM THAT I HAD ANOTHER PERSON,

4    THE SECURITY GUARD, NORM INGSTROM, WHO HAD SEEN HIS

5    TRUCK.

6         Q.    YOU DIDN'T USE THOSE NAMES?

7         A.    NO, I DID NOT.  I TOLD HIM THERE WAS ANOTHER

8    PERSON, ANOTHER WITNESS THAT WAS PRESENT AND THAT HAD

9    SEEN HIS TRUCK.  AND HE ADMITTED THAT HE IN FACT HAD

10   GONE TO THE POINTE AND GONE TO SEE KATHY.

11   HE SAID THE REASON HE DID THAT WAS BECAUSE

12   HE WAS TIRED, NEEDED TO GO CHECK CENTERS THAT HE IS

13   RESPONSIBLE FOR TO MAKE SURE HIS EMPLOYEES WERE WORKING

14   AND WERE DOING THE JOBS THAT THEY NEEDED TO DO, AND HE

15   HAD GONE THERE SPECIFICALLY TO ASK HER TO GO WITH HIM.

16        HE SAID THAT KATHY HAD GONE WITH HIM THE

17   NIGHT BEFORE, THAT BEING FRIDAY THE 23RD, BUT THAT HE

18   NEEDED TO GO TONIGHT, ALSO.

19        AND WHEN HE GOT THERE HE SAID THAT KATHY WAS

20   VERY UPSET, ASKED HIM WHERE THE HELL HE HAD BEEN.  HE

21   TOLD HER HE HAD BEEN AT A LITTLE LEAGUE GAME, AND THAT

22   HE AND KATHY BEGAN TO ARGUE.

23        HE SAID HE WAS REAL IRRITATED, VERY ANGRY

24   ABOUT THE FACT THAT HE HAD MADE A SPECIAL TRIP TO THE

25   POINTE TO ASK HER TO GO WITH HIM, BUT THAT SHE WAS

RANGEL 041          EXHIBIT 1K          MILKE NSB030096

20

1    ACTING THE WAY SHE WAS, ANGRY AND REFUSING TO GO WITH

2    HIM.

3         HE SAID HE -- THAT ANGERED HIM SOME MORE.

4    AND HE LEFT THE POINTE WITHOUT TAKING HER WITH HIM.  THE

5    LAST THING HE SAW WAS THAT SHE WAS HEADED SOUTH TOWARDS

6    THE SOUTH AREA OF THE POINTE.  AND THAT HE THEN LEFT,

7    CHECKED A CENTER, WENT HOME, SHOWERED AND WENT TO BED,

8    AND DIDN'T REALIZE THAT SHE WAS MISSING UNTIL THE NEXT

9    MORNING.

10        I AGAIN CONFRONTED HIM WITH THE FACT THAT I

11   DIDN'T BELIEVE HIM; THAT THE SAME WITNESS HAD INDICATED

12   THAT KATHY MAY HAVE GOTTEN INTO THE TRUCK.

13        AND HE THEN SAID THAT WAS TRUE, AND THEN

14   GAVE ME THE STORY THAT KATHY HAD GOTTEN INTO THE TRUCK,

15   THEY WERE STILL ARGUING.  KATHY HAD MENTIONED THINGS

16   ABOUT ANOTHER GIRLFRIEND HE MAY HAVE HAD, BUT HE DIDN'T

17   KNOW WHAT SHE MEANT BECAUSE SHE WASN'T SPECIFIC, BUT

18   THEY CONTINUED TO ARGUE.

19        HE SAID THAT THEY LEFT FROM THE POINTE.  HE

20   SAID THAT KATHY TOLD HIM SHE WAS VERY TIRED, SHE TOOK

21   OFF HER BOOTS INSIDE THE TRUCK, AND THAT SHE WAS THIRSTY.

22   SO HE DECIDED TO GO TO THE CARL'S JR. THERE AT 48TH

23   STREET AND BASELINE.  I JUST EITHER OFF 48TH STREET AND

24   BASELINE.  AND HE BOUGHT I BELIEVE A HAMBURGER, FRENCH

25   FRIES AND SODA POP.

RANGEL 042                    MILKE NSB030097

EXHIBIT 1k

1                THIS IS SIGNIFICANT, BECAUSE IN THE PURSE OF

2    KATHY WE FOUND A RECEIPT FROM CARL'S JR. WHICH IS DATED

3    THE 24TH OF JUNE AT 11:30 P.M., AND IT HAS TWO

4    HAMBURGERS AND A SODA POP ON THE RECEIPT.

5              THEY THEN LEFT THE CARL'S, THEY WENT TO 48TH

6    STREET AND BASELINE TO CHECK WHAT HE DESCRIBED AS SOUTH

7    POINTE, WHICH IS AN INDUSTRIAL BUSINESS AREA WHERE HE

8    SWEEPS, HE HAS A CONTRACT THERE.

9             THEY CHECKED THAT AREA, AND AT THAT POINT

10    KATHY AGAIN BECAME ANGRY AND TOLD HIM SHE WAS TIRED, SHE

11    WANTED TO GO BACK TO THE POINTE AND WANTED HIM TO DROP

12    HER BACK OFF AT THE CAR.

13            HE SAID THAT AGAIN IRRITATED HIM, MADE HIM

14    ANGRY BECAUSE HE MADE A SPECIAL TRIP TO THE POINTE TO

15    PICK HER UP AND NOW SHE WASN'T GOING WITH HIM, AND THAT

16    HE WAS TIRED, AND THOUGHT THAT SHE COULD BE HIS COMPANY

17    DURING THE TRIP, DURING THE NIGHT'S WORK THAT HE HAD.

18            HE SAID HE THEN WENT BACK TO THE POINTE,

19    DROPPED HER OFF, AND THEN WENT HOME, SHOWERED AND FELL --

20    WENT TO BED AND FELL ASLEEP, AND DID NOT REALIZE THAT

21    SHE WAS NOT AT HOME UNTIL THE NEXT MORNING.

22        Q.   NOW DID YOU OR DID RANGEL INDICATE TO YOU

23    WHERE  WHETHER KATHY WAS WEARING BOOTS WHEN SHE GOT

24    INTO HIS TRUCK, AND IF SO, WHAT SHE DID WITH THE BOOTS?

25        A.   SAID SHE TOOK OFF HER BOOTS WHEN SHE GOT IN

RANGEL 043                     MILKE NSB030098

EXHIBIT 1K

1   THE TRUCK AND LEFT THEM IN THE TRUCK.

2      Q.  THE BOOTS WERE MISSING FROM HER BODY WHEN

3   SHE WAS FOUND?

4      A.  THAT'S CORRECT.

5      Q.  DID YOU DISCUSS WITH MIKE RANGEL HIS

6   FEELINGS ABOUT THE IMPENDING MARRIAGE?

7      A.  YES, I DID.  I ASKED HIM ABOUT HIS FEELINGS

8   ABOUT THE MARRIAGE.  I TOLD HIM THAT WE HAD GOTTEN SOME

9   INFORMATION THAT IN FACT HE PROBABLY DID NOT WANT TO GET

10   MARRIED, AS HE INDICATED TO US AT A PRIOR INTERVIEW THAT

11   HE AND KATHY HAD A PERFECT RELATIONSHIP AND WERE

12   PLANNING TO GET MARRIED.

13      HE THEN ADMITTED THAT HE PLANNED TO GET

14   MARRIED, HOWEVER HE HAD SECOND THOUGHTS.  THE MAIN

15   REASON FOR HIS SECOND THOUGHTS WAS BECAUSE HE FELT IT

16   WAS A NEW BEGINNING, MARRIAGE WAS, AND THAT THEY HAD

17   BEEN TOGETHER FOR APPROXIMATELY NINE YEARS, AND THAT HE

18   HAD THESE STRANGE FEELINGS UPON LOOKING AT OTHER WOMEN.

19      HE SAID THAT WHEN HE LOOKED AT OTHER WOMEN

20   HE HAD THESE STRANGE FEELINGS THAT CAME UPON HIM THAT HE

21   DIDN'T THINK WERE NATURAL FOR A MAN THAT WAS GOING TO

22   GET MARRIED AND THAT WAS ENGAGED TO GET MARRIED TO A

23   GIRL LIKE KATHY.  HE SAID HE HAD VERY DIFFICULT TIMES

24   DEALING WITH THESE FEELINGS THAT HE HAD AND APPARENTLY

25   THEY ARE OK THAT.

RANGEL 044

23

1      Q.   DID YOU TALK WITH RANGEL AS TO WHETHER OR
2   NOT HE HAD A GUN OR HAD PURCHASED A GUN?
3      A.   YES.  I SPOKE TO HIM ABOUT THE FACT WHETHER
4   HE HAD A GUN.  HE DENIED HAVING A GUN.  HE SAID THAT ON
5   SEVERAL OCCASIONS THAT HE THOUGHT ABOUT GETTING A GUN,
6   VERY SERIOUSLY THOUGHT ABOUT GETTING A GUN AFTER A
7   COUPLE OF HIS EMPLOYEES HAD BEEN SHOT AT FROM ACROSS THE
8   STREET AT THE KMART WHERE HE HAS A CONTRACT AT 16TH
9   STREET AND ROOSEVELT, HE SWEEPS THAT LOT.  AND HE SAID
10   HE THOUGHT VERY SERIOUSLY AFTER APPROXIMATELY A WEEK
11   LATER WHEN SOMEONE WAS KILLED NEAR THAT LOT TO GET A GUN.
12      Q.   BUT HE DENIED HAVING A GUN?
13      A.   THAT IS CORRECT.
14      Q.   NOW, DID YOU -- ARE YOU AWARE OF WHETHER OR
15   NOT THE COUNTY MEDICAL EXAMINER HAS CONDUCTED AN AUTOPSY
16   ON THE BODY OF KATHLEEN HENDERSON?
17      A.   YES.  DOCTOR BOLDUC, WHO IS THE ASSISTANT
18   COUNTY MEDICAL EXAMINER, DID CONDUCT AN AUTOPSY THE NEXT
19   MORNING.
20      Q.   DID THE DOCTOR ARRIVE AT A CAUSE OF DEATH?
21      A.   YES, HE ARRIVED AT CAUSE OF DEATH AS BEING
22   GUNSHOT WOUND TO THE CHEST AND ABDOMEN AS BEING THE
23   CAUSE OF DEATH; AND THE MANNER IS HOMICIDE.

24

1        Q.    WOULD YOU TELL US WHERE THEY WERE?

2        A.    CERTAINLY.  THE FIRST -- WELL, I SHOULD SAY

3     I DON'T KNOW THE ORDER OF GUNSHOT WOUNDS.  BUT THE FIRST

4     GUNSHOT WOUND I WILL DESCRIBE TO YOU IS A GUNSHOT WOUND

5     IN THE RIGHT CHEST AREA JUST BELOW THE BREAST, THAT

6     BEING LARGE CALIBER.

7            THE SECOND GUNSHOT WOUND THAT I WILL

8     DESCRIBE TO YOU IS RIGHT TO HER LEFT BREAST AT JUST THE

9     RIGHT AT THE NIPPLE.

10            THE THIRD GUNSHOT WOUND WILL BE TO THE LEFT

11    FLANK WHICH ENTERED HER LEFT ARM, EXITED THE BOTTOM OF

12    HER LEFT ARM, ENTERED HER LEFT FLANK AREA AND PROCEEDED

13    ACROSS HER CHEST CAVITY.

14            THE THIRD THAT I WILL DESCRIBE IS THE, JUST

15    LOWER BACK LEFT SIDE.

16            AND THE FOURTH OR THE FIFTH WILL BE A WOUND

17    TO THE RIGHT INDEX FINGER, AND THAT BULLET STRUCK THE

18    FINGER AND THEN TRUCK THE ASPHALT BELOW HER.

19        Q.    DURING THE COURSE OF THE EXAMINATION OF THE

20    BODY OF KATHLEEN HENDERSON DID THE DOCTOR INDICATE

21    WHETHER OR NOT SHE HAD BEEN SEXUALLY MOLESTED?

22        A.    HE SAID SHE HAD NOT.

23        Q.    WHEN THE BODY WAS DISCOVERED WAS IT CLOTHED?

24        A.    THE BODY WAS CLAD IN WHITE SHIRT, CRINKLED

25    LEVIS WHICH WERE ON HER.  SHE WAS ON HER BACK.  SHE HAD

25

1    A LONG SLEEVE WESTERN TYPE BLOUSE WHICH HAD BEEN PULLED

2    OPEN EXPOSING THE ENTIRE FRONT OF HER CHEST.  SHE HAD A

3    FRONT CLOSING BRA, THE PLASTIC FASTENER HAD BEEN RIPPED

4    AWAY AND WAS TOWARD THE BOTTOM AREA OF HER BODY AND THE

5    BRA WAS LIFTED UP ACROSS HER BREASTS EXPOSING HER

6    BREASTS.

7         MR. TUROFF:  I HAVE NO FURTHER QUESTIONS.

8         MR. DONOFRIO:  AT THIS TIME DOES THE GRAND JURY

9    HAVE ANY QUESTIONS?  YES.

10        MS. SCOTT:  WHAT TIME WAS THE PURSE FOUND THE

11   NEXT DAY AT THE MALL?

12        A.   APPROXIMATELY 1:00 P.M.

13        Q.   WAS HE ON SHIFT AT THAT TIME AT THE MALL OR

14   DURING THOSE HOURS BEFORE THAT?

15        A.   AT THE TIME THE PURSE WAS FOUND HE WAS AT

16   THE SOUTH POINTE SPEAKING WITH OFFICERS.

17        Q.   HAD HE WORKED PRIOR TO THE PURSE BEING FOUND

18   UP THERE?

19        MR. TUROFF.  TELL HER.

20        A.   YES.

21        MR. DONOFRIO.  YES.

22        MR. MARRA  WERE THERE ANY BLOOD STAINS FOUND IN

23   THE PICK-UP TRUCK?

24        A.   NO.

25        MR. JOLY   WERE THE BLOOD BE TESTED

RANGEL 047                          MILKE NSB030102

EXHIBIT 1k

1          A.   NOT YET.

2          MR. DONOFRIO:   MR. MILLER.

3          MR. MILLER:   YOU MENTIONED, I'M SORRY, A DUMPSTER

4     WAS MENTIONED IN THE AREA WHERE THE PURSE WAS FOUND.

5     WAS THE PURSE FOUND IN A DUMPSTER?

6          A.   YES.

7          Q.   IS THERE ANY SIGNIFICANCE TO THAT OR WAS IT

8     JUST DUMPED IN THERE?

9          A.   AS FAR AS I KNOW JUST DUMPED IT.

10         Q.   WHO TURNED IN THE MISSING PERSONS REPORT?

11         A.   MICHAEL RANGEL, AT THE URGING, I BELIEVE, OF

12    BOBBI HENDERSON, HER SISTER.

13         Q.   OKAY.   WERE THERE GUNSHOT HOLES IN THE BRA

14    AND BLOUSE?

15         A.   THERE WAS GUNSHOT HOLES IN THE BLOUSE, THAT

16    BEING THE GUNSHOT WOUND TO THE RIGHT CHEST WAS A GUNSHOT

17    WOUND THROUGH THE BLOUSE.

18              THE GUNSHOT WOUND THROUGH THE BLOUSE WAS

19    ALSO EVIDENT ON THE TWO SHOTS TO THE LEFT FLANK OF THE

20    BODY.   THE OTHER SHOT WAS WHEN SHE HAD HER BLOUSE OFF.

21         Q.   HAVE YOU FOUND A GUN IN HIS POSSESSION OR ON

22    HIS PREMISES?

23         A.   WE HAVE NOT FOUND THE MURDER WEAPON.

24         Q.   [illegible]

25         MR. SMITH:   THEN WHERE THE PURSE WAS LOCATED. I.

27

1    WHERE THE SHOOTING TOOK PLACE?

2           A.   YES.

3           MR. TUROFF.   ONE QUESTION I FORGOT TO ASK.   HOW

4    FAR IS THE POINTE FROM WHERE THE, FROM 5726 WEST

5    JEFFERSON, APPROXIMATELY?

6           A.   BE AN APPROXIMATION ON MY PART.

7    APPROXIMATELY 20, 25 MILES.

8           Q.   THE POINTE IS AT 48TH STREET?

9           A.   THAT IS CORRECT, SOUTHEAST CORNER OF THE

10   CITY.

11           MS. MCBRIDE:   WAS HER CAR STILL LOCATED AT THE

12   POINTE?

13          A.   YES, IT WAS.

14          MR. SMITH:   THE PHONE CALL THAT HE MADE THE NIGHT

15   OF THE SHOOTING WHEN HE DID CALL BACK TO THE GIRL IN

16   KANSAS, HAS IT BEEN VERIFIED WHAT TIME BY TELEPHONE

17   RECORDS, WHAT TIME THAT PHONE CALL WAS MADE?

18          A.   THOSE RECORDS HAVE BEEN REQUESTED AND

19   MOUNTAIN BELL HAS BEEN SERVED WITH THE REQUEST.

20          MS. MCBRIDE   IT'S NOT KNOWN THEN WHERE THAT

21   PHONE CALL WAS PLACED AT, WHETHER HIS RESIDENCE, BE IT

22   THE POINTE?

23          A.   THAT IS CORRECT.

24          MR. SMITH   WHEN HE CALLED HER AT 11 00 THE

25   NIGHT BEFORE    THE NIGHT OF THE MURDER, RIGHT?

EXHIBIT 1k

28

1       A.   YES.

2       Q.   THEN CALLED HER AGAIN AT LIKE NOON THE NEXT

3   DAY TO ASK HER WHETHER OR NOT SHE HAD, YOU KNOW,

4   REMEMBERED THE CALL?

5       A.   THAT IS CORRECT.

6       Q.   HAD HE BEEN INTERVIEWED BY THE POLICE AT

7   THAT POINT, BECAUSE HE CALLED THE POLICE LIKE AROUND

8   7:30 IN THE MORNING?

9       A.   9.45 A.M. HE HAD ALREADY CALLED THE POLICE,

10  HE HAD ALREADY BEEN INTERVIEWED AS TO THE WHEREABOUTS BY

11  THE OFFICER TAKING THE MISSING PERSONS REPORT.

12      Q.   SO HE PROBABLY -- IT WOULD BE REASONABLE TO

13  ASSUME THAT HE MIGHT HAVE THOUGHT HIMSELF A SUSPECT AT

14  THAT POINT?

15      MR. DONOFRIO.   OKAY.   THAT WOULD CALL FOR A

16  CONCLUSION ON THE PART OF THE OFFICER, AND HE IS NOT

17  QUALIFIED TO ANSWER THAT QUESTION.

18          ANY OTHER QUESTIONS?

19      MR. CARLSON.   DID YOU CONFRONT HIM?   HIS LAST

20  STORY WAS THAT HE TOOK HER BACK TO THE POINTE, SAW HER

21  GET INTO HER CAR, AND THEN SHE DROVE AWAY.   BUT THE

22  BOOTS WERE NOT ON HER BODY, AND HE ADMITTED TO THE FACT

23  OR IN HIS STORY SAID THAT SHE HAD TAKEN HER BOOTS OFF IN

24  HIS TRUCK.   IF YOU ASK ME WHY SHE DIDN'T TAKE HER

25  ...