PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL            PAGE NUMBER:   1      DR NUMBER: 2010 00916444

REPORT DATE: 20100628   TIME: 2300

TYPE OF REPORT:  THEFT BY EXTORTION                OFFENSE: 211E

PROSECUTION DESIRED: YES

BOOKING VICTIM NOTIFIED: NO

LOCATION: 004715 N BLACK CANYON FREEWAY 2063      BEAT: 0731  GRID: BI23A
                CANYON PLACE APT, BLDG 8 & 9

DATE/TIME OF OCCURRENCE:   THU    043009   1700

REPORTING OFFICER(S): JOANNA COLLIER              7864    UNIT: 73G

PREMISES: APARTMENT                              OCCUPIED: YES

OFFENSE INVOLVED:  BIAS - NONE(NO BIAS)

                    ****  SUSPECT INFORMATION  ****

   SUSPECT-01:
                    NAME: SALAMTOS, ARMONDO

      SPEAKING: ENGLISH

      SUSPECTED OF USING: NOT APPLICABLE

      RACE: H  SEX: M  AGE: 55-60  DOB:         HT: 508-510   WT: 180-200
      HAIR: BRO        EYES: BRO    SSN:
      WORK: 000620 W  JACKSON STREET          APT/SUITE:
            PHOENIX        AZ                 ZIP CODE:
      BUS.NAME: ENCANTO JUSTICE OF PEACE      PHONE: (602)372-6300 EXT.
      OCCUPATION: CONSTABLE                   EMPLOYED:
      LEVEL OF FORCE : NO CONTACT WITH PERSON

                    **** VICTIM INFORMATION ****

   VICTIM -01:
                    NAME: REYNPOLDS, BELINDA

      SPEAKING: ENGLISH

      RACE: B  SEX: F  AGE: 45    DOB: 042565    ███ ██    WT: 130
      HAIR: BRO        EYES: BRO         ███  ███

      VICTIM OF:
            BRIBERY - COMPLETED
            EXTORTION/BLACKMAIL - COMPLETED

      EMOTIONAL CONDITIONS:COOPERATIVE

2010 00916444                                    Continued.



EXHIBIT 66
WIT: Saldate
DATE: 11-15-17
Sommer Greene, RPR, CRR

**BEL REY 001**              EXHIBIT 1L              **002889
                                              MILKE_NSB003052**

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL                    PAGE NUMBER:   2          DR NUMBER: 2010 00916444

        DR. LICENSE & STATE: D05711240 AZ
        HOME: 004715 N  BLACK CANYON ACCESS        APT/SUITE: 2063
            PHOENIX          AZ                    ZIP CODE: 85015
        MORE PHONE:CELLULAR: (602)513-3600
        CAN ID SUSPECT(S): YES                     SUSPECT(S): SP1
        WILL TESTIFY: YES                          MISC.

    ** PRE INCIDENT CONTACT WITH SP-01: NONE

        RELATIONSHIP TO SP-01: STRANGER


        VICTIM REQUESTS NOTIFICATION

                    **** CRIME AGAINST PERSON M.O. ****

VICTIM: V-01        M.O. FOR SUSPECT: SP-01

ACTIONS/CONDITION: ALONE
SUSPECT:
        SOLICITED: SEX
        INFLICTED/ACTIONS:
            VAGINAL INTERCOURSE

                    **** NARRATIVE ****
    SERIAL NUMBER: 7864

                *********SYNOPSIS*********

ON OR AROUND 04-30-09 AT APPROXIMATELY 1700 HOURS SP1 ARMANDO SALAMTOS COMMITTED ERIBERY AND THEFT BY EXTORTION, WHEN HE SUGGESTED V1 BELINDA REYNOLDS HAVE SEXUAL INTERCOURSE WITH HIM TO KEEP HIM FROM LOCKING HER OUT OF HER APARTMENT AFTER SHE WAS EVICTED FROM 2023 W. BERRIDGE LANE.

                *********NARRATIVE*********

ON 06-28-10 AT APPROXIMATELY 1508 HOURS I RESPONDED TO A RADIO TRAFFIC CALL OF A SEXUAL ABUSE AT 4715 N. BLACK CANYON ACCESS APARTMENT 2063. UPON MY ARRIVAL I CONTACTED V1 BELINDA REYNOLDS AND SHE TOLD ME THE FOLLOWING.

*****INTERVIEW WITH BELINDA REYNOLDS*****

BELINDA WAS RENTING AN APARTMENT AT 2023 W. BERRIDGE LANE APARTMENT #3. SHE HAD BEEN PLANNING ON MOVING TO NORTH CAROLINA TO TAKE CARE OF HER GRANDCHILDREN WHILE HER SON AND DAUGHTER WERE ACTIVATED TO IRAQ. THEY WERE IN THE MILITARY. BELINDA DECIDED TO STOP PAYING HER RENT BECAUSE SHE THOUGHT SHE WAS GOING TO BE LEAVING THE STATE.

AFTER THE EVICTION PROCESS WAS COMPLETED, THE ACTIVATION FELL THROUGH AND. SHE WAS NO LONGER GOING TO MOVE TO NORTH CAROLINA. SHE WAS WAITING TO BE

    2010 00916444                                              Continued.


**BEL REY 002**

EXHIBIT 1L

**002890
MILKE_NSB003053**

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL                PAGE NUMBER:   3        DR NUMBER: 2010 00916444

LOCKED OUT BY THE CONSTABLE. BELINDA WAS FROM CALIFORNIA, WHERE IF YOU
ARE EVICTED YOU CAN MAKE A DEAL WITH THE CONSTABLE AND PAY TO STAY LONGER
IN THE APARTMENT.

WHEN THE CONSTABLE, LATER IDENTIFIED AS SP1 ARMANDO SALAMTOS, ARRIVED AT
HER APARTMENT, SHE ASKED HIM IF THERE WAS A WAY TO GET MORE TIME AT HER
APARTMENT. SHE HAD TOLD ARMANDO HER ELDERLY AUNT WAS IN THE OTHER BEDROOM
AND HER SON WAS AT THE STORE. ARMANDO SAID TO BELINDA "THERE ARE OTHER
THINGS YOU CAN DO BESIDES GIVE MONEY." WHILE ARMANDO WAS SAYING THIS TO
BELINDA HE WAS STARING AT HER PRIVATE PARTS. I ASKED BELINDA WHAT SHE
MEANT BY PRIVATE PARTS AND SHE REPLIED "MY VAGINA."

BELINDA WAS CONFUSED BY ARMANDO'S COMMENT. SHE LOOKED AT HIM FOR A MOMENT
AND SAID WITH A SOUND OF CONFUSION IN HER VOICE "DO YOU MEAN SOME PUSSY?"
ARMANDO GESTURED TO HER WITH A LOOK OF "YES OF COURSE." BELINDA LOOKED AT
ARMANDO FOR A MOMENT AS SHE THOUGHT ABOUT HIS OFFER.

BELINDA WALKED TO THE BEDROOM, SHE CLAIMED HER AUNT WAS IN, AND TOLD HER
SHE WAS GOING TO THE STORE AND WOULD BE BACK IN ABOUT 20 MINUTES. BELINDA
THEN SHUT THE BEDROOM DOOR. SHE WALKED TO HER BEDROOM, WHERE ARMANDO WAS
LYING ON HER BED WITH HIS PANTS AND UNDERWEAR PULLED DOWN TO HIS ANKLES.

SHE HAD MADE THE DECISION SHE WOULD DO WHAT WAS NECESSARY TO STAY LONGER
IN HER APARTMENT, SO SHE HAD SEXUAL INTERCOURSE WITH ARMANDO. ARMANDO
KEPT HIS WORD AND DIDN'T LOCK HER OUT OF THE APARTMENT.

BELINDA STAYED IN THE APARTMENT FOR ANOTHER 1 MONTH AND 15 DAYS, BEFORE
THE APARTMENT COMPLEX MANAGER FINALLY LOCKED HER OUT. SHE MOVED TO 4715
N. BLACK CANYON ACCESS APARTMENT 2063. AFTER ABOUT A YEAR, BELINDA BEGAN
TO THINK IF ARMANDO HAD DONE THAT FOR HER HE MAY HAVE DONE IT FOR OTHER
PEOPLE. SHE GOT WORRIED, ARMANDO MAY BE TAKING ADVANTAGE OF YOUNG GIRLS
WHO MAY NOT KNOW ANY BETTER. THIS MADE BELINDA CALL THE COURT AND SPEAK
TO ARMANDO'S SUPERVISOR.

BELINDA SPOKE WITH DAVID ALLISTER AT THE ENCANTO JUSTICE OF THE PEACE.
SHE TOLD HIM THE STORY. DAVID ATTEMPTED TO LOCATE THE EVICTION PAPERWORK
BUT WAS UNABLE TO FIND ANYTHING. BELINDA CALLED HER OLD APARTMENT COMPLEX
AND WAS ABLE TO GET THE COURT NUMBER FOR THE PAPERWORK WHICH WAS SERVED ON
HER. SHE WAS GIVEN COURT PAPERWORK CC-2009-234139.

SHE GAVE DAVID THE NUMBER AND HE WAS ABLE TO FIND THE PAPERWORK. HOWEVER,
IT HAD NEVER BEEN PROPERLY SERVED BY ARMANDO. DAVID TOLD BELINDA SHE
SHOULD CONTACT THE POLICE DEPARTMENT TO START AN INVESTIGATION.

BELINDA STATED SHE DID DESIRE PROSECUTION AND WOULD BE AVAILABLE TO
TESTIFY. SHE WAS PROVIDED A VICTIM RIGHTS PAMPHLET.

THERE IS NO FURTHER INFORMATION AT THIS TIME.


  VICTIM RECEIVED RIGHTS INFORMATION: YES          MAIL-IN SUPPLEMENT:


  2010 00916444                                         Continued.


**BEL REY 003**              EXHIBIT 1L              **002891**
**MILKE_NSB003054**

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL                PAGE NUMBER:   4        DR NUMBER: 2010 00916444

INVOICES:

DR ENTERED BY : 7864    DR FINALIZED BY : 7864

 END OF REPORT          DR NO: 2010 00915444

<table>
<tr><td colspan="2">

**For Office Use Only**

Conflict_____
Check     Initials/Date

Name Card
Index _____
      Initials/Date

</td><td>

**STATE OF ARIZONA**
**OFFICE OF THE ATTORNEY GENERAL**
**SPECIAL INVESTIGATIONS**

**CASE OPENING FORM**

</td><td>

Check One

PHX-#88568

☑ Open Case

☐ Open & Close
(Info Only Report)
NO Case Closing Required

</td></tr>
</table>

| LF No.: | **P002-2010-001298** | | Open Date: | 07/20/10 |
|---|---|---|---|---|

| Case Name: | Armando Saldate | ☑ Suspect |
|---|---|---|
| | | ☐ Victim |
| | | ☐ Complainant |

Other Suspects/Suspect Business/Victims to be indexed:

| L Name | F Name | M Name | DOB | SSN |
|---|---|---|---|---|
| (V,C) Reynolds, Belinda | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Law Enforcement Assist?   ☑ NO ☐ YES | Type of Report: |
|---|---|
| If Yes, Agency: | ARS 13-2602 A. 2 Bribery |

| Assigned Agent(s) | Supervisor | Assigned Attorney |
|---|---|---|
| M. Edwards | A. Rubalcava | |

**No investigation is to proceed until this form is approved by the Criminal Division Chief.**

| Chief Special Agent<br>Andrew Rubalcava | Approval | Chief Counsel<br>Donald E. Conrad | Approval |
|---|---|---|---|

| Is the subject of the investigation a client agency, an elected official, governmental entity or a matter of political sensitivity? | YES ☑ |
|---|---|
| | NO ☐ |

Synopsis of Allegation/Complaint (include approx. dates of offense, estimated loss, estimated number of victims):

This case was referred to the AGO by the Phoenix Police Department (PPD) for investigation / prosecution due to Armando Saldate being a retired 30 year member of the PPD (MCSO declined investigation). Saldate has been a Maricopa County Constable the past two years. The PPD received a report alleging that during an eviction in April 2009, Saldate propositioned the woman who was to be evicted for sex in exchange for allowing the woman to remain in her residence. The allegation / report was filed by the complainant / victim who was to be evicted on June 28, 2010. The woman alleges she had sex with Saldate and she was not evicted on the date she was contacted by Saldate, and was allowed to remain in her residence an additional 6 to 8 weeks.

*For Office Use Only*

**LEGAL FILES**

☑ File Set-Up
☑ File Manager
☑ Case Phase
☑ Scan Signed Close-Out

By: _____ Date: 03.28.13

> **GIVE AGENT FILE TO DAN
> WITH A COPY OF
> UNSIGNED CLOSE OUT**

## STATE OF ARIZONA
## OFFICE OF THE ATTORNEY GENERAL
## SPECIAL INVESTIGATIONS SECTION
## <u>CASE CLOSING FORM</u>

| CASE NAME: | Saldate | LF NUMBER: | P-2010-1298 |
|---|---|---|---|
| CASE AGENT: | Mike Edwards | ATTORNEY: | none |

| OPEN DATE: | 2010 |
|---|---|
| CLOSE DATE: | 3/20/2013 |

| APPROVALS | INITIALS | DATE |
|---|---|---|
| CASE AGENT | ME | 3/20/13 |
| TEAM LEADER | | |
| ATTORNEY | — | |
| EVIDENCE CUSTODIAN | | 03/29/13 |
| CHIEF SPECIAL AGENT | | 03/29/13 |

### CASE **WILL NOT** BE CLOSED UNTIL ALL EVIDENCE ISSUES ARE RESOLVED.

**REASON FOR CLOSURE:**

☑ INSUFFICIENT EVIDENCE   ☐ ATTORNEY TURNDOWN
☐ LACK OF JURISDICTION   ☐ ADMINISTRATIVE CLOSURE

**CASE RESOLVED BY**   ☐ CONVICTED/SENTENCED   ☐ JUDGEMENT
(CHECK BOX)   ☐ NOT GUILTY VERDICT   ☐ SETTLEMENT

**NARRATIVE:** Insufficient evidence that a crime had taken place and probable cause that the listed suspect committed the crime.

**ATTACHED:**   ☐ SENTENCING MINUTE ENTRY   ☑ CLOSING MEMO

Page 1 of 2
Revised 05/02/12
PHX-#120092-v5

**BEL REY 006**

EXHIBIT 1L

**MILKE_AZAG000003**

**For Evidence Custodian Use Only**

| EVID. LOG/BEAST |
|---|
| ☑ Close on EC Log – Mark in Color |
| ☑ Account for Each Item |
| ☑ Close Each Item in BEAST |
| ☑ Close Entire File No. in BEAST |
| ☑ Copy of Completed Close Out in EV File |

| **EVIDENCE DISPOSITION:** | ✏ **NO EVIDENCE IN THIS CASE** |
|---|---|
| | (VERIFIED BY CASE AGENT) |

| **RETURN TO OWNER** (LIST ITEM NUMBERS) | **ARCHIVE** (LIST ITEM NUMBERS) |
|---|---|
| | 1 – 352 ; 2 – 352 |
| | |
| | |
| | |

| **DESTROY** (LIST ITEM NUMBERS) | **SURPLUS** (LIST ITEM NUMBERS) |
|---|---|
| | |
| | |
| | |
| | |

**OTHER:**
(i.e. electronics/computers)

**RELATED CASE(S)**   none

**BEL REY 007**          EXHIBIT 1L          **MILKE_AZAG000004**

## STATE OF ARIZONA
## OFFICE OF THE ATTORNEY GENERAL
## SPECIAL INVESTIGATIONS SECTION
## REPORT

**DATE WRITTEN BY AGENT:** August 3, 2010          **AGI/LF NUMBER:** P002-2010-001298
Doc#914906

**CASE NAME:**   Saldate

**REPORT TYPE:** Alster David interview

**AGENT:** Mike Edwards          **SUPERVISOR:** Andy Rubalcava          **PAGE 1 OF 2 PAGE(S)**

Name:          Alster, David
               Executive Assistant
               Maricopa County Constable Department
               301 W JefferesonSuite 6079
               Phoenix, AZ  85003          ███████████████

I phoned David Alster, who is the executive assistant for Maricopa County Constables, and then went to meet with him on 7/21/10 about 1100 hours.    We spoke privately in his office.  He explained that the constables work independently because they are each elected. The constables operate as part of the executive branch of Maricopa County Government and are independent of the justice courts.    David Alster's job is to take care of administrative needs of the constables.    There is a Constable Ethics Board that can recommend action against constables, but that board has no investigative authority or personnel.  The Constable Ethics Board functions after a police agency has conducted an investigation, similar to AZPOST functions for police officers.  There is no central place for people to file complaints against constables.

About 6/20/2010 Belinda Reynolds had contacted David Alster with her complaint.  He had trouble understanding her on the phone so he had her come down to his office to put her complaint in writing.    Upon arriving at his office, she had already filed out a handwritten complaint.  He gave me the original complaint.  David Alster decided to forward the complaint on to the Phoenix Police Department.   He heard that Phoenix PD had attempted to have the Sheriff's Office conduct the investigation, but they declined.

He said that when she made her complaint, she did not have proper pronunciation of the name of the constable who came to her apartment, but it was close to Saldate.  David Alster went to the Encanto Justice Court at 620 W Jefferson St., and found the log of Armando Saldate.    It shows that on 5/1/2009 he served 'Reynolds at ███████████.    He provided me a copy of the log. The original remains with the court.

David Alster said that about 1 week ago Armando Saldate was involved in a serious auto accident while off duty.   His leg was crushed, and will be remain bedridden for the next 3

EXHIBIT 1L

Report to Saldate File
AGI P002-2010-001298
Alster David interview
August 3, 2010
Page 2 of 2

months.   David Alster has heard that Constable Saldate will not run again and will retire at the end of the year.

We then concluded our conversation and I left.

The handwritten complaint has been placed into evidence, item #1-352.   A copy is attached to this report.

End of report.

EXHIBIT #1914906-v1-10-1298_ALSTER_DAVID_INTERVIEW

**MILKE_AZAG000012**

# Constable Armando Saldate
## Encanto Justice Court Precinct

Date 5\1\09     Vehicle Number - 51902     Daily Mileage

| | Type | Court | Case No. | Plaintiff | Defendant / Person Served | Address of Service | Service / Return |
|---|---|---|---|---|---|---|---|
| 1. | R | E | 234129. | CONSOLIDATED | REYNOLDS | ▮▮▮▮▮▮▮ | |
| 2. | R | E | 234129 | TUCKEY TOWN | ELLIS | ▮▮▮▮▮▮▮ | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |
| 20. | | | | | | | |

**BEL REY 010**

**MILKE_AZAG000013**

EXHIBIT 1L

6/22/10



P1

To whom it may concern, on
or about the end of June 09
or early July 09. I was being
evicted. I was moving to N.
Carolina because my daughter
and son in law could have went
to Iraq and day and they have
2 small children. My grand children.
Things fell threw and my daughter
ended up not going but her husband
did. I had sold everything threw
a garage sell, had let my apartment
go, bought two tickets and my
daughter decided to move back to
California were we are from. There
fore I found myself homeless. I
was on unemployment at the time.
I am also SMI and Maguller is my Meda
my state of mind.        health provider

I had never heard of a Constable
and people I knew said I had until
the Constable came, Yes I was desperate
because I also have two sons residing in
Arizona with me. Finally the Constable

P2

came and I asked him was
their anymore time that I can
get or apply for can. I buy
some time because I did not know
the provider of a Constable, neither
did I know they were Elected
Officials.

**Constable**

The Constable then said "
There are other things that
you can use besides money."

**me**

I said like what? land
I'm seriously thinking and say-
ing out loud at a whisper "Other
things you can use beside money over
and over with my head pointing
towards the floor other things than
money when I looked up he the
Constable was ~~~~ looking towards
my private area and I looked at
Him he looked at me and I said
specially Some ( PUSSY) and
he the Constable said.

**Constable**

Yes

P3

**Me** | I said you're got to be kidding me.

**Constable** | didn't say anything he just motioned with his facial expression that kidding he was not because he then sat on the bed.

**Me** | All along I had acted as if I had an elderly Aunt in the next room and my boys were at friends house but could come home at any time in my opinion that was no concern to the Constable I the went to the other bedroom and said to my fictions elderly Aunt that I was going to the Store and would be right back in about 15 to 20 minutes when I closed the door the Constable

**Constable** | was lying on his back butt naked with his pants and under pants to his ankles.

**Me** | I was scared to death because I didn't

want my children to catch me and the scenario was all to familiar to me because I've been in the life and have a proposition charge pending now but I had participated in that behavior in quite awhile and with this charge I got caught up in a sweep) I never propesition the proposition ~~one to me~~ me)

*I said that to say*

I also believe that the Constable PREYED on my CRIMINAL RECORD. ~~based on~~ ~~THE FACT~~ of His Blatant disrespect for the Law I believe he Knew I was vulnerable and took advantage of that which made think of who has he done this to before.

*me*     I got on top of the Constable and I cant remember if we use ~~a~~ condom or not we did the act and I began asking question like how do I know someone wont come and and lock the place up he said.

*Constable*  ~~They~~ There is no one after me or

P5

Something to that nature I cant remember verbatom

Me   I the sign a piece of paper I remember having a copy. He had a copy. I destroyed my copy because I wanted to forget what had taken place. I wanted to just put it out of my mind and act as if it was just something that I had to do. But I couldn't quite let it go. I became clinically depressed behind my very abusive relationship and the act of the Constable. and when I say abusive very verbally abusive. All my ex-boyfriend called me was a BLACK NIGGER WHORE or BLACK PROSTITUTE. Well when I got the confirmation that he Really is bisexual and has been having unprotected sex with men. That's when I DECLARED NO MORE ABUSE FROM ANYONE FAITHFUL STARTED TAKIN MY POWER BACK. The Constable comes into

play because he took an oath
to protected this district. He
took advantage of me and
God Knows Who else.

③ He should be held accountable
for His actions

~~Doe on a human level I left it my~~
~~responsibility to let all sex partners~~
~~Know that they are a serious risk~~
~~for potentiality I having or would~~
~~have HIV~~

Humanity.

I dont Know and I'm scared to
death but I'm going to get tested
havent done so as of yet. But
it is my responsibility to let
any sex partners I have had to
get tested as well and I
cant remember if we use a
condom that's because we
problably dont because thats not my
~~anymore~~

BEL REY 0160

EXHIBIT 1L

MILKE_AZAG000019

## STATE OF ARIZONA
## OFFICE OF THE ATTORNEY GENERAL
## SPECIAL INVESTIGATIONS SECTION
## REPORT

**DATE WRITTEN BY AGENT:** August 3, 2010          **AGI/LF NUMBER:** P002-2010-001298

Doc#914892

**CASE NAME:**   Saldate

**REPORT TYPE:** Bracke Jim Sergeant Phoenix PD interview

**AGENT:** Mike Edwards          **SUPERVISOR:** Andy Rubalcava          PAGE 1 OF 2 PAGE(S)

---

Name:     Bracke, James   Sergeant
          Phoenix Police Department
          620 W Washington St 2nd Floor
          Phoenix, AZ 85003
                                                                          cell

Name:     Saldate, Armando                                                cell
                                                                          home

          Encanto Justice Court Constable
          620 W Jackson
          Phoenix, AZ 85001                        

On about 7/19/2010 I was assigned this investigation.    The initial report came into Phoenix PD, which took a report, DR#2010-00916444. I was provided a copy of the report.

On 7/20/10 I met with Sergeant James Bracke at the Phoenix Police Department.   Sgt. Bracke had spoken to victim Belinda Reynolds on several occasions.    She became upset because she did not believe action was being taken quickly enough on her report. Belinda Reynolds filed a complaint against Sgt. Bracke with Professional Standards Bureau of the Phoenix Police Department.

Detective Randy Farris from the robbery unit has also spoken to Belinda Reynolds. Jeffrey Webbe from professional standards took the complaint.    Sgt. Bracke said he would make sure himself and the others completed reports on their contacts.

The original report was taken on 6/28/2010.    The report came to investigations on 7/6/2010.   Sgt. Bracke contacted Sgt. Overton of the Maricopa County Sheriff's Office on 7/6/2010, to see if they would handle the investigation.   On 7/14/2010 Captain Kenneth Holmes from MCSO called back and declined to handle the investigation.

**BEL REY 017**                    EXHIBIT 1L                    **MILKE_AZAG000020**

Report to Saldate File
AGI P002-2010-001298
Bracke Jim Sergeant Phoenix PD Interview
August 3, 2010
Page 2 of 2

Sgt. Bracke said that since filing the original report, Belinda Reynolds has been in contact with somebody from victim services, who advised Belinda that if it was a sex crime, she might be able to get money for rent and a free cell phone. Belinda Reynolds was now interested in getting these, though she did not have that intent when first reporting the incident. Sgt. Bracke stated that in his discussions with Belinda Reynolds, she told him that she just wanted to notify the police so it did not happen to anybody else, she did not desire prosecution.

In the initial report by Phoenix PD the victim's last name is misspelled. The correct spelling is Reynolds. In the initial report by Phoenix PD the suspect's last name is misspelled. The correct spelling is Saldate.

I asked if Sgt. Bracke could get the police report listed as restricted access, and Sgt. Bracke said he would do that.

Sgt. Bracke said he had called Armando Saldate and said that a woman had filed a complaint against him. Sgt. Bracke said he would call back to set up an interview, and Armando Saldate said that was fine.

David Alster is an employee of the Justice Court. His phone number is ▮▮▮▮▮▮▮

End of report.

**Law Offices of Scott M.Clark, P.C.**
Scott Clark (Bar No. 6759)
Paul Henderson (Bar No. 22891)
Allyssa Birnley (Bar No. 26201)
3008 N. 44th Street
Phoenix, AZ 85018
Phone : (602) 957-7877
Fax : (602) 957-7876
Attorney for Plaintiff

**Encanto**
620 W. Jackson Street, S
Phoenix, AZ 85003
Phone : (602) 372-6300

**CASE NO : cc2009234139**

**Plaintiff:**
Consolidated Asset Mgmt., Inc.
727 E. Bethany Home Rd Suite C100
Phoenix, AZ 85014
Phone : 602-957-4999
Fax :602-957-5239

**DEFENDANT:**
Belinda Reynolds
And any and all occupants at:



## Writ of Restitution

**THE STATE OF ARIZONA TO THE SHERIFF OR ANY CONSTABLE IN MARICOPA COUNTY:**

On 04/23/2009, Plaintiff obtained judgement against the Defendant(s) for restitution of the following premises:



**THEREFORE, YOU ARE COMMANDED** to remove the Defendant(s) and any and all occupants from the premises listed above and to return possession of the premises to the Plaintiff
**MAKE SERVICE AND RETURN OF THIS WRIT.**

Dated : 4/30/09

_____
Justice of the Peace

### CERTIFICATE OF SERVICE

Date Received: 5/1     Date Served: 5/1     Time Served: 9 45 Am
Person Served: Def. Posted
Location Where Served: S.A.A.
ENCANTO **Precinct, Maricopa County**

I Certify that I personally served this document as stated above.

_____
Constable/Process Server

### STATEMENT OF COSTS

Service Fee: _____  Milage Fee: _____  Other: _____  Total: _____

**WARNING:** Pursuant to A.R.S. §12-1178(D), a defendant who is lawfully served with a writ of restitution and who remains in or returns to the dwelling unit (§ 33-1310), mobile home space (§ 33-1409), or recreational vehicle space (§ 33-2102) without the express permission of the owner of the property or the person with lawful control of the property is subject to arrest for criminal trespass in the third degree ( § 13-1502).

VACATED 8AM
By MONDAY

ENTERED

**BEL REY 019**

**MILKE_AZAG000031**

STATE OF ARIZONA
OFFICE OF THE ATTORNEY GENERAL
SPECIAL INVESTIGATIONS SECTION
REPORT

**DATE WRITTEN BY AGENT:** September 24, 2010     **AGI/LF NUMBER:** P002-2010-001298
Doc#1120609

**CASE NAME:**   Saldate

**REPORT TYPE:** Greg Thurston phone call

**AGENT:** Mike Edwards        **SUPERVISOR:** Andy Rubalcava         **PAGE 1 OF 1 PAGE(S)**

---

On 9/24/2010 I was phoned by Greg Thurston.   Mr. Thurston said he was stating for his
client that there was no sex or bribe involving Ms. Reynolds and his client, Armando
Saldate.   He believed she was making up these charges, and did not know what her
motivation was.   In January or February of 2010 Armando Saldate had received some
media attention because "The Milke Case" was overturned, and would have to be retried.
Armando Saldate was an important witness in that case.   There were also newspaper
articles stating that Armando Saldate was a constable.   There was one incident in which a
reporter came to his house, and said he wanted to interview Armando Saldate about what
it was like to be a constable.   Once the reporter was inside he began asking questions about
the Milke case.   Armando Saldate kicked the reporter out of the house, and the cameras
were going all the time.

Mr. Thurston stated that his research had shown that Belinda Reynolds had been evicted
with forcible detainers 3 times in the last 3 years.

Mr. Thurston said that several months ago Phoenix PD detectives had come to Armando
Saldate's house and interviewed him about this alleged incident.      When he was
interviewed at that time, Armando Saldate denied anything inappropriate occurred.

Because of his injuries in the automobile accident, Armando Saldate has retired as a
constable.   He is still undergoing extensive physical therapy as a result of the accident.

Mr. Thurston said that he had to advise his client not to be interviewed in this matter, and
his client was accepting his advice.

We then concluded the conversation.

End of report.

**BEL REY 020**

EXHIBIT 1L

**MILKE_AZAG000036**

STATE OF ARIZONA
OFFICE OF THE ATTORNEY GENERAL
SPECIAL INVESTIGATIONS SECTION
REPORT

**DATE WRITTEN BY AGENT:** October 4, 2010          **AGI/LF NUMBER:** P002-2010-001298
Doc#1148731

**CASE NAME:**   Saldate

**REPORT TYPE:** Bracke James contact

**AGENT:** Mike Edwards          **SUPERVISOR:** Andy Rubalcava          PAGE 1 OF 1 PAGE(S)

On 10/1/2010 about 1400 hours I phoned Sgt. James Bracke of the Phoenix Police Department. I told him that the attorney for Armando Saldate said that Phoenix PD detectives had interviewed Armando Saldate several months ago. Sgt. Bracke said that was not correct. Nobody from Phoenix PD had interviewed Armando Saldate about this alleged incident.

End of report.

**BEL REY 021**          EXHIBIT 1L          **MILKE_AZAG000038**

8-26-10 (DA)



2010 AUG 25  AM 10: 18
PAYROLL/RECORDS

Honorable Supervisor Mary Rose Wilcox                              August 23, 2010
Maricopa County Board of Supervisor
301 West Jefferson
Phoenix, Arizona

Dear Madam:

I would like to inform you that I will retire from my elected position of Constable for the
Encanto Justice Court Precinct after 20 + years effective at the end of the workday on August 31,
2010 instead of at the end of my current term of office that expires on December 31, 2010.

I was recently involved in a vehicle accident which shattered my right leg. I currently can't walk
and I'm restricted to a wheelchair. This injury may possibly become a permanent disability. It
will be impossible for me to return and carry out my official duties as Constable and as a
Certified Peace Officer in the State of Arizona. My early retirement will allow you to appoint
Deputy Constable Maria Ligocki Russell who is unopposed and is the only candidate on the
ballot in the general election for Constable of the Encanto Justice Court Precinct.

The Encanto Justice Court Precinct (formerly Central Phoenix) has only had two Constables in
its short history, Constable and later Justice of the Peace Steve Smith and my self. I assure you
that Deputy Constable Maria Ligocki Russell will far exceed our modest accomplishments in her
career as The Encanto Justice Court Precinct Constable..

I would like to thank you and the other members of the Board and Maricopa County
Administration for their help and assistance to my elected office these past twenty years.

Respectfully Submitted,

Constable Armando Saldate Jr.

Cc: David Smith Maricopa County Manager, Maricopa County Payroll/Office of Human
Resources and Public Safety/Elected Officials Retirement Office.