IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>               Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>               Defendants, | No. CV-15-00462-PHX-ROS<br><br>JUDGMENT ON<br>TAXATION OF COSTS |

Final judgment having been entered, defendant Armando Saldate filed a Bill of Costs on November 12, 2020 seeking the taxation of $78,329.55. Defendant City of Phoenix filed a Bill of Costs on November 13, 2020 seeking the taxation of $66,152.59. Defendant Silverio Ontiveros filed a Bill of Costs on November 13, 2020 seeking the taxation of $11,871.33. Defendant Maricopa County filed a Bill of Costs on November 13, 2020 seeking the taxation of $62,027.84. Plaintiff filed a Motion for Extension of Time to File Response on November 16, 2020 and filed an Objection to the taxable costs on November 25, 2020. Plaintiff filed a motion to Stay on November 16, 2020. Defendants Silverio Ontiveros, City of Phoenix, and Armando Saldate filed a response to the Motion to Stay on December 2, 2020. Defendants filed a response to the objection on December 2, 2020. The matter has been reviewed and costs have been awarded as follows:

A. Defendant Armando Saldate claimed $78,329.55:

    1. **<u>Service Fees</u>** – Pursuant to LRCiv 54.1(e)(1), the $1,200.49 claimed is

reduced to **$773.09**. The following claims are Reduced:
    i. **6/25/2018** – Service of Subpoena on Chris Erhat – reduced to **$0.00** – No receipt or invoice provided.
    ii. **8/16/2018** – Service of Subpoena on C. Kenneth Ray – reduced to **$0.00** – No receipt or invoice provided showing service of subpoena.
    iii. **8/19/2018** – Service of Subpoena on Lori Voepel – reduced to **$0.00** – Service attempt made at incorrect address despite correct address being easily accessible.
    iv. **8/19/2018** – Service of Subpoena on Anders Rosenquist – reduced to **$117.50** – Locate fee removed as Mr. Rosequist provided address.
2. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(2) (3), the $50,235.91 claimed is reduced to **$32,095.56**. Cost of court transcripts for counsel's own use are not taxable. Costs associated with condensed transcripts, exhibits, handling, and CDs are not taxable. Additionally, supporting documentation such as an Invoice or receipt is required. The following claims are reduced:
    i. **12/14/2016** – Elva Cruz-Lauer – Transcript of Motion Hearing – reduced to **$0.00.**
    ii. **4/26/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$945.50.**
    iii. **5/3/2017** - Esquire Deposition Solutions – Deposition of Stinson – reduced to **$826.55.**
    iv. **5/4/2017** - Esquire Deposition Solutions – Deposition of Sadeik – reduced to **$1,155.95.**
    v. **6/22/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$944.00.**
    vi. **12/1/2017** - Esquire Deposition Solutions – Deposition of Soules

– reduced to **$1,527.55.**

    vii. **12/4/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$1,059.05.**

    viii. **4/24/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$626.40.**

    ix. **4/30/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$626.40.**

    x. **6/11/2018** - Esquire Deposition Solutions – Deposition of Misany – reduced to **$1,100.90.**

    xi. **6/12/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$165.00.**

    xii. **6/13/2018** - Esquire Deposition Solutions – Deposition of Smith – reduced to **$2,675.95.**

    xiii. **6/15/2018** - Esquire Deposition Solutions – Deposition of Sweat – reduced to **$1,565.00.**

    xiv. **7/23/2018** - Esquire Deposition Solutions – Deposition of Rosenquist – reduced to **$1,634.45.**

    xv. **7/24/2018** - Esquire Deposition Solutions – Deposition of Fowler – reduced to **$1,358.00.**

    xvi. **8/7/2018** - Esquire Deposition Solutions – Deposition of Erhart – reduced to **$2,024.00.**

    xvii. **8/13/2018** - Esquire Deposition Solutions – Deposition of Ray – reduced to **$1,466.05.**

    xviii. **8/15/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$1,110.65.**

    xix. **8/16/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$1,110.65.**

    xx. **9/10/2018** - Esquire Deposition Solutions – Deposition of Kiyler – reduced to **$1,321.61.**

xxi. **9/10/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$0.00** – No Receipt/Invoice provided.

xxii. **9/11/2018** - Esquire Deposition Solutions – Deposition of Richardson – reduced to **$1,458.60.**

xxiii. **9/13/2018** - Esquire Deposition Solutions – Deposition of Santana– reduced to **$626.75.**

xxiv. **9/13/2018** - Esquire Deposition Solutions – Deposition of Hedgpeth – reduced to **$751.75.**

xxv. **9/13/2018** - Esquire Deposition Solutions – Deposition of Van Dorn – reduced to **$679.00.**

xxvi. **9/24/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$495.95.**

xxvii. **11/14/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$1,166.20.**

xxviii. **11/15/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$862.40.**

xxix. **8/1/2019** - Maricopa Reporting – Deposition of Milke – reduced to **$0.00.**

xxx. **10/30/2019**– Candy Potter – Transcript Status Conference – reduced to **$0.00.**

xxxi. **12/4/2019**– Elva Cruz-Lauer – Transcript Telephonic Discovery Dispute Hearing – reduced to **$0.00.**

xxxii. **12/4/2019** - Maricopa Reporting – Deposition of Milke – reduced to **$934.50.**

xxxiii. **12/5/2019** - Maricopa Reporting – Deposition of Milke – reduced to **$921.15.**

xxxiv. **12/6/2019** - Maricopa Reporting – Deposition of Milke – reduced to **$961.20.**

3. **Witness Fees** – Pursuant to LRCiv 54.1(e)(4), the $1,231.44 claimed is

reduced to **$0.00**. Claims without supporting documentation cannot be taxed. The following claims are denied:

    i. **5/23/2018** - Deposition – Arizona Milke
    ii. **5/23/2018** - Deposition – Sandra Smith
    iii. **6/11/2018** - Deposition – Anders Rosenquist
    iv. **6/11/2018** - Deposition – Carmen Santana
    v. **6/12/2018** - Deposition – Gail Hedgpeth
    vi. **7/14/2018** - Deposition – Kirk Fowler

4. **Printing Fees** – Pursuant to LRCiv 54.1(e)(5), the $23,867.90 claimed is reduced to **$2,115.49**. Costs associated with copies for the convenience of counsel are not taxable. The following claims are reduced:

    i. **4/30/15-9/30/20** – Berke Law Firm – Photocopies (in house) – is reduced to **$0.00.**

5. **Interpreter Fees** – Pursuant to LRCiv 54.1(e), the $954.00 claimed is denied and reduced to **$0.00**. Costs associated with document translation are not taxable.

6. **Other Fees** – Pursuant to LRCiv 54.1(e), the $849.91 claimed is denied and reduced to **$0.00**. Costs associated with courier fees are not taxable.

The costs are hereby taxed for defendant Armando Saldate and against the plaintiff in the amount of **$34,328.55.**

B. Defendant Silverio Ontiveros claimed $11,871.33:

1. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(2) (3), the $3,511.20 claimed is reduced to **$2,307.45**. Costs associated with condensed transcripts, exhibits, handling, and CDs are not taxable. Additionally, supporting documentation such as an Invoice or receipt is required. The following claims are reduced:

i. **4/26/2017** – Esquire Deposition Solutions – Deposition of Saldate – reduced to **$0.00.**
                ii. **5/3/2017** - Esquire Deposition Solutions – Deposition of Stinson – reduced to **$826.55.**
                iii. **5/4/2017** - Esquire Deposition Solutions – Deposition of Ontiveros – reduced to **$1,480.90.**
        2. **Printing Fees** – Pursuant to LRCiv 54.1(e)(5), the $8,261.96 claimed is denied and reduced to **$883.76**. Costs associated with copies for the convenience of counsel are not taxable. The following claims are reduced:
                i. **4/30/15-10/31/20** – Holloway Odegard & Kelly, P.C. – Photocopies (in house) – is reduced to **$0.00.**
        3. **Other Fees** – Pursuant to LRCiv 54.1(e), the $98.17 claimed is denied and reduced to **$0.00**. Costs associated with courier fees are not taxable.

   The costs are hereby taxed for defendant Silverio Ontiveros and against the plaintiff in the amount of **$3,191.21**.

   C. Defendant City of Phoenix claimed $66,152.59:
        1. **Clerk Fees** – Pursuant to LRCiv 54.1(e), the $671.00 claimed is denied and reduced to **$483.00**. Costs associated with PACER fees are not taxable.
        2. **Service Fees** – Pursuant to LRCiv 54.1(e)(1), the $1,111.00 claimed is reduced to **$575.00.** Costs associated with failed attempts at bad addresses, investigative research, and duplicate attempts by multiple process servers are not taxable.
        3. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(2) (3), the $34,519.45 claimed is reduced to **$24,560.58.** Cost of court transcripts for counsel's own use are not taxable. Costs associated with condensed transcripts,

exhibits, handling, and CDs are not taxable. Additionally, supporting documentation such as an Invoice or receipt is required. The following claims are reduced:

    i. **12/30/2015** – Elva Cruz-Lauer – Transcript of Motion Hearing – reduced to **$0.00.**

    ii. **5/15/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$945.50.**

    iii. **5/16/2017** - Esquire Deposition Solutions – Deposition of Stinson – reduced to **$826.55.**

    iv. **5/18/2017** - Esquire Deposition Solutions – Deposition of Sadeik – reduced to **$1,155.95.**

    v. **6/22/2017** - Shem Wolford – Archived TV Guide – reduced to **$0.00.**

    vi. **7/7/2017** - Esquire Deposition Solutions – Deposition of Hamrick – reduced to **$799.20.**

    vii. **7/25/2017** - Net Transcripts – Transcription of Dorothy Maxwell Interview – reduced to **$0.00.**

    viii. **7/29/2017** - Esquire Deposition Solutions – Deposition of Maxwell – reduced to **$1,209.60.**

    ix. **8/2/2017** - Esquire Deposition Solutions – Deposition of Rash – reduced to **$704.70.**

    x. **8/3/2017** - Esquire Deposition Solutions – Deposition of Morales – reduced to **$688.50.**

    xi. **12/5/2018** - Esquire Deposition Solutions – Deposition of Van Dorn – reduced to **$985.50.**

    xii. **12/6/2017**– Elva Cruz-Lauer – Transcript for hearing RE: Styers deposition – reduced to **$0.00.**

    xiii. **12/14/2017** - Esquire Deposition Solutions – Deposition of Mills – reduced to **$1,004.40.**

xiv. **2/20/2018** - Esquire Deposition Solutions – Deposition of Rood – reduced to **$815.40.**

xv. **2/26/2018** - Esquire Deposition Solutions – Deposition of Rood – reduced to **$337.50.**

xvi. **4/21/2018** - Esquire Deposition Solutions – Deposition of Bryant – reduced to **$2,026.80.**

xvii. **4/30/2018** - Net Transcripts – Transcription of multiple interviews moderated by Bill Montgomery – reduced to **$0.00.**

xviii. **5/10/2018** - Esquire Deposition Solutions – Deposition of Van Dorn – reduced to **$1,163.13.**

xix. **5/16/2018** - Esquire Deposition Solutions – Deposition of Manning – reduced to **$1,330.10.**

xx. **6/30/2018** - Net Transcripts – Transcription of audio interviews – reduced to **$0.00.**

xxi. **9/26/2018** - Esquire Deposition Solutions – Deposition of Drooyan – reduced to **$1,757.75.**

xxii. **10/4/2018** - Esquire Deposition Solutions – Deposition of Marquis – reduced to **$1,146.15.**

xxiii. **10/9/2018** - Esquire Deposition Solutions – Deposition of Agharkar – reduced to **$2,827.00.**

xxiv. **10/18/2018** - Esquire Deposition Solutions – Deposition of Beckson – reduced to **$1,651.10.**

xxv. **10/19/2018** - Esquire Deposition Solutions – Deposition of Noble – reduced to **$2,034.25.**

xxvi. **10/23/2018** – Candy Potter – Transcript of Status Hearing – reduced to **$0.00.**

xxvii. **11/5/2018** - Esquire Deposition Solutions – Deposition of Styers – reduced to **$1,151.50.**

xxviii. **11/30/2018** - Net Transcripts – Transcription of Garcia's notes –

reduced to **$0.00.**

    xxix. **12/12/2018** - Esquire Deposition Solutions – Transcript from Meet and Confer – reduced to **$0.00.**

    xxx. **1/15/2019**– Christine Coaly – Transcript Status Conference – reduced to **$0.00.**

    xxxi. **5/15/2019** - Net Transcripts – Transcription of Voepel and Kimerer interview – reduced to **$0.00.**

4. **Witness Fees** – Pursuant to LRCiv 54.1(e)(4), the $408.04 claimed is denied and reduced to **$0.00.** Costs associated with depositions that did not take place are not taxable.

5. **Printing Fees** – Pursuant to LRCiv 54.1(e)(5), the $28,871.72 claimed is reduced to **$17,004.32**. Costs associated with processing, redacting and copies for the convenience of counsel are not taxable. The following claims are reduced:

    i. **9/30/17-9/30/20** – Wieneke Law Group – Photocopies (in house) – is reduced to **$0.00.**

    ii. **1/31/19** – Quick & Confidential – Copying of Jana Bommersbach materials – is reduced to **$1,322.01.**

6. **Other Fees** – Pursuant to LRCiv 54.1(e), the $571.37 claimed is denied and reduced to **$0.00.** Costs associated with courier fees are not taxable.

The costs are hereby taxed for defendant the City of Phoenix and against the plaintiff in the amount of **$42,622.90**.

D. Defendant Maricopa County claimed $62,027.84:

1. **Transcript Fees** – Pursuant to LRCiv 54.1(e)(2) (3), the $52,694.54 claimed is reduced to **$43,107.34**. Cost of court transcripts for counsel's own use are not taxable. Costs associated with condensed transcripts, exhibits, handling, and CDs are not taxable. Additionally, supporting

documentation such as an Invoice or receipt is required. The following claims are reduced:

　　i. **1/4/2016** – Elva Cruz-Lauer – Transcript of 12/17/15 Hearing – reduced to **$0.00.**

　　ii. **5/3/2017** - Esquire Deposition Solutions – Deposition of Stinson – reduced to **$826.55.**

　　iii. **5/4/2017** - Esquire Deposition Solutions – Deposition of Sadeik – reduced to **$1,155.95.**

　　iv. **5/9/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$945.50.**

　　v. **6/22/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$944.00.**

　　vi. **6/29/2017** - Esquire Deposition Solutions – Deposition of Hamrick – reduced to **$799.20.**

　　vii. **7/11/2017** - Esquire Deposition Solutions – Deposition of Ontiveros – reduced to **$1,480.90.**

　　viii. **7/19/2017** - Esquire Deposition Solutions – Deposition of Rash – reduced to **$704.70.**

　　ix. **7/17/2017** - Esquire Deposition Solutions – Deposition of Maxwell – reduced to **$1,209.60.**

　　x. **7/20/2017** - Esquire Deposition Solutions – Deposition of Morales – reduced to **$688.50.**

　　xi. **11/14/2017** - Esquire Deposition Solutions – Deposition of Soules – reduced to **$936.35.**

　　xii. **11/15/2017** - Esquire Deposition Solutions – Deposition of Saldate – reduced to **$1,059.05.**

　　xiii. **11/16/2017** - Esquire Deposition Solutions – Deposition of Mills – reduced to **$1,004.40.**

　　xiv. **2/6/2018** - Esquire Deposition Solutions – Deposition of Rood –

reduced to **$815.40.**

    xv. **2/7/2018** - Esquire Deposition Solutions – Deposition of Rood – reduced to **$337.50.**

    xvi. **4/10/2018** - Esquire Deposition Solutions – Deposition of Bryant – reduced to **$2,026.80.**

    xvii. **4/24/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$626.40.**

    xviii. **4/25/2018** - Esquire Deposition Solutions – Deposition of Manning – reduced to **$1,330.10.**

    xix. **4/26/2018** - Esquire Deposition Solutions – Deposition of Van Dorn – reduced to **$1,163.13.**

    xx. **4/30/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$626.40.**

    xxi. **6/11/2018** - Esquire Deposition Solutions – Deposition of Misany – reduced to **$696.90.**

    xxii. **6/12/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$86.25.**

    xxiii. **6/13/2018** - Esquire Deposition Solutions – Deposition of Smith – reduced to **$1,693.95.**

    xxiv. **7/23/2018** - Esquire Deposition Solutions – Deposition of Rosenquist – reduced to **$1,162.65.**

    xxv. **7/24/2018** - Esquire Deposition Solutions – Deposition of Fowler – reduced to **$966.00.**

    xxvi. **8/13/2018** - Esquire Deposition Solutions – Deposition of Ray – reduced to **$928.05.**

    xxvii. **8/17/2018** – Candy Potter – Transcript of 8/15/18 Discovery Dispute Hearing – reduced to **$0.00.**

    xxviii. **8/15/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$790.05.**

xxix. **8/16/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$790.05.**

xxx. **8/23/2018** - Esquire Deposition Solutions – Deposition of Kiyler – reduced to **$1,321.61.**

xxxi. **8/29/2018** - Esquire Deposition Solutions – Depositions of Santana and Hedgpeth – reduced to **$931.50.**

xxxii. **8/27/2018** - Esquire Deposition Solutions – Deposition of Richardson – reduced to **$1,103.30.**

xxxiii. **9/20/2018** - Esquire Deposition Solutions – Deposition of Marquis – reduced to **$1,146.15.**

xxxiv. **8/28/2018** - Esquire Deposition Solutions – Deposition of Richardson – reduced to **$427.75.**

xxxv. **9/23/2018** - Esquire Deposition Solutions – Deposition of Van Dorn – reduced to **$483.00.**

xxxvi. **9/12/2018** - Esquire Deposition Solutions – Deposition of Drooyan – reduced to **$3,315.25.**

xxxvii. **9/10/2018** - Esquire Deposition Solutions – Deposition of Levy – reduced to **$313.95.**

xxxviii. **10/4/2018** - Esquire Deposition Solutions – Deposition of Noble – reduced to **$2,034.25.**

xxxix. **10/5/2018** - Esquire Deposition Solutions – Deposition of Beckson – reduced to **$1,651.10.**

xl. **10/22/2018** - Esquire Deposition Solutions – Deposition of Styers – reduced to **$869.50.**

xli. **11/14/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$880.60.**

xlii. **11/15/2018** - Esquire Deposition Solutions – Deposition of Milke – reduced to **$651.20.**

xliii. **12/4/2018** - Maricopa Reporting – Deposition of Milke – reduced

to **$724.50.**

 xliv. **12/5/2018** - Maricopa Reporting – Deposition of Milke – reduced to **$714.15.**

 xlv. **12/6/2018** - Maricopa Reporting – Deposition of Milke – reduced to **$745.20.**

2. **Printing Fees** – Pursuant to LRCiv 54.1(e)(5), the $8,728.90 claimed is denied and reduced to **$0.00**. Costs associated with copies for the convenience of counsel are not taxable.

3. **Other Fees** – Pursuant to LRCiv 54.1(e), the $604.40 claimed is denied and reduced to **$0.00**. Costs associated with courier fees are not taxable.

The costs are hereby taxed for defendant Maricopa County and against the plaintiff in the amount of **$43,107.35**.

DATED this 28th day of December, 2020
DEBRA D. LUCAS, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk