UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEBRA JEAN MILKE,

           Plaintiff - Appellant,

  v.

CITY OF PHOENIX; et al.,

           Defendants - Appellees,

 and

WILLIAM GERARD
MONTGOMERY, Maricopa County
Attorney - in his official capacity; et al.,

           Defendants.

No. 20-17210

D.C. No. 2:15-cv-00462-ROS
U.S. District Court for Arizona,
Phoenix

**MANDATE**

The judgment of this Court, entered January 27, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $1540.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7